# EXHIBIT B

Stephani Mills

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

          Case No.:   2:16cv14072-Rosenberg/Hopkins

VIOLA BRYANT, as Personal
Representative of the Estate of
GREGORY VAUGHN HILL, JR.,

          Plaintiff,

vs.

SHERIFF KEN MASCARA, in his official
capacity as Sheriff of St. Lucie
County, and CHRISTOPHER NEWMAN, as
individual,

          Defendants.

---------------------------------------//


                    DEPOSITION OF

                  STEFANI ANN MILLS


          DATE:    December 5, 2016
          TIME:    11:05 a.m - 12:15 p.m.
          PLACE:   677 N. Washington Avenue
                   Sarasota, Florida 34236




          REPORTER:

                   Nancy Anne Flynn, RPR
                   Court Reporter, Notary Public
                   State of Florida At Large

Stephani Mills

Page 2

1    APPEARANCE FOR PLAINTIFF:

2        T.C. ROBERTS, ESQ.                    (BY PHONE)
         LAW OFFICE OF JOHN M. PHILLIPS, L.L.C.
3        4230 Ortega Boulevard
         Jacksonville, Florida 32210
4        TC@floridajustice.com

5

6    APPEARANCE FOR DEFENDANTS:

7        SUMMER M. BARRANCO, ESQ.
         PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
8        2455 East Sunrise Boulevard, Suite 1216
         Fort Lauderdale, Florida 33304
9        954-462-3200
         summer@purdylaw.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Stephani Mills

Page 3

1                    E X A M I N A T I O N

2     Witness Name                                    Page

3     STEFANI ANN MILLS

4     Direct by Ms. Barranco                              4

5     Cross by Mr. ROBERTS                               46

6     Redirect by Ms. Barranco                          53

7                        -oo00oo-

8

9                    E X H I B I T S

10    Exhibit              Description          Page    Line

11    D-1                  Aerial photograph     30      23

12    D-2                  Photograph            36      25

13    D-3                  Transcript 1/27/2014  38      10

14                         (Attached)

15

16                    QUESTIONS CERTIFIED

17    Page      Line

18                         (None)

19

20

21

22

23

24

25

Stephani Mills

Page 4

```
 1              STEFANI ANN MILLS,
 2       having been duly sworn by a Notary Public in
 3       and for the state of Florida, was questioned
 4       and testified as follows:
 5  DIRECT EXAMINATION
 6  BY MS. BARRANCO:
 7       Q    Good morning.  For the record, my name is
 8  Summer Barranco and I'm an attorney and I represent
 9  the Sheriff of Saint Lucy County --
10       A    Okay.
11       Q    -- and Deputy Newman --
12       A    Okay.
13       Q    -- who are both defendants in a civil
14  matter --
15       A    Okay.
16       Q    -- that's pending in the Federal Court
17  over in the Southern District of Florida.
18       A    Right.
19       Q    And we subpoenaed you to be here today.
20  And again, as I said before we got on the record,
21  thank you for your time and for coming in.  We have
22  plaintiff's attorney who is on the phone --
23       A    Okay.
24       Q    -- attending by phone.
25            Have you ever given a deposition before?
```

Stephani Mills

Page 5

```
 1        A    No.
 2        Q    Okay.  Well, let me explain the process,
 3   and if you don't understand something, just ask
 4   me --
 5        A    I will.
 6        Q    -- whatever you need to ask me.
 7        A    Mm-hmm.
 8        Q    We have a court reporter here who is going
 9   to take down everything that everybody says.  What
10   is important to remember is I need you to answer my
11   questions in a verbal fashion.
12        A    Yes.
13        Q    You're free to shake your head --
14        A    Right.
15        Q    -- and whatever you want to do, but you
16   need to say out loud in a verbal fashion what your
17   answer is.
18        A    Okay.
19        Q    So there's no confusion.  Because it's
20   hard for the court reporter to take down shrugs of
21   the shoulders and uh-huhs and ah-ahs.
22        A    Right.
23        Q    Also, I need you to let me finish my
24   question before you start giving your answer.
25        A    Okay.
```

Stephani Mills

Page 6

```
 1          Q    And I will try not to interrupt your
 2    answer.  The reason for that is it's hard for the
 3    court reporter to take down what two people are
 4    saying at the same time.  Or sometimes even three.
 5          A    Okay.
 6          Q    If I ask you a question and you don't
 7    understand my question, let me know and I will do my
 8    best to explain what I am asking.
 9          A    Okay.
10          Q    And we shouldn't be here too long, but if
11    you need to take a break for any reason, as long as
12    there's not a pending question, we can take a break,
13    get water, bathroom break, whatever.
14          A    Okay.
15          Q    Let me ask you, can you state your full
16    name and then spell your full name for the record?
17          A    Yes.  Stefani Ann Mills, S-t-e-f-a-n-i
18    A-n-n M-i-l-l-s.
19          Q    Very good.  And I apologize for
20    misspelling your name on the subpoena.
21          A    I don't think you did.  It was correct on
22    here.
23          Q    And can you tell me what your current
24    address is?
25          A    2419 Hamlin, H-a-m-l-i-n Lane, Sarasota,
```

Stephani Mills

Page 7

1    Florida 34239.

2         Q    And how long have you lived at that

3    address?

4         A    A year and a half.  We moved there last

5    July.

6         Q    You say "we," who did you --

7         A    My now husband and my two children.

8         Q    And where did you live before the Hamlin

9    Lane address?

10        A    2291 -- I'm sorry, that wasn't the most

11   recent.  That was my parents' address.  826

12   Southwest Grand Reserve Boulevard, I believe, Port

13   Saint Lucie, Florida 34953, I think.

14        Q    Okay.  I will put a question mark next to

15   that.

16        A    That's an easy address.  If you want me to

17   Google it, I can.

18        Q    Did you reside at that Grand Reserve

19   address in January 2014?

20        A    When the incident happened?  Yes.

21        Q    Now, you started to give me another

22   address.  Was that --

23        A    Yes, because you guys tried to subpoena me

24   there.  That's my parents' address.  I grew up there

25   so after that I moved in with my husband and we

Stephani Mills

Page 8

```
 1    moved like three times.  But that's where I was in
 2    January.
 3         Q    Of?
 4         A    2014, when the incident had happened, yes.
 5         Q    Just to clarify, are you saying in January
 6    2014 you were at your parents' address?
 7         A    No.  I was at the Grand Reserve address,
 8    that's where I was.
 9         Q    Just so you know, I can't assume anything.
10    I have to get it from you.
11         A    I understand.  I grew up with the 2291
12    because that's where I was raised and lived there
13    for a long time.
14         Q    What is your current employment?
15         A    I work from home.  I own an apparel
16    business.
17         Q    And what was your employment when you were
18    living in the Grand Reserve address?
19         A    I was working at Lawnwood Regional Medical
20    Center.
21         Q    What did you do there?
22         A    I was an X-ray tech.
23         Q    Is that the job you had as of January
24    2014?
25         A    I'm honestly not one hundred percent
```

Stephani Mills

Page 9

```
 1   positive.  I was very pregnant at that time,
 2   which --
 3        Q    January of 2014?
 4        A    Yes, which you can imagine my emotion at
 5   the time.  I'm not a hundred percent positive if I
 6   had left my job yet or if I was still working.  I
 7   don't recall the day.
 8        Q    Okay.  You were talking about the
 9   incident?
10        A    Yes.
11        Q    And I will refer to the "subject incident"
12   that forms the basis of the lawsuit that occurred
13   January 14th of 2014.
14        A    Okay.
15        Q    Do you know what I am referring to?
16        A    Yes.
17        Q    What is your understanding of what I am
18   referring to?
19        A    A man got shot across the street from my
20   son's school.
21        Q    What school is that?
22        A    Frances K. Sweet.
23        Q    And back in January 2014, how many
24   children did you have attending that school?
25        A    One.
```

Stephani Mills

Page 10

```
 1        Q     That was your son?

 2        A     My son.

 3        Q     What grade was he in at that time?

 4        A     He -- first grade, maybe second.  Oh my

 5   gosh.

 6        Q     He was one of the lower grades?

 7        A     Yes, he is in fourth now.  I am like

 8   literally trying to do the math.  He is in fourth

 9   grade now.

10        Q     And this Frances K. Sweet school, do you

11   know what grades attended that school?

12        A     Kindergarten through fifth.

13        Q     Now, let me direct your attention to the

14   afternoon of January 14th of 2014.

15        A     Mm-hmm.

16        Q     Do you remember what you did that

17   afternoon around 3:00 o'clock or so?

18        A     I would have been in car line.

19        Q     Okay.  So did you at some point that

20   afternoon go to Frances K. Sweet --

21        A     Yes.

22        Q     -- to pick up your son?

23        A     To pick up my son, and I have three nieces

24   as well, and I picked them up as well.

25        Q     Do you recall what grades your three
```

Stephani Mills

Page 11

```
 1   nieces were in at that time?
 2        A    One is the same grade as my son, whatever
 3   grade that was.
 4        Q    First or second?
 5        A    First or second.  And then I have a niece
 6   one year younger, so she would have been in, I want
 7   to say first grade but -- and then my older niece
 8   was in fifth grade.
 9        Q    So you were picking up four kids?
10        A    I was picking up four kids.
11        Q    All right.  Now, do you remember on your
12   way to the school that day, do you remember where
13   you were coming from?
14        A    I don't.
15        Q    Do you remember anything unusual occurring
16   on your way to school that afternoon?
17        A    No, not until I got into car line.
18        Q    Tell me that?
19        A    There was really loud music coming out of
20   what looked like big, big speakers like you would
21   see at like a party or a DJ's house or something,
22   very big speakers.  And really all of the kids were
23   lined up waiting for their parents to pick them up,
24   and there was again really loud music with a lot of
25   profanity.
```

Stephani Mills

1          And I called my sister -- my brother-in-

2     law at the time was a police officer, or he had

3     already retired.  I called her and I said, is this

4     something I should call the police over?  This is

5     really bad, all these kids are waiting outside and

6     there's profanity blaring out of a garage.

7          And she said definitely let the police

8     know.  So I did.  And that I believe you have a

9     recording of.

10         Q    Let me back up --

11         A    Okay.

12         Q    -- and fill in some blanks I have here.

13         A    Okay.  If I can recall them.

14         Q    Absolutely.  And if I ask you a question

15    and you don't remember the answer, it's okay to say

16    you don't remember.  That's completely acceptable.

17    I just want to see what you do remember.

18         A    Okay.

19         Q    Do you remember what street this house

20    that had the loud music was on?

21         A    I don't remember the name of it.

22         Q    Do you recall there being a street --

23    Well, let me ask you this.  Was the street that the

24    house was on, was it near Frances K. Sweet?

25         A    Yes.

Stephani Mills

Page 13

1      Q     Can you describe for me its location in

2   comparison to the school?

3      A     I can't really.  I'm bad at this stuff.  I

4   guess you could say across the street -- like -- can

5   I show you with my hands?

6      Q     Of course.

7      A     Like the school is here (indicating); the

8   like main road is here (indicating); and then car

9   line goes like this (indicating).  And all the kids

10  are here (indicating).

11     Q     On the side of the school?

12     A     On the side of the school, not in the

13  front of the school.  So the front of the school was

14  on the road that the house was on.

15     Q     Okay.

16     A     And the house was kind of, as I entered

17  car line, kind of a little diagonal from that.  So

18  the house was here, entered car line here, and

19  school was here (indicating).  So kind of across the

20  street.

21     Q     I'm going to show you some pictures in a

22  minute.  I just wanted to see what you remember

23  first.

24     A     Okay.

25     Q     Can you describe the house at all?

Stephani Mills

Page 14

```
 1        A     No.  I mean, I know there was a garage.  I
 2   know that the front door was here (indicating) on
 3   the house.  The garage was here (indicating).  The
 4   front door wasn't on the same side as the garage
 5   was.  The front door was right here (indicating).
 6        Q     Let me ask you this from your memory.  Do
 7   you remember if both the front door and the garage
 8   were facing the school?
 9        A     No, I don't believe so.  But you guys have
10   a picture of it so.
11        Q     That's okay.  Do you recall when you first
12   heard this loud music, do you recall if the garage
13   door was open or closed?
14        A     It was open.
15        Q     You mentioned big speakers?
16        A     Mm-hmm.
17        Q     Is that a yes?
18        A     Yes.  Sorry.
19        Q     Where did you see these big speakers?
20        A     In the garage.  I mean I can't --
21        Q     That's fine.  I just wanted to know if it
22   was inside the garage or outside of the garage?
23        A     Yes, inside of the garage.
24        Q     Do you recall how many speakers you saw?
25        A     No.
```

Stephani Mills

Page 15

1          Q     Do you think it was more than one?

2          A     I don't know.

3          Q     Did you see anyone in the garage when you

4     first heard music?

5          A     Not that I recall.

6          Q     Do you remember anything else about that

7     garage?

8          A     No.

9          Q     Now, when you first heard this loud music,

10    I think you described it as, you said, obscene

11    music; did you say that?

12         A     Yes, profanity.  When I called it in I

13    said, "There's a guy playing F-you music."  Because

14    I mean, I was like so nervous and so pregnant and so

15    mad that someone would do that across the street

16    from where my little kids were sitting, and just

17    like, what is this person thinking.  So that's what

18    I said on the phone.  Because there was, you know,

19    F-bombs being said very loudly from that garage.

20         Q     Do you remember what song was being

21    played?

22         A     I remember that it was Drake, and that's

23    kind of embarrassing that I remember that.  But it

24    was a Drake song, because I honestly like the song

25    when there are no children around, and it's a good

Stephani Mills

Page 16

1    song.  I know that sounds bad.  I do remember it was

2    Drake because I remember being like why would he?

3    Why?

4         Q    So, I know some artists have clean

5    versions of songs --

6         A    This was not clean.  Sorry.

7         Q    That's okay.  I was going to say, some

8    artists have clean versions of songs and then

9    parental guidance suggested versions?

10        A    Yes.

11        Q    How would you describe the version of the

12   song you were hearing?

13        A    It was very bad.

14        Q    So would you describe it as the clean

15   version or something else?

16        A    Absolutely not.

17        Q    Do you remember specifically any of the

18   words you heard?

19        A    The "F" word.

20        Q    Any other words that you were personally

21   offended by?

22        A    No, no.

23        Q    How long would you say you heard this

24   song?

25        A    Oh, I don't know.  I don't know.

Stephani Mills

Page 17

```
 1        Q     Would you say it was seconds or minutes
 2   or --
 3        A     I don't know.  I don't recall.
 4        Q     You said you knew it was a Drake song.  Do
 5   you remember the name of that song?
 6        A     No.
 7        Q     If I were to tell you that the street that
 8   runs between Frances K. Sweet and the house where
 9   this incident happened was Avenue Q, does that
10   refresh your memory?
11        A     Yes.
12        Q     Does that sound right to you, Avenue Q?
13        A     It was definitely very close to the
14   school, if that was not the address.  But yes, that
15   sounds very familiar.
16        Q     Now this particular day, how did your
17   vehicle physically approach the car?  Was there a
18   backup of cars for pickup?  Describe that for me.
19        A     Yes, it's a slow line so you slowly, you
20   know, you're just slowly moving.  Like any other car
21   line, I guess.
22        Q     Do you remember from what direction you
23   were coming to approach the school for the line?
24        A     The school would have been on my left.
25   Does that make sense?  So I was coming from --
```

Stephani Mills

Page 18

1    Q    Where would the subject house have been?

2    A    On my right.

3    Q    On your right, okay.  So were you

4  traveling on the street that goes between the

5  subject house and the school?

6    A    Yes.

7    Q    And then, how did you get into the school

8  property?

9    A    I made a left into car line, and then you

10  make kind of a loop around.

11    Q    On the school property?

12    A    On the school property, yes.

13    Q    At what point in that process do you

14  remember calling your sister-in-law -- or your

15  sister?

16    A    My sister.  Pretty early into car line,

17  into car line, yes.

18    Q    While you were in the car line, did you

19  stop or slow down in front of this house with the

20  music?

21    A    Well, it was so slow, it was no choice to

22  stop or slow down.  Yes, it was slow moving.

23    Q    So did you, in doing this part of it,

24  actually go literally right in front of this house?

25    A    Yes.

Stephani Mills

Page 19

```
 1        Q    And was it at that point that you heard
 2   this loud music?
 3        A    Yes.
 4        Q    Was it at this point that you heard the
 5   "F" word coming from the music?
 6        A    Yes.
 7        Q    I think I already asked you, did you see
 8   anyone in the garage at that time?
 9        A    Not that I can recall.
10        Q    And you turn in -- and what kind of
11   vehicle were you driving?
12        A    I was driving a silver Toyota Corolla.
13        Q    Was anyone with you before you picked up
14   the kids?
15        A    No.
16        Q    Is this what you typically did when you
17   picked up your son, go this route?
18        A    Yes.
19        Q    I know you were telling me what you recall
20   telling the dispatcher?
21        A    Yes.
22        Q    Do you remember being asked any questions
23   by the dispatcher?
24        A    I don't recall at all.  I was very
25   nervous, you know.  I don't like to call 911.
```

Stephani Mills

Page 20

```
 1        Q    Had you ever done that before, called 911?
 2        A    Not that I can remember now, no.  I was
 3   just very nervous and angry and upset that that was
 4   happening across the street from where my son goes
 5   to school.
 6        Q    Can you describe the volume of the music
 7   to me?
 8        A    Very loud, and the base was very loud.
 9        Q    Do you recall if the windows on your
10   vehicle were up or down?
11        A    I don't recall.
12        Q    Do you recall if you had your air-
13   conditioning on at that time?
14        A    I don't recall.
15        Q    Do you recall if you had your radio on at
16   that time?
17        A    I don't recall, no.
18        Q    Did there come a time that you picked up
19   your son and your nieces?
20        A    Yes.
21        Q    Do you recall how long you were in that
22   line from the time you called 911 to the time you
23   picked up your son and your nieces?
24        A    No.
25        Q    Do you think it was more than a few
```

Stephani Mills

Page 21

```
 1   minutes?

 2        A    Yes.

 3        Q    Do you think it was more than a half an

 4   hour?

 5        A    No.

 6        Q    Tell me what you remember next?

 7        A    All of the kids got into the car.  And at

 8   that time the police arrived at the house.

 9        Q    Were you able to see the police arriving?

10        A    Yes.

11        Q    What do you remember about that?

12        A    I don't remember the car getting there.  I

13   remember seeing the police.  I remember seeing two

14   of them.

15        Q    Do you remember what they were wearing?

16        A    Uniforms.  I mean, they weren't wearing

17   anything weird.

18        Q    I wonder if you remember them specifically

19   wearing uniforms or if they were in plainclothes?

20        A    Absolutely not.  I can remember the one

21   officer, not so much the other one, but the one was

22   definitely in a uniform.

23        Q    Can you describe the one that you seem to

24   remember more?

25        A    I can try to.  He was older, the older one
```

Stephani Mills

Page 22

1    of the two.  He was the heavier one of the two.  And

2    that's all I feel really comfortable saying out of

3    my memory.

4         Q    Do you remember what his ethnicity was?

5         A    I believe he was white.

6         Q    When you say older of the two, what made

7    you think he was older?  Could you see his facial

8    features?

9         A    Grey hair.  You know, I believe.  I'm

10   really just -- that's what I am picturing in my head

11   and I hope I'm not wrong, so.

12        Q    That's all right.

13        A    It's been a while.

14        Q    Yes, it has.  The other deputy?

15        A    Mm-hmm.

16        Q    What do you remember, if anything, about

17   him?  Were both of them males?

18        A    Yes.

19        Q    All right.

20        A    Again, I would say he was younger and

21   that's all.

22        Q    Do you remember anything about his

23   ethnicity?

24        A    No.

25        Q    Do you remember the color of his hair?

Stephani Mills

Page 23

1      A    No.

2      Q    So going back to what you remember, you

3  said you remember the police getting there.  Do you

4  remember what kind of vehicle or vehicles they

5  arrived in?

6      A    No.

7      Q    Do you recall ever seeing a marked patrol

8  car in front of that house as you were coming from

9  parent pickup?

10     A    Not that I recall.

11     Q    All right.  Now, what do you next

12 remember?

13     A    I got the kids in the car.  I said the

14 police were -- I believe at the time they were

15 knocking at the front door, and I said, I clearly

16 remember telling the kids, "Hey look, that's the guy

17 that was playing the loud music because you can't do

18 that outside of a school."  I was trying to show --

19 it was terrible -- I was trying to show them, here's

20 what happens when you, like, don't follow the rules,

21 and this is what you're doing when there are little

22 kids around.  That's really inappropriate.  They're

23 going to go tell him to shut that off.

24     Q    Like a teaching moment?

25     A    Yeah.  Worked out great.

Stephani Mills

Page 24

1        Q     What are you going to do?

2        A     Yeah.

3        Q     Where were the kids seated; do you

4    remember?  Where was your son versus your nieces?

5        A     I believe I had my eldest niece in the

6    front and the other three were in the back.

7        Q     And what do you remember seeing next?

8        A     Again, this was a long time ago.  I

9    remember at that time when I looked, the garage was

10   closed now.  I saw the police go around the house,

11   because it seemed that no one was answering the

12   front door.  And I saw the garage door come up

13   quickly as if it was a pull -- it wasn't a button,

14   do you know what I mean?  Like it wasn't like a

15   (making machine noise.)

16       Q     Do you mean an automatic?

17       A     It was a quick -- it didn't seem to look

18   like an automatic.  It came up quick.  And then I

19   saw the police get startled and the older gentleman,

20   I believe, fired his gun.  It was very loud and very

21   scary, and I sped out of there so fast, I don't even

22   know.

23       Q     Do you remember which route you took to

24   get out of there?

25       A     Oh, I went the complete wrong way that I

Stephani Mills

Page 25

```
 1   would never ever go.  I went to the left and then I
 2   turned down the first street.  I just went like
 3   screaming.
 4        Q    That street that you're talking about you
 5   turned left onto --
 6        A    Onto Q, the same street that the house was
 7   on.  I made a left, which I normally would make a
 8   right to go back, but I made a left.
 9        Q    Do you remember there being any other cars
10   in front of you when you witnessed this?
11        A    I don't.  Because I sped out of there.
12   There was no one in the way at that point.  I sped
13   out of there.
14        Q    Do you remember seeing any people standing
15   around, other than the deputies that you mentioned?
16        A    I don't remember there being people at the
17   house, but there were absolutely still people by the
18   school, outside.
19        Q    Were there kids out there too?
20        A    Mm-hmm.  Yes.
21        Q    Now, you said something about telling your
22   son and nieces, after you picked them up, something
23   about seeing the guy with the police, whatever?
24        A    Yes.
25        Q    Did any of the kids in your car say
```

Stephani Mills

Page 26

```
 1      anything to you about loud music?
 2           A     Not that I recall, no.
 3           Q     Do you remember as you were leaving the
 4      school hearing any loud music at that point?
 5           A     No, no.
 6           Q     You were talking about seeing the police
 7      get startled?
 8           A     Yes.
 9           Q     I want to break it down a little bit.
10           A     Okay.
11           Q     You said you saw two police officers?
12           A     Yes.
13           Q     Who do you specifically recall --
14           A     The older gentleman.
15           Q     -- seeing --
16           A     I'm sorry.
17           Q     That's okay.  What do you remember seeing
18      in that regard, somebody getting startled?
19           A     He like jumped back.
20           Q     Do you remember where he was standing,
21      this deputy, when you saw him, as you described it,
22      being startled?
23           A     He was standing in front of the garage.
24           Q     At that point, do you know where the other
25      officer was?
```

Stephani Mills

Page 27

1        A      No.

2        Q      Were there any cars in the driveway of

3    that house at the time you were witnessing this?

4        A      Not that I recall.

5        Q      When you saw, as you described, the older

6    officer get startled, do you remember whether or not

7    he had his gun out at that time?

8        A      I don't remember.

9        Q      Do you remember ever seeing either of the

10   officers pulling out their guns?

11       A      No.

12       Q      Do you ever remember seeing either officer

13   with a gun in his hand?

14       A      Yes.

15       Q      Which officer or officers did you see with

16   a gun in their hand?

17       A      I saw the older gentleman.

18       Q      Do you remember if he had a gun in his

19   hand when he was startled as you described?

20       A      No, not that I recall.

21       Q      Did you ever hear either of the officers

22   say anything at any point?

23       A      No.

24       Q      Did you ever see them where it looked like

25   they were saying something and you just couldn't

Stephani Mills

Page 28

1   hear it?

2        A    Not that I recall.

3        Q    Do you ever remember, once you got the

4   children in the car and you were witnessing what you

5   witnessed, do you remember being able to see into

6   the garage?

7        A    No.

8        Q    I know you said you remember the garage

9   door going up?

10       A    Yes.

11       Q    At that point could you see anything in

12  the garage?

13       A    No.

14       Q    Do you know why you couldn't see anything

15  in the garage?

16       A    I think just my angle where I was.  I

17  could not see, no.

18       Q    Can you tell me what the weather was like

19  that day?

20       A    No.

21       Q    Do you remember if the sun was out?

22       A    No.  It was not raining.

23       Q    Do you recall, when the garage door was

24  up, as you described, whether the inside of the

25  garage, from your perspective, whether it looked

Stephani Mills

Page 29

1    dark or light?

2         A    It looked dark.

3         Q    What is the highest you ever saw that

4    garage door get?

5              MR. ROBERTS:   Form.

6         Q    He is just objecting for the record.  You

7    can answer if you know the answer.

8         A    I don't know.

9         Q    Did you ever see a dog inside the garage?

10        A    No.

11        Q    Do you know where, as you described the

12   older deputy, was located when you saw him fire his

13   gun?

14        A    No.

15        Q    Do you know if he was near the garage?

16        A    Yes, yes.

17        Q    Do you know if he was outside of the

18   garage?

19        A    Yes.

20        Q    Do you know how many times he fired his

21   weapon?

22        A    No.

23        Q    Did you hear gunshots?

24        A    Yes.

25        Q    How many gunshots?

Stephani Mills

Page 30

1      A     I don't know.

2      Q     Was it more than one?

3      A     I don't know.  I believe I spoke really

4   shortly after this happened, and I believe they

5   asked me that question on the phone.  So I may have

6   remembered, you know, back closer to the date.

7      Q     Okay.  Back in January 2014, did you have

8   any issues with your eyesight?

9      A     I have contacts and I always wear them.

10     Q     Were you wearing them?

11     A     Absolutely.

12     Q     Did you, back then, have any issues with

13  your hearing?

14     A     No.

15     Q     Have you ever been convicted of a crime?

16     A     No.

17     Q     Now let me ask you -- I'm going to show

18  you something --

19     A     Okay.

20           MS. BARRANCO:  I am going to have the

21        court reporter mark this as Defendant's Exhibit

22        1 to this deposition.

23                       (Aerial photograph was marked as

24                       Defendant's Exhibit Number 1 for

25                       identification.)

Stephani Mills

Page 31

1           MS. BARRANCO:  For the record, and for

2       plaintiff's counsel's benefit, I'm showing a

3       document to the witness that has --

4   BY MS. BARRANCO:

5       Q    I will tell you it's an aerial

6   photograph --

7       A    Right.

8       Q    -- of the subject area.  And the very top

9   of the page, do you agree it says "Location of

10  witnesses" on the top of it?

11      A    Yes.

12      Q    Without necessarily taking into account

13  any markings there, specifically, because I want to

14  see what you remember, number one, do you recognize

15  this what's been marked as Exhibit 1?

16      A    Yes.

17      Q    What does it depict?

18      A    A photograph, an aerial photograph of the

19  school and the house.

20      Q    Can you describe for me where on this

21  photograph you believe the school is located?

22      A    Right here. (indicating).

23      Q    For the record, is there a label with a

24  name on top of that building?

25      A    Yes.

Stephani Mills

Page 32

1          Q      What does that label say?

2          A      McGuire.

3          Q      Do you know who someone by the name of

4    McGuire is?

5          A      No.

6          Q      Now, do you see a building that's circled

7    in red?

8          A      Yes.

9          Q      Do you know what that is?

10         A      Yes.

11         Q      What is that?

12         A      That is the house.

13         Q      When you say "the house," the house where

14   this incident happened?

15         A      Yes.

16         Q      Do you see where it says, there is another

17   label and it says "Mills?"

18         A      Yes.

19         Q      And there's an arrow?

20         A      Yes.

21         Q      Does that accurately depict where you were

22   when you saw the subject shooting?

23         A      Yes.

24         Q      And just for the record, can you describe

25   for me approximately where that was on this picture?

Stephani Mills

1      A    Yes.  It's right at the intersection where

2   the school meets the road.  I was first -- you know,

3   I was next in line to leave car line.

4      Q    Let me ask you, you see where the arrow

5   from Mills goes to --

6      A    Yes.

7      Q    -- in the middle of that street?

8      A    Yes.

9      Q    Is that a one-way in or a one-way out?

10     A    That's a one-way out.

11     Q    Where is the in for the parents?

12     A    Right here (indicating).

13     Q    Okay.

14     A    So this is where (indicating), when I was

15  explaining, this is where I, you know, heard the

16  music coming from the garage, went into car line,

17  came back around.  And that was when the police were

18  there, was when I was right there.

19     Q    Would you be so kind enough, I'm going to

20  hand you a ballpoint pen --

21     A    Okay.

22     Q    If you could just mark for me what you

23  remember in terms of your direction of travel as you

24  testified to today, just so if we have to show this

25  to a jury, which way you were going?

Stephani Mills

Page 34

```
 1        A     You want me to start here (indicating)?

 2        Q     Yeah, that's fine.  And you are making

 3    like arrows?

 4        A     Yes.  Is that okay?

 5        Q     That's perfect.  Is that showing the

 6    direction you traveled?

 7        A     Yes, this is showing the direction I

 8    traveled.  Can I go --

 9        Q     Absolutely.

10        A     It kind of goes like literally a car loop,

11    pick up kids here --

12        Q     Okay.

13        A     -- and then (indicating).

14        Q     And just for the record, can you put a

15    star where you approximately remember picking up

16    your kids, since we don't have a video here.

17        A     Yes, where I picked them, yeah.  I mean

18    they are all lined up here (indicating), so the

19    younger kids I picked up here, and my older niece I

20    picked up there (indicating).  Kind of goes youngest

21    to oldest.  So I picked up, you know, two or three

22    times here.

23        Q     For the record, is that just left of where

24    the label says McGuire?

25        A     Yes.
```

Stephani Mills

Page 35

1      Q    Is that the left side of the school?

2      A    Yes.

3      Q    And is there on this picture like a white

4  line that goes right there where you put the two

5  stars?

6      A    Yes.

7      Q    Do you know what that white line is?

8      A    The sidewalk.

9      Q    Now, can you put an X where you recall

10  your vehicle being when you witnessed this shooting

11  incident at this house?

12     A    Yes.  This is pretty accurate, so

13  (indicating).

14     Q    And just for the record, did you put that

15  approximately right where the arrow --

16     A    Yes.

17     Q    Hold on a second, for the record, the

18  arrow from the word Mills goes to?

19     A    Yes.

20     Q    Now, can you show me where you recall

21  seeing this older deputy when he was startled?  And

22  you can put -- well, if you could just point it out

23  first with the pen, if you remember?

24     A    Yeah, it was this area here (indicating).

25  It wasn't this or this (indicating); I can tell you

Stephani Mills

Page 36

1    that.

2         Q    So just for the record, what part of that

3    house are you showing me?

4         A    The front.

5         Q    And is that also the side that borders

6    Avenue Q?

7         A    Yes.

8         Q    Do you have a specific memory in terms of

9    specifically where this older deputy was when you

10   saw him be startled?

11        A    No.

12        Q    But you recall being towards the front of

13   the house?

14        A    Yes.

15        Q    And I think you said earlier, near the

16   garage?

17        A    Yes.

18        Q    Do you remember where the other deputy was

19   during this time period?

20        A    No.

21             MS. BARRANCO:  I'm going to show you

22        another picture and I will have the court

23        reporter mark this as Defendant's Exhibit 2 for

24        I.D.

25                      (Photo was marked as Defendant's

Stephani Mills

Page 37

1              Exhibit Number 2 for

2                identification.)

3          MS. BARRANCO:  Now, for the record, and

4      for plaintiff's counsel's benefit, since he is

5      attending by phone, I'm going to show what's

6      been marked Defendant's Exhibit 2 to the

7      witness, and it's a document that on the top

8      says "Front view of residence, 1501 Avenue Q,

9      Fort Pierce, Florida 34947."

10  BY MS. BARRANCO:

11      Q    Now I'm going to show this Defendant's

12  Exhibit 2 to the witness and see if you recognize

13  what this is a picture of?

14      A    Yes.  I mean, all the houses look the

15  same.  It's a house.  I honestly don't remember

16  exactly what it looked like.

17      Q    Okay.  In looking at it, you don't say

18  it's definitely not that house, but you don't

19  recall?

20      A    Right.

21      Q    Now, Ms. Mills, I'm going to show you, and

22  I am going to give you a few minutes because, before

23  this deposition, have I ever spoken to you about

24  this matter?

25      A    No.

Stephani Mills

Page 38

1      Q    Have you ever seen a transcript of an

2  interview that you had with a Saint Lucie Sheriff's

3  Office detective?

4      A    No.

5           MS. BARRANCO:  For the record, I am going

6       to have this next document marked as

7       Defendant's Exhibit 3 for identification, and

8       it consists of a cover page and an eight-page

9       transcript.

10                  (Interview transcript was marked

11                   as Defendant's Exhibit Number 3

12                   for identification.)

13  BY MS. BARRANCO:

14      Q    Before I show this to you, Ms. Mills, you

15  mentioned talking to somebody about what you saw?

16      A    Yes.

17      Q    Do you remember who you talked to?

18      A    No.

19      Q    Do you recall if it was a law enforcement

20  officer?

21      A    I believe it was a sheriff.  The sheriff's

22  department is what I recall.

23      Q    Do you recall how this interview took

24  place, in person or on the phone?

25      A    On the phone.

Stephani Mills

Page 39

1      Q    Do you remember when it took place?

2      A    No.

3      Q    If I were to tell you, based on the

4    records that I've seen, that the incident took place

5    on Monday, January 27, 2014, does that refresh your

6    memory at all or would you --

7      A    That sounds about correct.

8      Q    Do you recall how long after the subject

9    incident that you had this interview?

10      A    I was still pregnant.

11      Q    Let me ask you, when did you have your

12    child?

13      A    It was in March, March 11th, so.

14      Q    Do you remember speaking with law

15    enforcement -- well, let me ask you this:  When

16    after the incident do you recall speaking to law

17    enforcement, in terms of how much time passed after

18    the incident did you speak to law enforcement?

19      A    I don't really know.  It wasn't within a

20    day.  I remember kind of thinking they were going to

21    call me, and I was surprised they didn't for a

22    little bit, and then they did.

23      Q    After making that 911 call, did you ever

24    call the sheriff's office to tell them that you were

25    the one that made the 911 call and that you saw the

Stephani Mills

Page 40

1   shooting?

2       A    No, because I gave them my information

3   when I called originally.  I gave them my phone

4   number and my name.  It wasn't an anonymous call.

5       Q    Okay.  Now, let me show you what's been

6   marked Defendant's 3 (handing).

7       A    Okay.

8       Q    And I would like you to read it.

9       A    Okay.

10      Q    And take your time.

11      A    Okay.

12      Q    And I'm going to ask you, once you're

13  done, I will ask you if it refreshes your memory at

14  all, and if there is anything in there that seems to

15  be inaccurate to you.  So take your time and we will

16  just sit tight.

17      A    It's funny reading the way I talk.

18           Oh, my gosh.  I said it was Drake.  I

19  didn't think I, like, admitted that I knew that.  I

20  like him but --

21           Can we change these to nervous laughs?

22  Because I wasn't like laughing.  Because this sounds

23  terrible.

24      Q    Well, we have an audio recording of it.

25      A    "I would say it was pretty clear" view

Stephani Mills

Page 41

```
 1    "(laughs)."  That sounds pretty bad.
 2         Q    Are you finished?
 3         A    No.
 4         Q    Why don't you finish and then we can talk
 5    about it?
 6         A    All right.  I lived in Carnoustie, the
 7    place before the address I gave you.  Okay.
 8         Q    Have you had an opportunity to read your
 9    statement, Ms. Mills?
10         A    Yes.
11         Q    And you were making some comments to me,
12    which is fine.
13         A    Yes.
14         Q    And if you need to look at that again,
15    feel free to.
16         A    Okay.
17         Q    You made a couple of comments, and other
18    than what you commented about, which I'll talk to
19    you specifically --
20         A    Right.
21         Q    -- was there anything else in that
22    statement you recall that seems to be incorrect in
23    terms of what you said?
24         A    Not that I recall being incorrect, no.
25         Q    Does reading that statement refresh your
```

Stephani Mills

Page 42

 1    memory at all about what you saw or heard?

 2         A    No, no.

 3         Q    Would you change your testimony based on

 4    what you already said today on the record now

 5    reading that statement at all?

 6         A    No.

 7         Q    So it doesn't change what you do remember

 8    but it doesn't add anything?

 9         A    Yes.

10         Q    Now you said something about can we change

11    "laughter" to "nervous laughter."  What did you mean

12    by that?

13         A    Because when I get nervous, I go like

14    "heh, heh," like --

15         Q    Like a nervous laugh?

16         A    Yeah.  And when I say like, "could not be

17    any more clear where I was," I didn't think that was

18    funny.  So kind of upsetting that it says I laughed

19    after I saw, you know, a shooting.

20         Q    So what did you mean by that laughter

21    then?

22         A    Nervous, nervous.

23         Q    Did you mean happy laughter?

24         A    No.

25         Q    Okay.  Just, I want to understand from

Stephani Mills

Page 43

1    you.  I --

2        A    No, no.

3        Q    I don't want to suggest --

4        A    No. I mean I get very nervous, and it

5    wasn't a funny situation at all in that it was

6    terrifying.  I still think about it.  And I don't

7    want that to be in a transcript that I think

8    something is funny that is so tragic.

9        Q    So you didn't mean it as a funny laugh?

10       A    I did not mean it as a funny laugh.

11       Q    You mentioned another thing in terms of

12   where you lived at the time --

13       A    Yes.

14       Q    -- now that you read the transcript?

15       A    Yes.

16       Q    What about that?

17       A    I lived in Carnoustie, it was a townhouse.

18   I moved in with my boyfriend at the time right

19   before we moved in together in the 826 address that

20   I gave you.  So I lived here for a few months in

21   Carnoustie.

22       Q    So for the record and for the court

23   reporter's benefit, can you tell me, now that you've

24   read this interview transcript, what was the address

25   you were residing at on or about January 14, 2014?

Stephani Mills

Page 44

1        A      8102 Carnoustie Place.

2        Q      Can you spell that?

3        A      C-a-r-n-o-u-s-t-i-e, Place.

4        Q      What city was that?

5        A      Port Saint Lucie.

6        Q      And was there a unit number or anything

7    for your place?

8        A      No.  No.  They were townhouses but they

9    all had separate numbers.  They weren't units.

10       Q      Anything else you haven't discussed about

11   this transcript that you believe needs to be

12   clarified or changed in any way?

13       A      No.

14       Q      Anything you feel the need to clarify or

15   change in regards to your testimony today or what's

16   in this transcript that's been marked as Defendant's

17   Exhibit 3?

18       A      No.

19       Q      After reading Defendant's Exhibit 3, do

20   you believe it to be a fair and accurate

21   transcription of your interview with the sheriff's

22   detective?

23       A      Yes.

24       Q      The beginning of this interview transcript

25   it says Lebeau - Detective Ed Lebeau, L-e-b-e-a-u.

Stephani Mills

Page 45

1    Does that refresh your memory at all?

2        A    Yes, I remember that name.

3        Q    Do you remember your interview being with

4    him?

5        A    Yes.

6        Q    Now, I am almost done.  I just want to ask

7    you a couple of follow-up questions.

8             After this incident that you witnessed,

9    did you ever have any contact, either because you

10   sought it out or someone sought you, with the

11   gentleman who was shot, his family or friends?

12       A    No.

13       Q    Other than Detective Lebeau, do you

14   remember talking with anybody about what you saw

15   that day?

16       A    No.

17       Q    Did you ever speak to any reporters?

18       A    No.

19            MS. BARRANCO:  I have no further questions

20       for you.  Mr. Roberts is on the phone, and he

21       may have some questions.

22            THE WITNESS:  Okay.

23            MR. ROBERTS:  Yes, T.C. Roberts.  Good

24       morning -- almost afternoon, Ms. Mills.  I have

25       a couple of questions for you.

Stephani Mills

Page 46

1    CROSS EXAMINATION

2    BY MR. ROBERTS:

3         Q    I want to refer to the transcript.  Do you

4    remember making this call?

5         A    The 911 call or?

6         Q    No.  Do you remember making this call to

7    Ed Lebeau?

8         A    Yes.  He had left a message on my

9    answering machine, and I don't recall like dialing

10   his phone number, but.

11        Q    When you made this call, were you aware

12   that the line was recorded?

13        A    I believe so.

14        Q    So, if someone informed you that the line

15   was recorded, that would have been on this

16   transcript somewhere?

17        A    Oh.  I'm sorry, is it on the transcript

18   that's it's recorded?

19        Q    Is there anywhere in this transcript where

20   Mr. Lebeau or Detective Lebeau tells you that this

21   phone call is recorded, that you just read?

22        A    I didn't read that, no.

23        Q    When you called Detective Lebeau, did he

24   make you swear to tell the truth?

25        A    I don't recall.

Stephani Mills

1       Q    I want to refer to page four of eight,

2   bottom line, last sentence, "I never saw the bad

3   guy."  Who is the bad guy?

4       A    The man who was in the garage.

5       Q    Why did you refer to him as the bad guy?

6       A    Because I was having a, you know, nervous

7   conversation, and when, you know, you see officers

8   that upset with a person, that would be the

9   assumption.

10       Q    What do you mean by when you saw officers

11   upset, what are you referring to?

12       A    Shooting someone.

13       Q    So you don't know the man that was shot?

14       A    Absolutely not.

15       Q    Do you know anything about him other than

16   the fact he was shot?

17       A    No.

18       Q    You are not aware that he had children

19   over there going to the school your child and your

20   nieces went to?

21       A    No.

22       Q    Had you ever heard music coming from that

23   house before?

24       A    No.

25       Q    Page 1 of 8 of the transcript, line 21,

Stephani Mills

Page 48

```
 1    Detective Lebeau mentions a grand jury.  Did you
 2    testify before a grand jury in this case?
 3         A    No.
 4         Q    Did he mention grand jury to you before
 5    this call?
 6         A    No.
 7         Q    So you never reached out to him first -- I
 8    guess what I mean by that, after this happened, you
 9    had made a call to the police about the loud music.
10         A    Yes.
11         Q    And the very next contact you had was from
12    the sheriff's office; is that fair?
13         A    Yes.
14         Q    Other than this phone call that you made,
15    the statement that you're making today, and the 911
16    call that you made, are there any other statements
17    you are aware of that you made regarding this
18    incident?
19         A    No, not other than what's in the
20    transcript, no.
21         Q    I'm going to take you to the incident.  Do
22    you know what laws were broken by the man playing
23    the loud music, if any?
24         A    No.
25         Q    You mentioned can't do that outside of a
```

Stephani Mills

Page 49

```
 1    school -- I'm quoting you -- "can't do that outside
 2    of a school," when you were talking to your
 3    children, "if you don't follow the rules."  You
 4    can't tell me what laws were broken or what rules
 5    were broken?
 6         A    I'm sorry.  What's the question?
 7         Q    I'm quoting you earlier when you were
 8    talking with Ms. Barranco --
 9         A    Right.
10         Q    -- you were referring to your
11    conversations with your child and your nieces inside
12    the car.
13         A    Right.
14         Q    And you said, "You can't do that outside
15    of a school."
16         A    Right.
17         Q    What rules, what laws were broken?
18         A    Oh, it was a disturbance call.  It
19    wasn't -- I wouldn't want my children to do that,
20    just like any other mother would not want their
21    child to do that.  It was obnoxious.
22         Q    Okay.  Now you called 911, those three
23    digits, right?
24         A    Yes.
25         Q    Rather than call a non-emergency number?
```

Stephani Mills

Page 50

```
 1       A     Right.

 2       Q     Was there an emergency?

 3       A     It was a disturbance, so.

 4       Q     You were disturbed; is that fair?

 5       A     Yes.

 6       Q     There was no emergency; is that fair?

 7       A     Correct.

 8       Q     At the moment you saw what you described

 9  as the older deputy fire his weapon, can you

10  describe the position of the garage door at the very

11  moment you saw him fire his weapon?

12       A     No.

13       Q     Was it all the way up?

14       A     I don't know.

15       Q     Was it all the way down?

16       A     I don't know.

17       Q     In your transcript -- forgive me, I'm

18  going to have to read it a little bit to ask you

19  questions.

20       A     Okay.

21       Q     Page 5 of 8, line 216, your words here,

22  "as soon as possible.  And I saw him firing, as the

23  garage door closed."

24       A     Yes.

25       Q     Do you remember that --
```

Stephani Mills

Page 51

```
1        A    No.

2        Q    -- statement?

3        A    Oh, I remember that statement.  I can't

4   picture that now.  It's been years later.

5        Q    You can't tell me if any of the bullets

6   fired from this older deputy went through the garage

7   door?

8        A    I don't know.

9        Q    And when it was open, before the deputy

10  started firing, you couldn't see a person in there;

11  is that fair?

12       A    That's fair, yes.

13       Q    But you saw the speakers earlier when you

14  pulled up?

15       A    Correct.

16       Q    And the garage door was open?

17       A    Yes.

18       Q    So I guess it's fair for me to say that --

19  or is it fair for me to say that, if you didn't see

20  a person on the other side of the garage door, you

21  didn't see a gun in his hand; is that fair?

22       A    That's fair, I did not see a person.

23       Q    Can you identify any point in time when

24  you did not hear music?

25       A    I cannot.  I cannot.
```

Stephani Mills

Page 52

1       Q    I believe you testified earlier that as

2   you were pulling off, the question was asked if you

3   heard music at that point, and I believe you said

4   no.

5       A    Right.  I don't know when the music

6   stopped.  I don't know when that happened.  I was

7   getting my kids in the car.

8       Q    Did you ever see the deputies knock on the

9   garage door?

10      A    Not that I can recall now, no.

11      Q    It seems like you were a little hesitant

12  to admit that it was a Drake song.  Is there any

13  reason why?

14      A    Oh, no.  Just I was embarrassed that I

15  knew exactly what song it was.  That's all.

16      Q    Why were you embarrassed?

17      A    I don't know.

18      Q    Did you watch the news reports about this

19  incident?

20      A    I know I did.  I don't really recall

21  anything about it now.  I just don't recall anything

22  about it now.  But I know that I saw it on the news.

23      Q    Do you remember seeing it on the news

24  before you had this conversation with Detective

25  Lebeau?

Stephani Mills

Page 53

```
 1        A    No.
 2        Q    So you can't tell me if this conversation
 3   happened first before you saw that?
 4        A    I don't know, so I'm not -- I don't
 5   recall.
 6        Q    Did you receive a subpoena to show up here
 7   today?
 8        A    Yes.
 9        Q    Ms. Barranco asked you earlier if you ever
10   talked with her.  Had you ever talked with anybody
11   from her office?
12        A    No.
13             MR. ROBERTS:  Okay, Ms. Mills, I have no
14        further questions.
15             MS. BARRANCO:  I just have a few
16        follow-ups based on some of the questions you
17        were just asked by plaintiff's counsel.
18   REDIRECT EXAMINATION
19   BY MS. BARRANCO:
20        Q    He was asking you about whether or not you
21   knew this interview with Detective Lebeau, whether
22   it was recorded or not.  I think you said --
23             What do you remember about that?
24        A    I remember assuming it was.  I don't
25   remember -- I don't recall exactly him saying "This
```

Stephani Mills

Page 54

```
1    is recorded."  I don't remember that.  But I

2    remember, with common sense, knowing that it was.

3         Q    Why was that?

4         A    Because it's -- somebody was killed.  I

5    mean --

6         Q    The fact that it was recorded, does that

7    offend you in any way?

8         A    No, absolutely not.

9         Q    And if somebody specifically would have

10   asked you if they could record the conversation,

11   would you have consented?

12        A    Yes.

13        Q    Plaintiff's counsel mentioned something

14   about whether or not you had been sworn to tell the

15   truth in this interview with Detective Lebeau, and I

16   think you said you don't see in there where you

17   swore to it.

18             As you sit here today, Ms. Mills, was it

19   your intention back when you spoke with the

20   detective to be truthful in what you were saying?

21        A    Absolutely.

22        Q    And were you truthful, based on your

23   recollection of the events?

24        A    Absolutely.

25        Q    You mentioned something about the officers
```

Stephani Mills

Page 55

```
 1    didn't realize they were that upset; plaintiff's

 2    counsel asked you about that and you said well,

 3    shooting someone.  I guess you meant because the

 4    deputy shot Mr. Hill, that they were upset with him.

 5               Do you understand what I am asking about?

 6         A    No.

 7         Q    Earlier when you were being questioned by

 8    plaintiff's counsel, there was some questions about

 9    why you called the gentleman in the garage the bad

10    guy, in your statement?

11         A    Right.

12         Q    And then you said something about you

13    didn't realize the officers were that upset with him

14    to shoot him.  I guess my question really is, do you

15    know anything about these two officers' demeanor in

16    terms of their interactions with Mr. Hill?  Do you

17    understand my question?  You are kind of looking at

18    me --

19         A    Demeanor in what way?

20         Q    Well, from what you saw, could you discern

21    whether or not either of these deputies were upset

22    with Mr. Hill?

23         A    No.  They were surprised by him.

24         Q    Could you tell if either of these deputies

25    were angry at Mr. Hill?
```

Stephani Mills

Page 56

1      A     No.

2      Q     Okay.  And that's what I am trying to get

3   at, in terms of --

4      A     He just caught me off guard.  I wasn't --

5   if someone gets shot by a police officer or a

6   sheriff, you know, cops and robbers from when you're

7   a little kid, oh, that's the bad guy.

8      Q     Somebody that's interacting with the

9   police?

10     A     Right.  It wasn't do I know him personally

11  and did he -- I don't know him personally.  That's

12  the way I was speaking at the time when I was seven

13  months pregnant and very upset.

14     Q     And the him you're referring to was the

15  guy in the garage?

16     A     Yes.

17     Q     And a moment ago you said, "He took me off

18  guard."  You were motioning --

19     A     At, what is his name?

20     Q     Plaintiff counsel?

21     A     Yes.

22     Q     Since Mr. Roberts isn't here, did you mean

23  in your earlier testimony that you were taken off

24  guard by him, did you mean that you were taken off

25  guard by plaintiff's counsel's question?

Stephani Mills

Page 57

1        A     Yes.

2               MS. BARRANCO:   Okay, just so we clarify.

3               Okay.   I have no further questions for

4        you, Ms. Mills.

5               THE WITNESS:   Okay.

6               MS. BARRANCO:   You have the right to read

7        this deposition if it gets transcribed, and it

8        will.

9               THE WITNESS:   Okay.

10              MS. BARRANCO:   And if it gets transcribed,

11       the court reporter will type up a little

12       booklet of everything said here today and you

13       will have an opportunity, if you so chose, to

14       read for accuracy, or you can waive that right.

15       It's up to you.   Something that you need to

16       decide today, although you could decide to read

17       and then later decide that you're not going to

18       bother.   But it's something that you need to

19       tell the court reporter, if you want to read it

20       or you want to waive it.

21              THE WITNESS:   I will read it.

22              MS. BARRANCO:   And you can coordinate with

23       the court reporter in regard to that.

24              THE WITNESS:   Okay.

25              THE REPORTER:   Are you ordering a copy of

Stephani Mills

Page 58

1        the transcript?

2              MS. BARRANCO:  I am.

3              THE REPORTER:  Mr. Roberts, are you

4        ordering a transcript?

5              MR. ROBERTS:  I will take a copy of it.

6              (Whereupon, at 12:15 p.m., the deposition

7        was concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Stephani Mills

Page 59

1                    CERTIFICATE OF OATH

2    STATE OF FLORIDA      )

3    COUNTY OF SARASOTA   )

4            I, the undersigned authority, certify that

5    STEFANI ANN MILLS personally appeared before me and

6    was duly sworn.

7            WITNESS my hand and official seal this

8    27th day of December, 2016.

9

10

11

12

13

14

15    _____

16            ANNE M. FLYNN
             Notary Public
17            State of Florida

18

19    Commission GG10876

20    My Commission Expires:  July 20, 2020

21

22

23

24

25

Stephani Mills

Page 60

                    DEPOSITION CERTIFICATE

STATE OF FLORIDA    )

COUNTY OF SARASOTA )


     I, NANCY ANNE FLYNN, RPR, Court Reporter and

Notary Public, do hereby certify that I was authorized

to and did stenographically report the foregoing

deposition of STEFANI ANN MILLS, that a review of the

transcript was requested; and that the transcript is a

true record of the testimony given by the witness.

     I FURTHER CERTIFY that I am not a relative,

employee, attorney, or counsel of any of the parties,

nor am I a relative or employee of any of the parties'

attorney or counsel connected with the action, nor am

I financially interested in the action.

     Dated this 27th day of December, 2016.



                    _____

                    NANCY ANNE FLYNN, RPR

Stephani Mills

Page 61

1                    ERRATA SHEET

2    TO BE ATTACHED TO THE DEPOSITION OF:

3                 STEFANI ANN MILLS

4    IN THE CASE OF:

5    Viola Bryant et al
              vs.
6    Sheriff Ken Mascara et al

7    Instructions:  Please read the original transcript of
     your deposition and make note of any errors in
8    transcription on this page.  Do not mark on the
     original transcript itself.  Sign and date this sheet,
9    and return both Errata Sheet and transcript to the
     court reporter.  Thank you.

10

11   PAGE/LINE            ERROR OR AMENDMENT

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19        I have read the original transcript, and

20   except for the corrections noted above, I subscribe

21   to the transcript as an accurate record of the

22   statements made by me.

23

24   _____     _____

25   Deponent                     Date



Location of Witnesses

McGuire

Ruiz

Mills

11501 Ave Q, Fort Pierce, FL 34947

EXHIBIT
PENGAD 800-631-6989

# Front View of Residence

## 1501 Avenue Q Ft. Pierce, Florida 34947



# STEPHANIE MILLS

# TRANSCRIPT



EXHIBIT

D-3

12-5-16

WITNESS

**14-00572**
**Stephanie Mills**
**1/27/2014 {Time}**

**Lebeau – Detective Ed Lebeau**
**Mills – Stephanie Mills**

| | | |
|---|---|---|
| 1 | Lebeau | Detective Lebeau, how can I help you? |
| 2 | | |
| 3 | Mills | Hi this is Stephanie Mills returning your phone call. |
| 4 | | |
| 5 | Lebeau | Hey Stephanie, how are you? |
| 6 | | |
| 7 | Mills | I'm good. How are you? |
| 8 | | |
| 9 | Lebeau | I, I appreciate you calling me. |
| 10 | | |
| 11 | Mills | Oh no problem. |
| 12 | | |
| 13 | Lebeau | Um, I just a couple of quick questions. Ok. |
| 14 | | |
| 15 | Mills | Mmhm. |
| 16 | | |
| 17 | Lebeau | Um, I know you got a little bit of anxiety going on but. |
| 18 | | |
| 19 | Mills | {Laughs} Yeah. |
| 20 | | |
| 21 | Lebeau | Um, everything that is involved in a grand jury is, um, secret. Ok, so |
| 22 | | |
| 23 | Mills | Ok. |
| 24 | | |
| 25 | Lebeau | you don't have to worry about anything like that. Ok. |
| 26 | | |
| 27 | Mills | Ok. |
| 28 | | |
| 29 | Lebeau | Um, what I'm wondering about is, you know, we're talking about the fourteenth |
| 30 | | of January. Do you remember that? |
| 31 | | |
| 32 | Mills | Yes. |
| 33 | | |
| 34 | Lebeau | Ok. And you called 911. Do you remember that? |
| 35 | | |
| 36 | Mills | Yes I do. |
| 37 | | |
| 38 | Lebeau | Ok, alright. Um, tell me, tell me what, what caused you to call 911. |
| 39 | | |

| | | |
|---|---|---|
| 40 | Mills | Um, well the man you…well obviously you know where the house is right |
| 41 | | across from the school. I was just pulling into car line and he had music blasting |
| 42 | | with profanity and I, um, |
| 43 | | |
| 44 | Lebeau | What k…what w…can I |
| 45 | | |
| 46 | Mills | What was that? |
| 47 | | |
| 48 | Lebeau | Can I ask what kind of profanity it was? |
| 49 | | |
| 50 | Mills | It was the 'f' word. I mean I, I know it was like, honestly it was a song by |
| 51 | | Drake. I remember what song it was [laughs]. |
| 52 | | |
| 53 | Lebeau | Ok. |
| 54 | | |
| 55 | Mills | Um, and it wasn't the clean version by any means and the kids were all standing |
| 56 | | outside, um, you know waiting to be picked up. So. |
| 57 | | |
| 58 | Lebeau | Ok. |
| 59 | | |
| 60 | Mills | I was obviously really mad and I, I called my sister first and I said is this a |
| 61 | | dumb reason, you know, to call the cops over. But, you know, I don't think he |
| 62 | | should be playing this music. |
| 63 | | |
| 64 | Lebeau | Ok. |
| 65 | | |
| 66 | Mills | And she was like, no absolutely, call. |
| 67 | | |
| 68 | Lebeau | Well how l…how l… |
| 69 | | |
| 70 | Mills | And all |
| 71 | | |
| 72 | Lebeau | How loud was the music? |
| 73 | | |
| 74 | Mills | Oh it was bla…it, it was, it was so loud the speakers were like staticy. Like he |
| 75 | | had it turned up all the way. |
| 76 | | |
| 77 | Lebeau | Ok. |
| 78 | | |
| 79 | Mills | Like he…it couldn't have been more obnoxious. |
| 80 | | |
| 81 | Lebeau | Ok. |
| 82 | | |
| 83 | Mills | In my opinion. |
| 84 | | |
| 85 | Lebeau | Ok. |

| 86 | | |
|----|-------|---|
| 87 | Mills | I mean. It was really really obnoxious. |
| 88 | | |
| 89 | Lebeau | Ok. so you, so you called 911 and, uh, what did you tell them? |
| 90 | | |
| 91 | Mills | Um, I said that they were…that, that there was a, you know, a house right across |
| 92 | | the street from the school. |
| 93 | | |
| 94 | Lebeau | Ok. |
| 95 | | |
| 96 | Mills | Um, blasting bad music while all the kids are, you know, sitting outside waiting. |
| 97 | | |
| 98 | Lebeau | Ok. Did you, did you, did you see anybody at the house or no? |
| 99 | | |
| 100 | Mills | No, no, the garage was opened. |
| 101 | | |
| 102 | Lebeau | Ok. |
| 103 | | |
| 104 | Mills | So I said, I, I said the garage door is open, you know, the speakers are in the |
| 105 | | garage. He's blas…he's, he's blasting it out of his garage. You know. |
| 106 | | |
| 107 | Lebeau | Ok. |
| 108 | | |
| 109 | Mills | Um, just it's ridiculous. I, I honestly thought I was gonna be like the tenth one |
| 110 | | to call. I was so surprised. |
| 111 | | |
| 112 | Lebeau | Ok. |
| 113 | | |
| 114 | Mills | After watching the news it seemed like I was the only one who called about it. |
| 115 | | |
| 116 | Lebeau | Well, you know, it's just important for me to talk to anybody that, that had any, |
| 117 | | anything to do with that day. |
| 118 | | |
| 119 | Mills | Mmhm. |
| 120 | | |
| 121 | Lebeau | Um, after you called 911 then what happened? |
| 122 | | |
| 123 | Mills | Um, then I went around and I, uh, I picked up the kids from the car line. Um, as |
| 124 | | I was leaving I saw…that was when the, the Sheriff's arrived, right, right when I |
| 125 | | got my kids in the car. |
| 126 | | |
| 127 | Lebeau | Ok. Do you remember, remember what…about what time you called 911? |
| 128 | | |
| 129 | Mills | Yeah it was, it was three-fifteen. |
| 130 | | |
| 131 | Lebeau | Ok. It, it, did it take the deputies very long to get there? |

| | | |
|---|---|---|
| 132 | | |
| 133 | Mills | Nn...um, no. No it was, it was really quick because I was honestly, I was in car |
| 134 | | line and that probably takes about, you know, ten minutes to get around. |
| 135 | | |
| 136 | Lebeau | Right. |
| 137 | | |
| 138 | Mills | And by the time I was back around in the front they were, they were showing |
| 139 | | up. And I was like oh wow that was fast. |
| 140 | | |
| 141 | Lebeau | Ok. |
| 142 | | |
| 143 | Mills | I re...I remember thinking that was fast. |
| 144 | | |
| 145 | Lebeau | Ok, and, and that's cool. Um, and then after you saw the deputies show up, then |
| 146 | | what happened? |
| 147 | | |
| 148 | Mills | Um, I had, well I had all the kids in the car. |
| 149 | | |
| 150 | Lebeau | Mmhm. |
| 151 | | |
| 152 | Mills | And I said hey, you know, watch this, these are the people who are playing that |
| 153 | | loud music, you know, they're, they're gonna get in trouble. |
| 154 | | |
| 155 | Lebeau | Ok. Ok. |
| 156 | | |
| 157 | Mills | And um, I saw...well I hate to say that I saw them shooting. I...did...I saw, you |
| 158 | | know, I saw it all. They...the...I saw them banging on the, um, garage door. |
| 159 | | |
| 160 | Lebeau | Ok. |
| 161 | | |
| 162 | Mills | Which they were coming around. I didn't see them, um, I...I saw them coming |
| 163 | | around which looked like from the front of the house. I didn't see them knock at |
| 164 | | the front of the house. |
| 165 | | |
| 166 | Lebeau | Ok. |
| 167 | | |
| 168 | Mills | Um, I saw them knock on the, um, garage door. |
| 169 | | |
| 170 | Lebeau | Ok. |
| 171 | | |
| 172 | Mills | And it looked like the person inside pulled it up cause it went up real fast. |
| 173 | | |
| 174 | Lebeau | Ok. |
| 175 | | |
| 176 | Mills | Um, and then, you know, we're just, we're watching and then I saw one of the |
| 177 | | Sheriff's get...start...I, I never saw the bad guy. |

| 178 | | |
|---|---|---|
| 179 | Lebeau | Ok. |
| 180 | | |
| 181 | Mills | I never saw him. Um, but it, it uh, I saw the Sheriff get startled. He pulled his |
| 182 | | gun and |
| 183 | | |
| 184 | Lebeau | Just on of them or both? |
| 185 | | |
| 186 | Mills | I, I was only watching the older man. There was an older, heavier man and then |
| 187 | | a younger man. |
| 188 | | |
| 189 | Lebeau | Ok. |
| 190 | | |
| 191 | Mills | Um, I only saw the older ma…I, I was only watching him. |
| 192 | | |
| 193 | Lebeau | Ok. |
| 194 | | |
| 195 | Mills | Um, I don't remember what um, what |
| 196 | | |
| 197 | Lebeau | And, and, and that's fine, and that's fine. |
| 198 | | |
| 199 | Mills | the other |
| 200 | | |
| 201 | Lebeau | So, so he was, he got a little startled you said? |
| 202 | | |
| 203 | Mills | Yeah, yeah he kind of like jumped back and pulled his gun as if he was |
| 204 | | surprise…he was clearly surprised. |
| 205 | | |
| 206 | Lebeau | Ok. |
| 207 | | |
| 208 | Mills | To me. And then I was, I was very surprised. |
| 209 | | |
| 210 | Lebeau | Ok. |
| 211 | | |
| 212 | Mills | And I just tried to get out |
| 213 | | |
| 214 | Lebeau | Ok. |
| 215 | | |
| 216 | Mills | as soon as possible. And I saw him, um, firing as, as the garage door closed. |
| 217 | | And that was |
| 218 | | |
| 219 | Lebeau | You saw the older guy firing or the other guy? |
| 220 | | |
| 221 | Mills | Ye, yes. I only saw the older. |
| 222 | | |
| 223 | Lebeau | Ok. |

| | | |
|---|---|---|
| 224 | | |
| 225 | Mills | The older man firing. |
| 226 | | |
| 227 | Lebeau | Ok, ok. |
| 228 | | |
| 229 | Mills | Um, but as, as he did that, you know, the, the garage door was shutting. So. |
| 230 | | |
| 231 | Lebeau | Ok, ok. |
| 232 | | |
| 233 | Mills | But I, you know, like I said I never saw the other man inside. |
| 234 | | |
| 235 | Lebeau | Did, did you have a, did you have a clear view of what was going on from |
| 236 | | where, from where you were? |
| 237 | | |
| 238 | Mills | Oh, um, I, I would say…I would say it was pretty clear {laughs}. |
| 239 | | |
| 240 | Lebeau | Oh ok, alright well I, I wasn't there so I, I don't know. Um, |
| 241 | | |
| 242 | Mills | Yeah. |
| 243 | | |
| 244 | Lebeau | The, the younger deputy, did you, you really pay attention to him or were you |
| 245 | | just focusing in on the older guy? |
| 246 | | |
| 247 | Mills | I really wasn't…the, the other one was, was closer to me. Um, |
| 248 | | |
| 249 | Lebeau | Ok. |
| 250 | | |
| 251 | Mills | because I, I was right at, you know, the area? |
| 252 | | |
| 253 | Lebeau | Yes ma'am. |
| 254 | | |
| 255 | Mills | Um, I was right at the stop sign coming out of the school facing the house. |
| 256 | | |
| 257 | Lebeau | Oh so you were right there. |
| 258 | | |
| 259 | Mills | Yeah. |
| 260 | | |
| 261 | Lebeau | Ok. |
| 262 | | |
| 263 | Mills | Yeah I was, I was probably as close as you could possibly be to that shooting. |
| 264 | | |
| 265 | Lebeau | Ok. Ok. |
| 266 | | |
| 267 | Mills | W…without ever, you know, I never saw. |
| 268 | | |
| 269 | Lebeau | How many, how many gunshots did you hear? |

| 270 | | |
|-----|--------|---|
| 271 | Mills | I, I honestly can't…I…it was multiple. I can't say |
| 272 | | |
| 273 | Lebeau | Ok. |
| 274 | | |
| 275 | Mills | a number. |
| 276 | | |
| 277 | Lebeau | And, and that's fine, and that's fine. |
| 278 | | |
| 279 | Mills | Ok. |
| 280 | | |
| 281 | Lebeau | Um, jeese, I'm trying to think of anything else. Um, now Frances K. Sweet's an |
| 282 | | elementary school right? |
| 283 | | |
| 284 | Mills | Yes. |
| 285 | | |
| 286 | Lebeau | And what grades are that. It's been a long time since I've been in school? |
| 287 | | |
| 288 | Mills | Um, it's kindergarten through fifth grade. |
| 289 | | |
| 290 | Lebeau | Oh so real little kids? |
| 291 | | |
| 292 | Mills | Yeah, yeah they're all, they're all little and they were all outside. |
| 293 | | |
| 294 | Lebeau | Ok. |
| 295 | | |
| 296 | Mills | I mean it, it was re…and, and you know when they started firing, um, all the |
| 297 | | kids, everyone ran inside. |
| 298 | | |
| 299 | Lebeau | Ok. |
| 300 | | |
| 301 | Mills | You know, I, I pulled my son out of the school the next day. We, we don't go |
| 302 | | there anymore. |
| 303 | | |
| 304 | Lebeau | Ok. |
| 305 | | |
| 306 | Mills | That's how scared |
| 307 | | |
| 308 | Lebeau | Um, and, and then, and then what happened? After you, you heard the, the |
| 309 | | gunshots, the multiple gunshots, then what happened? |
| 310 | | |
| 311 | Mills | I, I just, I, I pulled out, I left, I tried to just get away as quickly as possible. |
| 312 | | |
| 313 | Lebeau | And that's completely, yeah, that's completely understandable. |
| 314 | | |
| 315 | Mills | Yeah. |

| | | |
|---|---|---|
| 316 | | |
| 317 | Lebeau | Um, Stephanie can I get your date of birth? |
| 318 | | |
| 319 | Mills | Yes, um, 11/23/87. |
| 320 | | |
| 321 | Lebeau | Ok, and can have an address for you please? |
| 322 | | |
| 323 | Mills | Um, yes, 8102 |
| 324 | | |
| 325 | Lebeau | Uh huh. |
| 326 | | |
| 327 | Mills | Carnoustie, C-A-R-N-O-U-S-T-I-E. |
| 328 | | |
| 329 | Lebeau | S-T-I-E? |
| 330 | | |
| 331 | Mills | Yes, and that's |
| 332 | | |
| 333 | Lebeau | Thank God you spelled that for me. |
| 334 | | |
| 335 | Mills | Carnoustie Place. I know. |
| 336 | | |
| 337 | Lebeau | A Place. And where is that? |
| 338 | | |
| 339 | Mills | Um, Port St. Lucie. And it's 34986. |
| 340 | | |
| 341 | Lebeau | Is the, the number that I've been calling you, is that a good number for you? Or |
| 342 | | is there |
| 343 | | |
| 344 | Mills | Yes, it's my cell phone. |
| 345 | | |
| 346 | Lebeau | Ok, ok. Um, again, I really appreciate, um, you speaking with me. If I have any |
| 347 | | further questions can I call you back and talk to you again? |
| 348 | | |
| 349 | Mills | Yeah, yeah that's fine. |
| 350 | | |
| 351 | Lebeau | Ok, thank you so much Stephanie. I appreciate it. |
| 352 | | |
| 353 | Mills | Ok. No problem. Thank you. |
| 354 | | |
| 355 | Lebeau | Alright bye bye now. |
| 356 | | |
| 357 | Mills | Alright bye. |