# EXHIBIT
# C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO.2:16-cv-14072-ROSENBERG/HOPKINS


VIOLA BRYANT, as Personal          )
Representative of the Estate of    )
GREGORY VAUGHN HILL, JR.,          )
                                   )
              Plaintiff,           )
vs.                                )
                                   )
SHERIFF KEN MASCARA, in his        )
Official Capacity as Sheriff of    )
St. Lucie County, and              )
CHRISTOPHER NEWMAN,                )
                                   )
              Defendants.          )
_____    )


VIDEOTAPED DEPOSITION OF EDWARD LOPEZ


DATE:      October 4, 2016

TIME:      1:05 PM to 2:26 PM

PLACE:     St. Lucie County Sheriff's Office
           4700 West Midway Road
           Fort Pierce, Florida 34981

TAKEN BY:  Attorney for Plaintiff

REPORTER:  SUZANNE K. BADLEY, a Notary Public
           of the State of Florida at Large

```
 1    APPEARANCES:

 2
      FOR PLAINTIFF:   T.C. ROBERTS, ESQ.
 3                     JOHN M. PHILLIPS, ESQ.
                       Law Office of John M. Phillips, LLC
 4                     4230 Ortega Boulevard
                       Jacksonville, Fl 32210
 5                     jphillps@floridajustice.com

 6    FOR DEFENDANT:   SUMMER M. BARRANCO, ESQ.
                       Purdy, Jolly, Giuffreda & Barranco, P.A.
 7                     2455 East Sunrise Boulevard, Suite 1216
                       Fort Lauderdale, Fl 33304
 8                     Summer@purdylaw.com

 9    ALSO PRESENT:    JIM YOUNG,
                       Legal Video & Media Specialist
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        INDEX

 2


 3


 4   WITNESS:  EDWARD LOPEZ

 5                                          PAGE
     Direct Examination by Mr. Roberts       4
 6   Cross-Examination by Ms. Barranco      61
     Redirect Examination by Mr. Roberts    63
 7
     Certificate Oath                       64
 8   Reporter's Certificate                 65
     Errata Sheet                           66
 9   Read & Sign Letter                     67

10

11

12

13

14                      EXHIBITS

15   -None-

16

17

18

19

20

21

22

23

24

25
```

```
 1              P R O C E E D I N G S

 2                      -   -   -

 3   AND THEREUPON,

 4                    EDWARD LOPEZ,

 5   called as a witness, after having been first duly

 6   sworn, was examined and testified as follows:

 7                  DIRECT EXAMINATION

 8   BY MR. ROBERTS

 9       Q.   Good afternoon, sir.  Could you please

10   introduce yourself?

11       A.   I'm Deputy Lopez, Edward Lopez.  My last

12   name is spelled, L-O-P-E-Z.  I am currently employed

13   with the St. Lucie County Sheriff's Office.  My

14   ID number is 217.

15       Q.   And that ID number, has that always been

16   true for you?

17       A.   While I been on Road Patrol, yes.

18       Q.   Okay.  You qualified that.  Can you tell

19   me why you qualified that?  What I mean, I guess,

20   was it ever -- was your ID number ever anything

21   different than 217?

22       A.   Yes, because when I started with the

23   Sheriff's Office, I started at the -- I started

24   working at the jail over at Rock Road.

25       Q.   Okay.
```

1          A.    And back then my number was 538.

2          Q.    Okay.  I introduced myself earlier.  I'm

3     T.C. Roberts.  I represent the Estate of

4     Gregory Hill in an action against Deputy Newman and

5     the Sheriff in his Official Capacity, and I'm here

6     to ask you some questions about an event that

7     happened on January 14, 2014.  My understanding is

8     that you were at least involved in that somehow, and

9     I want to ask you a little about that.

10               I'll probably ask you a little about

11    yourself, a little bit about your background, to

12    begin with, and then we'll probably dive in.  I hope

13    we're not here more than an hour, but we could be.

14               The -- there's, sort of, some ground

15    rules, and maybe Ms. Barranco has explained those to

16    you.  I'm going to be asking you some questions.

17    Please let me finish my question before you answer.

18    Sometimes, when we talk conversational, we interrupt

19     each other.  It's never rude, and, trust me, I'm

20    not gonna be -- I'm not rude to you when I correct

21    you or I tell you to stop, I'm just making sure we

22    have a complete record.  I'm also making it easy for

23    this kind lady here that's taking down every word

24    that we're saying.

25               Yeses and nos, if my question calls for a

1    yes or no, I expect a yes or no.  Head nods and

2    uh-huhs and uh-uhs, again, make it difficult for

3    Madam court reporter.  Although we are dealing with

4    a video, the head nods will come off, but if I

5    clarify and ask if that's a yes or that's a no, I'm

6    not being rude, I'm just making sure that we have a

7    complete record.

8              So how long have you been employed by the

9    St. Lucie County Sheriff's Office?

10        A.   12 years.

11        Q.   Okay.  So that would have been 2000 --

12        A.   2004.

13        Q.   2004.  What was your first job here?

14        A.   I started working at the jail.

15        Q.   Okay.  What were you doing at the jail?

16        A.   I was a Deputy.  I was a Deputy at the

17   jail taking care of the inmates.

18        Q.   And before 2004 -- well, let me ask you

19   this:  Was your job, your first job here in

20   St. Lucie County Jail, was that your first job in

21   law enforcement?

22        A.   Yes.

23        Q.   Okay.  What were you doing before you

24   decided to embark on a career in law enforcement?

25        A.   I was a respiratory therapist technician

1    in Brooklyn, New York.

2        Q.    What brought you to Florida?

3        A.    The cleanliness, the beautifulness of it.

4        Q.    Okay.

5        A.    It's like paradise.

6        Q.    Okay.  And I don't need to know your

7    current address, but do you reside in

8    St. Lucie County?

9        A.    Yes, I do.

10       Q.    Okay.  What city do you reside in?

11       A.    Port St. Lucie.

12       Q.    Okay.  That's a little south of

13   Fort Pierce?

14       A.    Yes.

15       Q.    Okay.  And you're wearing a suit today.

16   Are you on duty?

17       A.    No, sir.

18       Q.    What is your normal -- well, what is your

19   current job role now here?

20       A.    I'm with Road Patrol.

21       Q.    Okay.  Were you with Road Patrol on

22   January 14, 2014?

23       A.    Yes.

24       Q.    Okay.  So that job role hasn't changed?

25       A.    No.

1        Q.    What does Road Patrol do?

2        A.    We patrol the streets, we answer to calls,

3   disturbances, you know, crimes, any type of crimes

4   on the streets, conduct traffic stops for

5   violations, traffic violations.

6        Q.    Okay.  And then on January 14, 2014, what

7   was your shift?

8        A.    I was working -- we usually start at 2:30

9   but it's a 3:00 to 11:00 shift.

10       Q.    And I believe Deputy Newman said he

11   started at 3:00.  Would his shift also have been a

12   3:00 to 11:00?

13       A.    Yes.

14       Q.    Do you remembering working that shift with

15   him?

16       A.    Yes.

17       Q.    Not necessarily as it relates to this

18   incident in particular, but this time of year do you

19   remember working with --

20       A.    I believe, yes, we were both on the

21   same -- yeah, we were both on the same schedule.

22       Q.    Okay.  Prior to this incident that we're

23   here to talk about today, had you worked -- had you

24   responded to calls with Deputy Newman before?

25       A.    I'm not sure, but -- I'm not sure.  I

1  don't remember if I did or not.

2      Q.   As far as any relationship between you and

3  Deputy Newman, how would you describe that

4  relationship, if there is a relationship?

5      A.   Well, there isn't.  We're coworkers.  I

6  mean, we work the same agency, that's about it.

7  Like everybody else, you know, they rotate us in

8  shifts, so we get to work with everybody; however, I

9  have had to work hand in hand with Deputy Newman.

10     Q.   And outside your professional relationship

11  with Deputy Newman, do you have any other type of

12  relationship with him?

13     A.   No.

14     Q.   And, again, we're here to talk about what

15  happened.  And let me ask you this question first:

16  Outside of this room today and my questioning of

17  you, how many times have you told this story?

18     A.   This story regarding this incident?

19     Q.   Yes, sir.

20     A.   I don't remember.  If I said -- to who, to

21  anybody?

22     Q.   Well, let's talk about in your

23  professional capacity as a law enforcement officer.

24  With anybody who may have investigated this

25  accident, how many times have you told it?

```
 1        A.    I don't remember speaking with anybody

 2   about it.

 3        Q.    Okay.  Do you remember giving a statement

 4   once?

 5        A.    Yes, I did at the time of the incident.

 6        Q.    Do you remember giving five statements?

 7        A.    I don't remember.  I don't remember how

 8   many I did.  But I did speak to -- I did give

 9   statements regarding the incident the day that it

10   occurred and on the walk-through.

11        Q.    Do you remember who those statements were

12   given to?

13        A.    Detective LeBeau, Detective Briglia, and,

14   I believe, Detective Taylor was there on the

15   walk-through.

16        Q.    Have you done anything today to prepare

17   for this deposition other than speaking with

18   Ms. Barranco?

19        A.    I looked at the -- I looked at the notes

20   from the day that I spoke to Deputy -- I mean,

21   Sergeant LeBeau.

22        Q.    Did you look at a transcript of that

23   statement?

24        A.    Right.

25        Q.    Okay.  Did that help you remember things?
```

1        A.    Somewhat.

2        Q.    Is there anything that you read you

3   disagreed with in that statement?

4        A.    That I disagree with?

5        Q.    Yes, sir.

6        A.    From that day to today, I believe

7   everything -- I mean, what I said there, I mean, I

8   was nervous that day, and what I said is,

9   you know, I believe that as far as disagreeing, I'm

10  not sure if I disagreed with anything.

11       Q.    Okay.  And you said you were nervous that

12  day.  Why were you nervous?

13       A.    Well, I was scared I was gonna get shot,

14  and that was -- that was very frightening to me.

15       Q.    Okay.  And my understanding is that you

16  gave the statement three hours, more than three

17  hours after the shooting occurred.  Were you still

18  nervous and scared then?

19       A.    Yes.

20       Q.    Scared of what?

21       A.    Well, scared may not be the right word,

22  but I was nervous.  Based on what happened, I was

23  nervous, I was in shock, I was, you know --

24       Q.    When you gave this statement -- I'm sorry,

25  I don't mean to cut you off.  Were you saying

1    something?

2        A.    No.   Basically that's it.

3        Q.    When you gave the statement to

4    Detective LeBeau, Detective Briglia, were you aware

5    that Gregory Hill was deceased?

6        A.    No.

7        Q.    So you gave the statement before it was

8    determined that he was dead?

9        A.    Correct.

10       Q.    And the walk-through, my understanding is,

11   that happened the next the day?

12       A.    Correct.

13       Q.    Okay.  Do you remember that?

14       A.    I remember going through the walk-through,

15   yes.

16       Q.    Do you remember -- well, who was at the

17   walk-through?

18       A.    It was Detective LeBeau and

19   Detective Taylor.

20       Q.    That's Timothy Taylor?

21       A.    I believe his first name is Timothy, I'm

22   not --

23       Q.    Not the tool man, but Timothy Taylor, the

24   Officer here for the St. Lucie County Sheriff.

25       A.    Detective Taylor.

1        Q.   Okay.  When you gave that walk-through,

2   was that video recorded?

3        A.   I don't remember if it was being video

4   recorded.

5        Q.   Do you remember if it was audio recorded?

6        A.   I don't remember if it was audio recorded

7   either.  I was just talking to Detective LeBeau as

8   he was asking me the questions.

9        Q.   Did he ever tell you that you didn't

10  really have to talk to him?

11       A.   Yes.  He said it was -- that my statements

12  would be voluntarily, yes.

13       Q.   And you chose to voluntarily give your --

14       A.   Sure.

15       Q.   Okay.  Have you ever had an incident, or

16  have you been involved in an incident where you were

17  required to give a statement to a St. Lucie County

18  Detective?

19       A.   Yes.

20       Q.   How many times?

21       A.   Once.

22       Q.   What was that related to?

23       A.   We were investigating something related to

24  a traffic stop where it involved another Deputy, and

25  I happened to be giving a statement as a witness.

1      Q.   What happened in that?

2      A.   What happened --

3      Q.   What was your statement in that case?

4      A.   Well, I stopped a vehicle, and we stopped

5  in the vehicle, another Deputy came up on scene.  It

6  was busy that day.  There were calls holding.  I

7  believe I had completed my traffic stop, and the

8  driver was suspended, so she was waiting for a

9  licensed driver.  I went back in-service and went to

10  respond to another call.  In doing so, I later found

11  out that the Deputy that stood by waiting for the

12  licensed driver ended up towing the vehicle, which,

13  later on, determined to be not the right thing to

14  do.

15      Q.   Okay.  That incident didn't involve any

16  force or excessive force or force for any reason?

17      A.   No.  No.  No use of force.

18      Q.   Have you ever discharged your firearm in

19  the performance of official law enforcement duties?

20      A.   No.

21      Q.   When you gave the initial statement to

22  Detective LeBeau, where were you?  And what I mean

23  by that is, my understanding is that you were on the

24  scene; is that fair?

25      A.   That's fair.

1       Q.    Where on the scene were you?

2       A.    We were sitting inside of one of the

3   Detective's vehicles.

4       Q.    Okay.  Do you know where that vehicle was

5   parked as it relates to the garage door at this

6   house that you responded to?

7       A.    It would start on Avenue Q, the next block

8   over on -- west to where the incident took place.

9       Q.    Okay.  Do you remember how long you were

10  at that scene that night or that day?

11      A.    I don't remember exactly, no.

12      Q.    Do you remember what time it was when you

13  responded to the house, 1501 Avenue Q?

14      A.    I'm not exactly sure, but I believe it was

15  3:00 to 3:30, sometime within 3:00 and 3:30, that's

16  when we received the call.

17      Q.    And when you departed from that scene, was

18  it dark or daylight?

19      A.    It was dark.

20      Q.    Okay.  But you don't remember the time?

21      A.    No, I don't.

22      Q.    Do you remember what time you got home

23  that night?

24      A.    No.  We went to the -- we came here to the

25  Sheriff's Office, then we went home.  I don't

1   remember the time now.

2        Q.   What was the purpose of coming here?

3        A.   They asked us to come here in case they

4   had any additional questions or they needed to speak

5   to us.

6        Q.   "They" being who?

7        A.   The Captain asked us to come to the

8   Sheriff's Office.

9        Q.   Who is, I believe his name is John Wise,

10  does that name ring a bell?

11       A.   John Wise is another Deputy.

12       Q.   Yes, sir.  Do you remember seeing

13  Deputy Wise that night?

14       A.   No.

15       Q.   The whole night you never saw him?

16       A.   I don't remember seeing him.

17       Q.   Okay.  Because he wrote a report on this,

18  are you aware of that?

19       A.   Yeah.  I was aware he wrote the initial

20  report.

21       Q.   Why is he writing the report, can you help

22  me understand why someone that was not involved was

23  writing the report?

24       A.   I don't know.  My supervisor may have

25  asked him to write the report.

1       Q.   If you had gone -- well, you responded to

2   1501 Avenue Q for a loud noise complaint; is that

3   fair?

4       A.   Correct.

5       Q.   A loud, obscene noise complaint?

6       A.   Correct.

7       Q.   If that call would have gone otherwise

8   uneventful, maybe you go, you show up to Mr. Hill's

9   house, he's got loud music playing, you make contact

10  with him, and he turns the music down --

11      A.   Correct.

12      Q.   -- and you depart from the scene, would

13  there have been a report written?

14      A.   No.

15      Q.   Why not?

16      A.   Because it's not -- nothing took place.

17  We went there, we spoke to him, went to Mr. Hill and

18  he said, all right, he lowers the music, and we

19  leave.  We just advise dispatch that the music was

20  lowered, and that's the extent of that.

21      Q.   Okay.  If you make contact with

22  Gregory Hill, and this is a hypothetical, this is

23  not what happened, but if you make contact with

24  Gregory Hill, he gave you his ID, and you ran a

25  background on him and found that he had warrants,

1   for instance, and you made an arrest, who would have

2   wrote that report?

3        A.    I would have.

4        Q.    Okay.  But you don't know why John Wise

5   wrote this report?

6        A.    I don't know, no.

7        Q.    Do you know -- well, let me ask you

8   this:  Did you write any report related to this

9   incident?

10       A.    No.

11       Q.    Were you asked to?

12       A.    No.

13       Q.    Were you told not to?

14       A.    No.

15       Q.    Do you think that odd that you were not

16  asked to write a report?

17            MS. BARRANCO:  Object to the form.

18  Go ahead.  You can answer.

19            THE WITNESS:  Ask it.

20  BY MR. ROBERTS

21       Q.    Do you think it's odd that you weren't

22  asked to document this incident?

23            MS. BARRANCO:  Object to the form.

24  Go ahead.

25

 1  BY MR. ROBERTS

 2      Q.   Other than giving a recorded statement to

 3  LeBeau and Briglia, do you think it's odd that you

 4  weren't asked to write a report?

 5      A.   No.

 6      Q.   Why not?

 7      A.   Based on the severity of this incident,

 8  unfortunate incident, I believe that the Detectives

 9  are the ones to write the reports when something

10  like this happens.

11      Q.   Okay.  And the Detectives, is there a

12  division that they -- when there's an Officer

13  involved shooting involving St. Lucie County

14  Sheriff's Office, is there a particular department

15  that investigates those incidents, or a division?

16      A.   From the St. Lucie County Sheriff, the

17  Detectives.

18      Q.   The Detectives.  Is there a -- some

19  departments are broke down into theft crime

20  detectives and homicide; is it a particular

21  breakdown like that, or is there a particular sect

22  of this agency that investigates Officer involved

23  shootings?

24      A.   We do have Detectives that handle

25  different areas; however, I don't know which

Page 20

1    Detective would be assigned to handle this.

2         Q.    Okay.  Detective LeBeau, do you know him?

3         A.    Yes.

4         Q.    If he walked in here, would you be able to

5    recognize him?

6         A.    Yes.

7         Q.    Do you know what he's in charge of?

8         A.    He's a Sergeant now.  He's on my squad as

9    a supervisor.

10        Q.    Okay.  And on January 14, 2014, what

11   department or division was he a part of?

12        A.    He was with the Detective Bureau.

13        Q.    Okay.  What does CID stand for?

14        A.    Criminal Investigation Division.

15        Q.    Do you know what that division does?

16        A.    They investigate the, you

17   know -- investigate the crimes that take place.

18        Q.    Okay.  Did you ever interview any

19   witnesses related to this incident?

20        A.    No.

21        Q.    How long do you think, and I'm asking for

22   an estimate here, but how long do you think you

23   spoke with Detectives LeBeau and Briglia when you

24   gave this informal statement, or this formal

25   statement?

Page 21

1       A.    I don't know exactly how long it was.

2       Q.    Did you have any conversations before that

3   statement was taken with LeBeau or Briglia?

4       A.    No.

5       Q.    Anybody ever tell you what to say?

6       A.    No.

7       Q.    Did you make any phone calls from the

8   scene?

9       A.    No.  I may have called my wife to tell her

10  I was going to be late, but I didn't specify a

11  reason why.

12      Q.    Did you have any conversations with

13  Deputy Newman at the scene?

14      A.    At the scene we were -- basically they

15  were like strategical conversations.  We were behind

16  our patrol car, and it felt like it was forever, and

17  we were just keeping an eye on the garage itself and

18  on the side of the house to make sure that --

19      Q.    Okay.  Let me help clarify what I'm trying

20  to ask, I guess.  After -- scratch that.

21            Who was the next person to arrive at the

22  scene, if you're aware?

23      A.    The next the person that I saw arrive on

24  the scene was Deputy Paul Pearson, but he was

25  nowhere near us.  He came and started to establish a

Page 22

1    perimeter.

2         Q.   Okay.

3         A.   Everyone else that responded to the scene,

4    they just established a perimeter.  No one came near

5    us.

6         Q.   At some point, and let me know if I'm

7    incorrect, but at some point a perimeter is

8    established, and you are not a part of being in

9    charge of that perimeter; is that fair?

10        A.   That's correct.

11        Q.   All right.  After that point did you have

12   any conversations with Deputy Newman?

13        A.   Not that I recall.  I don't remember.

14        Q.   Did you ever see him on the phone that

15   day?

16        A.   No.

17        Q.   When you gave your statement, was he

18   nearby?

19        A.   No.

20        Q.   When he gave his statement, were you

21   nearby?

22        A.   No.

23        Q.   Do you know where he was when you gave

24   your statement?

25        A.   Exactly where, I don't know.  He was

Page 23

1   outside of the vehicle.  When I gave my statement, I

2   was inside of the vehicle.  And then when I

3   completed my statement, I got out of the vehicle,

4   then, I believe, that Deputy Newman, if I'm not

5   mistaken, Deputy Newman was asked to go in the

6   vehicle and provide a statement.

7        Q.   So you believe you gave your statement

8   first?

9        A.    I'm not sure if it was me or

10  Deputy Newman, but I know when I gave my statement

11  I was inside the vehicle and Newman was not there,

12  no.

13       Q.   And maybe I should have asked this

14  earlier, you have got a bit of an accent; do you

15  speak English as a first language or a second

16  language?

17       A.   Second.

18       Q.   Okay.  When did you learn English?

19       A.   From when I was born.  I was born and

20  raised in New York.

21       Q.   Okay.

22       A.   Maybe that's where the accent comes off.

23       Q.   Okay.  So you -- do you speak Spanish?

24       A.   Yes.

25       Q.   When you were growing up, is that the

Page 24

1    first word that you said, was it a Spanish word?

2         A.    That's a good question.  I don't remember.

3              MS. BARRANCO:  Were you there knowing

4    what you were saying?

5              THE WITNESS:  Yeah, I don't remember.

6    BY MR. ROBERTS

7         Q.    Do you have to use your Spanish speaking

8    skills in your work as a law enforcement officer?

9         A.    I do.  I've been asked to interpret, yes.

10        Q.    And I believe you were commended by one of

11   your superiors that that was actually a good asset;

12   do you remember that?

13        A.    Um --

14        Q.    That you were a lot of help because you

15   could speak Spanish.

16        A.    I've been commended a few times for that.

17        Q.    Okay.  I have your personnel file.  Have

18   you ever been reprimanded for anything?

19        A.    Reprimanded for anything?  Yes.  I

20   received, it was supposed to be a verbal reprimand,

21   but, obviously, they put it on paper; I failed or I

22   forgot to show up on one of my details, off duty

23   details.

24        Q.    Okay.  Anything else?  Any other

25   discipline?

```
 1        A.    No.

 2        Q.    Have you ever given a deposition before?

 3        A.    For cases in which I have arrested people

 4   before.

 5        Q.    Criminal prosecution cases?

 6        A.    Yes.

 7        Q.    That, kind of, comes with the territory, I

 8   guess, right?

 9        A.    Yeah.

10        Q.    Have you ever given a deposition outside

11   of those proceedings?

12        A.    No.

13        Q.    Have you ever been a plaintiff to a

14   lawsuit?

15        A.    Have I been a plaintiff for a lawsuit,

16   have I sued somebody?

17        Q.    Yes, sir.

18        A.    Yes, I did.

19        Q.    Is that Greenscape?

20        A.    Yes.

21        Q.    Tell me about that.

22        A.    I think it was Greenscape.  I don't

23   remember the name of the company, but, yes.

24        Q.    What was that about?

25        A.    I was on my way to work one morning, and I
```

```
 1   was at the light on Orange Avenue and Kings Highway,

 2   was traveling westbound on Orange Avenue.  It was

 3   early in the morning.  The roads were wet from the

 4   dew, from the morning dew on the roads.  One of the

 5   employees from Greenscape was in and out of traffic

 6   with the lawnmower as he was mowing the lawns.  He

 7   happened to cut off a white vehicle, it was like a

 8   pickup truck that was in front of him.  When he cut

 9   him off, the pickup truck slammed on the brake, and

10   when the pickup truck slammed on the brake, I

11   attempted to stop, and lost control of the bike,

12   and, you know, because the guy came -- he -- the

13   pickup truck got -- almost hit the lawnmower driver,

14   and I lost control of the bike, and I broke my arm,

15   and had third degree burns.

16        Q.   When you say "bike," you mean motorcycle?

17        A.   Motorcycle, yeah.  I'm sorry.

18        Q.   That's okay.  I just wanted to clarify.

19   Did you hire a lawyer for that?

20        A.   Yes.

21        Q.   Who was your lawyer?

22        A.   I don't remember his name.

23        Q.   When was this incident?

24        A.   I had just started working.  It was back

25   in, I believe it was 2014, I mean 2004.
```

 1      Q.   Okay.  And were you on duty at the time of

 2   the collision?

 3      A.   Yes, I was on my way to work.

 4      Q.   Okay.  You were on your way to work on

 5   your motorcycle?

 6      A.   On my motorcycle, personal motorcycle.

 7      Q.   Okay.  So I imagine there was no

 8   Workers' Comp claim made for that?

 9      A.   No.  I had just started work.  I didn't

10   even have sick time.  I was fortunate that the staff

11   collected some money to help me out.

12      Q.   All right.  Let's talk about the incident

13   itself.  I know we, kind of, touched on it a little

14   bit, but I want you to essentially walk me through

15   your actions all the way up until the point there

16   are shots fired.

17      A.   (Witness nods head up and down).

18   Deputy Newman was dispatched to the loud noise

19   complaint at 1501 Avenue Q.  I happened to be

20   talking with Deputy Newman and Deputy Paul Pearson,

21   which he's now a Detective.  Deputy Pearson had

22   called me regarding -- I used to have a fingerprint

23   machine to identify people who were refusing to give

24   their identifications.  When I got there,

25   Deputy Pearson no longer needed my services.

Page 28

 1   He -- the person he was out with provided him the

 2   information he needed.  And we just stopped and we

 3   were talking, Deputy Newman, Deputy Pearson and I,

 4   we was talking, and that's when Deputy Newman

 5   received a call for the loud noise complaint.

 6        Q.   Okay.  I want to stop you there.  Where

 7   were you guys when you received that call?

 8        A.   It was Avenue Q in the church at, I

 9   believe it was, I'm not exactly sure, but I believe

10   it was Avenue Q and N. 32nd Street.

11        Q.   Is that north or is that east -- well,

12   Avenue Q runs east and west; is that fair?

13        A.   Correct.

14        Q.   Was that east of the 1501 location or

15   west?

16        A.   No, that was west.

17        Q.   Okay.

18        A.   It would be around 33rd -- you know,

19   usually N. 33rd is like 33rd Street, 32nd Street, or

20   in that area.

21        Q.   All right.  So you guys get a call, or

22   Deputy Newman gets a call?

23        A.   Correct.

24        Q.   And you were saying?

25        A.   Deputy Newman gets a call to the noise

1    complaint, and then dispatch also dispatched

2    Deputy Jackson, ID number 205, over as a backup unit

3    for Deputy Newman.  However, he was a little ways

4    from the area, and I was already with Deputy Newman,

5    so I advised dispatch that I would go with him and I

6    would be his backup to the noise complaint.

7         Q.   Okay.  So you essentially volunteered to

8    go; is that fair?

9         A.   Correct.

10        Q.   Had you ever responded to a noise

11   complaint before?

12        A.   Yes, plenty of them.

13        Q.   Is that pretty common in this area?

14        A.   It's common everywhere.

15        Q.   Sure.

16        A.   People call 911 for noise complaints all

17   the time.

18        Q.   Help me understand a noise violation as it

19   relates to prosection, if any, or some sort of fine.

20   Help me understand how that is penalized by the

21   laws.

22        A.   Well, it's an ordinance violation, but

23   it's usually after 10:00 at night.  So whenever we

24   get 'em, we respond to them, because we respond to

25   everything, every call that, you know, is given by

1    911.  And usually we respond to them and we knock on

2    the door and we ask the people, we let them know

3    that somebody complained about the noise, and all we

4    can do is ask them to be courteous and, maybe, lower

5    the music a little, but that's the extent of that.

6         Q.    Not an arrestable offense?

7         A.    Not unless it -- not unless it was

8    something where the person became violent with law

9    enforcement, no, it's not.

10        Q.    Sure.  What happens if they don't turn it

11   down, can you take further action?

12        A.    Can we take further action?  Not really.

13   We can ask again and try, in a nice way, to have

14   them lower the music.  Most of the times they do.

15        Q.    Okay.  And if there's a -- is there a form

16   or, maybe, a citation that you can write them?

17        A.    If it's after 10:00, yes.  If it's after

18   10:00 at night, yes, or if it's during the night

19   hours, yes, I believe we can cite them for a noise

20   ordinance.  I haven't done it.

21        Q.    Before this incident had you ever

22   responded to a noise ordinance during the daytime?

23        A.    Yes.

24        Q.    Okay.  And is there a violation

25   occurred -- I guess, what violation is occurring if

1    someone is playing their music loud at 3:00 to 3:30

2    on an afternoon?

3         A.   It's no violation.  I don't believe

4    there's a violation; however, depending on the

5    circumstances, like I said, we respond to all calls,

6    and we ask them to lower the music, and, like I

7    said, again, depending on the circumstances.

8         Q.   All right.  So Newman gets this call.  You

9    decide that you're gonna go with him?

10        A.   Correct.

11        Q.   Who pulls up first?

12        A.   Deputy Newman was in front of me.  He

13   pulls up a little past -- a little past the garage

14   door on the east of the garage door, and I pull up

15   right behind him, right where the garage door is.

16        Q.   You came from a westerly direction

17   traveling in an easterly direction?

18        A.   Correct.

19        Q.   And you parked in front of the house?

20        A.   I parked directly in front of the garage

21   door, maybe an inch or two back, I'm not sure, and

22   he parked in front of the garage door, east of the

23   garage door, in front of the house.

24        Q.   You pulled in the driveway?

25        A.   No.  No.  No.  No.  We were both parked on

Page 32

1    the street.

2         Q.   Okay.  And you followed him over to the

3    scene?

4         A.   He exited his vehicle first and started

5    walking to the garage door, and I exited my vehicle

6    and, yes, I was walking behind him toward the garage

7    door.

8         Q.   Okay.  And, so, those cars arrive from the

9    same direction?

10        A.   That's correct.

11        Q.   And they were facing the same direction?

12        A.   Correct.

13        Q.   Okay.  What happened next?

14        A.   Deputy Newman knocks on the garage door.

15   He knocks on the garage door and continues to knock

16   as he's walking in a east direction, continues to

17   knock on the garage door.  The music was extremely,

18   extremely loud.  He got no answer at the garage

19   door.

20                  As he walked and knocked on the door

21   towards the east side, I walked up to the garage

22   door and I stood on the west side of the garage door

23   next to the wall that frames the garage door.

24        Q.   Okay.  So the music was playing the entire

25   time up until this point; from the moment you got

Page 33

1    out of your car, the music was playing?

2         A.    Oh, yeah, it continued to play.

3         Q.    What kind of music was it?

4         A.    It was rap music.

5         Q.    Okay.  Do you listen to rap music?

6         A.    No.

7         Q.    So do you know if any -- did you recognize

8    any of the songs?

9         A.    No.

10        Q.    You weren't singing along, I guess?

11        A.    No.  I don't listen to rap music.

12        Q.    Okay.  When Deputy Newman knocked on the

13   garage door, did he use his hand or did he use a

14   device of some sort?

15        A.    His palm.  He was knocking with his palm.

16        Q.    What is an ASP?

17        A.    An ASP is an expandable baton.

18        Q.    How do you spell it?

19        A.    I think it's A-S-P.

20        Q.    A-S-P.  Does it stand for something?

21        A.    You know, I don't remember.

22        Q.    You know what an ASP is, you've probably

23   carried one; is that fair?

24        A.    Yes.

25        Q.    Okay.  He didn't use an ASP or a

1   flashlight to knock on the door?

2        A.    I don't remember.

3        Q.    Did you ever knock on the door?

4        A.    Yes.

5        Q.    You knocked on the garage door or the

6   front door?

7        A.    I knocked on the garage door.

8        Q.    Did you use your hand?

9        A.    Yes, I did.

10        Q.    Did you ever -- well, it's my

11   understanding, and I can show you pictures, but

12   there's -- on the west side of that garage, that

13   wall, the outer perimeter wall, you can see through

14   that; is that fair?

15        A.    On the west side of the wall in the

16   garage?

17        Q.    Yes, sir.

18        A.    There was decorative bricks, yes, and you

19   may be able to see through there.

20        Q.    Okay.  Did you ever look in there at any

21   point?

22        A.    No.

23        Q.    Even before the shots were fired?

24        A.    No.

25        Q.    Did you ever announce yourself as law

Page 35

1    enforcement?

2        A.    Yes.

3        Q.    What did you say?

4        A.    I said, "Sheriff's Office, Sheriff's

5    Office."

6        Q.    And you got nothing?

7        A.    Well, when I banged on the gate -- on the

8    garage door, I didn't say anything.  The music was

9    very loud; I didn't say anything --

10       Q.    Okay.

11       A.    -- when the garage door started to come

12   up, that's when I made several loud announcements

13   and I said, "Sheriff's Office, Sheriff's Office."

14       Q.    Okay.  So the garage door started to go

15   up?

16       A.    (Witness nods head up and down.)

17       Q.    How far at its maximum, how far did that

18   garage door go up during this whole event?

19       A.    It went up past Mr. Hill's head.

20       Q.    Okay.  You saw Mr. Hill?

21       A.    Correct.

22       Q.    You saw his face?

23       A.    Yes.

24       Q.    You saw his eyes?

25       A.    Yes.

1      Q.    His hairdo?

2      A.    Yes.

3      Q.    Can you describe it?

4      A.    He had dreads.

5      Q.    Did he have -- what kind of clothes did he

6  have on?

7      A.    He had a dark T-shirt and blue jean

8  shorts.

9      Q.    Okay.  Have you seen -- since this

10  incident, have you seen any photographs from this

11  incident?

12      A.    Yes.

13      Q.    When was that?

14      A.    When I was talking to Attorney Barranco.

15      Q.    Okay.  What photos did you see?

16      A.    I saw photos of the scene, the entire

17  scene, where the car was parked, I mean, the garage

18  door.  I saw a variety of photos.

19      Q.    You didn't take any of those photos, I

20  presume?

21      A.    No.

22      Q.    As we sit here today, have you ever

23  stepped foot in that garage?

24      A.    No.

25      Q.    Not even with the -- in the walk-through?

Page 37

1        A.    No.

2        Q.    I believe you were at the door was

3    starting to go up.  Let's take it from there, if you

4    don't mind.

5        A.    The door started to go up.  As the door

6    was going up I yelled, "Sheriff's Office, Sheriff's

7    Office."  And I yelled because the music was very

8    loud.  When the door came up, as door came up, I see

9    Mr. Hill standing there, and I looked in his right

10   hand, and he had a handgun in his right hand.  When

11   I saw the handgun I immediately starting shouting,

12   "gun, gun, gun, drop the gun, drop the gun, drop the

13   gun."  At that point Mr. Hill raised his right arm

14   with the gun in my direction.  As he raised the gun

15   in my direction with the gun with the right hand,

16   Deputy Newman yelled "hey," and then the gunfire

17   went off.  As soon as the shots started to -- as

18   soon as Deputy Newman yelled hey, I could see Hill

19   look towards Deputy Newman and then start to bring

20   the -- I keep on saying gate.  Forgive me.  It's a

21   garage door.

22       Q.    Sure.

23       A.    As Deputy Newman yelled, "hey," he looked

24   towards Deputy Newman's side and started to drop the

25   garage door.  At that point Deputy Newman was

1  already firing.

2      Q.   Okay.  He had his -- Mr. Hill had his left

3  hand on the garage door?

4      A.   He had his left hand on the garage door.

5  He had the right -- he had the handgun on his right

6  hand, right by his right leg.  And when I said,

7  "gun, gun, drop the gun," he raised the gun in my

8  direction.  As he raised the gun in my direction,

9  Deputy Newman yelled "hey" and he looked in

10 Deputy Newman's direction, and then he started to

11 drop the gate, but by then Deputy Newman was already

12 firing off several rounds.

13     Q.   When the first shot was fired, what

14 position was the garage door in?

15     A.   It was just starting to come down.  To

16 be -- I can't exactly tell you where it was.  It was

17 not completely down as he started to fire, no.

18     Q.   Okay.  My understanding is that -- well,

19 let me ask you this:  Are you aware that every

20 bullet fired from Deputy Newman's gun pierced the

21 door?

22     A.   Am I aware?  I saw some pictures and, yes.

23     Q.   Let me ask you this:  Did you see a bullet

24 strike Mr. Hill's body at any time?

25     A.   No.  I was -- I was retreating.  As soon

1    as he started to raise the gun in my direction, I

2    started to draw my gun and retrieve back, and it was

3    a very frightening moment in my life.

4         Q.   Can you describe the gun that Mr. Hill

5    had?

6         A.   It was a small, black gun.  It appeared to

7    me as though it was like a compact Glock.

8         Q.   Okay.  And you actually reported that on

9    the radio, are you aware of that?

10        A.   Yes.  Yes, I did.  I said it looked like a

11   black -- a Glock.

12        Q.   Are you aware that Mr. Newman, or

13   Deputy Newman described the exact make of the gun

14   over the radio?

15        A.   Yes, I'm aware of it.

16        Q.   Is that surprising to you?

17        A.   No.

18        Q.   Okay.  Have you ever had conversations

19   with him about guns?

20        A.   No.

21        Q.   Do you know if he's, what I'd call, a gun

22   guy, and that's probably not the exact, but a gun

23   enthusiast, do you know if he's a gun enthusiast?

24        A.   I don't know.

25        Q.   You said -- I believe you said he raised

1    the gun in your direction.  Tell me about that; can

2    you describe that any further?

3         A.   As soon as I said, "drop the gun, drop the

4    gun," he raised it -- the gun was pointing down by

5    his knee, and as soon as I said, "drop the gun, drop

6    the gun," he lifted the gun in my direction.  He

7    lifted the gun in my direction.  And as he's lifting

8    his arm with the gun in my direction, that's when

9    Deputy Newman started -- yelled "hey" and started to

10   fire.

11        Q.   Did he point the gun at you?

12        A.   He was lifting the gun in my direction.

13   I -- like I said, at that point I started -- I

14   started retrieving real fast and drawing my gun. I

15   knew he had the upper hand on me, and all I thought

16   was, I'm gonna get shot.  It was bad.

17        Q.   How far were you from Greg Hill when the

18   first shot was fired?

19        A.   I was close to him.  I can't tell you

20   exactly how far I was, but I thought I was gonna get

21   shot, definitely thought I was gonna get shot.

22        Q.   Where was his body positioned as it

23   relates to you and your positioning?  And what I

24   mean by that, I'm off to an angle of you right now.

25   If I were right here (indicating), I'd be directly

Page 41

1    in front of you.  If I were sitting by Ms. Barranco,

2    I'd be off at an angle.  Can you describe to me

3    where Mr. Hill was as it relates to your body?

4         A.   He was almost directly in front of me,

5    right there (indicating), and he was bladed

6    (verbatim) a little, his body was a little bladed,

7    (verbatim) but he was directly -- almost directly in

8    front of me.

9         Q.   Okay.  You said "almost directly

10   in front" --

11        A.   The right --

12        Q.   -- was he more to the left or more to the

13   right?

14        A.   Right directly in front of me.

15        Q.   Okay.  At what point did you feel

16   threatened?

17        A.   As soon as he started -- well, I felt

18   threatened when I saw the gun, but as soon as he

19   started to lift the gun, that's when I realized I

20   was in trouble.

21        Q.   Did you ever feel threatened as the garage

22   door was coming up?

23        A.   Not as the garage door was coming up.

24   When I saw the gun, that's when I started to feel

25   threatened.

1        Q.   How would you describe this neighborhood?

2    You've worked in this area since 2004.  How would

3    you describe this neighborhood?

4        A.   It's a troubled neighborhood, but there is

5    a lot of hardworking people there, a lot of very

6    nice people there.  They all get along with law

7    enforcement very well.  The church is always taking

8    care of us.  And, you know, the people welcome law

9    enforcement there, but it is a troubled

10   neighborhood.

11       Q.   Have you ever -- well, what do you mean by

12   that?  What is going on that makes this neighborhood

13   troubled?

14       A.   There's drugs.  There's gangs in that

15   neighborhood, there's drugs, there's violence.

16       Q.   Have you ever responded to a call at that

17   house before?

18       A.   There?  No.

19       Q.   Are you aware of anybody that responded to

20   a call at that house before this incident?

21       A.   Not that I'm aware of, no.

22       Q.   Did you collet any evidence at the scene?

23       A.   No.

24       Q.   I believe you said Pearson was the next

25   one that you remember showing up.

1        A.    That's the first person I saw showing up

2   on the perimeter.  I saw him.  He was coming north

3   on the corner of -- right where the house is, on the

4   east corner of Avenue Q and where the house is, and

5   he came over the radio and he asked which house it

6   was.  We told him which was the house.  He -- I

7   believe he held his position at that corner there.

8        Q.    Okay.  I believe we got to the point

9   where -- well, let me ask you this:  When did you

10  draw your service gun?

11       A.    As soon as he started lifting his -- as

12  soon as he started lifting the gun in my direction,

13  I started retrieving very quickly and I drew my

14  weapon.

15       Q.    Okay.  You didn't fire?

16       A.    No, sir.

17       Q.    Is there any reason why you didn't fire?

18       A.    By the time I drew my weapon,

19  Deputy Newman had already fired, you know, multiple

20  shots, and the gate came down.

21       Q.    But you weren't aware that the threat had

22  been, to use Newman's words, eliminated; you weren't

23  aware of that?

24       A.    No.

25                 MS. BARRANCO:  Object to the form.

Page 44

1   BY MR. ROBERTS

2       Q.    So I imagine, and I don't want to put

3   words in your mouth, but as soon as that door goes

4   down completely, after there are shots, you're still

5   on edge; is the fair?

6       A.    I'm still --

7       Q.    You're still fearful?

8       A.    Oh, yes.

9       Q.    'cause you weren't sure that somebody had

10  died.

11      A.    Right.

12      Q.    What did you do next?

13      A.    We both took position -- took cover behind

14  my patrol car.  And we stood there as -- well, I had

15  called.  As soon as the gate came down, as we were

16  taking cover behind my unit, I called over the

17  radio, "shots fired, shots fired, shots fired."

18      Q.    Okay.  You actually got an award for that,

19  right?

20      A.    Yes, I did.

21      Q.    Did you think that that -- you were just

22  doing your job; is that fair?

23      A.    I was just doing my job.

24      Q.    You were happy to, I guess -- were you

25  happy to receive an award for that?

Page 45

1        A.    The award didn't mean anything to me.

2        Q.    Sure.

3        A.    My life was what meant everything to me,

4   and that's what I was happy about, that I was still

5   alive.

6        Q.    Sure.  What was Newman's next action that

7   you observed?

8        A.    We both stood behind my patrol car taking

9   cover, because we were both unsure of the unknown.

10  We didn't know that Mr. Hill was deceased inside the

11  garage.  We didn't know if he was going to run out a

12  back door or a side door.  We didn't know if was

13  gonna shoot through the door.  We didn't know what

14  was gonna happen.  We didn't know -- once that door

15  came down, we didn't know what was going on behind

16  the door.  All we can hear is the continuous loud

17  music.

18       Q.    Are you aware that a gun was found within

19  his back pocket?

20       A.    I was later informed, yes, that the gun

21  was found in his back pocket.

22       Q.    It wasn't found in his hand that you're

23  aware of?

24       A.    It was found in his back pocket.

25       Q.    Okay.  At some point did you guys move

Page 46

1    from behind your cars, or either one of you guys,

2    you and Deputy Newman?

3        A.   We stood behind our -- the car until the

4    SWAT team was called in.  SWAT team took position,

5    and then they sent the tank in to cover us as they

6    took us from the scene, as they removed us from the

7    scene.

8        Q.   How did they remove you from the scene?

9        A.   Like I said, the tank pulled up directly

10   in front of the garage door, covering my vehicle and

11   us.  Several SWAT members called us over to where

12   the tank was, and then the tank proceeded to back up

13   in a westbound direction as we followed the tank

14   taking cover from the residence.

15       Q.   Are you aware of any SWAT team

16   members -- are you aware of any names of SWAT team

17   members that responded that day?

18       A.   One that I can remember was

19   Thomas Johnson.

20       Q.   Okay.  Why do you remember him in

21   particular?

22       A.   Well, he's tall, and he was the one

23   talking to us when they were removing us from the

24   scene.

25       Q.   Okay.  Do you know of any other

```
 1    involvement he may have had other than what you just

 2    stated?

 3         A.   No.  Once they removed us from the scene

 4    they took us away from the area

 5    to, approximately, a block away.

 6         Q.   When you say "us" who are you referring

 7    to?

 8         A.   Myself and Deputy Newman.

 9         Q.   Did you ever see this robot thing that was

10    involved or the Sentinel device; do you know what

11    those are?

12         A.   I have seen pictures of it --

13         Q.   Um-hmm.

14         A.   -- I never seen it in action.

15         Q.   Have you seen pictures of it related to

16    this incident?

17         A.   No.

18         Q.   Have you seen photographs specifically

19    taken by this device as it relates to this incident?

20         A.   I don't remember.  I've seen a few

21    photographs that I viewed with Ms --

22    Attorney Barranco, I apologize -- but I viewed a lot

23    of photographs.

24         Q.   Do you know what the Sentinel device does?

25         A.   I'm not completely aware of it, no.  I
```

1   know it's a robot they send in.  I know they have

2   one for bomb units, but I don't know what it is, no.

3        Q.   Okay.  Were there any cars parked in the

4   driveway of the home, civilian cars?

5        A.   No.

6        Q.   Do you remember any time when

7   Newman may have secured the back portion of the

8   property?

9        A.   No.  Newman, I don't recall him going

10  anywhere except standing, taking cover with me in

11  the back of the patrol car.

12       Q.   Okay.  And how long did this music

13  continue to play?

14       A.   For a long while.  Exactly how long I

15  wouldn't be able to tell you, and I'm not going to

16  speculate.  It just continued to play for a long

17  time.

18       Q.   Do you know what caused it to stop

19  playing?

20       A.   No.

21       Q.   Were you there when it stopped playing?

22       A.   Yes, I believe I was.

23       Q.   Do you remember what you were doing when

24  it stopped playing?

25       A.   We were still behind the car taking cover.

Page 49

1      Q.    This is before SWAT showed up?

2      A.    Just before.

3      Q.    So the music stopped playing before SWAT

4    showed up, you believe?

5      A.    Yes.

6              MR. ROBERTS:  Can we take a quick

7    break?

8            (Short break from 2:00 to 2:08 p.m.)

9    BY MR. ROBERTS

10     Q.    Deputy Lopez, just a few more questions.

11   We won't be here much longer.  Do you have any

12   military experience?

13     A.    No, sir.

14     Q.    Just curious.  What made you want to

15   become a law enforcement officer?

16     A.    Probably you've heard this story a million

17   times.  From a little kid I always wanted to be a

18   law enforcement.

19     Q.    Okay.

20     A.    I was a fully qualified applicant in

21   New York City, and it was at the time when they

22   were -- when the mayors were being reelected and

23   they cut back the classes.  Unfortunately, I was one

24   of those they cut back.  So when I moved here I

25   tried it again.

1        Q.    Okay.   Are your right-hand or left-hand

2   dominant?

3        A.    Left-hand dominant.

4        Q.    And do you have any, what I'd call,

5   concurrent employment or side jobs, do you do any of

6   those now?

7        A.    No.

8        Q.    You mentioned off duty stuff, off duty

9   employment, earlier, what did you mean by that?

10       A.    Details, we have details.

11       Q.    Details.   That's what you said.

12       A.    Right.   Right.   We have details.   The

13   agency puts out details in the computers in which

14   we're allowed to pick two a week.   It can range from

15   working at the tag office or working at the

16   commissioner's office when they have the meetings

17   with the blue light details.

18       Q.    Do you get paid for that?

19       A.    Yes.

20       Q.    Okay.   Before your shift on

21   January 14, 2014, had you had any alcohol or any

22   drugs?

23       A.    No.

24       Q.    Any supplements?   And what I mean by that,

25   do you take anything for, like, weightlifting?

1        A.    I do proteins.

2        Q.    Were you doing those in 2014?

3        A.    I believe so.  I'm not sure.  I'm not even

4    gonna -- 'cause I take them on and off.  If I can

5    afford them, I take them.  If I can't afford them, I

6    don't take them.

7        Q.    What brands of products do you use?

8        A.    I use different products.  I usually use

9    MuscleTech, just whey protein.

10       Q.    You're a weightlifter, or you had some

11   interest in --

12       A.    Yeah, I love weightlifting, yes.  I like

13   training.

14       Q.    How often do you train?

15       A.    I try to train as often as possible, four

16   or five days a week sometimes between cardio and

17   weight training.

18       Q.    On the day that this incident occurred,

19   did you hear Newman say anything other than, "hey"?

20       A.    No.

21       Q.    Never heard Hill say anything, Greg Hill?

22       A.    No, sir.

23       Q.    Hill was shot and killed in his own house;

24   is that fair?

25       A.    Yes.

Page 52

1      Q.   He never fired a shot?

2      A.   No.

3      Q.   Hill was shot and killed through his

4  closed garage door; would you agree with that?

5      A.   Yes.

6      Q.   Did you ever investigate Officer Newman

7  for any crime related to this incident?

8      A.   No.

9      Q.   Did you ever go up to the school and talk

10  to any of those witnesses?

11      A.   No.

12      Q.   Were you aware when you arrived that there

13  were witnesses or people outside of the school?

14      A.   Yes.  There were kids outside in -- by the

15  front of the school by the parking area.  There were

16  also civilians and, I believe, school employees

17  there.  There was people -- there was people all

18  over near the school, yes.

19      Q.   Okay.  Have you ever encountered or

20  investigated Greg Hill prior to this?

21      A.   No.

22      Q.   My understanding is that the SWAT used

23  tear gas.  Have you ever seen that before?

24      A.   In an incident itself?  No.

25      Q.   Yeah.  What do you mean by that?

Page 53

1        A.    Well, when we train, sometimes they let

2   them off just so we can -- for training purposes.

3   But in an actual, you know, disturbance or any type

4   of incident that they have to respond to, I've never

5   seen them use it.

6        Q.    That helps me.  Thank you.  Have you ever

7   been -- you ever had any on you, tear gas?

8        A.    Tear gas?  No.  We carry pepper spray.

9        Q.    Okay.  Were you involved -- well, were you

10  ever made aware that there may have been a child

11  inside Greg Hill's home?

12       A.    Once -- after the shooting occurred and

13  the gate was closed and we were at the back, taking

14  cover in the back of the patrol car, someone, I

15  don't recall exactly or remember exactly where it

16  came from, but someone mentioned that there may have

17  been a child in the house.

18       Q.    And that turned out to be false; is that

19  fair?

20       A.    Yes.

21       Q.    Did Greg Hill have the right to be free

22  from excessive force at the moment he raised his

23  garage door?

24       A.    At the moment he raised his garage door?

25       Q.    Yes, sir.

Page 54

1        A.   Can you elaborate a little better on that,

2    because --

3        Q.   At what time, at what point, did

4    Greg Hill's constitutional rights not matter to you

5    or Deputy Newman?

6                   MS. BARRANCO:  Object to the form.

7    Go ahead.

8                   THE WITNESS:  When he --

9    BY MR. ROBERTS

10       Q.   Let me fix that.  At what point did

11   Greg Hill's constitutional rights not matter to you?

12                  MS. BARRANCO:  Object to the form.

13   Go ahead.

14                  THE WITNESS:  When he raised the gun

15   in my direction and my life was threatened.

16   BY MR. ROBERTS

17       Q.   What criminal acts did Greg Hill commit

18   before the garage door went up?

19       A.   Criminal acts?

20       Q.   Yes, sir.

21       A.   None.

22       Q.   At what point did he commit a criminal act

23   in your opinion as a law enforcement officer?

24       A.   When he raised the gun and threatened my

25   life.

1      Q.   Okay.  Let's talk a little bit about

2    training as it relates to firearms.  When was the

3    first time you ever fired a firearm?

4      A.   I fired rifles in New York way back when I

5    decided to take up hunting.  I was not successful in

6    hunting and --

7      Q.   Let's talk about your training here with

8    St. Lucie County Sheriff's Office related to firearm

9    use.  Can you tell me a little bit about that.

10     A.   Well, we have very good firearm training

11   in here.  We train four, maybe five, times a year

12   with a scenario, with all types of training.

13   Firearm training usually happens to take a part of

14   all blocks of training.  We always do some firing,

15   and it's -- we are always brought up to date on

16   anything new that the training unit has encountered

17   in reference to incidents, other incidents that have

18   taken place.  And we get extensive -- I consider it

19   to be extensive firearm training.

20     Q.   Where do these train -- at least the

21   firearm aspect of your training, where do these

22   occur?

23     A.   They occur in the firing range over on

24   Kirby Loop -- not Kirby Loop, Coolidge Road, which

25   is now considered the Gary Morales Complex.

Page 56

1      Q.   Okay.  And has that always been the case

2   since your tenure here at -- has that always been

3   the case since you begin working here in 2004?

4      A.   Yes.

5      Q.   That's the facility?

6      A.   Yes.

7      Q.   Okay.  Have you ever been trained as it

8   relates to firing to visualize your target before

9   firing?

10      A.   Yes.

11      Q.   Have you ever been told not to blindly

12   fire, or instructed to do -- to refrain from blindly

13   firing?

14      A.   Yes.

15      Q.   Is there any policies or procedures that

16   you're aware of with the St. Lucie County Sheriff's

17   Office that relate to blind firing?

18      A.   I'm sure that it says -- well, I'm not

19   sure.  I don't know.  I don't remember.  If I read

20   it, I don't remember.  But, of course, yes, they

21   always say you don't shoot unless you know what

22   you're shooting at, or you see what you're shooting

23   at.  So --

24      Q.   Why is that important?

25      A.   Because you don't want to -- you don't

Page 57

 1  want to shoot or kill an innocent person or wrong

 2  person.

 3      Q.   I want to know a little bit about some

 4  timing issues.  Can you tell me when Deputy Newman

 5  pulled his gun out?

 6      A.   I couldn't tell you.  I was speaking -- I

 7  was paying attention to Mr. Hill as he was opening

 8  the gate.

 9      Q.   As he was opening gate, you didn't have

10  your gun out; is that fair?

11      A.   No.

12      Q.   Can you tell me where Mr. Hill's gun was

13  as it relates to moving in your direction, can you

14  tell me where it was when Newman first fired?

15      A.   It was up in midway, pointed in my

16  direction.

17      Q.   Okay.  Did you ever see the barrel, the

18  very butt end of that gun?

19      A.   No.  I started to retrieve very quickly.

20  I was -- a lot of things went through my mind right

21  there.  It was the most frightening moment of my

22  life.

23      Q.   Right.  And you felt threatened; is that

24  fair?

25      A.   That's correct.

Page 58

1        Q.   But you didn't shoot anybody?

2        A.   No.  I was retrieving and drawing my

3    weapon because I knew Mr. Hill had the upper hand on

4    me, and I knew -- I thought he was gonna kill me.

5    The minute he drew the -- the minute he lifted the

6    gun in my direction and I knew my gun wasn't drawn,

7    I felt he was gonna shoot and kill me.

8        Q.   Why do you feel like Greg Hill had the

9    upper hand?

10       A.   His gun was out in his hand when I saw it.

11   His gun was already in his hand by his leg when I

12   saw the gun, and he started to raise it, and my arm,

13   my hand was just getting to my gun when he was

14   already raising his gun.

15       Q.   But you had a gun?

16       A.   Yes, I did.

17       Q.   And you had backup who also had a gun?

18       A.   Correct.

19       Q.   You still feel like Mr. Hill had the upper

20   hand?

21       A.   Yes.

22       Q.   Do you believe it's possible Mr. Hill was

23   deescalating the situation at the moment he was

24   shot?

25                  MS. BARRANCO:  Object to the form.

Page 59

1    Go ahead.

2              THE WITNESS:  No.

3    BY MR. ROBERTS

4         Q.   Why not?

5         A.   Because he was raising a gun in my

6    direction.

7         Q.   You don't believe he was reaching with his

8    right hand, with a gun in it, to help lower the

9    door?

10        A.   No.

11        Q.   So you believe Mr. Hill, the threat inside

12   the garage, even after Mr. Deputy Newman fired, or

13   Deputy Newman fired -- in order to shoot you he

14   would have to shoot you through the garage; is that

15   fair?

16        A.   He would have to shoot us through the

17   garage door unless there was -- yes, he would have

18   to shoot us through the garage door.

19        Q.   Blindly?

20        A.   Yes, I guess.  I shouldn't be guessing,

21   but, yes.

22        Q.   Because he was putting the door down, or

23   he had put the door down; is that fair?

24        A.   Yes.

25        Q.   Were you in uniform at the moment you

Page 60

1    arrived at 1501 Avenue Q?

2         A.   Yes.

3         Q.   Tell me about that uniform.  What color is

4    it?

5         A.   It's a green uniform.  It's a green

6    Sheriff's Office uniform.  It has patches on the

7    sleeves, it has my star, on my left side of my chest

8    it has my ID, and my little American flag above my

9    ID on the top -- both are on top of the pockets of

10   my shirt.

11        Q.   Okay.  As it relates to identifying marks,

12   insignia or patches, those are all on the shirt; is

13   that fair?

14        A.   Yes.

15        Q.   There's nothing below your belt all the

16   way down to your shoes that identify you as a

17   Sheriff's Officer?

18        A.   Except the -- no -- no -- no markings, no.

19        Q.   Okay.

20             MR. ROBERTS:  I have nothing further.

21             MS. BARRANCO:  I just have a couple

22   of follow-up questions, Deputy Lopez.

23             THE WITNESS:  Sure.

24

25

1                    CROSS-EXAMINATION

2    BY MS. BARRANCO

3         Q.   Just to clarify, a few times you've used

4    the term "gate," and you mentioned that earlier, but

5    I just want to clarify.  When you've referred to the

6    word "gate" in your deposition, what were you

7    referring to?

8         A.   The garage door.

9         Q.   Okay.  So when you were telling us about

10   Mr. Hill "lowering the gate," you meant to say

11   lowering the garage door?

12        A.   Garage door.

13             MR. PHILLIPS:  TC did it too.

14             MS. BARRANCO:  Yeah, but I just want

15   to clarify for the record so there's no confusion.

16   BY MS. BARRANCO

17        Q.   And I know you told us that English is

18   your second language.

19        A.   Well, at home, yes, I mean, we

20   predominantly speak Spanish, but at work it's

21   English, is what I speak.

22        Q.   Okay.  Well, one thing I wanted to clarify

23   with you, Deputy Lopez, is, I recall plaintiff's

24   counsel asking you a question about at what point

25   did Mr. Hill's constitutional rights no longer

Page 62

1    matter to you; do you remember that question?

2        A.   Yes.

3        Q.   And then your response said something

4    about at the point that he raised the firearm in my

5    direction; something along those lines, right?

6        A.   Correct.

7        Q.   In terms of Mr. Hill's constitutional

8    rights, do you understand that he, as are all

9    citizens, free from unreasonable searches and

10   seizures; is that right?

11                MR. ROBERTS:  Form.

12                THE WITNESS:  That's correct.

13   BY MS. BARRANCO

14       Q.   And in this particular situation, do you

15   believe that Deputy Newman using deadly force on

16   Mr. Hill was in reaction to an imminent threat of

17   deadly force that Mr. Hill had toward you?

18                MR. ROBERTS:  Form.

19                THE WITNESS:  Yes.

20   BY MS. BARRANCO

21       Q.   And I know you're not a lawyer, but would

22   you agree with me that that would not then be an

23   unreasonable seizure?

24                MR. ROBERTS:  Form.

25                THE WITNESS:  I do.

Page 63

1          MS. BARRANCO:  I have no further

2    questions.

3          MR. ROBERTS:  And, also, one

4    follow-up.

5                REDIRECT EXAMINATION

6    BY MR. ROBERTS

7      Q.   If you've used "gate" in prior statements,

8    you mean the garage door?

9      A.   I mean the garage door, yes.

10     Q.   Do you think in English or Spanish?

11     A.   I think in English.

12          MR. ROBERTS:  Okay.  Thank you.

13          MS. BARRANCO:  No further questions.

14          (Deposition concluded at 2:26 p.m.)

15          MS. BARRANCO:  And he'll read.

16

17

18

19

20

21

22

23

24

25

Page 64

1    STATE OF FLORIDA      )
                           :   SS
2    COUNTY OF ST. LUCIE   )

3

4                    CERTIFICATE OF OATH

5        I, SUZANNE K. BADLEY, a Notary Public of the

6    State of Florida at Large, authorized to administer

7    oaths, certify that Edward Lopez was by me first

8    duly sworn to tell the truth.

9        Dated this 4th day of October, 2016.

10

11   _____
     SUZANNE K. BADLEY
12   My Commission Expires:
     August 16, 2019

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 65

1    STATE OF FLORIDA      )
                          :   SS
2    COUNTY OF ST. LUCIE  )

3

4                   REPORTER'S CERTIFICATE

5

6        I, SUZANNE K. BADLEY, a Shorthand Reporter,

7    certify that the foregoing deposition, Pages 1

8    through 64 inclusive, of Edward Lopez was

9    stenographically reported by me and is a true and

10   accurate transcription of said deposition of

11   Edward Lopez.

12            I certify further I am neither

13   attorney nor counsel for, nor related to, nor

14   employed by any of the parties to the action

15   in which the deposition is taken and, further,

16   that I am not a relative or an employee

17   of any attorney or counsel employed in this

18   case, nor am I financially interested in the

19   outcome of this action.

20       Dated this 31st day of October, 2016.

21

22       _____
                      SUZANNE K. BADLEY

23

24

25

Page 66

1    VIOLA BRYANT v. SHERIFF KEN MASCARA

2    DEPOSITION OF EDWARD LOPEZ

3                        ERRATA SHEET

4    PAGE LINE    READS              SHOULD READ

5    ____ ____  _____  _____

6    ____ ____  _____  _____

7    ____ ____  _____  _____

8    ____ ____  _____  _____

9    ____ ____  _____  _____

10   ____ ____  _____  _____

11   ____ ____  _____  _____

12   ____ ____  _____  _____

13   ____ ____  _____  _____

14   ____ ____  _____  _____

15   ____ ____  _____  _____

16   ____ ____  _____  _____

17   ____ ____  _____  _____

18   ____ ____  _____  _____

19   ____ ____  _____  _____

20

21   Under penalties of perjury, I declare that I have read the
     foregoing document and that the facts stated in it are
22   true.

23

     _____
24   DATE                       EDWARD LOPEZ

25   CC:

```
 1                          October 31, 2016

 2   Edward Lopez c/o
     Summer M. Barranco, Esq.
 3   Purdy, Jolly, Giuffreda & Barranco, P.A.
     2455 East Sunrise Boulevard, Suite 1216
 4   Fort Lauderdale, Fl 33304

 5   In Re:  October 4, 2016 deposition of Edward Lopez
             Viola Bryant, et al v. Sheriff Ken Mascara, et al.
 6
     Dear Sir:
 7
         This letter is to advise that the transcript for the
 8   above-referenced deposition has been completed and is
     available for review.  Please contact our office at
 9   (800)635-9193 to make arrangements for read and sign or
     sign below to waive review of this transcript.
10
         It is suggested that the review of this transcript be
11   completed within 30 days of your receipt of this letter,
     as considered reasonable under Federal Rules*; however,
12   there is no Florida Statute to this regard.

13       The original of this transcript has been forwarded to
     the ordering party and your errata, once received, will be
14   forwarded to all ordering parties for inclusion in the
     transcript.
15
                         Sincerely,
16

17
                         Suzanne K. Badley
18                       Court Reporters, Inc.

19   CC:

20   Waiver:

21   I, _____, hereby waive the reading &
     signing of my deposition transcript.
22
     _____    _____
23   Deponent Signature                  Date

24   *Federal Civil Procedure Rule 30(e)/Florida Civil
     Procedure Rule 1.310(e).
25
```

**A**

**A-S-P** 33:19,20
**able** 20:4 34:19
  48:15
**above-referenced**
  67:8
**accent** 23:14,22
**accident** 9:25
**accurate** 65:10
**act** 54:22
**action** 5:4 30:11,12
  45:6 47:14 65:14
  65:19
**actions** 27:15
**acts** 54:17,19
**actual** 53:3
**additional** 16:4
**address** 7:7
**administer** 64:6
**advise** 17:19 67:7
**advised** 29:5
**afford** 51:5,5
**afternoon** 4:9 31:2
**agency** 9:6 19:22
  50:13
**agree** 52:4 62:22
**ahead** 18:18,24
  54:7,13 59:1
**al** 67:5,5
**alcohol** 50:21
**alive** 45:5
**allowed** 50:14
**American** 60:8
**angle** 40:24 41:2
**announce** 34:25
**announcements**
  35:12
**answer** 5:17 8:2
  18:18 32:18
**anybody** 9:21,24
  10:1 21:5 42:19
  58:1
**apologize** 47:22
**APPEARANCES**
  2:1
**appeared** 39:6
**applicant** 49:20
**approximately** 47:5
**area** 28:20 29:4,13

  42:2 47:4 52:15
**areas** 19:25
**arm** 26:14 37:13
  40:8 58:12
**arrangements** 67:9
**arrest** 18:1
**arrestable** 30:6
**arrested** 25:3
**arrive** 21:21,23
  32:8
**arrived** 52:12 60:1
**asked** 16:3,7,25
  18:11,16,22 19:4
  23:5,13 24:9 43:5
**asking** 5:16 13:8
  20:21 61:24
**ASP** 33:16,17,22,25
**aspect** 55:21
**asset** 24:11
**assigned** 20:1
**attempted** 26:11
**attention** 57:7
**attorney** 1:18 36:14
  47:22 65:13,17
**audio** 13:5,6
**August** 64:12
**authorized** 64:6
**available** 67:8
**Avenue** 15:7,13
  17:2 26:1,2 27:19
  28:8,10,12 43:4
  60:1
**award** 44:18,25
  45:1
**aware** 12:4 16:18
  16:19 21:22 38:19
  38:22 39:9,12,15
  42:19,21 43:21,23
  45:18,23 46:15,16
  47:25 52:12 53:10
  56:16

  **B**

**back** 5:1 14:9 26:24
  31:21 39:2 45:12
  45:19,21,24 46:12
  48:7,11 49:23,24
  53:13,14 55:4
**background** 5:11

  17:25
**backup** 29:2,6
  58:17
**bad** 40:16
**Badley** 1:19 64:5
  64:11 65:6,22
  67:17
**banged** 35:7
**Barranco** 2:6,6 3:6
  5:15 10:18 18:17
  18:23 24:3 36:14
  41:1 43:25 47:22
  54:6,12 58:25
  60:21 61:2,14,16
  62:13,20 63:1,13
  63:15 67:2,3
**barrel** 57:17
**Based** 11:22 19:7
**basically** 12:2
  21:14
**baton** 33:17
**beautifulness** 7:3
**believe** 8:10,20
  10:14 11:6,9
  12:21 14:7 15:14
  16:9 19:8 23:4,7
  24:10 26:25 28:9
  28:9 30:19 31:3
  37:2 39:25 42:24
  43:7,8 48:22 49:4
  51:3 52:16 58:22
  59:7,11 62:15
**bell** 16:10
**belt** 60:15
**better** 54:1
**bike** 26:11,14,16
**bit** 5:11 23:14
  27:14 55:1,9 57:3
**black** 39:6,11
**bladed** 41:5,6
**blind** 56:17
**blindly** 56:11,12
  59:19
**block** 15:7 47:5
**blocks** 55:14
**blue** 36:7 50:17
**body** 38:24 40:22
  41:3,6
**bomb** 48:2

**born** 23:19,19
**Boulevard** 2:4,7
  67:3
**brake** 26:9,10
**brands** 51:7
**break** 49:7,8
**breakdown** 19:21
**bricks** 34:18
**Briglia** 10:13 12:4
  19:3 20:23 21:3
**bring** 37:19
**broke** 19:19 26:14
**Brooklyn** 7:1
**brought** 7:2 55:15
**Bryant** 1:4 66:1
  67:5
**bullet** 38:20,23
**Bureau** 20:12
**burns** 26:15
**busy** 14:6
**butt** 57:18

  **C**

**C** 4:1
**c/o** 67:2
**call** 14:10 15:16
  17:7 28:5,7,21,22
  28:25 29:16,25
  31:8 39:21 42:16
  42:20 50:4
**called** 4:5 21:9
  27:22 44:15,16
  46:4,11
**calls** 5:25 8:2,24
  14:6 21:7 31:5
**capacity** 1:8 5:5
  9:23
**Captain** 16:7
**car** 21:16 33:1
  36:17 44:14 45:8
  46:3 48:11,25
  53:14
**cardio** 51:16
**care** 6:17 42:8
**career** 6:24
**carried** 33:23
**carry** 53:8
**cars** 32:8 46:1 48:3
  48:4

**case** 1:3 14:3 16:3
  56:1,3 65:18
**cases** 25:3,5
**cause** 44:9 51:4
**caused** 48:18
**CC** 66:25 67:19
**Certificate** 3:7,8
  64:4 65:4
**certify** 64:7 65:7,12
**changed** 7:24
**charge** 20:7 22:9
**chest** 60:7
**child** 53:10,17
**chose** 13:13
**CHRISTOPHER**
  1:9
**church** 28:8 42:7
**CID** 20:13
**circumstances** 31:5
  31:7
**citation** 30:16
**cite** 30:19
**citizens** 62:9
**city** 7:10 49:21
**Civil** 67:24,24
**civilian** 48:4
**civilians** 52:16
**claim** 27:8
**clarify** 6:5 21:19
  26:18 61:3,5,15
  61:22
**classes** 49:23
**cleanliness** 7:3
**close** 40:19
**closed** 52:4 53:13
**clothes** 36:5
**collected** 27:11
**collet** 42:22
**collision** 27:2
**color** 60:3
**come** 6:4 16:3,7
  35:11 38:15
**comes** 23:22 25:7
**coming** 16:2 41:22
  41:23 43:2
**commended** 24:10
  24:16
**Commission** 64:12
**commissioner's**

50:16
**commit** 54:17,22
**common** 29:13,14
**Comp** 27:8
**compact** 39:7
**company** 25:23
**complained** 30:3
**complaint** 17:2,5
  27:19 28:5 29:1,6
  29:11
**complaints** 29:16
**complete** 5:22 6:7
**completed** 14:7
  23:3 67:8,11
**completely** 38:17
  44:4 47:25
**Complex** 55:25
**computers** 50:13
**concluded** 63:14
**concurrent** 50:5
**conduct** 8:4
**confusion** 61:15
**consider** 55:18
**considered** 55:25
  67:11
**constitutional** 54:4
  54:11 61:25 62:7
**contact** 17:9,21,23
  67:8
**continue** 48:13
**continued** 33:2
  48:16
**continues** 32:15,16
**continuous** 45:16
**control** 26:11,14
**conversational**
  5:18
**conversations** 21:2
  21:12,15 22:12
  39:18
**Coolidge** 55:24
**corner** 43:3,4,7
**correct** 5:20 12:9
  12:12 17:4,6,11
  22:10 28:13,23
  29:9 31:10,18
  32:10,12 35:21
  57:25 58:18 62:6
  62:12

**counsel** 61:24
  65:13,17
**County** 1:9,16 4:13
  6:9,20 7:8 12:24
  13:17 19:13,16
  55:8 56:16 64:2
  65:2
**couple** 60:21
**course** 56:20
**court** 1:1 6:3 67:18
**courteous** 30:4
**cover** 44:13,16 45:9
  46:5,14 48:10,25
  53:14
**covering** 46:10
**coworkers** 9:5
**crime** 19:19 52:7
**crimes** 8:3,3 20:17
**criminal** 20:14 25:5
  54:17,19,22
**Cross-Examinati...**
  3:6 61:1
**curious** 49:14
**current** 7:7,19
**currently** 4:12
**cut** 11:25 26:7,8
  49:23,24

---

**D**
**D** 4:1
**dark** 15:18,19 36:7
**date** 1:14 55:15
  66:24 67:23
**Dated** 64:9 65:20
**day** 10:9,20 11:6,8
  11:12 12:11 14:6
  15:10 22:15 46:17
  51:18 64:9 65:20
**daylight** 15:18
**days** 51:16 67:11
**daytime** 30:22
**dead** 12:8
**deadly** 62:15,17
**dealing** 6:3
**Dear** 67:6
**deceased** 12:5
  45:10
**decide** 31:9
**decided** 6:24 55:5

**declare** 66:21
**decorative** 34:18
**deescalating** 58:23
**DEFENDANT** 2:6
**Defendants** 1:10
**definitely** 40:21
**degree** 26:15
**depart** 17:12
**departed** 15:17
**department** 19:14
  20:11
**departments** 19:19
**depending** 31:4,7
**Deponent** 67:23
**deposition** 1:13
  10:17 25:2,10
  61:6 63:14 65:7
  65:10,15 66:2
  67:5,8,21
**Deputy** 4:11 5:4
  6:16,16 8:10,24
  9:3,9,11 10:20
  13:24 14:5,11
  16:11,13 21:13,24
  22:12 23:4,5,10
  27:18,20,20,21,25
  28:3,3,4,22,25
  29:2,3,4 31:12
  32:14 33:12 37:16
  37:18,19,23,24,25
  38:9,10,11,20
  39:13 40:9 43:19
  46:2 47:8 49:10
  54:5 57:4 59:12
  59:13 60:22 61:23
  62:15
**describe** 9:3 36:3
  39:4 40:2 41:2
  42:1,3
**described** 39:13
**details** 24:22,23
  50:10,10,11,12,13
  50:17
**Detective** 10:13,13
  10:14 12:4,4,18
  12:19,25 13:7,18
  14:22 20:1,2,12
  27:21
**Detective's** 15:3

**detectives** 19:8,11
  19:17,18,20,24
  20:23
**determined** 12:8
  14:13
**device** 33:14 47:10
  47:19,24
**dew** 26:4,4
**died** 44:10
**different** 4:21
  19:25 51:8
**difficult** 6:2
**Direct** 3:5 4:7
**direction** 31:16,17
  32:9,11,16 37:14
  37:15 38:8,8,10
  39:1 40:1,6,7,8,12
  43:12 46:13 54:15
  57:13,16 58:6
  59:6 62:5
**directly** 31:20
  40:25 41:4,7,7,9
  41:14 46:9
**disagree** 11:4
**disagreed** 11:3,10
**disagreeing** 11:9
**discharged** 14:18
**discipline** 24:25
**dispatch** 17:19 29:1
  29:5
**dispatched** 27:18
  29:1
**DISTRICT** 1:1,1
**disturbance** 53:3
**disturbances** 8:3
**dive** 5:12
**division** 19:12,15
  20:11,14,15
**document** 18:22
  66:21
**doing** 6:15,23
  14:10 44:22,23
  48:23 51:2
**dominant** 50:2,3
**door** 15:5 30:22
  31:14,14,15,21,22
  31:23 32:5,7,14
  32:15,17,19,20,22
  32:22,23 33:13

34:1,3,5,6,7 35:8
  35:11,14,18 36:18
  37:2,5,5,8,8,21,25
  38:3,4,14,21
  41:22,23 44:3
  45:12,12,13,14,16
  46:10 52:4 53:23
  53:24 54:18 59:9
  59:17,18,22,23
  61:8,11,12 63:8,9
**draw** 39:2 43:10
**drawing** 40:14 58:2
**drawn** 58:6
**dreads** 36:4
**drew** 43:13,18 58:5
**driver** 14:8,9,12
  26:13
**driveway** 31:24
  48:4
**drop** 37:12,12,12
  37:24 38:7,11
  40:3,3,5,5
**drugs** 42:14,15
  50:22
**duly** 4:5 64:8
**duties** 14:19
**duty** 7:16 24:22
  27:1 50:8,8

---

**E**
**E** 4:1,1
**earlier** 5:2 23:14
  50:9 61:4
**early** 26:3
**east** 2:7 28:11,12
  28:14 31:14,22
  32:16,21 43:4
  67:3
**easterly** 31:17
**easy** 5:22
**edge** 44:5
**Edward** 1:13 3:4
  4:4,11 64:7 65:8
  65:11 66:2,24
  67:2,5
**either** 13:7 46:1
**elaborate** 54:1
**eliminated** 43:22
**em** 29:24

**embark** 6:24
**employed** 4:12 6:8
  65:14,17
**employee** 65:16
**employees** 26:5
  52:16
**employment** 50:5,9
**encountered** 52:19
  55:16
**ended** 14:12
**enforcement** 6:21
  6:24 9:23 14:19
  24:8 30:9 35:1
  42:7,9 49:15,18
  54:23
**English** 23:15,18
  61:17,21 63:10,11
**enthusiast** 39:23,23
**entire** 32:24 36:16
**errata** 3:8 66:3
  67:13
**Esq** 2:2,3,6 67:2
**essentially** 27:14
  29:7
**establish** 21:25
**established** 22:4,8
**Estate** 1:5 5:3
**estimate** 20:22
**et** 67:5,5
**event** 5:6 35:18
**everybody** 9:7,8
**evidence** 42:22
**exact** 39:13,22
**exactly** 15:11,14
  21:1 22:25 28:9
  38:16 40:20 48:14
  53:15,15
**Examination** 3:5,6
  4:7 63:5
**examined** 4:6
**excessive** 14:16
  53:22
**EXHIBITS** 3:14
**exited** 32:4,5
**expandable** 33:17
**expect** 6:1
**experience** 49:12
**Expires** 64:12
**explained** 5:15

**extensive** 55:18,19
**extent** 17:20 30:5
**extremely** 32:17,18
**eye** 21:17
**eyes** 35:24

**F**
**face** 35:22
**facility** 56:5
**facing** 32:11
**facts** 66:21
**failed** 24:21
**fair** 14:24,25 17:3
  22:9 28:12 29:8
  33:23 34:14 44:5
  44:22 51:24 53:19
  57:10,24 59:15,23
  60:13
**false** 53:18
**far** 9:2 11:9 35:17
  35:17 40:17,20
**fast** 40:14
**fearful** 44:7
**Federal** 67:11,24
**feel** 41:15,21,24
  58:8,19
**felt** 21:16 41:17
  57:23 58:7
**file** 24:17
**financially** 65:18
**fine** 29:19
**fingerprint** 27:22
**finish** 5:17
**fire** 38:17 40:10
  43:15,17 56:12
**firearm** 14:18 55:3
  55:8,10,13,19,21
  62:4
**firearms** 55:2
**fired** 27:16 34:23
  38:13,20 40:18
  43:19 44:17,17,17
  52:1 55:3,4 57:14
  59:12,13
**firing** 38:1,12 55:14
  55:23 56:8,9,13
  56:17
**first** 4:5 6:13,19,20
  9:15 12:21 23:8

23:15 24:1 31:11
32:4 38:13 40:18
43:1 55:3 57:14
64:7
**five** 10:6 51:16
  55:11
**fix** 54:10
**Fl** 2:4,7 67:4
**flag** 60:8
**flashlight** 34:1
**Florida** 1:1,17,20
  7:2 64:1,6 65:1
  67:12
**follow-up** 60:22
  63:4
**followed** 32:2 46:13
**follows** 4:6
**foot** 36:23
**force** 14:16,16,16
  14:17 53:22 62:15
  62:17
**foregoing** 65:7
  66:21
**forever** 21:16
**Forgive** 37:20
**forgot** 24:22
**form** 18:17,23
  30:15 43:25 54:6
  54:12 58:25 62:11
  62:18,24
**formal** 20:24
**Fort** 1:17 2:7 7:13
  67:4
**fortunate** 27:10
**forwarded** 67:13
  67:14
**found** 14:10 17:25
  45:18,21,22,24
**four** 51:15 55:11
**frames** 32:23
**free** 53:21 62:9
**frightening** 11:14
  39:3 57:21
**front** 26:8 31:12,19
  31:20,22,23 34:6
  41:1,4,8,10,14
  46:10 52:15
**fully** 49:20
**further** 30:11,12

40:2 60:20 63:1
63:13 65:12,15

**G**
**G** 4:1
**gangs** 42:14
**garage** 15:5 21:17
  31:13,14,15,20,22
  31:23 32:5,6,14
  32:15,17,18,21,22
  32:23 33:13 34:5
  34:7,12,16 35:8
  35:11,14,18 36:17
  36:23 37:21,25
  38:3,4,14 41:21
  41:23 45:11 46:10
  52:4 53:23,24
  54:18 59:12,14,17
  59:18 61:8,11,12
  63:8,9
**Gary** 55:25
**gas** 52:23 53:7,8
**gate** 35:7 37:20
  38:11 43:20 44:15
  53:13 57:8,9 61:4
  61:6,10 63:7
**getting** 58:13
**Giuffreda** 2:6 67:3
**give** 10:8 13:13,17
  27:23
**given** 10:12 25:2,10
  29:25
**giving** 10:3,6 13:25
  19:2
**Glock** 39:7,11
**go** 17:8 18:18,24
  23:5 29:5,8 31:9
  35:14,18 37:3,5
  52:9 54:7,13 59:1
**goes** 44:3
**going** 5:16 12:14
  21:10 37:6 42:12
  45:11,15 48:9,15
**gonna** 5:20 11:13
  31:9 40:16,20,21
  45:13,14 51:4
  58:4,7
**good** 4:9 24:2,11
  55:10

**green** 60:5,5
**Greenscape** 25:19
  25:22 26:5
**Greg** 40:17 51:21
  52:20 53:11,21
  54:4,11,17 58:8
**Gregory** 1:5 5:4
  12:5 17:22,24
**ground** 5:14
**growing** 23:25
**guess** 4:19 21:20
  25:8 30:25 33:10
  44:24 59:20
**guessing** 59:20
**gun** 37:12,12,12,12
  37:12,13,14,14,15
  38:7,7,7,7,8,20
  39:1,2,4,6,13,21
  39:22,23 40:1,3,4
  40:4,5,6,6,7,8,11
  40:12,14 41:18,19
  41:24 43:10,12
  45:18,20 54:14,24
  57:5,10,12,18
  58:6,6,10,11,12
  58:13,14,15,17
  59:5,8
**gunfire** 37:16
**guns** 39:19
**guy** 26:12 39:22
**guys** 28:7,21 45:25
  46:1

**H**
**hairdo** 36:1
**hand** 9:9,9 33:13
  34:8 37:10,10,15
  38:3,4,6 40:15
  45:22 58:3,9,10
  58:11,13,20 59:8
**handgun** 37:10,11
  38:5
**handle** 19:24 20:1
**happen** 45:14
**happened** 5:7 9:15
  11:22 12:11 13:25
  14:1,2 17:23 26:7
  27:19 32:13
**happens** 19:10

30:10 55:13
**happy** 44:24,25
45:4
**hardworking** 42:5
**he'll** 63:15
**head** 6:1,4 27:17
35:16,19
**hear** 45:16 51:19
**heard** 49:16 51:21
**held** 43:7
**help** 10:25 16:21
21:19 24:14 27:11
29:18,20 59:8
**helps** 53:6
**hey** 37:16,18,23
38:9 40:9 51:19
**Highway** 26:1
**Hill** 1:5 5:4 12:5
17:17,22,24 35:20
37:9,13,18 38:2
39:4 40:17 41:3
45:10 51:21,21,23
52:3,20 53:21
54:17 57:7 58:3,8
58:19,22 59:11
61:10 62:16,17
**Hill's** 17:8 35:19
38:24 53:11 54:4
54:11 57:12 61:25
62:7
**hire** 26:19
**hit** 26:13
**holding** 14:6
**home** 15:22,25 48:4
53:11 61:19
**homicide** 19:20
**hope** 5:12
**hour** 5:13
**hours** 11:16,17
30:19
**house** 15:6,13 17:9
21:18 31:19,23
42:17,20 43:3,4,5
43:6 51:23 53:17
**hunting** 55:5,6
**hypothetical** 17:22

**I**

**ID** 4:14,15,20 17:24

**29:2** 60:8,9
**identifications**
27:24
**identify** 27:23
60:16
**identifying** 60:11
**imagine** 27:7 44:2
**immediately** 37:11
**imminent** 62:16
**important** 56:24
**in-service** 14:9
**inch** 31:21
**incident** 8:18,22
9:18 10:5,9 13:15
13:16 14:15 15:8
18:9,22 19:7,8
20:19 26:23 27:12
30:21 36:10,11
42:20 47:16,19
51:18 52:7,24
53:4
**incidents** 19:15
55:17,17
**inclusion** 67:14
**inclusive** 65:8
**incorrect** 22:7
**INDEX** 3:1
**indicating** 40:25
41:5
**informal** 20:24
**information** 28:2
**informed** 45:20
**initial** 14:21 16:19
**inmates** 6:17
**innocent** 57:1
**inside** 15:2 23:2,11
45:10 53:11 59:11
**insignia** 60:12
**instance** 18:1
**instructed** 56:12
**interest** 51:11
**interested** 65:18
**interpret** 24:9
**interrupt** 5:18
**interview** 20:18
**introduce** 4:10
**introduced** 5:2
**investigate** 20:16
20:17 52:6

**investigated** 9:24
52:20
**investigates** 19:15
19:22
**investigating** 13:23
**Investigation** 20:14
**involve** 14:15
**involved** 5:8 13:16
13:24 16:22 19:13
19:22 47:10 53:9
**involvement** 47:1
**involving** 19:13
**issues** 57:4

**J**

**Jackson** 29:2
**Jacksonville** 2:4
**jail** 4:24 6:14,15,17
6:20
**January** 5:7 7:22
8:6 20:10 50:21
**jean** 36:7
**JIM** 2:9
**job** 6:13,19,19,20
7:19,24 44:22,23
**jobs** 50:5
**John** 2:3,3 16:9,11
18:4
**Johnson** 46:19
**Jolly** 2:6 67:3
**jphillps@floridaj...**
2:5
**JR** 1:5

**K**

**K** 1:19 64:5,11 65:6
65:22 67:17
**keep** 37:20
**keeping** 21:17
**Ken** 1:8 66:1 67:5
**kid** 49:17
**kids** 52:14
**kill** 57:1 58:4,7
**killed** 51:23 52:3
**kind** 5:23 25:7
27:13 33:3 36:5
**Kings** 26:1
**Kirby** 55:24,24
**knee** 40:5
**knew** 40:15 58:3,4

58:6
**knock** 30:1 32:15
32:17 34:1,3
**knocked** 32:20
33:12 34:5,7
**knocking** 33:15
**knocks** 32:14,15
**know** 7:6 8:3 9:7
11:9,23 15:4
16:24 18:4,6,7
19:25 20:2,7,15
20:17 21:1 22:6
22:23,25 23:10
26:12 27:13 28:18
29:25 30:2 33:7
33:21,22 39:21,23
39:24 42:8 43:19
45:10,11,12,13,14
45:15 46:25 47:10
47:24 48:1,1,2,18
53:3 56:19,21
57:3 61:17 62:21
**knowing** 24:3

**L**

**L-O-P-E-Z** 4:12
**lady** 5:23
**language** 23:15,16
61:18
**Large** 1:20 64:6
**late** 21:10
**Lauderdale** 2:7
67:4
**law** 2:3 6:21,24
9:23 14:19 24:8
30:8 34:25 42:6,8
49:15,18 54:23
**lawnmower** 26:6
26:13
**lawns** 26:6
**laws** 29:21
**lawsuit** 25:14,15
**lawyer** 26:19,21
62:21
**learn** 23:18
**leave** 17:19
**LeBeau** 10:13,21
12:4,18 13:7
14:22 19:3 20:2

20:23 21:3
**left** 38:2,4 41:12
60:7
**left-hand** 50:1,3
**leg** 38:6 58:11
**Legal** 2:9
**let's** 9:22 27:12
37:3 55:1,7
**letter** 3:9 67:7,11
**licensed** 14:9,12
**life** 39:3 45:3 54:15
54:25 57:22
**lift** 41:19
**lifted** 40:6,7 58:5
**lifting** 40:7,12
43:11,12
**light** 26:1 50:17
**LINE** 66:4
**lines** 62:5
**listen** 33:5,11
**little** 5:9,10,11 7:12
27:13 29:3 30:5
31:13,13 41:6,6
49:17 54:1 55:1,9
57:3 60:8
**LLC** 2:3
**location** 28:14
**long** 6:8 15:9 20:21
20:22 21:1 48:12
48:14,14,16
**longer** 27:25 49:11
61:25
**look** 10:22 34:20
37:19
**looked** 10:19,19
37:9,23 38:9
39:10
**Loop** 55:24,24
**Lopez** 1:13 3:4 4:4
4:11,11 49:10
60:22 61:23 64:7
65:8,11 66:2,24
67:2,5
**lost** 26:11,14
**lot** 24:14 42:5,5
47:22 57:20
**loud** 17:2,5,9 27:18
28:5 31:1 32:18
35:9,12 37:8

45:16
**love** 51:12
**lower** 30:4,14 31:6
  59:8
**lowered** 17:20
**lowering** 61:10,11
**lowers** 17:18
**Lucie** 1:9,16 4:13
  6:9,20 7:8,11
  12:24 13:17 19:13
  19:16 55:8 56:16
  64:2 65:2

**M**

**M** 2:3,3,6 67:2
**machine** 27:23
**Madam** 6:3
**making** 5:21,22 6:6
**man** 12:23
**markings** 60:18
**marks** 60:11
**Mascara** 1:8 66:1
  67:5
**matter** 54:4,11 62:1
**maximum** 35:17
**mayors** 49:22
**mean** 4:19 9:6
  10:20 11:7,7,25
  14:22 26:16,25
  36:17 40:24 42:11
  45:1 50:9,24
  52:25 61:19 63:8
  63:9
**meant** 45:3 61:10
**Media** 2:9
**meetings** 50:16
**members** 46:11,16
  46:17
**mentioned** 50:8
  53:16 61:4
**midway** 1:17 57:15
**military** 49:12
**million** 49:16
**mind** 37:4 57:20
**minute** 58:5,5
**mistaken** 23:5
**moment** 32:25 39:3
  53:22,24 57:21
  58:23 59:25

**money** 27:11
**Morales** 55:25
**morning** 25:25
  26:3,4
**motorcycle** 26:16
  26:17 27:5,6,6
**mouth** 44:3
**move** 45:25
**moved** 49:24
**moving** 57:13
**mowing** 26:6
**multiple** 43:19
**MuscleTech** 51:9
**music** 17:9,10,18
  17:19 30:5,14
  31:1,6 32:17,24
  33:1,3,4,5,11 35:8
  37:7 45:17 48:12
  49:3

**N**

**N** 4:1 28:10,19
**name** 4:12 12:21
  16:9,10 25:23
  26:22
**names** 46:16
**near** 21:25 22:4
  52:18
**nearby** 22:18,21
**necessarily** 8:17
**need** 7:6
**needed** 16:4 27:25
  28:2
**neighborhood** 42:1
  42:3,4,10,12,15
**neither** 65:12
**nervous** 11:8,11,12
  11:18,22,23
**never** 5:19 16:15
  47:14 51:21 52:1
  53:4
**new** 7:1 23:20
  49:21 55:4,16
**Newman** 1:9 5:4
  8:10,24 9:3,9,11
  21:13 22:12 23:4
  23:5,10,11 27:18
  27:20 28:3,4,22
  28:25 29:3,4 31:8

31:12 32:14 33:12
37:16,18,19,23,25
38:9,11 39:12,13
40:9 43:19 46:2
47:8 48:7,9 51:19
52:6 54:5 57:4,14
59:12,13 62:15
**Newman's** 37:24
  38:10,20 43:22
  45:6
**nice** 30:13 42:6
**night** 15:10,23
  16:13,15 29:23
  30:18,18
**NO.2:16-cv-1407...**
  1:3
**nods** 6:1,4 27:17
  35:16
**noise** 17:2,5 27:18
  28:5,25 29:6,10
  29:16,18 30:3,19
  30:22
**None-** 3:15
**normal** 7:18
**north** 28:11 43:2
**nos** 5:25
**Notary** 1:19 64:5
**notes** 10:19
**number** 4:14,15,20
  5:1 29:2

**O**

**O** 4:1
**Oath** 3:7 64:4
**oaths** 64:7
**Object** 18:17,23
  43:25 54:6,12
  58:25
**obscene** 17:5
**observed** 45:7
**obviously** 24:21
**occur** 55:22,23
**occurred** 10:10
  11:17 30:25 51:18
  53:12
**occurring** 30:25
**October** 1:14 64:9
  65:20 67:1,5
**odd** 18:15,21 19:3

**offense** 30:6
**office** 1:16 2:3 4:13
  4:23 6:9 15:25
  16:8 19:14 35:4,5
  35:13,13 37:6,7
  50:15,16 55:8
  56:17 60:6 67:8
**officer** 9:23 12:24
  19:12,22 24:8
  49:15 52:6 54:23
  60:17
**official** 1:8 5:5
  14:19
**Oh** 33:2 44:8
**okay** 4:18,25 5:2
  6:11,15,23 7:4,6
  7:10,12,15,21,24
  8:6,22 10:3,25
  11:11,15 12:13
  13:1,15 14:15
  15:4,9,20 16:17
  17:21 18:4 19:11
  20:2,10,13,18
  21:19 22:2 23:18
  23:21,23 24:17,24
  26:18 27:1,4,7
  28:6,17 29:7
  30:15,24 32:2,8
  32:13,24 33:5,12
  33:25 34:20 35:10
  35:14,20 36:9,15
  38:2,18 39:8,18
  41:9,15 43:8,15
  44:18 45:25 46:20
  46:25 48:3,12
  49:19 50:1,20
  52:19 53:9 55:1
  56:1,7 57:17
  60:11,19 61:9,22
  63:12
**once** 10:4 13:21
  45:14 47:3 53:12
  67:13
**ones** 19:9
**opening** 57:7,9
**opinion** 54:23
**Orange** 26:1,2
**order** 59:13
**ordering** 67:13,14

**ordinance** 29:22
  30:20,22
**original** 67:13
**Ortega** 2:4
**outcome** 65:19
**outer** 34:13
**outside** 9:10,16
  23:1 25:10 52:13
  52:14

**P**

**P** 4:1
**P.A** 2:6 67:3
**p.m** 49:8 63:14
**PAGE** 3:5 66:4
**Pages** 65:7
**paid** 50:18
**palm** 33:15,15
**paper** 24:21
**paradise** 7:5
**parked** 15:5 31:19
  31:20,22,25 36:17
  48:3
**parking** 52:15
**part** 20:11 22:8
  55:13
**particular** 8:18
  19:14,20,21 46:21
  62:14
**parties** 65:14 67:14
**party** 67:13
**patches** 60:6,12
**patrol** 4:17 7:20,21
  8:1,2 21:16 44:14
  45:8 48:11 53:14
**Paul** 21:24 27:20
**paying** 57:7
**Pearson** 21:24
  27:20,21,25 28:3
  42:24
**penalized** 29:20
**penalties** 66:21
**people** 25:3 27:23
  29:16 30:2 42:5,6
  42:8 52:13,17,17
**pepper** 53:8
**performance** 14:19
**perimeter** 22:1,4,7
  22:9 34:13 43:2

**perjury** 66:21
**person** 21:21,23
    28:1 30:8 43:1
    57:1,2
**personal** 1:4 27:6
**personnel** 24:17
**Phillips** 2:3,3 61:13
**phone** 21:7 22:14
**photographs** 36:10
    47:18,21,23
**photos** 36:15,16,18
    36:19
**pick** 50:14
**pickup** 26:8,9,10
    26:13
**pictures** 34:11
    38:22 47:12,15
**Pierce** 1:17 7:13
**pierced** 38:20
**place** 1:16 15:8
    17:16 20:17 55:18
**plaintiff** 1:6,18 2:2
    25:13,15
**plaintiff's** 61:23
**play** 33:2 48:13,16
**playing** 17:9 31:1
    32:24 33:1 48:19
    48:21,24 49:3
**please** 4:9 5:17 67:8
**plenty** 29:12
**PM** 1:15,15
**pocket** 45:19,21,24
**pockets** 60:9
**point** 22:6,7,11
    27:15 32:25 34:21
    37:13,25 40:11,13
    41:15 43:8 45:25
    54:3,10,22 61:24
    62:4
**pointed** 57:15
**pointing** 40:4
**policies** 56:15
**Port** 7:11
**portion** 48:7
**position** 38:14 43:7
    44:13 46:4
**positioned** 40:22
**positioning** 40:23
**possible** 51:15

58:22
**predominantly**
    61:20
**prepare** 10:16
**PRESENT** 2:9
**presume** 36:20
**pretty** 29:13
**prior** 8:22 52:20
    63:7
**probably** 5:10,12
    33:22 39:22 49:16
**Procedure** 67:24,24
**procedures** 56:15
**proceeded** 46:12
**proceedings** 25:11
**products** 51:7,8
**professional** 9:10
    9:23
**property** 48:8
**prosecution** 29:19
**prosecution** 25:5
**protein** 51:9
**proteins** 51:1
**provide** 23:6
**provided** 28:1
**Public** 1:19 64:5
**pull** 31:14
**pulled** 31:24 46:9
    57:5
**pulls** 31:11,13
**Purdy** 2:6 67:3
**purpose** 16:2
**purposes** 53:2
**put** 24:21 44:2
    59:23
**puts** 50:13
**putting** 59:22

**Q**
**qualified** 4:18,19
    49:20
**question** 5:17,25
    9:15 24:2 61:24
    62:1
**questioning** 9:16
**questions** 5:6,16
    13:8 16:4 49:10
    60:22 63:2,13
**quick** 49:6

**quickly** 43:13
    57:19

**R**
**R** 4:1
**radio** 39:9,14 43:5
    44:17
**raise** 39:1 58:12
**raised** 23:20 37:13
    37:14 38:7,8
    39:25 40:4 53:22
    53:24 54:14,24
    62:4
**raising** 58:14 59:5
**ran** 17:24
**range** 50:14 55:23
**rap** 33:4,5,11
**reaching** 59:7
**reaction** 62:16
**read** 3:9 11:2 56:19
    63:15 66:4,21
    67:9
**reading** 67:21
**READS** 66:4
**real** 40:14
**realized** 41:19
**really** 13:10 30:12
**reason** 14:16 21:11
    43:17
**reasonable** 67:11
**recall** 22:13 48:9
    53:15 61:23
**receipt** 67:11
**receive** 44:25
**received** 15:16
    24:20 28:5,7
    67:13
**recognize** 20:5 33:7
**record** 5:22 6:7
    61:15
**recorded** 13:2,4,5,6
    19:2
**Redirect** 3:6 63:5
**reelected** 49:22
**reference** 55:17
**referred** 61:5
**referring** 47:6 61:7
**refrain** 56:12
**refusing** 27:23

**regard** 67:12
**regarding** 9:18
    10:9 27:22
**relate** 56:17
**related** 13:22,23
    18:8 20:19 47:15
    52:7 55:8 65:13
**relates** 8:17 15:5
    29:19 40:23 41:3
    47:19 55:2 56:8
    57:13 60:11
**relationship** 9:2,4,4
    9:10,12
**relative** 65:16
**remember** 8:19 9:1
    9:20 10:1,3,6,7,7
    10:11,25 12:13,14
    12:16 13:3,5,6
    15:9,11,12,20,22
    16:1,12,16 22:13
    24:2,5,12 25:23
    26:22 33:21 34:2
    42:25 46:18,20
    47:20 48:6,23
    53:15 56:19,20
    62:1
**remembering** 8:14
**remove** 46:8
**removed** 46:6 47:3
**removing** 46:23
**report** 16:17,20,21
    16:23,25 17:13
    18:2,5,8,16 19:4
**reported** 39:8 65:9
**reporter** 1:19 6:3
    65:6
**Reporter's** 3:8 65:4
**Reporters** 67:18
**reports** 19:9
**represent** 5:3
**Representative** 1:5
**reprimand** 24:20
**reprimanded** 24:18
    24:19
**required** 13:17
**reside** 7:7,10
**residence** 46:14
**respiratory** 6:25
**respond** 14:10

29:24,24 30:1
    31:5 53:4
**responded** 8:24
    15:6,13 17:1 22:3
    29:10 30:22 42:16
    42:19 46:17
**response** 62:3
**retreating** 38:25
**retrieve** 39:2 57:19
**retrieving** 40:14
    43:13 58:2
**review** 67:8,9,10
**rifles** 55:4
**right** 10:24 11:21
    14:13 17:18 22:11
    25:8 27:12 28:21
    31:8,15,15 37:9
    37:10,13,15 38:5
    38:5,6,6 40:24,25
    41:5,11,13,14
    43:3 44:11,19
    50:12,12 53:21
    57:20,23 59:8
    62:5,10
**right-hand** 50:1
**rights** 54:4,11
    61:25 62:8
**ring** 16:10
**Road** 1:17 4:17,24
    7:20,21 8:1 55:24
**roads** 26:3,4
**Roberts** 2:2 3:5,6
    4:8 5:3 18:20
    19:1 24:6 44:1
    49:6,9 54:9,16
    59:3 60:20 62:11
    62:18,24 63:3,6
    63:12
**robot** 47:9 48:1
**Rock** 4:24
**role** 7:19,24
**room** 9:16
**rotate** 9:7
**rounds** 38:12
**rude** 5:19,20 6:6
**Rule** 67:24,24
**rules** 5:15 67:11
**run** 45:11
**runs** 28:12

**S**

**S** 4:1
**saw** 16:15 21:23
    35:20,22,24 36:16
    36:18 37:11 38:22
    41:18,24 43:1,2
    58:10,12
**saying** 5:24 11:25
    24:4 28:24 37:20
**says** 56:18
**scared** 11:13,18,20
    11:21
**scenario** 55:12
**scene** 14:5,24 15:1
    15:10,17 17:12
    21:8,13,14,22,24
    22:3 32:3 36:16
    36:17 42:22 46:6
    46:7,8,24 47:3
**schedule** 8:21
**school** 52:9,13,15
    52:16,18
**scratch** 21:20
**searches** 62:9
**second** 23:15,17
    61:18
**sect** 19:21
**secured** 48:7
**see** 22:14 34:13,19
    36:15 37:8,18
    38:23 47:9 56:22
    57:17
**seeing** 16:12,16
**seen** 36:9,10 47:12
    47:14,15,18,20
    52:23 53:5
**seizure** 62:23
**seizures** 62:10
**send** 48:1
**sent** 46:5
**Sentinel** 47:10,24
**Sergeant** 10:21
    20:8
**service** 43:10
**services** 27:25
**severity** 19:7
**Sheet** 3:8 66:3
**Sheriff** 1:8,8 5:5
    12:24 19:16 66:1

67:5
**Sheriff's** 1:16 4:13
    4:23 6:9 15:25
    16:8 19:14 35:4,4
    35:13,13 37:6,6
    55:8 56:16 60:6
    60:17
**shift** 8:7,9,11,14
    50:20
**shifts** 9:8
**shirt** 60:10,12
**shock** 11:23
**shoes** 60:16
**shoot** 45:13 56:21
    57:1 58:1,7 59:13
    59:14,16,18
**shooting** 11:17
    19:13 53:12 56:22
    56:22
**shootings** 19:23
**Short** 49:8
**Shorthand** 65:6
**shorts** 36:8
**shot** 11:13 38:13
    40:16,18,21,21
    51:23 52:1,3
    58:24
**shots** 27:16 34:23
    37:17 43:20 44:4
    44:17,17,17
**shouting** 37:11
**show** 17:8 24:22
    34:11
**showed** 49:1,4
**showing** 42:25 43:1
**sick** 27:10
**side** 21:18 32:21,22
    34:12,15 37:24
    45:12 50:5 60:7
**sign** 3:9 67:9,9
**Signature** 67:23
**signing** 67:21
**Sincerely** 67:15
**singing** 33:10
**sir** 4:9 7:17 9:19
    11:5 16:12 25:17
    34:17 43:16 49:13
    51:22 53:25 54:20
    67:6

**sit** 36:22
**sitting** 15:2 41:1
**situation** 58:23
    62:14
**skills** 24:8
**slammed** 26:9,10
**sleeves** 60:7
**small** 39:6
**somebody** 25:16
    30:3 44:9
**Somewhat** 11:1
**songs** 33:8
**soon** 37:17,18
    38:25 40:3,5
    41:17,18 43:11,12
    44:3,15
**sorry** 11:24 26:17
**sort** 5:14 29:19
    33:14
**south** 7:12
**SOUTHERN** 1:1
**Spanish** 23:23 24:1
    24:7,15 61:20
    63:10
**speak** 10:8 16:4
    23:15,23 24:15
    61:20,21
**speaking** 10:1,17
    24:7 57:6
**Specialist** 2:9
**specifically** 47:18
**specify** 21:10
**speculate** 48:16
**spell** 33:18
**spelled** 4:12
**spoke** 10:20 17:17
    20:23
**spray** 53:8
**squad** 20:8
**SS** 64:1 65:1
**St** 1:9,16 4:13 6:9
    6:20 7:8,11 12:24
    13:17 19:13,16
    55:8 56:16 64:2
    65:2
**staff** 27:10
**stand** 20:13 33:20
**standing** 37:9
    48:10

**star** 60:7
**start** 8:8 15:7 37:19
**started** 4:22,23,23
    6:14 8:11 21:25
    26:24 27:9 32:4
    35:11,14 37:5,17
    37:24 38:10,17
    39:1,2 40:9,9,13
    40:14 41:17,19,24
    43:11,12,13 57:19
    58:12
**starting** 37:3,11
    38:15
**State** 1:20 64:1,6
    65:1
**stated** 47:2 66:21
**statement** 10:3,23
    11:3,16,24 12:3,7
    13:17,25 14:3,21
    19:2 20:24,25
    21:3 22:17,20,24
    23:1,3,6,7,10
**statements** 10:6,9
    10:11 13:11 63:7
**STATES** 1:1
**Statute** 67:12
**stenographically**
    65:9
**stepped** 36:23
**stood** 14:11 32:22
    44:14 45:8 46:3
**stop** 5:21 13:24
    14:7 26:11 28:6
    48:18
**stopped** 14:4,4 28:2
    48:21,24 49:3
**stops** 8:4
**story** 9:17,18 49:16
**strategical** 21:15
**street** 28:10,19,19
    32:1
**streets** 8:2,4
**strike** 38:24
**stuff** 50:8
**successful** 55:5
**sued** 25:16
**suggested** 67:10
**suit** 7:15
**Suite** 2:7 67:3

**Summer** 2:6 67:2
**Summer@purdy...**
    2:8
**Sunrise** 2:7 67:3
**superiors** 24:11
**supervisor** 16:24
    20:9
**supplements** 50:24
**supposed** 24:20
**sure** 5:21 6:6 8:25
    8:25 11:10 13:14
    15:14 21:18 23:9
    28:9 29:15 30:10
    31:21 37:22 44:9
    45:2,6 51:3 56:18
    56:19 60:23
**surprising** 39:16
**suspended** 14:8
**Suzanne** 1:19 64:5
    64:11 65:6,22
    67:17
**SWAT** 46:4,4,11
    46:15,16 49:1,3
    52:22
**sworn** 4:6 64:8

**T**

**T-shirt** 36:7
**T.C** 2:2 5:3
**tag** 50:15
**take** 20:17 30:11,12
    36:19 37:3 49:6
    50:25 51:4,5,6
    55:5,13
**taken** 1:18 21:3
    47:19 55:18 65:15
**talk** 5:18 8:23 9:14
    9:22 13:10 27:12
    52:9 55:1,7
**talking** 13:7 27:20
    28:3,4 36:14
    46:23
**tall** 46:22
**tank** 46:5,9,12,16
    46:13
**target** 56:8
**Taylor** 10:14 12:19
    12:20,23,25
**TC** 61:13

**team** 46:4,4,15,16
**tear** 52:23 53:7,8
**technician** 6:25
**tell** 4:18 5:21 13:9
    21:5,9 25:21
    38:16 40:1,19
    48:15 55:9 57:4,6
    57:12,14 60:3
    64:8
**telling** 61:9
**tenure** 56:2
**term** 61:4
**terms** 62:7
**territory** 25:7
**testified** 4:6
**Thank** 53:6 63:12
**theft** 19:19
**therapist** 6:25
**thing** 14:13 47:9
    61:22
**things** 10:25 57:20
**think** 18:15,21 19:3
    20:21,22 25:22
    33:19 44:21 63:10
    63:11
**third** 26:15
**Thomas** 46:19
**thought** 40:15,20
    40:21 58:4
**threat** 43:21 59:11
    62:16
**threatened** 41:16
    41:18,21,25 54:15
    54:24 57:23
**three** 11:16,16
**time** 1:15 8:18 10:5
    15:12,20,22 16:1
    27:1,10 29:17
    32:25 38:24 43:18
    48:6,17 49:21
    54:3 55:3
**times** 9:17,25 13:20
    24:16 30:14 49:17
    55:11 61:3
**timing** 57:4
**Timothy** 12:20,21
    12:23
**today** 7:15 8:23
    9:16 10:16 11:6

36:22
**told** 9:17,25 18:13
    43:6 56:11 61:17
**tool** 12:23
**top** 60:9,9
**touched** 27:13
**towing** 14:12
**traffic** 8:4,5 13:24
    14:7 26:5
**train** 51:14,15 53:1
    55:11,20
**trained** 56:7
**training** 51:13,17
    53:2 55:2,7,10,12
    55:13,14,16,19,21
**transcript** 10:22
    67:7,9,10,13,14
    67:21
**transcription** 65:10
**traveling** 26:2
    31:17
**tried** 49:25
**trouble** 41:20
**troubled** 42:4,9,13
**truck** 26:8,9,10,13
**true** 4:16 65:9
    66:22
**trust** 5:19
**truth** 64:8
**try** 30:13 51:15
**trying** 21:19
**turn** 30:10
**turned** 53:18
**turns** 17:10
**two** 31:21 50:14
**type** 8:3 9:11 53:3
**types** 55:12

_____
**U**

**uh-huhs** 6:2
**uh-uhs** 6:2
**Um** 24:13
**Um-hmm** 47:13
**understand** 16:22
    29:18,20 62:8
**understanding** 5:7
    11:15 12:10 14:23
    34:11 38:18 52:22
**uneventful** 17:8

**unfortunate** 19:8
**Unfortunately**
    49:23
**uniform** 59:25 60:3
    60:5,6
**unit** 29:2 44:16
    55:16
**UNITED** 1:1
**units** 48:2
**unknown** 45:9
**unreasonable** 62:9
    62:23
**unsure** 45:9
**upper** 40:15 58:3,9
    58:19
**use** 14:17 24:7
    33:13,13,25 34:8
    43:22 51:7,8,8
    53:5 55:9
**usually** 8:8 28:19
    29:23 30:1 51:8
    55:13

_____
**V**

**v** 66:1 67:5
**variety** 36:18
**VAUGHN** 1:5
**vehicle** 14:4,5,12
    15:4 23:1,2,3,6,11
    26:7 32:4,5 46:10
**vehicles** 15:3
**verbal** 24:20
**verbatim** 41:6,7
**video** 2:9 6:4 13:2,3
**VIDEOTAPED**
    1:13
**viewed** 47:21,22
**Viola** 1:4 66:1 67:5
**violation** 29:18,22
    30:24,25 31:3,4
**violations** 8:5,5
**violence** 42:15
**violent** 30:8
**visualize** 56:8
**voluntarily** 13:12
    13:13
**volunteered** 29:7
**vs** 1:7

_____
**W**

**waiting** 14:8,11
**waive** 67:9,21
**Waiver** 67:20
**walk** 27:14
**walk-through**
    10:10,15 12:10,14
    12:17 13:1 36:25
**walked** 20:4 32:20
    32:21
**walking** 32:5,6,16
**wall** 32:23 34:13,13
    34:15
**want** 5:9 27:14
    28:6 44:2 49:14
    56:25 57:1,3 61:5
    61:14
**wanted** 26:18 49:17
    61:22
**warrants** 17:25
**wasn't** 45:22 58:6
**way** 25:25 27:3,4
    27:15 30:13 55:4
    60:16
**ways** 29:3
**we'll** 5:12
**we're** 5:13,24 8:22
    9:5,14 50:14
**weapon** 43:14,18
    58:3
**wearing** 7:15
**week** 50:14 51:16
**weight** 51:17
**weightlifter** 51:10
**weightlifting** 50:25
    51:12
**welcome** 42:8
**went** 14:9,9 15:24
    15:25 17:17,17
    35:19 37:17 54:18
    57:20
**weren't** 18:21 19:4
    33:10 43:21,22
    44:9
**west** 1:17 15:8
    28:12,15,16 32:22
    34:12,15
**westbound** 26:2
    46:13
**westerly** 31:16

**wet** 26:3
**whey** 51:9
**white** 26:7
**wife** 21:9
**Wise** 16:9,11,13
    18:4
**witness** 3:4 4:5
    13:25 18:19 24:5
    27:17 35:16 54:8
    54:14 59:2 60:23
    62:12,19,25
**witnesses** 20:19
    52:10,13
**word** 5:23 11:21
    24:1,1 61:6
**words** 43:22 44:3
**work** 9:6,8,9 24:8
    25:25 27:3,4,9
    61:20
**worked** 8:23 42:2
**Workers'** 27:8
**working** 4:24 6:14
    8:8,14,19 26:24
    50:15,15 56:3
**wouldn't** 48:15
**write** 16:25 18:8,16
    19:4,9 30:16
**writing** 16:21,23
**written** 17:13
**wrong** 57:1
**wrote** 16:17,19
    18:2,5

_____
**X**
_____
**Y**

**yeah** 8:21 16:19
    24:5 25:9 26:17
    33:2 51:12 52:25
    61:14
**year** 8:18 55:11
**years** 6:10
**yelled** 37:6,7,16,18
    37:23 38:9 40:9
**Yeses** 5:25
**York** 7:1 23:20
    49:21 55:4
**YOUNG** 2:9

_____
**Z**
_____

**0**

**1**

**1** 65:7
**1.310(e)** 67:24
**1:05** 1:15
**10:00** 29:23 30:17
   30:18
**11:00** 8:9,12
**12** 6:10
**1216** 2:7 67:3
**14** 5:7 7:22 8:6
   20:10 50:21
**1501** 15:13 17:2
   27:19 28:14 60:1
**16** 64:12

**2**

**2:00** 49:8
**2:08** 49:8
**2:26** 1:15 63:14
**2:30** 8:8
**2000** 6:11
**2004** 6:12,13,18
   26:25 42:2 56:3
**2014** 5:7 7:22 8:6
   20:10 26:25 50:21
   51:2
**2016** 1:14 64:9
   65:20 67:1,5
**2019** 64:12
**205** 29:2
**217** 4:14,21
**2455** 2:7 67:3

**3**

**3:00** 8:9,11,12
   15:15,15 31:1
**3:30** 15:15,15 31:1
**30** 67:11
**30(e)/Florida** 67:24
**31** 67:1
**31st** 65:20
**32210** 2:4
**32nd** 28:10,19
**33304** 2:7 67:4
**33rd** 28:18,19,19
**34981** 1:17

**4**

**4** 1:14 3:5 67:5
**4230** 2:4
**4700** 1:17
**4th** 64:9

**5**

**538** 5:1

**6**

**61** 3:6
**63** 3:6
**64** 3:7 65:8
**65** 3:8
**66** 3:8
**67** 3:9

**7**

**8**

**800)635-9193** 67:9

**9**

**911** 29:16 30:1