# EXHIBIT E

117

CBATT 12.7
VBATT 24.7

20140115-00090S.jpg
Next
Previous
Delete
Done