# EXHIBIT G

| Time | Unit | Transmission |
|---|---|---|
| 15:19:32 | SO | SO 280 1065 |
| | 280 | Be Llima go ahead |
| | SO | 1400 Avenue Q. 1400 Aveune Q. Signal 22. Across the street rom the school on Aveune Q, there is a brown house, subects have the garage open and are playing obscene music very loud. No 1025 |
| | 280 | 51 |
| | SO | 51 |
| 15:20:00 | 205 | 205 51 Also rom Orange and |
| | SO | 51 |
| 15:20:30 | 217 | 17 SO. Im right behind 280. You can 66 the other unit |
| | SO | 205, Ill show you 108 |
| 15:20:39 | 205 | 26. 108 |
| 15:22:56 | 280 | 280 SO |
| | SO | 280 |
| | 280 | Both units going 97 |
| | SO | 97 |
| 15:23:24 | 280 | Its going to be 1501 Avenue Q or the house. |
| | SO | 10 4 |
| 15:24:32 | 217 | SO Shots Fired. Shots Fired. Black Male, Dreads, Armed with, with a Handgun (can hear music in background)  #17 |
| | SO | SO All Units the Main is going to be 1034 |
| | | SO Who is that |
| | SO | 217 |
| 15:24:49 | 121 | Where is he |
| | SO | uh, 15 |
| | 280 | Avenue Q |
| 15:24:56 | 217 | 1501 Aveune Q  #19 |
| | | From indrio and Kings 51 |
| | SO | 10 4 |
| 15:25:10 | | Stay on the Radio  #21 |
| 15:25:20 | 280 | 280 SO. Can you advise the school they need to get everybody inside  - #22 |
| | SO | 10 4 |
| 15:25:27 | 217 | Sta is already securing everyone  #23 |
| 15:26:01 | 217 | Units responding we are going to need a unit on North 15th, on the east side o the house, and one behind the house Can hear music in the background  #24 |
| 15:26:11 | 417 | Alright what house is it cause Im pulling up to you guys now and I dont want to pull up in ront o it |
| 15:26:17 | 217 | Its going to be the house on the, uh, south west corner. Its like, uh, peach in color house |
| | 417 | Alright I see it. Is he inside the house sll |
| | 217 | Yeah. He closed the garage. |

| Time | Unit | Transmission |
|---|---|---|
| 15:26:34 | 417 | He said somebody shots Im going to go around the back. |
| 15:26:39 | 280 | I I can get a unit here in 1707 North 15th, I got no cov    ight here. |
|  | 121 | Get a good perimeter set up i hes in the hosue. Just wait. |
| 15:26:56 | 417 | Im coming right here behin you. You can use my car or cover. You see me The red car. |
| 15:27:05 | 417 | Why dont you back up some more to me |
| 15:27:31 | 424 | 424 is on 16th Street behind the house. |
|  | SO | 48 |
| 15:28:14 | 280 | 280 SO |
|  | SO | 280 |
|  | 280 | Just signal 14 it was a lile handgun, uh, maybe like a KelTec model. #33 |
|  | SO | 48 |
| 15:28:26 |  | 280 de we have a ght perimeter |
|  | 417 | We got the ront covered, the back, the east, we dont have anyone on the west. We ust nedd someone on the west. Unless, can you see that Lope |
| 15:28:44 | 424 | 424 is on the south west o the residence on 16th. |
|  |  | 6 is going to be coming to the west |
| 15:28:59 |  | Or do you not want me to the west Im at Q and north 16th blocking it. |
| 15:29:06 | 217 | Youre good right there 61. |
|  | 217 | Signal 14 it was more like a Glock 30 or 22, uh, 27. |
| 15:29:31 | 147 | 147 is on scene |
|  | SO | 97 |
| 15:30:15 | SO | 217 ust 14 or ya. The code, the school is locked down now. |
| 15:30:22 | 217 | Im sorry SO. 10 9 |
|  | SO | The school is locked down |
| 15:30:29 | 217 | 26. Thank you |
| 15:30:41 | 147 | At what part o this area we dont have covered around this house on the perimeter |
| 15:30:49 | 217 | Front is covered, uh, I have two units, um, on the west side. Uh, 61, and the units on the west side, the side o the house has, um, open, open area bricks, uh, maintain cover |
| 15:31:09 | 417 | 417 and 407 have the east and back covered |
| 15:31:16 | 424 | 424 is on the southwest corner behind the neighboring wall |
|  | 146 | Alright lets go ahead and get traic on TAC 1. Take everybody over to TAC 1 |
| 15:31:30 | SO | SO to all Units TAC 1 is going to be clear, uh, is going to be 10 34. TAC 1 is 10 34. The main is going to be at 1531 |