# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO.2:16-cv-14072-ROSENBERG/HOPKINS


VIOLA BRYANT, as Personal          )
Representative of the Estate of    )
GREGORY VAUGHN HILL, JR.,          )
                                   )
            Plaintiff,             )
vs.                                )
                                   )
SHERIFF KEN MASCARA, in his        )
Official Capacity as Sheriff of    )
St. Lucie County, and             )
CHRISTOPHER NEWMAN,                )
                                   )
            Defendants.            )
_____)


DEPOSITION OF LISA MCGUIRE


DATE:      October 3, 2016

TIME:      8:48 A.M. to 9:30 A.M.

PLACE:     Court Reporters, Inc.
           736 Delaware Avenue
           Fort Pierce, Florida 34981

TAKEN BY:  Attorney for Plaintiff

REPORTER:  KAREN M. BELLEMARE, FPR, a Notary Public
           of the State of Florida at Large

```
 1   APPEARANCES:

 2
     FOR PLAINTIFF:   T.C. ROBERTS, ESQ.
 3                    JOHN M. PHILLIPS, ESQ.
                      Law Office of John M. Phillips, LLC
 4                    4230 Ortega Boulevard
                      Jacksonville, FL 32210
 5                    jphillps@floridajustice.com

 6   FOR DEFENDANT:   SUMMER M. BARRANCO, ESQ.
                      Purdy, Jolly, Giuffreda & Barranco, P.A.
 7                    2455 East Sunrise Boulevard, Suite 1216
                      Fort Lauderdale, FL 33304
 8                    Summer@purdylaw.com

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                       INDEX

 2


 3


 4    WITNESS:  LISA MCGUIRE


 5                                            PAGE
       Direct Examination by Mr. Roberts        4
 6     Cross-Examination by Ms. Barranco        20
       Redirect Examination by Mr. Roberts      41
 7
       Certificate Oath                         46
 8     Reporter's Certificate                   47


 9


10


11                     EXHIBITS

12    PLAINTIFF'S EXHIBIT A                       9
       Photograph
13
       DEFENDANT'S EXHIBIT NO. 1                 33
14     Photograph

15     DEFENDANT'S EXHIBIT NO. 2                 33
       Photograph
16
       DEFENDANT'S EXHIBIT NO. 3                 33
17     Photograph

18     DEFENDANT'S EXHIBIT NO. 4                 33
       Photograph
19
       DEFENDANT'S EXHIBIT NO. 5                 38
20     Lisa McGuire's Statement

21


22


23


24


25
```

```
 1               P R O C E E D I N G S

 2                      -   -   -

 3   AND THEREUPON,

 4                     LISA MCGUIRE,

 5        Called as a witness on behalf of the PLAINTIFF

 6        herein, after having been first duly sworn, was

 7        examined and testified as follows:

 8             THE WITNESS:  I do.

 9             THE REPORTER:  Thank you.

10                  DIRECT EXAMINATION

11   BY MR. ROBERTS:

12        Q    Good morning, could you please introduce

13   yourself?

14        A    My name is Lisa McGuire.

15        Q    Ms. McGuire, where do you currently reside?

16        A    I reside in Fort Pierce, Florida.

17        Q    Okay.  And where do you currently work?

18        A    I work at Francis K. Sweet Elementary School.

19        Q    And would that have been true on

20   February 14, 2014 --

21        A    Yes.

22        Q    -- I'm sorry, January --

23        A    January --

24        Q    -- 14th?

25        A    Yes.
```

1     Q    What do you do at the school?

2     A    I'm a teacher.

3     Q    What grade do you teach?

4     A    Currently, I'm teaching fifth grade.

5     Q    Okay.  And in January were you teaching fifth

6 grade -- January 14, 2014, were you teaching fifth

7 grade?

8     A    No.

9     Q    What were you teaching then?

10    A    The third grade.

11    Q    Okay.  Before we delve into what you know

12 regarding an incident that happened on January 14th, I

13 want to go over some basic grounds rules of the

14 depositions.  As we talk, Madam Court Reporter, is

15 taking down everything we say. If my answer calls for a

16 verbal response, I expect a verbal response from you --

17 or my question calls for a verbal response, I expect a

18 verbal response from you.  Head nods and uh-huhs and

19 huh-uhs don't work real well.  So if you know the answer

20 to my question, please answer it.  That's pretty much

21 the gist of it.  If I correct you in any way, don't --

22 I'm not being rude.  I'm just making sure we have a

23 complete record.

24    A    I understand.

25    Q    Again, I don't expect to be here much -- very

1   long today.  And thank you for your time today.  We're

2   here to talk about an incident that happened on

3   January 14, 2014.  Do you have personal knowledge of

4   that incident?

5        A    I do.

6        Q    Okay.  What time -- well, tell me what you

7   know about this incident.

8        A    I just know that a shooting occurred across

9   the street from our school.

10       Q    Okay.  And did you see the shooting?

11       A    I did see parts of it.

12       Q    Okay.  What parts did you see?

13       A    I saw a garage door being lifted, and then

14   quickly closed and then I heard pops.

15       Q    Okay.  Do you know about how far that garage

16   was lifted?

17       A    I would say maybe -- if I remember correctly,

18   I could see the -- somebody standing behind with one arm

19   down and the other one holding the garage door.  So I

20   didn't see the person's face.  So I would say it would

21   like be -- maybe above the waist a little bit.

22       Q    Okay.  And do you know which hand was holding

23   the garage door?  Would it be that person's right hand

24   or that person's left hand?

25       A    I can't remember if it was -- because I was

1   across the street so I can't remember if it was that

2   hand or this hand.  I don't remember.

3       Q    Okay.  Could you -- can you describe that

4   person that was lifting that door?

5       A    I didn't see a face --

6       Q    Okay.

7       A    -- or the person's face.

8       Q    Did you see that person's clothing?

9       A    I can't tell if he was wearing shorts or

10  pants.  I really couldn't tell you.  I didn't get a good

11  look.

12      Q    Outside of this event, have you ever seen

13  anybody at the house?

14      A    Have I ever seen anybody at that house?  Yes.

15      Q    Can you describe the persons -- person or

16  persons that you've seen there?

17      A    Well, I found out after the incident that that

18  happened to be where one of my students lived.

19      Q    Okay.

20      A    So I don't -- I never saw her there, but I did

21  see a gentleman come and get her and walk from the house

22  at one time.

23      Q    Okay.  Come and get her, pick her up from

24  school?

25      A    Yes.  Yes.

1       Q     Do you remember that student's name?

2       A     Destiny Hill.

3       Q     Okay.  Did you see Destiny the day of the

4    shooting?

5       A     I had her out at parent pick up, and like I

6    said, I didn't even realize that was her house.  And

7    when we brought the kids in, somebody told me that was

8    her house and she was inside with us.

9       Q     Okay.  At no time she was in this house at the

10   time the shooting was going on?

11      A     No.

12      Q     Did anybody ever ask you where she was during

13   the shooting incident --

14      A     No.

15      Q     -- or immediately thereafter?

16      A     No.

17      Q     And so Destiny was a third grader?

18      A     Yes.

19      Q     Okay.  How long was Destiny in your class

20   after that?

21      A     She finished out the year.

22      Q     Okay.

23      A     So from January -- January through June, the

24   first week of June.

25      Q     Okay.  Did you ever talk to her about this

1   incident?

2        A     No.

3        Q     Do you know if anybody did from the school?

4        A     No, I'm not aware of that.

5        Q     Did you ever notice any problems with her

6   after this?

7        A     No, I just know that she was absent for a

8   while after the incident.

9        Q     Do you know if those absences were excused?  I

10  know -- it's been a long time since I've been to school

11  or not, do you know if those absences were excused?

12       A     I don't know how they were recorded.  That

13  would be the data specialist.

14       Q     Okay.  Let's go back to the first thing you

15  remember from this shooting.  What do you remember?

16       A     I remember walking out to go to my duty post,

17  which was farther back from the end of the -- we call it

18  the parent pick-up line.  And I remember loud music

19  blaring from that house and the garage door being wide

20  open.

21       Q     Okay.  I want to stop you there.

22       A     Okay.

23             (Plaintiff's Exhibit A marked for

24       identification.)

25

```
 1   BY MR. ROBERTS:

 2        Q    I want to maybe have you draw here.  And I'll

 3   mark this as Plaintiff's Exhibit A.

 4        A    Okay.

 5        Q    I'm going to show you this photograph.

 6        A    Okay.

 7        Q    Tell me what you see there.

 8        A    That's my school.

 9        Q    Okay.

10        A    So this would be the parent -- the parent

11   pick-up line here.

12        Q    Okay.

13        A    And that's the door leading out of the third

14   grade hallway and this is -- and the second grade

15   hallway, and this is the door leading out of the first

16   grade hallway.

17        Q    Where were you standing when you initially

18   heard the music?

19        A    I come out of this door and I went down --

20   around here because there was a lot of coverage down

21   here.  So I kind of filled in because there's different

22   gates.  So I was probably over here initially.

23        Q    Okay.  Can I get you to draw an x --

24        A    Sure.

25        Q    -- right there where you were standing when
```

1    you initially heard music?

2         A    Okay.

3         Q    All right.  What happened next?

4         A    So I walked -- I saw my principal down at the

5    end, and I walked down there to talk to her about my

6    day, and I just remember by the time I got there there

7    was no more music, the door was shut -- the garage door

8    was shut.

9         Q    Can you draw a triangle where you were when

10   the music was off?  And I believe you said the garage

11   door was shut.

12        A    Yes.

13             MS. BARRANCO:  Object to the form.

14   BY MR. ROBERTS:

15        Q    What did you say just now?

16        A    I said I walked down here to talk to my

17   principal about my day, and I noticed that the music had

18   stopped and the garage door was shut.

19        Q    Okay.  When you first heard the music, the

20   garage door was open?

21        A    Yes.

22        Q    Okay.  Did you see anybody in there, in the

23   building?

24        A    I don't recall.

25        Q    Okay.  And the house that we're talking about,

1    is it accurately represented by the pinpoint that's on

2    there --

3           A     Yes.

4           Q     -- on this photograph as Exhibit A?

5           A     Uh-huh.

6           Q     Okay.  Tell me what happened next.

7           A     I was facing that -- my principal was facing

8    the school, I was facing that way, and I noticed -- I

9    believe it was one cop car.  I can't recall if it was

10   one or two cop cars that pulled up in the front and they

11   got out.  There were two of them, two policemen that

12   knocked on the door, the front door, and then that's

13   when the garage door lifted, and they ran over to the

14   garage door, and then the garage door quickly shut and

15   that's when I heard pops.

16          Q     Okay.

17          A     And that's when I -- when we all took the kids

18   and rushed them inside.

19          Q     Okay.  Did you hear anybody say anything?

20          A     I don't recall.  I mean, I don't remember.  It

21   was just -- I was in a conversation with my principal,

22   and I'm looking out of the corner of my eye, and I'm

23   seeing that there's cops over there.  So I don't recall

24   if anything was said.  I just don't remember.

25          Q     Have you ever -- outside of this incident,

1   have you ever seen police cars outside that home?

2        A    I don't recall.

3        Q    Okay.  Do you remember what you and -- what's

4   your principal's name?

5        A    Ms. Wright.

6        Q    Do you remember what you and Ms. Wright were

7   talking about?

8        A    I do.  I had gone to the superintendent

9   luncheon that day so I was just telling her about what

10  transpired at the meeting -- you know, at the luncheon.

11       Q    Okay.  And I'm aware that you've told the

12  story probably a couple of times now, and I apologize

13  for that.  Do you remember the first time you told this

14  story?

15       A    I believe I was questioned by the Sheriff's

16  Department at school.

17       Q    Do you know when that was?

18       A    I don't remember if it was the day after.

19       Q    Do you know how many police officers showed up

20  to ask you these questions?

21       A    I couldn't tell you the number.

22       Q    Can you -- well, was it more than one?

23       A    Yes.

24       Q    Okay.  Was it more than five?

25       A    I don't recall.

1      Q      Okay.  Male or female?

2      A      I recall at least one being female.

3      Q      Okay.  Do you remember any names?

4      A      No, I don't.

5      Q      Okay.  And they asked you -- tell me about

6  what happened when they came to ask you about this.

7      A      They asked me questions about what I saw

8  outside.

9      Q      Were they nice to you?

10     A      Yes.

11     Q      My understanding is that you gave a recorded

12  statement, do you remember that?

13     A      I do remember them asking me if they could

14  record me --

15     Q      Okay.

16     A      -- yes.

17     Q      And you gave them permission to do so?

18     A      I did.

19     Q      Do you remember doing a video walk-through?

20     A      I do.

21     Q      Tell me about that.

22     A      They just asked me to show them where I was

23  throughout the incident.  Kind of like what I just did

24  here where they asked where I was when I first -- you

25  know, they took me out as if I was redoing my duty post.

1    I walked out, went to that area, and then I walked down,

2    and I told them how I was -- Ms. Wright's back was to

3    what was going on, and I was talking to her, and I could

4    see out of the corner of my eye some stuff that was

5    happening.

6         Q    Okay.  So there were two police officers that

7    showed up at the house that you remember?

8         A    Yes.

9         Q    Okay.  Do you remember there -- I guess where

10   they were standing when you first heard gunfire?

11        A    I know one was on one side of the garage, and

12   I -- I don't remember if the other one was directly in

13   front or on the other side of the garage.

14        Q    Okay.  Do you know which one shot?

15        A    I don't.

16        Q    Do you know if both of them shot?

17        A    I don't.

18        Q    Do you know how many shots you heard?

19        A    I don't.

20        Q    Okay.

21        A    I know it was more than one.

22        Q    Okay.  Outside of what we've already talked

23   about, are there things that you may have heard about

24   this incident that you haven't talked about?

25        A    No.  As far as what -- my experience there?

```
 1        Q     Maybe something somebody might have told you,

 2   not necessarily something that you witnessed.  Is there

 3   anything that somebody might have told you that you feel

 4   may be relevant to us understanding what happened?

 5        A     Not that I recall.

 6        Q     Okay.  Did you ever see a gun in that person's

 7   hand --

 8        A     I couldn't see --

 9        Q     Hold on.  Let me -- let me finish my question.

10        A     Okay.  Sorry.

11        Q     Did you ever see a gun in that person's hand

12   that was lifting the garage door?

13        A     I couldn't -- I couldn't see.

14        Q     Okay.  When you saw the deputies -- well, did

15   you see the deputies get out of their cars?

16        A     Yes.

17        Q     Did they have their guns drawn at that time?

18        A     I don't believe they did, but I can't recall

19   so --

20        Q     Okay.  Did you ever see them draw their guns?

21        A     I did see one of them when they were -- when

22   the garage door went down and I saw somebody have a gun.

23        Q     And at that time the music wasn't playing?

24        A     No.  That I could hear.

25        Q     Okay.  What kind of music was it?
```

1      A     I believe it was rap.

2      Q     Okay.  Have you talked to anybody -- well, I

3  believe, and I believe you believe or you said you

4  believe, that it was the next day you talked to the

5  sheriff's office.

6      A     I believe it was.

7      Q     Have you talked to them after that?

8      A     I don't recall if the video walk-through was

9  that same day or not.

10     Q     Okay.  When was the last time somebody asked

11 you about this?

12     A     The last time I believe was with the video

13 walk-through.

14     Q     Okay.  Do you wear glasses or contacts?

15     A     I do.  I wear contacts.

16     Q     Okay.  Were you wearing contacts at that time?

17     A     Oh, yes.

18     Q     Okay.  Do you have any problems hearing?

19     A     No.

20     Q     You've never been diagnosed with hearing

21 problems?

22     A     No.

23     Q     Okay.  Have you talked to Ms. Wright about

24 this incident?

25     A     No.

1      Q     Has she asked you about it?

2      A     No.

3      Q     Do you know of anybody else that may have

4   witnessed this?

5      A     I know there were people in the parent pick-up

6   line.  I mean, I don't know who they were, but I know

7   there were cars there picking their children up.

8      Q     How long have you worked at Frances K. Sweet?

9      A     Probably about 15 years.

10      Q     Okay.  Have you ever noticed any problems with

11   the house where this happened during your 15-year tenure

12   there?

13      A     Not personally.  No, I haven't noticed

14   anything.

15      Q     Have you ever felt threatened by anybody

16   living at the house?

17      A     No.

18      Q     Have you ever heard music coming out of it?

19      A     I have.  I mean, it's not the only house, but,

20   yeah.

21      Q     Have you ever seen the police respond to a

22   noise complaint other than this one?

23      A     I don't recall.

24      Q     Okay.  And it's -- my understanding is that

25   you didn't know your student lived there until after

1    this happened?

2         A    Correct.

3         Q    She did finish the year though?

4         A    She did.

5         Q    But she did miss some time?

6         A    She did.

7         Q    What time would you say or can you tell me

8    that you first noticed the music?  What time of day was

9    it?

10        A    It was at dismissal time so it would have

11   been -- I get out there about 3:15.

12        Q    Okay.  Is there a bell that rings at the

13   school?

14        A    Yes.

15        Q    Okay.  What time does the bell ring?

16        A    I believe at 3:10.

17        Q    Okay.  And 3:10 means it's time to go?

18        A    Yeah.

19        Q    So you guys get out and help people get into

20   their cars?

21        A    Correct.

22        Q    Is there a bus lineup?

23        A    The bus is on the opposite side of the school.

24        Q    Okay.  So the area that you're standing in,

25   this is parent pick up so it's regular automobiles?

1  A  Correct.

2  Q  Okay.  Can you describe the deputies' demeanor

3 when they approached the house?

4  A  I don't know.  They just knocked on the door.

5 I don't know.

6  Q  Did you hear the knock?

7  A  I did.

8  Q  From --

9  A  Yes.

10  Q  From the area you were standing?

11  A  Yes.

12  Q  Did they knock on the front door?

13  A  Yes.

14  Q  Did they knock on the garage door?

15  A  I don't recall.

16  Q  Who is David Morales?

17  A  He is a coach and he was out at parent pick up

18 with me.

19  Q  And Ms. Wright is the principal?

20  A  Correct.

21  Q  Donna Hellums?

22  A  Donna Hellums is a first grade teacher and she

23 was out at parent pick up as well.

24    MR. ROBERTS:  Okay.  I don't have any further

25  questions.

```
 1                    CROSS EXAMINATION

 2   BY MS. BARRANCO:

 3        Q    I have a few questions for you, Ms. McGuire.

 4        A    Okay.

 5        Q    For the record, my name is Summer Barranco,

 6   and I represent the Sheriff of St. Lucie County and

 7   Deputy Christopher Newman in a civil lawsuit that's been

 8   brought by Ms. Viola Bryant, who is the mother of

 9   Mr. Gregory Hill.

10        A    Okay.

11        Q    And I just want to ask you some follow-up

12   questions based on what plaintiff's counsel has just

13   asked you and show you some pictures to see if that

14   helps refresh your memory about the events that you

15   witnessed that day --

16        A    Okay.

17        Q    -- that we were talking about earlier,

18   January 14th of 2014.  You were asked about a man from

19   the house where the shooting happened having come to

20   pick up Destiny from the school.  I'm assuming on a

21   prior occasion.

22        A    Prior occasion, yes.

23        Q    How many times did you witness that?

24        A    I don't recall off the -- her mom usually came

25   and got her.
```

1     Q     Do you know who that gentleman was?

2     A     I was told it was her father by -- by her

3   mother.

4     Q     Did you ever get to speak to Destiny's father?

5     A     I don't remember if I met him or not at open

6   house.

7     Q     And Destiny Hill, was she actually a student

8   of yours?

9     A     Yes.

10     Q     Okay.  So she was in your -- was it third

11   grade class at the time?

12     A     Correct.

13     Q     And I know you were asked if there were any

14   problems with Destiny after this incident.

15     A     Correct.

16     Q     My question is were there any problems with

17   Destiny before this incident?

18     A     No, she's a very quiet child.

19     Q     What kind of a student was she in terms of her

20   grades?

21     A     She struggled.

22     Q     Was that before or after?

23     A     No, it was -- it was before, also, but her

24   mother was very supportive.  I spoke to her mom on

25   several occasions about her.

1      Q     What was Destiny's mother's name?

2      A     You would ask me that question --

3      Q     Or I should say "is" Destiny's mother's name?

4      A     I thought -- her real name was Tamica

5  (phonetic), but we called her something else, and I

6  can't remember what it was.

7      Q     Let me give you a name.

8      A     Okay.

9      Q     Terrica Davis.

10     A     That sounds probably what it was.  I know she

11  didn't have the same last name as Destiny.

12     Q     Okay.  Now, you said Destiny's mother was very

13  supportive.

14     A     Yes.

15     Q     Was her father very supportive?

16     A     Like I said, I don't recall.

17           MR. ROBERTS:  Form.  Sorry.

18  BY MS. BARRANCO:

19     Q     He's just objecting for the record.

20     A     Oh, okay.  I don't recall if I ever met him or

21  not.

22     Q     How many students did you have in your third

23  grade class back in 2014?

24     A     Eighteen.

25     Q     And you mentioned an open house.

1       A     Yes.

2       Q     Was that something that was conducted every

3    year for the parents to come if they wished to do so?

4       A     Yes.   And that's usually before school starts.

5       Q     Before the school year starts?

6       A     Before the school year starts, yes.

7       Q     And do you recall Destiny's mother coming to

8    the open houses?

9       A     Yes.

10       Q     Do you recall Destiny's father coming to the

11   open houses?

12       A     I can't -- I don't recall.  I just know that I

13   had -- I really worked with her mom on things.

14       Q     Do you know if Destiny witnessed any part of

15   the subject shooting?

16       A     I don't know.

17       Q     Do you know --

18       A     I mean, she was sitting on the bench.

19       Q     Do you recall anything happening at the time

20   of the shooting with Destiny in terms of her screaming

21   or making any --

22       A     No, she didn't.

23       Q     -- was she saying anything or doing anything

24   that you recall?

25       A     She didn't and that's what surprised me,

1    because when we got the kids in and another staff member

2    said, "That's Destiny's house."  And I said, "My

3    Destiny?"  And she said, "Yeah."  And she said, "Where

4    is Destiny?"  I said, "She's in the classroom."  She was

5    in another teacher's classroom that we had moved all the

6    kids in.

7         Q    After the shooting?

8         A    After the shooting.

9         Q    And I think you already told plaintiff's

10   counsel you never spoke to Destiny about this incident.

11        A    No.

12        Q    Did you ever speak to her mother about this

13   incident?

14        A    No, I never talked to her about anything that

15   transpired.  The only thing I did was ask -- I did go to

16   the funeral and I did ask -- I did send flowers, and I

17   did ask if I could get Destiny a little something

18   special.

19        Q    And were you able to do that?

20        A    Yes.

21        Q    And what did you get her?

22        A    I got her a necklace.

23        Q    And were you able to give that to her in

24   person or --

25        A    Yes.

1      Q     And how did she receive that gift from you?

2      A     She gave me a hug.

3      Q     And what was the context of when you did that?

4   Where -- where did that occur?

5      A     At school.  She came in to get school work for

6   her and Destiny was with her and I gave it to her then.

7      Q     Do you know how long after this incident that

8   occurred?

9      A     I don't.

10     Q     And what was Destiny's demeanor like when you

11  gave her that gift?

12     A     She -- she never really showed any emotions

13  so -- I mean, she was just that kind of kid that she

14  just never -- she was very shy and just never -- I don't

15  know.  Very blank.

16     Q     Do you know where Destiny goes to school now?

17     A     I believe she goes to LPA.

18     Q     What's LPA?

19     A     Lincoln Park Academy.

20     Q     What kind of school is Lincoln Park Academy?

21     A     It's a middle, high school.

22     Q     Because now she would be in what grade?

23     A     Sixth grade.

24     Q     Sixth grade.  And do you know where she

25  currently lives?

Page 27

```
 1        A     I don't.

 2        Q     Do you know if anyone of the family still

 3   lives in that house where this incident occurred?

 4        A     I don't.

 5        Q     You were asked about the -- the loud music

 6   coming out of the garage of this house prior to the

 7   subject incident, and I think you had said that it was

 8   rap music.

 9        A     Yes.

10        Q     Were you able to hear any of the lyrics of the

11   music?

12        A     No, I just heard the beats.

13        Q     Were you listening to the music?

14        A     I wasn't.

15        Q     In fact, you were outside doing parent

16   pick up?

17        A     Correct.

18        Q     And can you tell us what that entailed

19   basically?

20        A     That just is putting kids in their vehicles

21   and, you know, finding them, too, you know, when the

22   parent comes --

23        Q     The kid?

24        A     Yes -- because we have them sitting by grade

25   level so we're back and forth, you know, gathering kids
```

1    and putting them in their cars trying to get them to,

2    you know, go fast so we don't have a backup.

3         Q    Now, is it -- in terms of the cars pulling up,

4    is it basically a continuous stream initially of cars?

5         A    It's supposed to be, yes.

6         Q    Yeah?  What do you mean by that?

7         A    Well sometimes, you know, if we can't find a

8    child, you know, then we have to try to get the car to

9    move off to the side, or if a teacher decides they want

10   to hold a conference.  So it's supposed to -- it's

11   supposed to be a continuous flow.

12        Q    Okay.  And I assume there is kids waiting

13   there to be picked up?

14        A    Yes.

15        Q    And what do the kids do while they're waiting?

16        A    They're sitting on the bench.

17        Q    And are they talking?

18        A    Yes.

19        Q    Is there any kind of quiet rule typically

20   when --

21        A    No.

22        Q    -- they're out there?

23        A    No.  That would be impossible to keep all them

24   quiet out there.

25        Q    And it's after school, right?

1      A     Correct.

2      Q     Okay.  So there's not classes in session at

3    that time?

4      A     No.

5      Q     At the time of this incident, do you have any

6    recollection of approximately how many kids were out

7    there at the parent pick-up area?

8      A     I don't know exactly the number, but I know

9    that, you know, it's usually a lot more at the -- you

10   know, at 3:15 as opposed to 3:25, 3:30, because they're

11   supposed -- the parents are supposed to be there to get

12   them.

13     Q     Okay.  Earlier you were asked about the music

14   and the garage door initially was up and you could hear

15   the loud music and then the garage door went down, and

16   you said the music --

17     A     I no longer heard the music.

18     Q     Okay.  And let me ask you about that.  Do you

19   know if once the garage door went down and you no longer

20   heard the music was that because the music turned off?

21     A     I couldn't tell you.  I mean, I just couldn't

22   hear it anymore.

23     Q     You couldn't hear it anymore?

24     A     Correct.

25     Q     Would you agree with me that where you were

1    there were kids within close proximity of you?

2        A    Yes.

3        Q    And there were cars in close proximity of

4    you --

5        A    Yes.

6        Q    -- that were going by and --

7        A    Correct.

8        Q    -- driving?  So there was some noise around

9    you.

10       A    Yes.

11       Q    And then were you at times talking to some of

12   the kids?

13       A    Yes.

14       Q    And --

15       A    And some of the teachers, yes.

16       Q    And maybe some of the parents?

17            MR. ROBERTS:  Form.

18       A    Yeah.  I mean, it's possible that I had

19   conversations with some of the parents as I was putting

20   them in if I knew them.

21       Q    Okay.

22       A    I mean, I don't recall, you know, if I did

23   that day or not.

24       Q    Okay.  Was your main concern at the time of

25   this incident, when you saw what you saw and heard what

Page 31

1    you heard, taking care of the children and making sure

2    they got in the car safely?

3         A    Could you repeat that for me?

4         Q    Sure.  Was your main concern at the time that

5    this incident happened, this shooting incident, taking

6    care of the kids and making sure they got into the car

7    safely or once you heard shots fired making sure they

8    got inside safely?

9         A    That's what we did.  As soon as we heard pops,

10   Coach Morales and I and Ms. Wright rushed the kids into

11   the hallway, the third grade hallway -- sit in the third

12   grade hallway.

13        Q    Now, when you heard the pops, did you

14   recognize those to be gunshots?

15        A    I never heard a gunshot before, but I just

16   kind of assumed that because the cops were there that's

17   what was happening but I didn't --

18        Q    And did you know who shot the gun?

19        A    No.

20        Q    So you didn't know it was the police or

21   someone else?

22        A    No.

23        Q    You were asked earlier about what you saw in

24   terms of two police officers arriving at the scene.

25        A    Yes.

1      Q    And I think you were -- you mentioned that

2  they knocked on the front door.

3      A    Yes.

4      Q    And I want to ask you more specifically with

5  two officers, do you remember seeing both of them

6  knocking on the front door or one of them knocking on

7  the front door?

8      A    I don't recall.  All I know is that there was

9  a knock on the door.

10     Q    By one of the officers at least?

11     A    Correct.  Yes.

12     Q    Okay.  And I think you said you didn't recall

13  if they knocked on the garage door or not.

14     A    Right.

15     Q    And you were talking about being interviewed

16  by the Sheriff's office following the incident.

17     A    Yes.

18     Q    That you were interviewed and that you did a

19  video walk-through --

20     A    Yes.

21     Q    -- to show them where you were when this

22  incident happened; is that right?

23     A    Yes.

24     Q    Did the Sheriff's office personnel that talked

25  to you about this incident, did they ever tell you what

Page 33

1    to say?

2         A    No.

3         Q    They were just asking you what did you see and

4    hear?

5         A    Yes.

6         Q    And looking at that exhibit that I think has

7    been marked as Plaintiff's Exhibit A, the area where

8    there's the parent pick up where you were standing, is

9    that the west side of the school?

10        A    Yes.

11        Q    And so the house where this incident happened

12   would have been to the south?

13        A    Correct.

14        Q    And is there a street that runs between the

15   school and that house?

16        A    Yes, that's Avenue Q.

17        Q    And does the school actually front Avenue Q?

18        A    Yes.

19             MS. BARRANCO:  I'm going to show you a few

20        photographs.  Let me show them to plaintiff's

21        counsel first.  I'm just going to, for the record,

22        mark them as Defendant's Exhibits 1 through 4 for

23        identification.

24             (Defendant's Exhibit Nos. 1, 2, 3 and 4 marked

25        for identification.)

1   BY MS. BARRANCO:

2        Q    All right, Ms. McGuire, I'm going to show you

3   what I've marked as Defendant's Exhibit 1 and see if you

4   can tell me what that is.

5        A    Well, that's me talking to someone from the

6   Sheriff's Department.

7        Q    Do you know when that photograph was taken?

8        A    I don't know the exact date.

9        Q    Do you know if that was taken during that

10  video walk-through you told us about earlier?

11       A    Yes, because I was questioned inside the

12  conference room, and then I was taken outside to do the

13  video.

14       Q    Okay.  And then I'm going to show you 2 --

15  Defense Exhibit 2 for identification and 3 for

16  identification.  I'm going to show those to you together

17  and look at all three of those and tell me if those look

18  to be taken around the same spot there.

19       A    Yes.

20       Q    And I notice there's a No. 2 on the --

21       A    The pole.

22       Q    Yes.

23       A    That's when we tell the parents to pull up to

24  pole No. 2 or pole No. 1 or whichever --

25       Q    And now let me show you what's been marked for

1    identification as Defense Exhibit 4.  Is that another

2    picture of you during that walk-through?

3         A    Yes.

4         Q    And you see now you're in front of pole --

5    looks like 5?

6         A    Yes.

7         Q    Do you remember what -- what that Defense

8    Exhibit 4 represents?

9         A    This is where I initially -- when I came out,

10   that's where I was when I first saw -- heard the music

11   and saw the garage door open.

12        Q    Okay.  So let me see if I understand, because

13   I think I might have gotten it backwards in my head.

14        A    Okay.

15        Q    The pole that's marked 2, is that closer to or

16   further away from the house where this incident

17   happened?

18        A    Closer to.

19        Q    Than is No. 5?

20        A    Correct.

21        Q    Okay.  So you approach Avenue Q and you're

22   walking down the parent pick up the numbers actually go

23   down?

24        A    Correct.

25        Q    So when you heard the -- well, let me first

1   ask you:  When you saw these two officers arrive at this

2   house, do you remember approximately where you were

3   standing?

4        A    I was further down probably around that area.

5        Q    And that being -- you're pointing at

6   Defendant's Exhibit 1?

7        A    Yes.

8        Q    And then where were you when you heard pops?

9        A    I was still down there.

10       Q    At 2 -- I'm sorry, at Defendant's Exhibit 1,

11   2, and 3, but it's at pole No. 2?

12       A    I don't remember if I was there the whole time

13   at pole No. 2, but I know that I was down at that end

14   when the cops arrived and the situation took place.

15       Q    And was the principal, Ms. Wright, there --

16       A    Yes.

17       Q    -- as well?  So she was near pole No. 2 as

18   well?

19       A    Yes, she was down that area -- that way also.

20       Q    Okay.  So pole No. 5 represented more like

21   where you first came out --

22       A    Yes.

23       Q    -- and typically stood to load the kids?

24       A    Yes.

25       Q    And two is where you then progressed at one

```
 1    point during this incident down closer to Avenue Q?

 2        A    Yes.

 3        Q    But still on school property and still where

 4    the parent pick up is?

 5        A    Yes.

 6        Q    Okay.  Do you know where Destiny Hill was --

 7        A    She was --

 8        Q    -- during this incident?

 9        A    She was on one of the benches towards the end

10    also.

11        Q    Can you see any of the benches in these

12    pictures?

13        A    No.

14        Q    Okay.

15        A    Wait a minute.  Let me see.

16        Q    Are they off to the left side?  Like if the

17    picture were moved to the left --

18        A    Yeah, it would be over here.

19        Q    So obviously not in the street --

20        A    Right.

21        Q    -- they're further from the street?

22        A    Right.

23            MS. BARRANCO:  Okay.  And now I'm going to

24        show you what I'm going to mark as

25        Defendant's Exhibit 5 for identification purposes.
```

```
 1        It's a two page-document.  I'm going to show it to

 2        plaintiff's counsel.

 3             (Defendant's Exhibit No. 5 marked for

 4        identification.)

 5             MR. ROBERTS:  I've seen it.

 6             MS. BARRANCO:   Okay.

 7   BY MS. BARRANCO:

 8        Q    I'd ask you to look at that and tell me if you

 9   recognize that.  Have you had an opportunity to review

10   that?

11        A    Yes.

12        Q    Okay.  Do recognize what that is?

13        A    Yes.

14        Q    Can you tell me what that is?

15        A    This is the statement that I gave when I was

16   interviewed --

17        Q    And this is the handwritten --

18        A    -- the day after?  Yeah, handwritten

19   statement.

20        Q    Is that your signature at the bottom right?

21        A    Yes.

22        Q    Having read that now, is there anything in

23   that statement that, as you sit here today, you believe

24   is inaccurate?

25        A    No.  I mean, I -- this is fresh -- you know,
```

1    it was the day after so -- I mean, it's been two years

2    already.  I --

3         Q    Almost three?

4         A    Yeah.

5         Q    Okay.  Is there anything in reading that that

6    you believe is absolutely incorrect?

7         A    No.  I mean, if that's what I put the day

8    after, then that's what happened.

9         Q    Now, there's mention of a dog with a gentleman

10   that was in the garage.  You see what I'm talking about?

11        A    Yeah.

12        Q    Do you remember that dog ever coming out of

13   the house before this incident or no?

14        A    I don't.

15        Q    And the deputies that you saw respond to this

16   house, can you tell me what they were wearing?

17        A    Well, they had their uniforms on.

18        Q    Sheriff's uniform?

19        A    Yes.

20        Q    Do you remember what color they were?  The

21   uniforms, I mean.

22        A    The uniform?  Green.

23        Q    And how about their vehicles, were they marked

24   patrol vehicles?

25        A    Yes.

Page 40

1     Q    Could you describe either of those deputies

2  for me?

3     A    No, I can't.

4     Q    Could you tell if they were men or women?

5     A    I knew they were both men.

6     Q    Can you describe what color their hair was,

7  what color their skin was?  And I don't want you to

8  guess.  I just want your --

9     A    No, I know, that's why -- I don't -- I don't

10  remember.

11     Q    And then let me ask you looking at

12  Defendant's Exhibits 1 through 4, any of those, just for

13  the record, can you tell me if you can see the subject

14  garage that we've been talking about here in those

15  pictures?

16     A    Yes.

17     Q    Let me just see.

18     A    (Tendered.)

19     Q    And so you don't have to markup the

20  photographs would you agree with me it's the pink house

21  kind of in the middle --

22     A    Yes.

23     Q    -- with the white garage?

24     A    Yes.

25     Q    I should say white garage door.  Now, it was

1   daylight when this incident happened --

2        A    Yes.

3        Q    -- is that right?  Do you remember if the sun

4   was shining?

5        A    I don't.

6        Q    You mentioned I think earlier when plaintiff's

7   counsel had asked you about what the person inside the

8   garage was wearing --

9        A    Yes.

10       Q    -- you said you really couldn't see.  Was that

11  because it was dark inside the garage as opposed to

12  outside?

13       A    Yes.

14       Q    Is there anything that either of us haven't

15  asked you that you think is important for us to know

16  about this incident?

17       A    Not that I can recall.

18            MS. BARRANCO:  Okay.  I have no further

19       questions.

20                 REDIRECT EXAMINATION

21  BY MR. ROBERTS:

22       Q    Ms. Wright [verbatim], just very briefly,

23  going back to your statement, Defense Exhibit 5.  I want

24  to draw your attention to the fourth line from the

25  bottom.  Your words, "One stood beside the garage door

1    and the other forcefully banged on the front door."

2    "Forcefully," that's your word?

3         A    Yes.

4         Q    Do you remember why you used that word?

5         A    Because I could hear it.  It wasn't like a

6    knock.

7         Q    You could it hear it from --

8         A    It was bang, bang, bang.

9         Q    You could hear it from actually across the

10   road?

11        A    Yes.

12        Q    And when we were talking about the four

13   exhibits, the pictures there, your vision got better as

14   you walked towards Avenue Q --

15        A    Yes.

16        Q    -- of the house?

17        A    Yes.

18        Q    Your hearing got better --

19        A    Yes.

20        Q    -- as you were walking towards the house?

21             Let's talk about Destiny briefly again.  You

22   said she -- she struggled.  Is there any reason that she

23   struggled?  Like, does she have any learning

24   disability or anything like that?

25        A    Well, she did end up qualifying for ESE so --

1     Q    What does that mean?

2     A    That's exceptional student education so she

3  did -- it did -- was proven that she had a learning

4  disability.

5     Q    As far as outside of her academics, can you

6  describe her as a student?

7     A    She -- you know, she was just very quiet.

8  She -- you know, she was very compliant.  She did have

9  friends.  I mean, she played at recess.  I know that she

10 was involved in cheerleading.

11    Q    I was a bad student.  I'll be quite honest

12 with you.  My grades were good, but I was the guy that

13 talked a lot.  Was -- did you have any disciplinary

14 problems with Destiny?

15    A    No, not at all.

16         MR. ROBERTS:  I don't have any further

17    questions.  Right now you have the decision -- you

18    have the right to read or waive this transcript.

19    Essentially, she's taking down everything that we

20    say today.  You can read that transcript and check

21    it for inaccuracies.  Maybe you didn't say

22    something that she wrote down different or you can

23    waive reading of that.  Most people waive but you

24    can -- you have to elect?

25         THE WITNESS:  Well, I'll waive it.

1          MR. ROBERTS:   Okay.   We can -- we can send you

2     back to your students.   Thank you very much.

3          MS. BARRANCO:   Thank you so much for your

4     time.

5          (Deposition concluded at 9:30 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 45

1   STATE OF FLORIDA      )
                          :   SS
2   COUNTY OF ST. LUCIE   )

3

4                 CERTIFICATE OF OATH

5       I, KAREN M. BELLEMARE, FPR, a Notary Public of

6   the State of Florida at Large, authorized to

7   administer oaths, certify that LISA MCGUIRE was by

8   me first duly sworn to tell the truth.

9       Dated this 4th day of October, 2016.

10

11      _____
                          KAREN M. BELLEMARE, FPR
12                        My Commission Expires:
                          January 5, 2018
13

14

15

16

17

18

19

20

21

22

23

24

25

Page 46

 1    STATE OF FLORIDA      )
                            :   SS
 2    COUNTY OF ST. LUCIE   )

 3

 4                   REPORTER'S CERTIFICATE

 5

 6        I, KAREN M. BELLEMARE, FPR, a Shorthand

 7    Reporter, certify that the foregoing deposition,

 8    Pages 1 through 44 inclusive, of LISA MCGUIRE was

 9    stenographically reported by me and is a true and

10    accurate transcription of said deposition of

11    LISA MCGUIRE.

12            I certify further I am neither

13    attorney nor counsel for, nor related to, nor

14    employed by any of the parties to the action

15    in which the deposition is taken and, further,

16    that I am not a relative or an employee

17    of any attorney or counsel employed in this

18    case, nor am I financially interested in the

19    outcome of this action.

20        Dated this 6th day of October, 2016.

21

22                          _Karen M. Bellemare_____
                            KAREN M. BELLEMARE, FPR
23

24

25

**A**

**a.m** 1:15,15 44:5
**able** 25:19,23 27:10
**absences** 9:9,11
**absent** 9:7
**absolutely** 39:6
**academics** 43:5
**Academy** 26:19,20
**accurate** 46:10
**accurately** 12:1
**action** 46:14,19
**administer** 45:7
**agree** 29:25 40:20
**answer** 5:15,19,20
**anybody** 7:13,14
  8:12 9:3 11:22
  12:19 17:2 18:3
  18:15
**anymore** 29:22,23
**apologize** 13:12
**APPEARANCES**
  2:1
**approach** 35:21
**approached** 20:3
**approximately** 29:6
  36:2
**area** 15:1 19:24
  20:10 29:7 33:7
  36:4,19
**arm** 6:18
**arrive** 36:1
**arrived** 36:14
**arriving** 31:24
**asked** 14:5,7,22,24
  17:10 18:1 21:13
  21:18 22:13 27:5
  29:13 31:23 41:7
  41:15
**asking** 14:13 33:3
**assume** 28:12
**assumed** 31:16
**assuming** 21:20
**attention** 41:24
**attorney** 1:18 46:13
  46:17
**authorized** 45:6
**automobiles** 19:25
**Avenue** 1:17 33:16
  33:17 35:21 37:1

42:14
**aware** 9:4 13:11

**B**

**back** 9:14,17 15:2
  23:23 27:25 41:23
  44:2
**backup** 28:2
**backwards** 35:13
**bad** 43:11
**bang** 42:8,8,8
**banged** 42:1
**Barranco** 2:6,6 3:6
  11:13 21:2,5
  23:18 33:19 34:1
  37:23 38:6,7
  41:18 44:3
**based** 21:12
**basic** 5:13
**basically** 27:19
  28:4
**beats** 27:12
**behalf** 4:5
**believe** 11:10 12:9
  13:15 16:18 17:1
  17:3,3,3,4,6,12
  19:16 26:17 38:23
  39:6
**bell** 19:12,15
**BELLEMARE**
  1:19 45:5,11 46:6
  46:22
**bench** 24:18 28:16
**benches** 37:9,11
**better** 42:13,18
**bit** 6:21
**blank** 26:15
**blaring** 9:19
**bottom** 38:20 41:25
**Boulevard** 2:4,7
**briefly** 41:22 42:21
**brought** 8:7 21:8
**Bryant** 1:4 21:8
**building** 11:23
**bus** 19:22,23

**C**

**C** 4:1
**call** 9:17
**called** 4:5 23:5

**calls** 5:15,17
**Capacity** 1:8
**car** 12:9 28:8 31:2
  31:6
**care** 31:1,6
**cars** 12:10 13:1
  16:15 18:7 19:20
  28:1,3,4 30:3
**case** 1:3 46:18
**Certificate** 3:7,8
  45:4 46:4
**certify** 45:7 46:7,12
**check** 43:20
**cheerleading** 43:10
**child** 22:18 28:8
**children** 18:7 31:1
**Christopher** 1:9
  21:7
**civil** 21:7
**class** 8:19 22:11
  23:23
**classes** 29:2
**classroom** 25:4,5
**close** 30:1,3
**closed** 6:14
**closer** 35:15,18
  37:1
**clothing** 7:8
**coach** 20:17 31:10
**color** 39:20 40:6,7
**come** 7:21,23 10:19
  21:19 24:3
**comes** 27:22
**coming** 18:18 24:7
  24:10 27:6 39:12
**Commission** 45:12
**complaint** 18:22
**complete** 5:23
**compliant** 43:8
**concern** 30:24 31:4
**concluded** 44:5
**conducted** 24:2
**conference** 28:10
  34:12
**contacts** 17:14,15
  17:16
**context** 26:3
**continuous** 28:4,11
**conversation** 12:21

**conversations**
  30:19
**cop** 12:9,10
**cops** 12:23 31:16
  36:14
**corner** 12:22 15:4
**correct** 5:21 19:2
  19:21 20:1,20
  22:12,15 27:17
  29:1,24 30:7
  32:11 33:13 35:20
  35:24
**correctly** 6:17
**counsel** 21:12
  25:10 33:21 38:2
  41:7 46:13,17
**County** 1:9 21:6
  45:2 46:2
**couple** 13:12
**Court** 1:1,16 5:14
**coverage** 10:20
**CROSS** 21:1
**Cross-Examinati...**
  3:6
**currently** 4:15,17
  5:4 26:25

**D**

**D** 4:1
**dark** 41:11
**data** 9:13
**date** 1:14 34:8
**Dated** 45:9 46:20
**David** 20:16
**Davis** 23:9
**day** 8:3 11:6,17
  13:9,18 17:4,9
  19:8 21:15 30:23
  38:18 39:1,7 45:9
  46:20
**daylight** 41:1
**decides** 28:9
**decision** 43:17
**DEFENDANT** 2:6
**Defendant's** 3:13
  3:15,16,18,19
  33:22,24 34:3
  36:6,10 37:25
  38:3 40:12

**Defendants** 1:10
**Defense** 34:15 35:1
  35:7 41:23
**Delaware** 1:17
**delve** 5:11
**demeanor** 20:2
  26:10
**Department** 13:16
  34:6
**deposition** 1:13
  44:5 46:7,10,15
**depositions** 5:14
**deputies** 16:14,15
  39:15 40:1
**deputies'** 20:2
**Deputy** 21:7
**describe** 7:3,15
  20:2 40:1,6 43:6
**Destiny** 8:2,3,17,19
  21:20 22:7,14,17
  23:11 24:14,20
  25:3,4,10,17 26:6
  26:16 37:6 42:21
  43:14
**Destiny's** 22:4 23:1
  23:3,12 24:7,10
  25:2 26:10
**diagnosed** 17:20
**different** 10:21
  43:22
**Direct** 3:5 4:10
**directly** 15:12
**disability** 42:24
  43:4
**disciplinary** 43:13
**dismissal** 19:10
**DISTRICT** 1:1,1
**dog** 39:9,12
**doing** 14:19 24:23
  27:15
**Donna** 20:21,22
**door** 6:13,19,23 7:4
  9:19 10:13,15,19
  11:7,7,11,18,20
  12:12,12,13,14,14
  16:12,22 20:4,12
  20:14 29:14,15,19
  32:2,6,7,9,13
  35:11 40:25 41:25

42:1
**draw** 10:2,23 11:9
    16:20 41:24
**drawn** 16:17
**driving** 30:8
**duly** 4:6 45:8
**duty** 9:16 14:25

**E**

**E** 4:1,1
**earlier** 21:17 29:13
    31:23 34:10 41:6
**East** 2:7
**education** 43:2
**Eighteen** 23:24
**either** 40:1 41:14
**elect** 43:24
**Elementary** 4:18
**emotions** 26:12
**employed** 46:14,17
**employee** 46:16
**entailed** 27:18
**ESE** 42:25
**ESQ** 2:2,3,6
**Essentially** 43:19
**Estate** 1:5
**event** 7:12
**events** 21:14
**exact** 34:8
**exactly** 29:8
**Examination** 3:5,6
    4:10 21:1 41:20
**examined** 4:7
**exceptional** 43:2
**excused** 9:9,11
**exhibit** 3:12,13,15
    3:16,18,19 9:23
    10:3 12:4 33:6,7
    33:24 34:3,15
    35:1,8 36:6,10
    37:25 38:3 41:23
**exhibits** 3:11 33:22
    40:12 42:13
**expect** 5:16,17,25
**experience** 15:25
**Expires** 45:12
**eye** 12:22 15:4

**F**

**face** 6:20 7:5,7

**facing** 12:7,7,8
**fact** 27:15
**family** 27:2
**far** 6:15 15:25 43:5
**farther** 9:17
**fast** 28:2
**father** 22:2,4 23:15
    24:10
**February** 4:20
**feel** 16:3
**felt** 18:15
**female** 14:1,2
**fifth** 5:4,5,6
**filled** 10:21
**financially** 46:18
**find** 28:7
**finding** 27:21
**finish** 16:9 19:3
**finished** 8:21
**fired** 31:7
**first** 4:6 8:24 9:14
    10:15 11:19 13:13
    14:24 15:10 19:8
    20:22 33:21 35:10
    35:25 36:21 45:8
**five** 13:24
**FL** 2:4,7
**Florida** 1:1,17,20
    4:16 45:1,6 46:1
**flow** 28:11
**flowers** 25:16
**follow-up** 21:11
**following** 32:16
**follows** 4:7
**forcefully** 42:1,2
**foregoing** 46:7
**form** 11:13 23:17
    30:17
**Fort** 1:17 2:7 4:16
**forth** 27:25
**found** 7:17
**four** 42:12
**fourth** 41:24
**FPR** 1:19 45:5,11
    46:6,22
**Frances** 18:8
**Francis** 4:18
**fresh** 38:25
**friends** 43:9

**front** 12:10,12
    15:13 20:12 32:2
    32:6,7 33:17 35:4
    42:1
**funeral** 25:16
**further** 20:24 35:16
    36:4 37:21 41:18
    43:16 46:12,15

**G**

**G** 4:1
**garage** 6:13,15,19
    6:23 9:19 11:7,10
    11:18,20 12:13,14
    12:14 15:11,13
    16:12,22 20:14
    27:6 29:14,15,19
    32:13 35:11 39:10
    40:14,23,25 41:8
    41:11,25
**gates** 10:22
**gathering** 27:25
**gentleman** 7:21
**gift** 26:1,11
**gist** 5:21
**Giuffreda** 2:6
**give** 23:7 25:23
**glasses** 17:14
**go** 5:13 9:14,16
    19:17 25:15 28:2
    35:22
**goes** 26:16,17
**going** 8:10 10:5
    15:3 30:6 33:19
    33:21 34:2,14,16
    37:23,24 38:1
    41:23
**good** 4:12 7:10
    43:12
**gotten** 35:13
**grade** 5:3,4,6,7,10
    10:14,14,16 20:22
    22:11 23:23 26:22
    26:23,24 27:24
    31:11,12
**grader** 8:17
**grades** 22:20 43:12
**Green** 39:22

**Gregory** 1:5 21:9
**grounds** 5:13
**guess** 15:9 40:8
**gun** 16:6,11,22
    31:18
**gunfire** 15:10
**guns** 16:17,20
**gunshot** 31:15
**gunshots** 31:14
**guy** 43:12
**guys** 19:19

**H**

**hair** 40:6
**hallway** 10:14,15
    10:16 31:11,11,12
**hand** 6:22,23,24
    7:2,2 16:7,11
**handwritten** 38:17
    38:18
**happened** 5:12 6:2
    7:18 11:3 12:6
    14:6 16:4 18:11
    19:1 21:19 31:5
    32:22 33:11 35:17
    39:8 41:1
**happening** 15:5
    24:19 31:17
**head** 5:18 35:13
**hear** 12:19 16:24
    20:6 27:10 29:14
    29:22,23 33:4
    42:5,7,9
**heard** 6:14 10:18
    11:1,19 12:15
    15:10,18,23 18:18
    27:12 29:17,20
    30:25 31:1,7,9,13
    31:15 35:10,25
    36:8
**hearing** 17:18,20
    42:18
**Hellums** 20:21,22
**help** 19:19
**helps** 21:14
**high** 26:21
**Hill** 1:5 8:2 21:9
    22:7 37:6
**hold** 16:9 28:10

**holding** 6:19,22
**home** 13:1
**honest** 43:11
**house** 7:13,14,21
    8:6,8,9 9:19 11:25
    15:7 18:11,16,19
    20:3 21:19 22:6
    23:25 25:2 27:3,6
    33:11,15 35:16
    36:2 39:13,16
    40:20 42:16,20
**houses** 24:8,11
**hug** 26:2
**huh-uhs** 5:19

**I**

**identification** 9:24
    33:23,25 34:15,16
    35:1 37:25 38:4
**immediately** 8:15
**important** 41:15
**impossible** 28:23
**inaccuracies** 43:21
**inaccurate** 38:24
**incident** 5:12 6:2,4
    6:7 7:17 8:13 9:1
    9:8 12:25 14:23
    15:24 17:24 22:14
    22:17 25:10,13
    26:7 27:3,7 29:5
    30:25 31:5,5
    32:16,22,25 33:11
    35:16 37:1,8
    39:13 41:1,16
**inclusive** 46:8
**incorrect** 39:6
**INDEX** 3:1
**initially** 10:17,22
    11:1 28:4 29:14
    35:9
**inside** 8:8 12:18
    31:8 34:11 41:7
    41:11
**interested** 46:18
**interviewed** 32:15
    32:18 38:16
**introduce** 4:12
**involved** 43:10

**J**

**Jacksonville** 2:4
**January** 4:22,23
    5:5,6,12 6:3 8:23
    8:23 21:18 45:12
**John** 2:3,3
**Jolly** 2:6
**jphillps@floridaj...**
    2:5
**JR** 1:5
**June** 8:23,24

**K**

**K** 4:18 18:8
**KAREN** 1:19 45:5
    45:11 46:6,22
**keep** 28:23
**KEN** 1:8
**kid** 26:13 27:23
**kids** 8:7 12:17 25:1
    25:6 27:20,25
    28:12,15 29:6
    30:1,12 31:6,10
    36:23
**kind** 10:21 14:23
    16:25 22:19 26:13
    26:20 28:19 31:16
    40:21
**knew** 30:20 40:5
**knock** 20:6,12,14
    32:9 42:6
**knocked** 12:12 20:4
    32:2,13
**knocking** 32:6,6
**know** 5:11,19 6:7,8
    6:15,22 9:3,7,9,10
    9:11,12 13:10,17
    13:19 14:25 15:11
    15:14,16,18,21
    18:3,5,6,6,25 20:4
    20:5 22:1,13
    23:10 24:12,14,16
    24:17 26:7,15,16
    26:24 27:2,21,21
    27:25 28:2,7,8
    29:8,8,9,10,19
    30:22 31:18,20
    32:8 34:7,8,9
    36:13 37:6 38:25
    40:9 41:15 43:7,8

43:9
**knowledge** 6:3

**L**

**Large** 1:20 45:6
**Lauderdale** 2:7
**Law** 2:3
**lawsuit** 21:7
**leading** 10:13,15
**learning** 42:23 43:3
**left** 6:24 37:16,17
**Let's** 9:14 42:21
**level** 27:25
**lifted** 6:13,16 12:13
**lifting** 7:4 16:12
**Lincoln** 26:19,20
**line** 9:18 10:11 18:6
    41:24
**lineup** 19:22
**Lisa** 1:13 3:4,20 4:4
    4:14 45:7 46:8,11
**listening** 27:13
**little** 6:21 25:17
**lived** 7:18 18:25
**lives** 26:25 27:3
**living** 18:16
**LLC** 2:3
**load** 36:23
**long** 6:1 8:19 9:10
    18:8 26:7
**longer** 29:17,19
**look** 7:11 34:17,17
    38:8
**looking** 12:22 33:6
    40:11
**looks** 35:5
**lot** 10:20 29:9
    43:13
**loud** 9:18 27:5
    29:15
**LPA** 26:17,18
**Lucie** 1:9 21:6 45:2
    46:2
**luncheon** 13:9,10
**lyrics** 27:10

**M**

**M** 1:19 2:3,3,6 45:5
    45:11 46:6,22
**Madam** 5:14

**main** 30:24 31:4
**making** 5:22 24:21
    31:1,6,7
**Male** 14:1
**man** 21:18
**mark** 10:3 33:22
    37:24
**marked** 9:23 33:7
    33:24 34:3,25
    35:15 38:3 39:23
**markup** 40:19
**MASCARA** 1:8
**McGuire** 1:13 3:4
    4:4,14,15 21:3
    34:2 45:7 46:8,11
**McGuire's** 3:20
**mean** 12:20 18:6,19
    24:18 26:13 28:6
    29:21 30:18,22
    38:25 39:1,7,21
    43:1,9
**means** 19:17
**meeting** 13:10
**member** 25:1
**memory** 21:14
**men** 40:4,5
**mention** 39:9
**mentioned** 23:25
    32:1 41:6
**met** 22:5 23:20
**middle** 26:21 40:21
**minute** 37:15
**mom** 21:24 22:24
    24:13
**Morales** 20:16
    31:10
**morning** 4:12
**mother** 21:8 22:3
    22:24 23:12 24:7
    25:12
**mother's** 23:1,3
**move** 28:9
**moved** 25:5 37:17
**music** 9:18 10:18
    11:1,7,10,17,19
    16:23,25 18:18
    19:8 27:5,8,11,13
    29:13,15,16,17,20
    29:20 35:10

**N**

**N** 4:1
**name** 4:14 8:1 13:4
    21:5 23:1,3,4,7,11
**names** 14:3
**near** 36:17
**necessarily** 16:2
**necklace** 25:22
**neither** 46:12
**never** 7:20 17:20
    25:10,14 26:12,14
    26:14 31:15
**Newman** 1:9 21:7
**nice** 14:9
**NO.2:16-cv-1407...**
    1:3
**nods** 5:18
**noise** 18:22 30:8
**Nos** 33:24
**Notary** 1:19 45:5
**notice** 9:5 34:20
**noticed** 11:17 12:8
    18:10,13 19:8
**number** 13:21 29:8
**numbers** 35:22

**O**

**O** 4:1
**Oath** 3:7 45:4
**oaths** 45:7
**Object** 11:13
**objecting** 23:19
**obviously** 37:19
**occasion** 21:21,22
**occasions** 22:25
**occur** 26:4
**occurred** 6:8 26:8
    27:3
**October** 1:14 45:9
    46:20
**office** 2:3 17:5
    32:16,24
**officers** 13:19 15:6
    31:24 32:5,10
    36:1
**Official** 1:8
**Oh** 17:17 23:20
**okay** 4:17 5:5,11
    6:6,10,12,15,22

7:3,6,19,23 8:3,9
8:19,22,25 9:14
9:21,22 10:4,6,9
10:12,23 11:2,19
11:22,25 12:6,16
12:19 13:3,11,24
14:1,3,5,15 15:6,9
15:14,20,22 16:6
16:10,14,20,25
17:2,10,14,16,18
17:23 18:10,24
19:12,15,17,24
20:2,24 21:4,10
21:16 22:10 23:8
23:12,20 28:12
29:2,13,18 30:21
30:24 32:12 34:14
35:12,14,21 36:20
37:6,14,23 38:6
38:12 39:5 41:18
44:1
**once** 29:19 31:7
**open** 9:20 11:20
    22:5 23:25 24:8
    24:11 35:11
**opportunity** 38:9
**opposed** 29:10
    41:11
**opposite** 19:23
**Ortega** 2:4
**outcome** 46:19
**outside** 7:12 12:25
    13:1 14:8 15:22
    27:15 34:12 41:12
    43:5

**P**

**P** 4:1
**P.A** 2:6
**PAGE** 3:5
**page-document**
    38:1
**Pages** 46:8
**pants** 7:10
**parent** 8:5 9:18
    10:10,18 18:5
    19:25 20:17,23
    27:15,22 29:7
    33:8 35:22 37:4

**parents** 24:3 29:11
  30:16,19 34:23
**Park** 26:19,20
**part** 24:14
**parties** 46:14
**parts** 6:11,12
**patrol** 39:24
**people** 18:5 19:19
  43:23
**permission** 14:17
**person** 7:4,15 25:24
  41:7
**person's** 6:20,23,24
  7:7,8 16:6,11
**personal** 1:4 6:3
**personally** 18:13
**personnel** 32:24
**persons** 7:15,16
**Phillips** 2:3,3
**phonetic** 23:5
**photograph** 3:12
  3:14,15,17,18
  10:5 12:4 34:7
**photographs** 33:20
  40:20
**pick** 7:23 8:5 19:25
  20:17,23 21:20
  27:16 33:8 35:22
  37:4
**pick-up** 9:18 10:11
  18:5 29:7
**picked** 28:13
**picking** 18:7
**picture** 35:2 37:17
**pictures** 21:13
  37:12 40:15 42:13
**Pierce** 1:17 4:16
**pink** 40:20
**pinpoint** 12:1
**place** 1:16 36:14
**Plaintiff** 1:6,18 2:2
  4:5
**plaintiff's** 3:12 9:23
  10:3 21:12 25:9
  33:7,20 38:2 41:6
**played** 43:9
**playing** 16:23
**please** 4:12 5:20
**point** 37:1

**pointing** 36:5
**pole** 34:21,24,24
  35:4,15 36:11,13
  36:17,20
**police** 13:1,19 15:6
  18:21 31:20,24
**policemen** 12:11
**pops** 6:14 12:15
  31:9,13 36:8
**possible** 30:18
**post** 9:16 14:25
**pretty** 5:20
**principal** 11:4,17
  12:7,21 20:19
  36:15
**principal's** 13:4
**prior** 21:21,22 27:6
**probably** 10:22
  13:12 18:9 23:10
  36:4
**problems** 9:5 17:18
  17:21 18:10 22:14
  22:16 43:14
**progressed** 36:25
**property** 37:3
**proven** 43:3
**proximity** 30:1,3
**Public** 1:19 45:5
**pull** 34:23
**pulled** 12:10
**pulling** 28:3
**Purdy** 2:6
**purposes** 37:25
**put** 39:7
**putting** 27:20 28:1
  30:19

**Q**

**qualifying** 42:25
**question** 5:17,20
  16:9 22:16 23:2
**questioned** 13:15
  34:11
**questions** 13:20
  14:7 20:25 21:3
  21:12 41:19 43:17
**quickly** 6:14 12:14
**quiet** 22:18 28:19
  28:24 43:7

**quite** 43:11

**R**

**R** 4:1
**ran** 12:13
**rap** 17:1 27:8
**read** 38:22 43:18
  43:20
**reading** 39:5 43:23
**real** 5:19 23:4
**realize** 8:6
**really** 7:10 24:13
  26:12 41:10
**reason** 42:22
**recall** 11:24 12:9,20
  12:23 13:2,25
  14:2 16:5,18 17:8
  18:23 20:15 21:24
  23:16,20 24:7,10
  24:12,19,24 30:22
  32:8,12 41:17
**receive** 26:1
**recess** 43:9
**recognize** 31:14
  38:9,12
**recollection** 29:6
**record** 5:23 14:14
  21:5 23:19 33:21
  40:13
**recorded** 9:12
  14:11
**Redirect** 3:6 41:20
**redoing** 14:25
**refresh** 21:14
**regarding** 5:12
**regular** 19:25
**related** 46:13
**relative** 46:16
**relevant** 16:4
**remember** 6:17,25
  7:1,2 8:1 9:15,15
  9:16,18 11:6
  12:20,24 13:3,6
  13:13,18 14:3,12
  14:13,19 15:7,9
  15:12 22:5 23:6
  32:5 35:7 36:2,12
  39:12,20 40:10
  41:3 42:4

**repeat** 31:3
**reported** 46:9
**Reporter** 1:19 4:9
  5:14 46:7
**Reporter's** 3:8 46:4
**Reporters** 1:16
**represent** 21:6
**Representative** 1:5
**represented** 12:1
  36:20
**represents** 35:8
**reside** 4:15,16
**respond** 18:21
  39:15
**response** 5:16,16
  5:17,18
**review** 38:9
**right** 6:23 10:25
  11:3 28:25 32:14
  32:22 34:2 37:20
  37:22 38:20 41:3
  43:17,18
**ring** 19:15
**rings** 19:12
**road** 42:10
**Roberts** 2:2 3:5,6
  4:11 10:1 11:14
  20:24 23:17 30:17
  38:5 41:21 43:16
  44:1
**room** 34:12
**rude** 5:22
**rule** 28:19
**rules** 5:13
**runs** 33:14
**rushed** 12:18 31:10

**S**

**S** 4:1
**safely** 31:2,7,8
**saw** 6:13 7:20 11:4
  14:7 16:14,22
  30:25,25 31:23
  35:10,11 36:1
  39:15
**saying** 24:23
**scene** 31:24
**school** 4:18 5:1 6:9
  7:24 9:3,10 10:8

  12:8 13:16 19:13
  19:23 21:20 24:4
  24:5,6 26:5,5,16
  26:20,21 28:25
  33:9,15,17 37:3
**screaming** 24:20
**second** 10:14
**see** 6:10,11,12,18
  6:20 7:5,8,21 8:3
  10:7 11:22 15:4
  16:6,8,11,13,15
  16:20,21 21:13
  33:3 34:3 35:4,12
  37:11,15 39:10
  40:13,17 41:10
**seeing** 12:23 32:5
**seen** 7:12,14,16
  13:1 18:21 38:5
**send** 25:16 44:1
**session** 29:2
**Sheriff** 1:8,8 21:6
**sheriff's** 13:15 17:5
  32:16,24 34:6
  39:18
**shining** 41:4
**shooting** 6:8,10 8:4
  8:10,13 9:15
  21:19 24:15,20
  25:7,8 31:5
**Shorthand** 46:6
**shorts** 7:9
**shot** 15:14,16 31:18
**shots** 15:18 31:7
**show** 10:5 14:22
  21:13 32:21 33:19
  33:20 34:2,14,16
  34:25 37:24 38:1
**showed** 13:19 15:7
  26:12
**shut** 11:7,8,11,18
  12:14
**shy** 26:14
**side** 15:11,13 19:23
  28:9 33:9 37:16
**signature** 38:20
**sit** 31:11 38:23
**sitting** 24:18 27:24
  28:16
**situation** 36:14

**Sixth** 26:23,24
**skin** 40:7
**somebody** 6:18 8:7
  16:1,3,22 17:10
**soon** 31:9
**sorry** 4:22 16:10
  23:17 36:10
**sounds** 23:10
**south** 33:12
**SOUTHERN** 1:1
**speak** 22:4 25:12
**special** 25:18
**specialist** 9:13
**specifically** 32:4
**spoke** 22:24 25:10
**spot** 34:18
**SS** 45:1 46:1
**St** 1:9 21:6 45:2
  46:2
**staff** 25:1
**standing** 6:18
  10:17,25 15:10
  19:24 20:10 33:8
  36:3
**starts** 24:4,5,6
**State** 1:20 45:1,6
  46:1
**statement** 3:20
  14:12 38:15,19,23
  41:23
**STATES** 1:1
**stenographically**
  46:9
**stood** 36:23 41:25
**stop** 9:21
**stopped** 11:18
**story** 13:12,14
**stream** 28:4
**street** 6:9 7:1 33:14
  37:19,21
**struggled** 22:21
  42:22,23
**student** 18:25 22:7
  22:19 43:2,6,11
**student's** 8:1
**students** 7:18 23:22
  44:2
**stuff** 15:4
**subject** 24:15 27:7

40:13
**Suite** 2:7
**Summer** 2:6 21:5
**Summer@purdy...**
  2:8
**sun** 41:3
**Sunrise** 2:7
**superintendent**
  13:8
**supportive** 22:24
  23:13,15
**supposed** 28:5,10
  28:11 29:11,11
**sure** 5:22 10:24
  31:1,4,6,7
**surprised** 24:25
**Sweet** 4:18 18:8
**sworn** 4:6 45:8

**T**

**T.C** 2:2
**taken** 1:18 34:7,9
  34:12,18 46:15
**talk** 5:14 6:2 8:25
  11:5,16 42:21
**talked** 15:22,24
  17:2,4,7,23 25:14
  32:24 43:13
**talking** 11:25 13:7
  15:3 21:17 28:17
  30:11 32:15 34:5
  39:10 40:14 42:12
**Tamica** 23:4
**teach** 5:3
**teacher** 5:2 20:22
  28:9
**teacher's** 25:5
**teachers** 30:15
**teaching** 5:4,5,6,9
**tell** 6:6 7:9,10 10:7
  12:6 13:21 14:5
  14:21 19:7 27:18
  29:21 32:25 34:4
  34:17,23 38:8,14
  39:16 40:4,13
  45:8
**telling** 13:9
**Tendered** 40:18
**tenure** 18:11

**terms** 22:19 24:20
  28:3 31:24
**Terrica** 23:9
**testified** 4:7
**thank** 4:9 6:1 44:2
  44:3
**thing** 9:14 25:15
**things** 15:23 24:13
**think** 25:9 27:7
  32:1,12 33:6
  35:13 41:6,15
**third** 5:10 8:17
  10:13 22:10 23:22
  31:11,11
**thought** 23:4
**threatened** 18:15
**three** 34:17 39:3
**time** 1:15 6:1,6
  7:22 8:9,10 9:10
  11:6 13:13 16:17
  16:23 17:10,12,16
  19:5,7,8,10,15,17
  22:11 24:19 29:3
  29:5 30:24 31:4
  36:12 44:4
**times** 13:12 21:23
  30:11
**today** 6:1,1 38:23
  43:20
**told** 8:7 13:11,13
  15:2 16:1,3 22:2
  25:9 34:10
**transcript** 43:18,20
**transcription** 46:10
**transpired** 13:10
  25:15
**triangle** 11:9
**true** 4:19 46:9
**truth** 45:8
**try** 28:8
**trying** 28:1
**turned** 29:20
**two** 12:10,11,11
  15:6 31:24 32:5
  36:1,25 38:1 39:1
**typically** 28:19
  36:23

**U**

**Uh-huh** 12:5
**uh-huhs** 5:18
**understand** 5:24
  35:12
**understanding**
  14:11 16:4 18:24
**uniform** 39:18,22
**uniforms** 39:17,21
**UNITED** 1:1
**usually** 21:24 24:4
  29:9

**V**

**VAUGHN** 1:5
**vehicles** 27:20
  39:23,24
**verbal** 5:16,16,17
  5:18
**verbatim** 41:22
**video** 14:19 17:8,12
  32:19 34:10,13
**Viola** 1:4 21:8
**vision** 42:13
**vs** 1:7

**W**

**waist** 6:21
**Wait** 37:15
**waiting** 28:12,15
**waive** 43:18,23,25
  43:25
**walk** 7:21
**walk-through**
  14:19 17:8,13
  32:19 34:10 35:2
**walked** 11:4,5,16
  15:1,1 42:14
**walking** 9:16 35:22
  42:20
**want** 5:13 9:21
  10:2 21:11 28:9
  32:4 40:7,8 41:23
**wasn't** 16:23 27:14
  42:5
**way** 5:21 12:8
  36:19
**we're** 6:1 11:25
  27:25
**we've** 15:22 40:14
**wear** 17:14,15

**wearing** 7:9 17:16
  39:16 41:8
**week** 8:24
**went** 10:19 15:1
  16:22 29:15,19
**west** 33:9
**whichever** 34:24
**white** 40:23,25
**wide** 9:19
**wished** 24:3
**witness** 3:4 4:5,8
  21:23 43:25
**witnessed** 16:2 18:4
  21:15 24:14
**women** 40:4
**word** 42:2,4
**words** 41:25
**work** 4:17,18 5:19
  26:5
**worked** 18:8 24:13
**Wright** 13:5,6
  17:23 20:19 31:10
  36:15 41:22
**Wright's** 15:2
**wrote** 43:22

**X**

**x** 10:23

**Y**

**yeah** 18:20 19:18
  25:3 28:6 30:18
  37:18 38:18 39:4
  39:11
**year** 8:21 19:3 24:3
  24:5,6
**years** 18:9 39:1

**Z**

**0**

**1**

**1** 3:13 33:22,24
  34:3,24 36:6,10
  40:12 46:8
**1216** 2:7
**14** 4:20 5:6 6:3
**14th** 4:24 5:12
  21:18

**15** 18:9
**15-year** 18:11

**2**

**2** 3:15 33:24 34:14
  34:15,20,24 35:15
  36:10,11,11,13,17
**20** 3:6
**2014** 4:20 5:6 6:3
  21:18 23:23
**2016** 1:14 45:9
  46:20
**2018** 45:12
**2455** 2:7

**3**

**3** 1:14 3:16 33:24
  34:15 36:11
**3:10** 19:16,17
**3:15** 19:11 29:10
**3:25** 29:10
**3:30** 29:10
**32210** 2:4
**33** 3:13,15,16,18
**33304** 2:7
**34981** 1:17
**38** 3:19

**4**

**4** 3:5,18 33:22,24
  35:1,8 40:12
**41** 3:6
**4230** 2:4
**44** 46:8
**46** 3:7
**47** 3:8
**4th** 45:9

**5**

**5** 3:19 35:5,19
  36:20 37:25 38:3
  41:23 45:12

**6**

**6th** 46:20

**7**

**736** 1:17

**8**

**8:48** 1:15

**9**

**9** 3:12
**9:30** 1:15 44:5



1501 Ave Q, Fort Pierce, FL 34947 USA

PLAINTIFF'S
EXHIBIT
A
10/31/16
Km 6



DEFENDANT'S
EXHIBIT

10/31/16 KMB



DEFENDANT'S
EXHIBIT
2
10/3/16  KmB



DEFENDANT'S
EXHIBIT
3
10/31/16
KmB



FCN 445
Rev. 02/09

# St. Lucie County Sheriff's Office
## Statement Form



**DEFENDANT'S EXHIBIT**
5
10/3/16   KmB

**Please fill out in full**

| Date of Statement: | 1/15/14 | Time: 10:15 a.m | Case #: |
|---|---|---|---|

Code:  Code Definitions: V= Victim  S= Suspect  W= Witness  C= Complainant  O= Other

| Name (Last, First, Middle): McGuire Lisa Coronato | Age: 43 | DOB: | Race: W | Sex: F |
|---|---|---|---|---|

| Address (Res.): 1400 Avenue Q  Ft. Pierce | Zip: 34950 | Phone: (772) 468-5330 |
|---|---|---|

| Address (Bus.): | Zip: | Phone: |
|---|---|---|

| D.L. #: | State: | Other ID (Specify # & Type): |
|---|---|---|

I, **Lisa McGuire** do hereby voluntarily make the following statement *without threat, coercion, offer of benefit or favor by any persons whomsoever.*

(Narrative): I walked my third grade students out to parent pick-up around 3:10 p.m. I assisted several students to their cars. During that time loud music was playing from an open garage door from a house across the street from the school. There was a black man (looked like he was wearing shorts) and a blackish-gray and white dog (looked like a pit bull) standing in the garage. I continued to put more students in their cars and decided to walk to the south end of the parent pick up line to talk with Mrs. Wright. I noticed the garage door was now closed and I could no longer hear music. As I was speaking to Mrs. Wright (I was facing the house with the open garage door) I saw 2 deputies approach the house. 1 stood beside the garage door and the other forcefully banged on the front door. The officer who was at the front door yelled out something (not sure exactly).

| Sworn To and Subscribed Before Me, This | Under penalties of perjury, I declare that I have read the forgoing document and the facts stated in it are true. |
|---|---|
| 15th Day of January, 20 14  #435 | |
| Law Enforcement ☑  Notary Public ☐  Personally Known ☐ | Signature: Lisa McGuire |
| Produced Identification ☐  Type: | |

I then saw the garage door open ~~above~~
partially. I saw a pair of legs (slightly
above the knees). Then I heard ~~a~~
"Pop" - "Pop" - and possibly another
"pop." I immediately directed students
inside the school building and quickly into a hallway
first then an inside classroom
(Mrs. Ackenbrack's).