# EXHIBIT
# I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO.2:16-cv-14072-ROSENBERG/HOPKINS


VIOLA BRYANT, as Personal            )
Representative of the Estate of      )
GREGORY VAUGHN HILL, JR.,            )
                                     )
            Plaintiff,               )
vs.                                  )
                                     )
SHERIFF KEN MASCARA, in his          )
Official Capacity as Sheriff of      )
St. Lucie County, and               )
CHRISTOPHER NEWMAN,                  )
                                     )
            Defendants.              )
_____     )


DEPOSITION OF LIZBETH ENRIQUEZ-RUIZ


DATE:       October 20, 2016

TIME:       1:54 PM to 2:37 PM.

PLACE:      Court Reporters, Inc.
            736 Delaware Avenue
            Fort Pierce, Florida 34950

TAKEN BY:   Attorney for Defendant

REPORTER:   SUZANNE K. BADLEY, a Notary Public
            of the State of Florida at Large

```
 1    APPEARANCES:

 2

      FOR PLAINTIFF:   T.C. ROBERTS, ESQ.
 3                     JOHN M. PHILLIPS, ESQ.
                       Law Office of John M. Phillips, LLC
 4                     4230 Ortega Boulevard
                       Jacksonville, Fl 32210
 5                     jphillps@floridajustice.com

 6    FOR DEFENDANT:   SUMMER M. BARRANCO, ESQ.
                       Purdy, Jolly, Giuffreda & Barranco, P.A.
 7                     2455 East Sunrise Boulevard, Suite 1216
                       Fort Lauderdale, Fl 33304
 8                     Summer@purdylaw.com

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        INDEX

 2

 3

 4   WITNESS:  LIZBETH ENRIQUEZ-RUIZ

 5                                             PAGE
     Direct Examination by Ms. Barranco          4
 6   Cross-Examination by Mr. Roberts           30
     Redirect Examination by Ms. Barranco       41
 7
     Certificate Oath                           45
 8   Reporter's Certificate                     46
     Errata Sheet                               47
 9   Read & Sign Letter                         48

10

11

12

13

14                        EXHIBITS

15   -None-

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1              P R O C E E D I N G S

 2                    -   -   -

 3   AND THEREUPON,

 4              LIZBETH ENRIQUEZ-RUIZ,

 5   called as a witness, after having been first duly

 6   sworn, was examined and testified as follows:

 7              DIRECT EXAMINATION

 8   BY MS. BARRANCO

 9       Q.   Good afternoon.  Could you please state

10   your full name and spell your last name for the

11   record.

12       A.   Good afternoon.  My name is

13   Lizbeth Enriquez-Ruiz, first name is L-I-Z-B-E-T-H,

14   last name E-N-R-I-Q-U-E-Z, hyphen, R-U-I-Z.

15       Q.   Very good.  For the record, my name is

16   Summer Barranco.  I'm an attorney who represents the

17   Sheriff of St. Lucie County and a

18   Deputy Christopher Newman in a federal lawsuit that

19   you're here for today.  I appreciate your time.

20       A.   Um-hmm.

21       Q.   You received a subpoena, correct?

22       A.   Yes.

23       Q.   Okay.  So we're here today -- hopefully,

24   we won't take that long, but I want you to

25   understand the process.  Have you ever given a
```

1    deposition before?

2         A.   Only one time, and it was many, many years

3    ago.

4         Q.   Okay.  Just so you understand, we've got a

5    court reporter here that's taking everything down

6    that anybody says.  So what that means is, your

7    answers to my questions need to be in a verbal

8    fashion.  In other words, feel free to shrug your

9    shoulders and shake your head all you want, but

10   please say something when you're doing that, like a

11   yes or a no or a maybe or whatever your answer is.

12        A.   Okay.

13        Q.   And that's because the court reporter has

14   difficulty taking down nonverbal responses.

15        A.   Okay.

16        Q.   If you forgot, it's no big deal, I'll

17   remind you and smile when I remind you; is that a

18   yes, or is that a no, or whatever.  I'm not trying

19   to get sassy, I'm just, for the record, trying to

20   make sure that everything comes out verbally.

21        A.   Okay.

22        Q.   If you don't understand a question that I

23   ask of you, please let me know.  I will do my best

24   to rephrase the question.

25        A.   Okay.

1       Q.   If you don't know an answer, because I'm

2  asking you a question that you just don't know the

3  answer for one reason or another, that is an

4  entirely acceptable answer, that you don't know,

5  either because you don't remember or you didn't

6  witness it, whatever.  Nobody here wants you to make

7  up an answer.

8       A.   Okay.

9       Q.   We're just here to try to test your

10 knowledge, your memory of what you saw or what you

11 didn't see.  Specifically it was in regard to an

12 incident that happened back on January 14, of 2014,

13 across the street from Fraces K. Sweet Elementary

14 School.  Do you know what I'm referring to?

15      A.   Yes.

16      Q.   Okay.  Now, let me just back up a little

17 bit and ask you, where do you currently reside?

18      A.   In Port St. Lucie.  My address is

19 1422 SW Bargello Avenue, B-A-R-G-E-L-L-O, Avenue in

20 Port St. Lucie.

21      Q.   Thank you.  And what's your Zip Code

22 there?

23      A.   34953.

24      Q.   Very good.  And are you currently

25 employed?

1       A.    Yes.

2       Q.    Where do you work?

3       A.    Department of Children and Families.

4       Q.    What do you do for them?

5       A.    Child Abuse Investigation Supervisor.

6       Q.    And how long have you been so employed?

7       A.    Over nine years.

8       Q.    On January 14, 2014, were you, at about

9  3:15 in the afternoon, at Frances K. Sweet

10 Elementary School in Fort Pierce, Florida?

11      A.    Yes.

12      Q.    Why were you there?

13      A.    My child attends school there.

14      Q.    Back then what grade was your child in?

15      A.    If that was two years ago, she should have

16 been in third grade.

17      Q.    Did you say you were picking up your

18 child?

19      A.    Picking up my child.  Parent pickup.

20      Q.    Okay.  Do you recall what time it was that

21 you arrived at that school that day?

22      A.    Because she gets out at 3:15, it had to be

23 between 3:15 and 3:20 or 3:25.  Not a specific time.

24 I usually get there between 3:15-3:25.

25      Q.    During that time period?

1        A.    Yes.

2        Q.    How many days a week back then did you

3   typically pick up your child?

4        A.    Five days a week.

5        Q.    So it sounds like you had, sort of, a

6   routine.

7        A.    Correct.

8        Q.    I'm going to ask you some questions, and I

9   really would like to know what your memory is for

10  this specific date, February -- I'm sorry,

11  January 14, 2014.  However, if you don't remember

12  what you specifically did, if your answer really

13  relates to what you typically did, just tell me that

14  you don't remember specifically what you did on this

15  date, but what you typically did is whatever it is.

16  Just so we can differentiate, because sometimes

17  people tend to -- you know, they don't remember a

18  specific date, they kind of remember what they

19  usually do, but they don't tell you that.  So I just

20  want you to make a distinction in your answer if you

21  don't have a specific memory of this particular

22  date.

23       A.    Okay.

24       Q.    Let me ask you, though, what is your

25  specific memory of your time at the school on

1    January 14, 2014?

2         A.   I did go to pick up my daughter.  I work,

3    and I always manage a way to get there to pick up my

4    daughter.  Between 3:15 and 3:25 that specific date

5    I went to pick her up.

6         Q.   Okay.  And I assume you drove your car

7    there?

8         A.   Yes.

9         Q.   And did you stay in your car to pick up

10   your daughter or did you get out of your car?

11        A.   I did get out.

12        Q.   Where did you leave your car?

13        A.   Right in front of -- facing the school you

14   can park right on the street.  So I parked, if

15   you're facing the school, all the way on the left,

16   the last spot, because it's the closest to walk to

17   the parent pickup area.

18             So I remembered I was excited to get that

19   spot, because I walk less.  So I parked there

20   and -- you want me to tell you what I witnessed?

21        Q.   Sure.

22        A.   I parked there.  At the same time that I

23   parked, I did see officers coming to the front of

24   the house, across the street.

25        Q.   Now, let me interrupt you one second.  Did

Page 10

1    you park on Avenue Q?

2         A.    Yes, Avenue Q.

3         Q.    Okay.  So that's the front of the school?

4         A.    That is the front of the school.

5         Q.    All right.  Go ahead.

6         A.    I arrived there.  I remember that it was

7    the very first parking on the street that

8    ends -- where the school ends.  I remember seeing

9    the officers, and because of the type of job that I

10   do, I said, oh, the Sheriff's office, I thought this

11   was Fort Pierce PD jurisdiction.  And I continued

12   walking to pick up my daughter.  So I went into the

13   parent pickup area, which is still outside the

14   school, and there are benches outside.

15        Q.    Is that like a driveway area?

16        A.    Yes, it is like a driveway.

17        Q.    Okay.

18        A.    I did hear the officers banging on the

19   door.  I remember hearing the loud music.  I didn't

20   pay attention to what kind of music it was.  I heard

21   it was music, and I could hear it across the street,

22   and I heard them banging on the door.

23        Q.    Do you know what door or doors they banged

24   on?

25        A.    I believe that it was the front door.

1    Q.   Do you know if one or both officers banged

2  on the front door?

3    A.   I'm not too sure about that.

4    Q.   And talking about the banging on the door,

5  is that something you saw or something you heard or

6  both?

7    A.   Both, heard and saw, because I said --

8  even a thought came to my head is, like, they have

9  to bang that hard because of the music.

10   Q.   Is that something, a thought that was in

11 your head?

12   A.   I thought that -- yes.

13   Q.   Then what do you remember?

14   A.   And then my daughter sits on the very

15 first benches, so she saw me, and we met kind of

16 halfway.  We returned to the car that was the first

17 car.  As soon as she entered the car -- I usually

18 open the door for her, she enters the car, and she

19 enters through the passenger side, but she sits in

20 the back, and then I walk around the car to get in

21 my car.  Once inside my car I had a complete view of

22 the house.  I was facing the house.  I was able to

23 look at the house.  By that time the Deputies were

24 standing by the driveway, and one on each side of

25 the driveway.  And I could see the driveway -- I'm

1   sorry, the garage door opening, and one of the

2   Deputies said something.  He yelled out something,

3   but I didn't pay attention.  I don't remember ever

4   understanding what he said.  He yelled out

5   something, and at the same time I saw them pulling

6   out their gun and I heard the shooting.  So my first

7   reaction was tell my daughter to get down on the

8   floor of the car.  And I wanted to get my daughter

9   and myself out of the situation, so I made a U-turn,

10  and I left.

11      Q.   Okay.  And where did you go, do you

12  remember?

13      A.   I went to my house.  I went down on

14  13th Street and I then got on I-95.

15      Q.   Let me back up and ask you some questions

16  and details.

17      A.   Okay.

18      Q.   Again, if you don't remember or you don't

19  know, that's okay to tell me that too.  Going back

20  to where you parked, did you park in a designated

21  parking spot?

22      A.   It's not designated.

23      Q.   Did you park along Avenue Q?

24      A.   It was right on Avenue Q.

25      Q.   Now, my understanding of the layout of the

1   school is that the school faces Avenue Q, and then

2   the parent pickup area is to the west side of the

3   school?

4        A.   Yes.  Correct.

5        Q.   And that the house where this incident

6   happened was also across the street of Avenue Q, but

7   also directly to the west of this school?

8        A.   Yes.  Correct.

9        Q.   Okay.  Did you park your vehicle between

10  the subject house and the parent pickup area?  Is

11  that where you parked, in that area?

12       A.   It's adjacent to his house.  I parked on

13  the corner of right on Avenue Q and on the west side

14  of the school, right at the end.

15       Q.   Is there a stop sign there, as far as you

16  know?

17       A.   There is no stop sign if you're

18  going west on Avenue Q.  There is no stop sign

19  there.  There is a stop sign when you exit the drive

20  of the school.

21       Q.   Okay.  So did you park next to the stop

22  sign for the exit of the school?

23       A.   Yes.  Yes.  Right at that stop sign.

24       Q.   Okay.  Would you say your car was on the

25  street or was it on the grass or something else?

1          A.    It was right on the street.

2          Q.    In which direction was your car facing

3    when you parked?

4          A.    It was facing west.

5          Q.    So am I correct then that your driver's

6    door would have been closer to this subject house

7    and your passenger door would have been closer to

8    the school?

9          A.    Correct.

10         Q.    Is that area right there where you parked

11   where there's that stop sign at the exit of the

12   school, is that where the parent pickup exits or

13   where the parents come in or both?

14         A.    Exit.  Only exit.

15         Q.    Were there cars exiting there when you and

16   your daughter went back to your car?

17         A.    Yes.

18         Q.    Can you tell me how many?  Was it busy?

19         A.    I remember one car being at the stop sign,

20   and I was here (indicating) parked inside my car,

21   and I remember seeing one car there.

22         Q.    And you mention -- so your car is facing

23   west?

24         A.    Correct.

25         Q.    Where is the entrance for all the parents

1    to come in?

2         A.    This is the exit -- I'm sorry.   The

3    entrance is one -- this is one entrance

4    (indicating).   This is the second entrance

5    (indicating).   So it's like a U.

6         Q.    In the school parking lot?

7         A.    At the school parking lot.   It's like

8    you're making a U, so you enter to one side, but I

9    was parked closer to the exit, not the entrance.

10        Q.    I understand.   And the entrance and exit

11   portion of the school there, are they together or

12   are the separated?

13        A.    They're separate.

14        Q.    Okay.   So there was one way in and one way

15   out?

16        A.    Correct.   Only one way in and one way out.

17        Q.    And you were parked closer to the one way

18   out?

19        A.    The exit, yes.

20        Q.    And it sounds like the back of your car

21   was closer to the stop sign than was the front of

22   your car?

23        A.    No.   The front of my car -- because the

24   stop sign is for the people exiting the driveway of

25   the school.

1       Q.    Right.

2       A.    And I parked right before the stop sign.

3       Q.    Right.  I thought I heard you say that

4  your car is facing west?

5       A.    It is facing west.  The exit is on

6  Avenue Q.  And that would be on the north side of

7  Avenue Q, if I'm correct.

8       Q.    Yes.  Okay.

9       A.    So I'm parked right on the northwest

10  corner of that street.

11       Q.    Of Avenue Q?

12       A.    Of Avenue Q.

13       Q.    And when you get in your vehicle that day,

14  looking in front of you, is that where the exit

15  driveway is?

16       A.    Correct.

17       Q.    Okay.  Is that also where the entrance

18  driveway is?

19       A.    It is on the same side, but it's a

20  separate entrance.

21       Q.    Okay.  When you're sitting in your vehicle

22  after you pick up your daughter, you said you were

23  able to see the house?

24       A.    Yes.  I was able to see the house.

25       Q.    So if I'm you sitting in your car, if I

1  look this way, to my right (demonstrating), there

2  would be the school and the pickup area?

3       A.   Yes.

4       Q.   And if I turned and looked more toward my

5  left at, say, a 45-degree angle, is that where you

6  saw the house?

7             THE WITNESS:  Correct.

8             MR. ROBERTS:  Form.

9             THE WITNESS:  Yes.

10 BY MS. BARRANCO

11      Q.   Okay.  Now, since Plaintiff's counsel was

12 objecting to the form of that question -- I was

13 trying to describe, and we don't have a video here,

14 so I don't want to put words in your mouth.  When

15 you were seated in your vehicle after getting your

16 daughter, if you were to look straight ahead, were

17 you able to see the house, or did have to turn your

18 head in any way to see the subject house?

19      A.   I don't have to turn my neck completely,

20 because it is a little down the street, so I'm able

21 to see the house without making a complete turn of

22 my neck.

23      Q.   Okay.  So you didn't have to look all the

24 way to your left shoulder?

25      A.   Correct.  No, I didn't have to turn my

Page 18

1    neck all the way to my left shoulder.

2        Q.   It was more in front and to the left of

3    you?

4        A.   In front and to my left, correct.

5        Q.   But across from Avenue Q?

6        A.   I was on Avenue Q, yes.

7        Q.   But you were parked on the school side,

8    not --

9        A.   Right.  Correct.

10       Q.   Now, when you saw these two officers, as

11   you mentioned, what were they wearing?

12       A.   Their green uniform.

13       Q.   Did you recognize them?  It sounds like

14   you did, but did you recognize them as being with

15   the St. Lucie County Sheriff's Office?

16       A.   Yes.

17       Q.   Did you recognize either of those

18   officers?

19       A.   Yes.

20       Q.   Who of the two did you recognize?

21       A.   Deputy Lopez.

22       Q.   And what does Deputy Lopez look like?

23       A.   I'm not sure about his height, but

24   probably close to, probably, 5' 9", darker skinned,

25   kind of my complexion.  He is a Hispanic male.

1      Q.    Okay.  How do you know him?

2      A.    From working other DCF investigations.  We

3  have worked together.

4      Q.    Would you say you're friends with

5  Deputy Lopez?

6      A.    No.

7      Q.    Just from business working?

8      A.    From business working and him assisting

9  with DCF investigations.

10      Q.    Now, did you recognize the other Deputy

11  that was on scene?

12      A.    No.

13      Q.    Can you describe other Deputy to me at

14  all?

15      A.    Other than he was a white male?

16      Q.    Did he appear to be taller or shorter or

17  the same height as Deputy Lopez?

18      A.    Not that I recall exactly how he looked.

19      Q.    Can you tell me what color his hair was?

20      A.    I think it was kind of gray.

21      Q.    Did you ever see who fired a gun or guns?

22      A.    No.

23      Q.    Did you ever see that garage door

24  completely open?

25      A.    No.

1          Q.   Did you ever see that garage door

2    completely down?

3          A.   No.

4          Q.   Describe for me how open or closed,

5    however you want to describe it, that you saw that

6    garage door.

7          A.   Everything happened so fast, and I

8    remembered when they were standing outside the

9    garage door as it was opening.  I think it was like

10   halfway of the door being opened they yelled out

11   something, and I remember seeing the garage door.

12   Once it was halfway open, it was going down.  And

13   that's when I decided to make a U-turn.  And I did

14   remember, the last thing I saw, seeing the door

15   going down, but I didn't remember seeing it

16   completely closed.

17         Q.   And then you said you made a U-turn, so

18   were you then making a U-turn to exit to the east?

19         A.   Correct, on Avenue Q.

20         Q.   Did you ever see anyone inside of the

21   garage?

22         A.   No.

23         Q.   Do you know why you didn't see anybody

24   inside the garage?

25         A.   No, I don't know why.  I just didn't see

1    anybody.  The door was only halfway open.

2         Q.   Can you describe the weather that day,

3    whether it was sunny or rainy, or do you have any

4    memory of that at all?

5         A.   It was sunny.

6         Q.   Had you ever seen that garage door open

7    before?

8         A.   No.  I never paid attention, actually, so

9    I don't remember seeing it open.

10        Q.   Now, you said you remember hearing loud

11   music?

12        A.   Correct.

13        Q.   At what point did you hear loud music?

14        A.   When I parked and I noticed them banging

15   on the door, and that thought that came to me that

16   they better bang hard enough for them to hear.

17        Q.   Inside the house?

18        A.   Right, for the people inside the house to

19   hear that someone is at the door.

20        Q.   Did you ever see anybody lift or lower

21   that garage door?

22        A.   No.

23        Q.   Could you tell in looking at it whether it

24   was an automatic garage door or a manual garage

25   door?

Page 22

1      A.    I would assume it was automatic.

2      Q.    Why would you assume that?

3      A.    Because I didn't see any feet once the

4  garage was opening, and that's what I'm assuming it

5  was automatic.

6      Q.    Do you remember if you could see anything

7  inside of the garage at all?

8      A.    No.

9      Q.    Do you remember if there was light coming

10  from the garage?

11      A.    No.  No, I didn't see any light.

12      Q.    But it was daytime?

13      A.    Correct.

14      Q.    Have you ever spoken to Deputy Lopez about

15  this incident?

16      A.    No.  In fact, I have not seen him since

17  that day.

18      Q.    Now, I asked you earlier about hearing

19  banging on the door or if you saw any banging on the

20  door.  I want to focus on what you saw.  Do you

21  recall actually seeing both officers banging on the

22  door or just one or --

23      A.    I don't remember if it was both.  I

24  remember -- and I don't remember which one was it.

25      Q.    Which door or which officer?

1        A.    Which officer was the one banging on the

2   door.  I remembered both being close to the door,

3   but I didn't see who was banging, but I heard the

4   banging.

5        Q.    And do you know if that was front door or

6   the garage door?

7        A.    I believe it was the front door.

8        Q.    And why do you think that?

9        A.    Because the front door is more inside

10  towards the house, and, kind of, the garage I could

11  see first rather than the house.  If I remember

12  correctly, I saw them on the side of the garage.

13       Q.    The officers?

14       A.    Correct, the officers.

15       Q.    Did you ever see anyone else in that

16  driveway during this incident?

17       A.    No.

18       Q.    Did you ever see -- well, do you know a

19  gentleman by the name of Joseph Hall?

20       A.    No.

21       Q.    Did you ever see a man with his child in

22  the vicinity of this house that we're talking about

23  during this incident?

24       A.    No.  I don't remember seeing -- actually,

25  I believe I saw a parent with a girl, with a child,

Page 24

1    but I think he was entering his vehicle.

2         Q.    At what point in all of that do you recall

3    seeing that?

4         A.    I think about the time I realized that I

5    needed to get out of there.  But as I was making

6    that decision to make the U-turn, I remember seeing

7    a car that was already trying to exit the driveway,

8    and then a black male with a child, but I can't

9    remember if they were already inside their car or

10   entering their truck.  I believe it was a truck.

11        Q.    Do you remember where that truck, or

12   whatever vehicle it was, where it was located in

13   comparison to you?

14        A.    How can I describe that.  I was on

15   Avenue Q, and that vehicle was on the street that is

16   on -- it should have been 15th Street, if I'm

17   correct.

18        Q.    Is that the street that goes right on the

19   east side of house in question?

20        A.    That's correct.  It's right next to the

21   house.

22        Q.    Did you recognize that person as being a

23   parent from the school?

24        A.    Yes.  Yes.  But I can't remember the

25   child.  I remember that day.  I remember the parent,

1    but I cannot recall the child.

2         Q.    Meaning who it was?

3         A.    I've seen the parent picking up a child

4    there before, but I don't remember who the child is.

5         Q.    Do you remember if it was a male child or

6    a female child?

7         A.    I think it was female child.

8         Q.    And, just so I understand, did you get

9    any -- did you ever see where this vehicle that has

10   the black male and the female child to the best that

11   you can recall, when you saw it, was this vehicle

12   moving or was it parked?

13        A.    I think it was parked, but I cannot be

14   100 percent sure.  It was -- I don't think it was

15   moving.

16        Q.    And you believe that was on 15th?

17        A.    Yes.  Right next to.

18        Q.    Avenue Q?

19        A.    Right.

20        Q.    Did you ever see that man drive his

21   vehicle anywhere, like which way he went, if

22   anywhere?

23        A.    No, I don't know.

24        Q.    So you just did a U-turn got out of there?

25        A.    And got out of there.

Page 26

1        Q.   You mentioned your daughter was sitting on

2   the closest benches, I think is what you said.

3        A.   (Witness nods head up and down.)

4        Q.   Did you mean the benches that were closest

5   to Avenue Q?

6        A.   Yes, correct.

7        Q.   But they're not on Avenue Q.

8        A.   No, they're not on Avenue Q.  The benches

9   are actually closer to the exit of that drive.

10       Q.   Okay.  When you were in your vehicle

11  seeing what you've told us, were your windows up or

12  down?

13       A.   They were up.

14       Q.   Did you have any air conditioning going,

15  radio on, anything like that?

16       A.   Air conditioner, yes.  First thing I do is

17  turn on my car and put on the A/C.

18       Q.   Okay.  Do you recall hearing the radio or

19  the music once you got back to your vehicle?

20       A.   I don't recall that.

21       Q.   Could it have been on and you just don't

22  remember?

23       A.   Yes.  Correct.  I just don't remember.

24       Q.   And, just to clarify, did you see one or

25  both Deputies with their guns out?

Page 27

1      A.    I remember seeing them with their hand

2  on -- putting their hand on their holster, both

3  actually had the gun out.

4      Q.    So you recall both Deputies putting their

5  hands on their holsters and pulling their guns out?

6      A.    Yes.  I remember them holding both their

7  guns.

8      Q.    Okay.  And I think I already asked you

9  this, so I apologize, but do you know who fired

10  their weapon or weapons?

11      A.    No, I couldn't tell.

12      Q.    Did you see what kind of vehicle or

13  vehicles the officers arrived in?

14      A.    In their patrol cars.

15      Q.    Was it one or more than one?

16      A.    Don't recall.

17      Q.    Do you remember if it was a marked patrol

18  car?

19      A.    Yes, a marked patrol car.

20      Q.    Do you know where they were parked?

21      A.    Right in front of the house.

22      Q.    Do you know what direction they were

23  facing?

24      A.    East of Avenue Q.

25      Q.    East of Avenue Q.  Were they parked on

1    Avenue Q?

2         A.   Yes.

3         Q.   Or were they parked between where you were

4    parked and the house, or farther away from where you

5    were parked on the other side of the house?

6         A.   I don't remember.  I remember they were

7    facing east, but I don't know how close.  Like in

8    front of the house, but I don't remember if it was

9    right in front of the house or a little further

10   down.  I don't remember.  I just remember seeing

11   them when they arrived, because they arrived at the

12   same time I arrived.

13        Q.   And were their vehicles facing towards

14   yours?

15        A.   Towards mine, yes.

16        Q.   So the nose of your car was facing west,

17   and the nose of their cars were facing east?

18        A.   Correct.

19        Q.   What kind of vehicle were you driving?

20        A.   A black Toyota Corolla.

21        Q.   Do you remember ever speaking to

22   law enforcement about that incident?

23        A.   Yes.

24        Q.   Do you remember telling them what you

25   recall seeing that day?

1    A.   Yes.

2    Q.   Did any law enforcement officer tell you

3  what to say during that statement?

4    A.   No.

5    Q.    Is there anything else about this incident

6  you recall that I haven't asked you about?

7    A.   No.

8    Q.   Do you have any -- back in

9  January of 2014, did you have any problems with your

10  eyesight?

11    A.   No.

12    Q.   Do you wear glasses?

13    A.   Yes.

14    Q.   Back in January of 2014, did you wear

15  glasses?

16    A.   Yes.

17    Q.    I see today you have sunglasses on top of

18  your head.  Do you wear contacts?

19    A.   No.

20    Q.   So right now you're just not wearing your

21  glasses?

22    A.   Correct.

23    Q.   Were you wearing your glasses back on the

24  subject date?

25    A.   No.   Because I only use them for when I

1    use the computer.  I don't need my glasses all the

2    time, only for computer.

3         Q.   Okay.  So do you believe your vision was

4    restricted during the subject incident?

5         A.   It was not restricted at all.

6         Q.   And same question as to your hearing.

7    Have you had any problems with your hearing?

8         A.   No.

9         Q.   As far as you're aware?

10        A.   No.

11        Q.   Okay.  Do you remember how many shots you

12   heard?

13        A.   No.  I don't remember.

14        Q.   Did you recognize them to be gunshots

15   right away?

16        A.   Yes.

17             MS. BARRANCO:  I have no further

18   questions for you, but he might.

19             MR. ROBERTS:  I have a just a few.

20                  CROSS-EXAMINATION

21   BY MR. ROBERTS

22        Q.   For purposes of this question only, I'm

23   going to call the area, the area in front of the

24   house where the shooting occurred --

25        A.   Uh-huh.

1      Q.    -- and the area where you were parked.

2      A.    Okay.

3      Q.    Who arrived to the area first, you or any

4   officer?

5      A.    From what I remember, we arrived at the

6   same time.

7      Q.    Okay.  And you got out of your car at some

8   point?

9      A.    Yes.

10     Q.    Okay.  And at any moment did you ever take

11  your eyes off those officers?

12     A.    Yes.

13     Q.    What were you doing?

14     A.    That was my main purpose, was to pick up

15  my daughter.

16     Q.    What grade was your daughter in?

17     A.    It was it was 2014, she was third grade,

18  two years ago.

19     Q.    Okay.  Do you know what time the bell

20  rings?

21     A.    3:15.

22     Q.    When you received a subpoena for this

23  deposition today, did you know what it was about?

24     A.    No.

25     Q.    How did you find out what it was about?

1       A.    I made a phone call, because I thought it

2   was something related to my work.

3       Q.    Who did you call?

4       A.    I called the number listed on the bottom,

5   (954) 462-3200.

6       Q.    Okay.  Who did you talk to?

7       A.    I don't recall the name.

8       Q.    Male or female?

9       A.    Female.

10       Q.    And what was said?

11       A.    That it was not regarding my work, it was

12   regarding the incident that happened, I think, it

13   was they said Avenue Q.  It was -- they said

14   something -- I cannot recall exactly what was said,

15   but it was -- they explained that it wasn't business

16   related, and it was to the incident that I

17   witnessed, and this is the only incident that I have

18   witnessed.

19       Q.    In your line of work, do you receive

20   subpoenas at home?

21       A.    No.

22       Q.    Have you ever received a subpoena before?

23       A.    Yes.

24       Q.    At work?

25       A.    Yes.

1      Q.    Okay.  How long did that conversation

2   occur with that person on the other phone?

3      A.    Not more than two minutes.

4      Q.    And at what point did you realize that you

5   knew what this was about?

6      A.    Because it wasn't business related, and

7   this is the only involvement I have had with

8   witnessing any type of incident.

9      Q.    Okay.  Now, how was it made known that you

10  witnessed this?  From the moment January 14

11  happened, this incident, how was it made known that

12  you witnessed this?

13     A.    Okay.  I made a phone call to the

14  Sheriff's Department.  I shared the information with

15  my coworker, and I said, you know, look, this is

16  what happened in front of my daughter's school, and

17  this and that, and she's like it will be helpful for

18  them to know what happened and you might want to

19  call them.  So I called the Sheriff's Department and

20  then they transferred me to the detective assigned,

21  and I went to speak with them.

22     Q.    Do you remember what the detective's name

23  was?

24     A.    I cannot remember.

25     Q.    Okay.  What number did you call?  Did you

1    call the nonemergency number or did you call 911?

2         A.    The nonemergency number.

3         Q.    Okay.  At some point you gave a statement.

4         A.    Yes.

5         Q.    Do you remember how soon after this

6    incident that you gave that statement?

7         A.    A few days, I want to say, after the

8    incident.

9         Q.    When you gave that statement, did they

10   make you swear to tell truth?

11        A.    Yes.

12        Q.    Did they have -- how many people were

13   there?

14        A.    I can't remember if it was only one or

15   two.  I don't remember if the second person stayed

16   or left.

17        Q.    Were these male or female?

18        A.    Male detectives.

19        Q.    Both male?

20        A.    Um-hmm.

21        Q.    Did anybody ask you what you saw before

22   you gave your statement?

23        A.    No.

24        Q.    When you talked to the detective on the

25   phone, how long was that conversation?

Page 35

1        A.    It wasn't on the phone, it was in person.

2        Q.    At some point -- you told me a minute ago

3   that they transferred you to the detective on the

4   phone.

5        A.    Oh, that's correct.

6        Q.    Did you tell that detective what you saw?

7        A.    No.  He asked me to come to his office for

8   me to provide a statement.

9        Q.    Okay.  How soon after did you do that?

10       A.    It was a few days later, if I remember

11  correctly.  I don't have a specific date.

12       Q.    Do you remember when you made that call,

13  was it the day of?

14       A.    No, it wasn't the day of the incident.

15       Q.    So you made it known to the St. Lucie

16  County Sheriff that you were a witness and you saw

17  something?

18       A.    Correct.

19       Q.    How many statements did you give?

20       A.    One.

21       Q.    Did you ever give any more?

22       A.    No.

23       Q.    Has anybody, other than today, asked you

24  about this?

25       A.    No.

```
 1        Q.    That's a bad question.   Has anybody, other

 2   than today, asked you this after you gave that

 3   statement?

 4        A.    No.   Well, I talked to the detective, and

 5   then I went to testify in court as well.

 6        Q.    Okay.   Tell us about that.

 7        A.    The same detective that I spoke to, he did

 8   tell me that I may be called to testify in court in

 9   front of a grand jury.

10        Q.    And you did that?

11        A.    I did that.

12        Q.    How long did you testify for?

13        A.    I don't remember.

14        Q.    Can you give me an estimate?

15        A.    Probably no more than seven minutes.

16        Q.    Did anybody ask you what you saw before

17   you gave that testimony?

18        A.    No.

19        Q.    Who was asking you questions at that

20   proceeding?

21        A.    I can't remember the person's name.

22        Q.    Was it someone in uniform?

23        A.    No.

24        Q.    Was it someone in a suit?

25        A.    Yes.
```

1      Q.    Was there a Judge?

2      A.    I don't remember.

3      Q.    Was that in a courtroom?

4      A.    Yes.

5      Q.    Do you remember what courthouse it was?

6      A.    The one on Second Street.

7      Q.    Is that the St. Lucie County Courthouse?

8      A.    Yes.  Correct.

9      Q.    You heard gunshots?

10     A.    Correct.

11     Q.    How many did you hear?

12     A.    I don't remember how many.

13     Q.    And was it at that point, and if I'm

14   mischaracterizing your testimony -- is it at that

15   point when you made the U-turn and got out of there?

16     A.    Correct.

17     Q.    At any point before you heard those

18   gunshots, did you ever feel threatened?

19     A.    Before that, no.

20     Q.    Have you ever felt threatened by anybody

21   at that house?

22     A.    No.

23     Q.    Have you ever heard music at that house

24   before?

25     A.    Not that I paid attention to.

Page 38

1        Q.   Did that music bother you that day?

2        A.   I didn't hear what the music was saying.

3        Q.   Okay.  And forgive me if we're rehashing

4   what Ms. Barranco asked you earlier, but when you

5   were sitting in your car and you were witnessing

6   this, were your windows down?

7        A.   No, they were up.

8        Q.   Up?  And you could hear music?

9        A.    I don't remember, once I got back inside

10  my car, if I could hear music or not.  I remember

11  hearing the music when I arrived and I exited my

12  car, but once I got back I don't recall about the

13  music.

14       Q.   Did you hear them banging on the door?

15       A.   Yes.

16       Q.   And saw them banging on the door?

17       A.   Yes.

18       Q.   Is it normal for you to ride with the

19  windows down?

20       A.   My windows weren't down.

21       Q.   Okay.  Tell me about your habit, I guess,

22  of riding in your car.  Do you ever ride with the

23  windows down?

24       A.   No.

25       Q.   Just A/C?

1    A.    Yes.

2    Q.    Do you listen to the radio?  Tell me about

3  your listening habits as far as the radio, if you do

4  listen to the radio.

5    A.    We do listen to the radio, but I make it a

6  habit at every time I pick up my daughter, now my

7  daughters, they both go to school there now, she's

8  younger, but I don't turn on the radio until I ask

9  them questions.  We talk about their day first.  So

10  automatically go into my car and the A/C.  That's

11  all I do, and then we talk.

12    Q.    Have you talked to your daughter about

13  what happened here that day?

14    A.    Only the day of the incident, because she

15  pretty much saw what happened, too, and I wanted to

16  make sure she understood she was going to be safe.

17    Q.    Okay.  And have you done any independent

18  research after this as to what happened after you

19  did that U-turn?

20    A.    I just remember just listening to the

21  news, but no research on the computer or anything.

22    Q.    What do you remember?

23    A.    When I got home I turned on the news, and

24  I remember that they were waiting to enter the home.

25  I remember by then I knew that the music -- someone

Page 40

1   from the school had called 911 to ask this person to

2   lower their music because he was using profanity.

3   And then in the late hours, then they found out the

4   person inside the house was dead.

5       Q.   Okay.  And I want to -- I know we ask a

6   lot of questions about where you were, and for

7   purposes of this question, I'm going to show you a

8   map.

9       A.   Okay.

10      Q.   At least an aerial.  And I probably won't

11  attach this as an exhibit, but can you point to

12  where you were, where your car was?

13      A.   This is the school (indicating)?

14      Q.   You tell me.

15      A.   I see 1501 Avenue Q.  No, this is the

16  school.  I was parked right here (indicating).

17      Q.   Okay.  So you were near the corner?

18      A.   Yes.

19      Q.   Was it -- of the exit lane?

20      A.   Yes.  Correct.

21      Q.   Were you right on the corner?

22      A.   Yes.  I was the first car.  Because there

23  used to be a sign there that said "No Parking," and

24  then I parked on the very first spot.

25      Q.   Okay.  That helps me a lot.

1       A.   You're welcome.

2       Q.   I hope it helps Summer, too.  Okay.  When

3   you gave your initial statement, it sounds like you

4   gave -- this will be the third time you have given

5   an official statement; is that fair?

6       A.   Yes.  I spoke to the detective, then in

7   court, and now here.

8       Q.   When you gave that first statement, did

9   they tell you that they were recording it?

10      A.   Yes.

11      Q.   Did they get your permission to do so?

12      A.   Yes.

13      Q.   You heard the Deputies yell something, but

14  you can't tell me what that was?

15      A.   Correct.

16      Q.   Did you see anybody other than the two

17  Deputies with guns?

18      A.   No.

19           MR. ROBERTS:  I have no further

20  questions.

21           MS. BARRANCO:  And I have just a

22  couple of follow-ups.

23                REDIRECT EXAMINATION

24  BY MS. BARRANCO

25      Q.   You mentioned that after you received the

1    subpoena for today's deposition that you called the

2    number on the subpoena and spoke to someone.  Was

3    that someone me?

4         A.    I don't remember the name.

5         Q.    Okay.  In talking to me today, do you

6    recognize my voice?

7         A.    I speak with so many people all day,

8    so --

9         Q.    As an officer of the court I'll say I've

10   never spoken with you before, but I want to make

11   sure whether or not you believe you've spoken with

12   me.

13        A.    Like I said, I speak with so many people

14   throughout the day that I couldn't recognize the

15   person who called me.

16        Q.    Okay.  Did the person that -- you just

17   said the person that called you; do you mean the

18   person that you called?

19        A.    I called.  I'm sorry.

20        Q.    Okay.  Just to clarify.  Did the person

21   that you spoke with, that you called, when you got

22   the subpoena, did that person ever tell you what to

23   say during the deposition today?

24        A.    No.

25        Q.    Did that person ever tell you any of the

Page 43

1    details of the incident?

2         A.    No.

3         Q.    Other than what you told us here today, do

4    you remember anything else about that conversation

5    with this person?

6         A.    No.

7         Q.    Now, did you know Gregory Hill, Jr.?

8         A.    No.

9         Q.    Did you know Terrica Monique Davis?

10        A.    I don't know who they are.

11              MR. ROBERTS:   Or Terrica Davis?

12   BY MS. BARRANCO

13        Q.    Or Terrica or Monique Davis?

14        A.    No.

15        Q.    Do you know someone that used to be a

16   student at Frances K. Sweet, Destiny Hill?

17        A.    No.

18        Q.    Or Aryanna Hill?

19        A.    No.

20              MS. BARRANCO:   I have no further

21   questions then.   You have the right to read the

22   deposition, if it gets ordered.   If it gets ordered

23   it will get typed up in a little booklet format, and

24   you have the right to read that to see whether or

25   not the court reporter took down everything

1    accurately that was said here today.

2                    THE WITNESS:  Okay.

3                    MS. BARRANCO:  That's your decision

4    to make.  It's something that you need to tell the

5    court reporter now.  You can always say you want to

6    read it and then you can decide to waive it, but if

7    you waive it, you can't read it.  So it's up to

8    whether you want to read it for accuracy or not.

9                    THE WITNESS:  Yeah, I would like to

10   read it.

11                   MS. BARRANCO:  Thank you so much for

12   your time.

13              (Deposition concluded at 2:37 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

```
1    STATE OF FLORIDA        )
                             :   SS
2    COUNTY OF ST. LUCIE     )

3

4                    CERTIFICATE OF OATH

5        I, SUZANNE K. BADLEY, a Notary Public of the

6    State of Florida at Large, authorized to administer

7    oaths, certify that Lizbeth Enriquez-Ruiz was by me

8    first duly sworn to tell the truth.

9        Dated this 14th day of November, 2016.

10

11                    _____
                      SUZANNE K. BADLEY
12                    My Commission Expires:
                      August 16, 2019
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 46

```
 1   STATE OF FLORIDA       )
                            :  SS
 2   COUNTY OF ST. LUCIE    )

 3

 4                  REPORTER'S CERTIFICATE

 5

 6        I, SUZANNE K. BADLEY, a Shorthand Reporter,

 7   certify that the foregoing deposition, Pages 1

 8   through 44 inclusive, of Lizbeth Enriquez-Ruiz was

 9   stenographically reported by me and is a true and

10   accurate transcription of said deposition of

11   Terrica Davis.

12            I certify further I am neither

13   attorney nor counsel for, nor related to, nor

14   employed by any of the parties to the action

15   in which the deposition is taken and, further,

16   that I am not a relative or an employee

17   of any attorney or counsel employed in this

18   case, nor am I financially interested in the

19   outcome of this action.

20        Dated this 14th day of November, 2016.

21

22        _____
                SUZANNE K. BADLEY

23

24

25
```

1    VIOLA BRYANT, ET AL, V. SHERIFF KEN MASCARA, ET AL.

2    DEPOSITION OF LIZBETH ENRIQUEZ-RUIZ

3                        ERRATA SHEET

4    PAGE LINE    READS              SHOULD READ

5    ____ ____  _____  _____

6    ____ ____  _____  _____

7    ____ ____  _____  _____

8    ____ ____  _____  _____

9    ____ ____  _____  _____

10   ____ ____  _____  _____

11   ____ ____  _____  _____

12   ____ ____  _____  _____

13   ____ ____  _____  _____

14   ____ ____  _____  _____

15   ____ ____  _____  _____

16   ____ ____  _____  _____

17   ____ ____  _____  _____

18   ____ ____  _____  _____

19   ____ ____  _____  _____

20

21   Under penalties of perjury, I declare that I have read the
     foregoing document and that the facts stated in it are
22   true.

23

     _____
24   DATE                        LIZBETH ENRIQUEZ-RUIZ

25   CC:

Page 48

1                          November 14, 2016

2   Ms. Lizbeth Enriquez-Ruiz
    1422 SW Bargello Avenue
3   Port St. Lucie, FL 34953

4   In Re:  October 4, 2016 deposition of Viola Bryant
            Viola Bryant, et al. v. Sheriff Ken Mascara, et
5   al.

6   Dear Madam:

7        This letter is to advise that the transcript for the
    above-referenced deposition has been completed and is
8   available for review.  Please contact our office at
    (800)635-9193 to make arrangements for read and sign or
9   sign below to waive review of this transcript.

10       It is suggested that the review of this transcript be
    completed within 30 days of your receipt of this letter,
11  as considered reasonable under Federal Rules*; however,
    there is no Florida Statute to this regard.

12
         The original of this transcript has been forwarded to
13  the ordering party and your errata, once received, will be
    forwarded to all ordering parties for inclusion in the
14  transcript.

15                      Sincerely,

16
                        Suzanne K. Badley
17                      Court Reporters, Inc.

18  CC:

19  Waiver:

20  I, _____, hereby waive the reading &
    signing of my deposition transcript.

21
    _____    _____
22  Deponent Signature                   Date

23  *Federal Civil Procedure Rule 30(e)/Florida Civil
    Procedure Rule 1.310(e).

24

25

**A**

**A/C** 26:17 38:25
  39:10
**able** 11:22 16:23,24
  17:17,20
**above-referenced**
  48:7
**Abuse** 7:5
**acceptable** 6:4
**accuracy** 44:8
**accurate** 46:10
**accurately** 44:1
**action** 46:14,19
**address** 6:18
**adjacent** 13:12
**administer** 45:6
**advise** 48:7
**aerial** 40:10
**afternoon** 4:9,12
  7:9
**ago** 5:3 7:15 31:18
  35:2
**ahead** 10:5 17:16
**air** 26:14,16
**al** 47:1,1 48:4,5
**angle** 17:5
**answer** 5:11 6:1,3,4
  6:7 8:12,20
**answers** 5:7
**anybody** 5:6 20:23
  21:1,20 34:21
  35:23 36:1,16
  37:20 41:16
**apologize** 27:9
**appear** 19:16
**APPEARANCES**
  2:1
**appreciate** 4:19
**area** 9:17 10:13,15
  13:2,10,11 14:10
  17:2 30:23,23
  31:1,3
**arrangements** 48:8
**arrived** 7:21 10:6
  27:13 28:11,11,12
  31:3,5 38:11
**Aryanna** 43:18
**asked** 22:18 27:8
  29:6 35:7,23 36:2

38:4
**asking** 6:2 36:19
**assigned** 33:20
**assisting** 19:8
**assume** 9:6 22:1,2
**assuming** 22:4
**attach** 40:11
**attends** 7:13
**attention** 10:20
  12:3 21:8 37:25
**attorney** 1:18 4:16
  46:13,17
**August** 45:12
**authorized** 45:6
**automatic** 21:24
  22:1,5
**automatically**
  39:10
**available** 48:8
**Avenue** 1:17 6:19
  6:19 10:1,2 12:23
  12:24 13:1,6,13
  13:18 16:6,7,11
  16:12 18:5,6
  20:19 24:15 25:18
  26:5,7,8 27:24,25
  28:1 32:13 40:15
  48:2
**aware** 30:9

**B**

**B-A-R-G-E-L-L-O**
  6:19
**back** 6:12,16 7:14
  8:2 11:20 12:15
  12:19 14:16 15:20
  26:19 29:8,14,23
  38:9,12
**bad** 36:1
**Badley** 1:19 45:5
  45:11 46:6,22
  48:16
**bang** 11:9 21:16
**banged** 10:23 11:1
**banging** 10:18,22
  11:4 21:14 22:19
  22:19,21 23:1,3,4
  38:14,16
**Bargello** 6:19 48:2

**Barranco** 2:6,6 3:5
  3:6 4:8,16 17:10
  30:17 38:4 41:21
  41:24 43:12,20
  44:3,11
**believe** 10:25 23:7
  23:25 24:10 25:16
  30:3 42:11
**bell** 31:19
**benches** 10:14
  11:15 26:2,4,8
**best** 5:23 25:10
**better** 21:16
**big** 5:16
**bit** 6:17
**black** 24:8 25:10
  28:20
**booklet** 43:23
**bother** 38:1
**bottom** 32:4
**Boulevard** 2:4,7
**Bryant** 1:4 47:1
  48:4,4
**business** 19:7,8
  32:15 33:6
**busy** 14:18

**C**

**C** 4:1
**call** 30:23 32:1,3
  33:13,19,25 34:1
  34:1 35:12
**called** 4:5 32:4
  33:19 36:8 40:1
  42:1,15,17,18,19
  42:21
**Capacity** 1:8
**car** 9:6,9,10,12
  11:16,17,17,18,20
  11:21,21 12:8
  13:24 14:2,16,19
  14:20,21,22 15:20
  15:22,23 16:4,25
  24:7,9 26:17
  27:18,19 28:16
  31:7 38:5,10,12
  38:22 39:10 40:12
  40:22
**cars** 14:15 27:14

28:17
**case** 1:3 46:18
**CC** 47:25 48:18
**Certificate** 3:7,8
  45:4 46:4
**certify** 45:7 46:7,12
**child** 7:5,13,14,18
  7:19 8:3 23:21,25
  24:8,25 25:1,3,4,5
  25:6,7,10
**Children** 7:3
**Christopher** 1:9
  4:18
**Civil** 48:23,23
**clarify** 26:24 42:20
**close** 18:24 23:2
  28:7
**closed** 20:4,16
**closer** 14:6,7 15:9
  15:17,21 26:9
**closest** 9:16 26:2,4
**Code** 6:21
**color** 19:19
**come** 14:13 15:1
  35:7
**comes** 5:20
**coming** 9:23 22:9
**Commission** 45:12
**comparison** 24:13
**complete** 11:21
  17:21
**completed** 48:7,10
**completely** 17:19
  19:24 20:2,16
**complexion** 18:25
**computer** 30:1,2
  39:21
**concluded** 44:13
**conditioner** 26:16
**conditioning** 26:14
**considered** 48:11
**contact** 48:8
**contacts** 29:18
**continued** 10:11
**conversation** 33:1
  34:25 43:4
**corner** 13:13 16:10
  40:17,21
**Corolla** 28:20

**correct** 4:21 8:7
  13:4,8 14:5,9,24
  15:16 16:7,16
  17:7,25 18:4,9
  20:19 21:12 22:13
  23:14 24:17,20
  26:6,23 28:18
  29:22 35:5,18
  37:8,10,16 40:20
  41:15
**correctly** 23:12
  35:11
**counsel** 17:11
  46:13,17
**County** 1:9 4:17
  18:15 35:16 37:7
  45:2 46:2
**couple** 41:22
**court** 1:1,16 5:5,13
  36:5,8 41:7 42:9
  43:25 44:5 48:17
**courthouse** 37:5,7
**courtroom** 37:3
**coworker** 33:15
**Cross-Examinati…**
  3:6 30:20
**currently** 6:17,24

**D**

**D** 4:1
**darker** 18:24
**date** 1:14 8:10,15
  8:18,22 9:4 29:24
  35:11 47:24 48:22
**Dated** 45:9 46:20
**daughter** 9:2,4,10
  10:12 11:14 12:7
  12:8 14:16 16:22
  17:16 26:1 31:15
  31:16 39:6,12
**daughter's** 33:16
**daughters** 39:7
**Davis** 43:9,11,13
  46:11
**day** 7:21 16:13 21:2
  22:17 24:25 28:25
  35:13,14 38:1
  39:9,13,14 42:7
  42:14 45:9 46:20

**days** 8:2,4 34:7
  35:10 48:10
**daytime** 22:12
**DCF** 19:2,9
**dead** 40:4
**deal** 5:16
**Dear** 48:6
**decide** 44:6
**decided** 20:13
**decision** 24:6 44:3
**declare** 47:21
**Defendant** 1:18 2:6
**Defendants** 1:10
**Delaware** 1:17
**demonstrating**
  17:1
**Department** 7:3
  33:14,19
**Deponent** 48:22
**deposition** 1:13 5:1
  31:23 42:1,23
  43:22 44:13 46:7
  46:10,15 47:2
  48:4,7,20
**Deputies** 11:23
  12:2 26:25 27:4
  41:13,17
**Deputy** 4:18 18:21
  18:22 19:5,10,13
  19:17 22:14
**describe** 17:13
  19:13 20:4,5 21:2
  24:14
**designated** 12:20
  12:22
**Destiny** 43:16
**details** 12:16 43:1
**detective** 33:20
  34:24 35:3,6 36:4
  36:7 41:6
**detective's** 33:22
**detectives** 34:18
**differentiate** 8:16
**difficulty** 5:14
**Direct** 3:5 4:7
**direction** 14:2
  27:22
**directly** 13:7
**distinction** 8:20

**DISTRICT** 1:1,1
**document** 47:21
**doing** 5:10 31:13
**door** 10:19,22,23
  10:25 11:2,4,18
  12:1 14:6,7 19:23
  20:1,6,9,10,11,14
  21:1,6,15,19,21
  21:24,25 22:19,20
  22:22,25 23:2,2,5
  23:6,7,9 38:14,16
**doors** 10:23
**drive** 13:19 25:20
  26:9
**driver's** 14:5
**driveway** 10:15,16
  11:24,25,25 15:24
  16:15,18 23:16
  24:7
**driving** 28:19
**drove** 9:6
**duly** 4:5 45:8

**E**
**E** 4:1,1
**E-N-R-I-Q-U-E-Z**
  4:14
**earlier** 22:18 38:4
**east** 2:7 20:18
  24:19 27:24,25
  28:7,17
**either** 6:5 18:17
**Elementary** 6:13
  7:10
**employed** 6:25 7:6
  46:14,17
**employee** 46:16
**ends** 10:8,8
**enforcement** 28:22
  29:2
**Enriquez-Ruiz**
  1:13 3:4 4:4,13
  45:7 46:8 47:2,24
  48:2
**enter** 15:8 39:24
**entered** 11:17
**entering** 24:1,10
**enters** 11:18,19
**entirely** 6:4

**entrance** 14:25
  15:3,3,4,9,10
  16:17,20
**errata** 3:8 47:3
  48:13
**ESQ** 2:2,3,6
**Estate** 1:5
**estimate** 36:14
**et** 47:1,1 48:4,4
**exactly** 19:18 32:14
**Examination** 3:5,6
  4:7 41:23
**examined** 4:6
**excited** 9:18
**exhibit** 40:11
**EXHIBITS** 3:14
**exit** 13:19,22 14:11
  14:14,14 15:2,9
  15:10,19 16:5,14
  20:18 24:7 26:9
  40:19
**exited** 38:11
**exiting** 14:15 15:24
**exits** 14:12
**Expires** 45:12
**explained** 32:15
**eyes** 31:11
**eyesight** 29:10

**F**
**faces** 13:1
**facing** 9:13,15
  11:22 14:2,4,22
  16:4,5 27:23 28:7
  28:13,16,17
**fact** 22:16
**facts** 47:21
**fair** 41:5
**Families** 7:3
**far** 13:15 30:9 39:3
**farther** 28:4
**fashion** 5:8
**fast** 20:7
**February** 8:10
**federal** 4:18 48:11
  48:23
**feel** 5:8 37:18
**feet** 22:3
**felt** 37:20

**female** 25:6,7,10
  32:8,9 34:17
**financially** 46:18
**find** 31:25
**fired** 19:21 27:9
**first** 4:5,13 10:7
  11:15,16 12:6
  23:11 26:16 31:3
  39:9 40:22,24
  41:8 45:8
**Five** 8:4
**F1** 2:4,7 48:3
**floor** 12:8
**Florida** 1:1,17,20
  7:10 45:1,6 46:1
  48:11
**focus** 22:20
**follow-ups** 41:22
**follows** 4:6
**foregoing** 46:7
  47:21
**forgive** 38:3
**forgot** 5:16
**form** 17:8,12
**format** 43:23
**Fort** 1:17 2:7 7:10
  10:11
**forwarded** 48:12
  48:13
**found** 40:3
**Fraces** 6:13
**Frances** 7:9 43:16
**free** 5:8
**friends** 19:4
**front** 9:13,23 10:3
  10:4,25 11:2
  15:21,23 16:14
  18:2,4 23:5,7,9
  27:21 28:8,9
  30:23 33:16 36:9
**full** 4:10
**further** 28:9 30:17
  41:19 43:20 46:12
  46:15

**G**
**G** 4:1
**garage** 12:1 19:23
  20:1,6,9,11,21,24

  21:6,21,24,24
  22:4,7,10 23:6,10
  23:12
**gentleman** 23:19
**getting** 17:15
**girl** 23:25
**Giuffreda** 2:6
**give** 35:19,21 36:14
**given** 4:25 41:4
**glasses** 29:12,15,21
  29:23 30:1
**go** 9:2 10:5 12:11
  39:7,10
**goes** 24:18
**going** 8:8 12:19
  13:18 20:12,15
  26:14 30:23 39:16
  40:7
**good** 4:9,12,15 6:24
**grade** 7:14,16
  31:16,17
**grand** 36:9
**grass** 13:25
**gray** 19:20
**green** 18:12
**Gregory** 1:5 43:7
**guess** 38:21
**gun** 12:6 19:21
  27:3
**guns** 19:21 26:25
  27:5,7 41:17
**gunshots** 30:14
  37:9,18

**H**
**habit** 38:21 39:6
**habits** 39:3
**hair** 19:19
**halfway** 11:16
  20:10,12 21:1
**Hall** 4:10
**hand** 27:1,2
**hands** 27:5
**happened** 6:12
  13:6 20:7 32:12
  33:11,16,18 39:13
  39:15,18
**hard** 11:9 21:16
**head** 5:9 11:8,11

17:18 26:3 29:18
**hear** 10:18,21
  21:13,16,19 37:11
  38:2,8,10,14
**heard** 10:20,22
  11:5,7 12:6 16:3
  23:3 30:12 37:9
  37:17,23 41:13
**hearing** 10:19
  21:10 22:18 26:18
  30:6,7 38:11
**height** 18:23 19:17
**helpful** 33:17
**helps** 40:25 41:2
**Hill** 1:5 43:7,16,18
**Hispanic** 18:25
**holding** 27:6
**holster** 27:2
**holsters** 27:5
**home** 32:20 39:23
  39:24
**hope** 41:2
**hopefully** 4:23
**hours** 40:3
**house** 9:24 11:22
  11:22,23 12:13
  13:5,10,12 14:6
  16:23,24 17:6,17
  17:18,21 21:17,18
  23:10,11,22 24:19
  24:21 27:21 28:4
  28:5,8,9 30:24
  37:21,23 40:4
**hyphen** 4:14

**I**

**I-95** 12:14
**incident** 6:12 13:5
  22:15 23:16,23
  28:22 29:5 30:4
  32:12,16,17 33:8
  33:11 34:6,8
  35:14 39:14 43:1
**inclusion** 48:13
**inclusive** 46:8
**independent** 39:17
**INDEX** 3:1
**indicating** 14:20
  15:4,5 40:13,16

**information** 33:14
**initial** 41:3
**inside** 11:21 14:20
  20:20,24 21:17,18
  22:7 23:9 24:9
  38:9 40:4
**interested** 46:18
**interrupt** 9:25
**Investigation** 7:5
**investigations** 19:2
  19:9
**involvement** 33:7

**J**

**Jacksonville** 2:4
**January** 6:12 7:8
  8:11 9:1 29:9,14
  33:10
**job** 10:9
**John** 2:3,3
**Jolly** 2:6
**Joseph** 23:19
**jphillps@floridaj...**
  2:5
**Jr** 1:5 43:7
**Judge** 37:1
**jurisdiction** 10:11
**jury** 36:9

**K**

**K** 1:19 6:13 7:9
  43:16 45:5,11
  46:6,22 48:16
**Ken** 1:8 47:1 48:4
**kind** 8:18 10:20
  11:15 18:25 19:20
  23:10 27:12 28:19
**knew** 33:5 39:25
**know** 5:23 6:1,2,4
  6:14 8:9,17 10:23
  11:1 12:19 13:16
  19:1 20:23,25
  23:5,18 25:23
  27:9,20,22 28:7
  31:19,23 33:15,18
  40:5 43:7,9,10,15
**knowledge** 6:10
**known** 33:9,11
  35:15

**L**

**L-I-Z-B-E-T-H**
  4:13
**lane** 40:19
**Large** 1:20 45:6
**late** 40:3
**Lauderdale** 2:7
**law** 2:3 28:22 29:2
**lawsuit** 4:18
**layout** 12:25
**leave** 9:12
**left** 9:15 12:10 17:5
  17:24 18:1,2,4
  34:16
**letter** 3:9 48:7,10
**lift** 21:20
**light** 22:9,11
**line** 32:19 47:4
**listed** 32:4
**listen** 39:2,4,5
**listening** 39:3,20
**little** 6:16 17:20
  28:9 43:23
**Lizbeth** 1:13 3:4
  4:4,13 45:7 46:8
  47:2,24 48:2
**LLC** 2:3
**located** 24:12
**long** 4:24 7:6 33:1
  34:25 36:12
**look** 11:23 17:1,16
  17:23 18:22 33:15
**looked** 17:4 19:18
**looking** 16:14
  21:23
**Lopez** 18:21,22
  19:5,17 22:14
**lot** 15:6,7 40:6,25
**loud** 10:19 21:10
  21:13
**lower** 21:20 40:2
**Lucie** 1:9 4:17 6:18
  6:20 18:15 35:15
  37:7 45:2 46:2
  48:3

**M**

**M** 2:3,3,6
**Madam** 48:6

**main** 31:14
**making** 15:8 17:21
  20:18 24:5
**male** 18:25 19:15
  24:8 25:5,10 32:8
  34:17,18,19
**man** 23:21 25:20
**manage** 9:3
**manual** 21:24
**map** 40:8
**marked** 27:17,19
**Mascara** 1:8 47:1
  48:4
**mean** 26:4 42:17
**Meaning** 25:2
**means** 5:6
**memory** 6:10 8:9
  8:21,25 21:4
**mention** 14:22
**mentioned** 18:11
  26:1 41:25
**met** 11:15
**mine** 28:15
**minute** 35:2
**minutes** 33:3 36:15
**mischaracterizing**
  37:14
**moment** 31:10
  33:10
**Monique** 43:9,13
**mouth** 17:14
**moving** 25:12,15
**music** 10:19,20,21
  11:9 21:11,13
  26:19 37:23 38:1
  38:2,8,10,11,13
  39:25 40:2

**N**

**N** 4:1
**name** 4:10,10,12,13
  4:14,15 23:19
  32:7 33:22 36:21
  42:4
**near** 40:17
**neck** 17:19,22 18:1
**need** 5:7 30:1 44:4
**needed** 24:5
**neither** 46:12

**never** 21:8 42:10
**Newman** 1:9 4:18
**news** 39:21,23
**nine** 7:7
**NO.2:16-cv-1407...**
  1:3
**nods** 26:3
**None-** 3:15
**nonemergency**
  34:1,2
**nonverbal** 5:14
**normal** 38:14
**north** 16:6
**northwest** 16:9
**nose** 28:16,17
**Notary** 1:19 45:5
**noticed** 21:14
**November** 45:9
  46:20 48:1
**number** 32:4 33:25
  34:1,2 42:2

**O**

**O** 4:1
**Oath** 3:7 45:4
**oaths** 45:7
**objecting** 17:12
**occur** 33:2
**occurred** 30:24
**October** 1:14 48:4
**office** 2:3 10:10
  18:15 35:7 48:8
**officer** 22:25 23:1
  29:2 31:4 42:9
**officers** 9:23 10:9
  10:18 11:1 18:10
  18:18 22:21 23:13
  23:14 27:13 31:11
**official** 1:8 41:5
**oh** 10:10 35:5
**okay** 4:23 5:4,12,15
  5:21,25 6:8,16
  7:20 8:23 9:6
  10:3,17 12:11,17
  12:19 13:9,21,24
  15:14 16:8,17,21
  17:11,23 19:1
  26:10,18 27:8
  30:3,11 31:2,7,10

31:19 32:6 33:1,9
33:13,25 34:3
35:9 36:6 38:3,21
39:17 40:5,9,17
40:25 41:2 42:5
42:16,20 44:2
**once** 11:21 20:12
22:3 26:19 38:9
38:12 48:13
**open** 11:18 19:24
20:4,12 21:1,6,9
**opened** 20:10
**opening** 12:1 20:9
22:4
**ordered** 43:22,22
**ordering** 48:13,13
**original** 48:12
**Ortega** 2:4
**outcome** 46:19
**outside** 10:13,14
20:8

**P**

**P** 4:1
**P.A** 2:6
**p.m** 44:13
**PAGE** 3:5 47:4
**Pages** 46:7
**paid** 21:8 37:25
**parent** 7:19 9:17
10:13 13:2,10
14:12 13:25 24:23
24:25 25:3
**parents** 14:13,25
**park** 9:14 10:1
12:20,23 13:9,21
**parked** 9:14,19,22
9:23 12:20 13:11
13:12 14:3,10,20
15:9,17 16:2,9
18:7 21:14 25:12
25:13 27:20,25
28:3,4,5 31:1
40:16,24
**parking** 10:7 12:21
15:6,7 40:23
**particular** 8:21
**parties** 46:14 48:13
**party** 48:13

**passenger** 11:19
14:7
**patrol** 27:14,17,19
**pay** 10:20 12:3
**PD** 10:11
**penalties** 47:21
**people** 8:17 15:24
21:18 34:12 42:7
42:13
**percent** 25:14
**period** 7:25
**perjury** 47:21
**permission** 41:11
**person** 24:22 33:2
34:15 35:1 40:1,4
42:15,16,17,18,20
42:22,25 43:5
**person's** 36:21
**Personal** 1:4
**Phillips** 2:3,3
**phone** 32:1 33:2,13
34:25 35:1,4
**pick** 8:3 9:2,3,5,9
10:12 16:22 31:14
39:6
**picking** 7:17,19
25:3
**pickup** 7:19 9:17
10:13 13:2,10
14:12 17:2
**Pierce** 1:17 7:10
10:11
**PLACE** 1:16
**Plaintiff** 1:6 2:2
**Plaintiff's** 17:11
**please** 4:9 5:10,23
48:8
**PM** 1:15,15
**point** 21:13 24:2
31:8 33:4 34:3
35:2 37:13,15,17
40:11
**Port** 6:18,20 48:3
**portion** 15:11
**pretty** 39:15
**probably** 18:24,24
36:15 40:10
**problems** 29:9 30:7
**Procedure** 48:23,23

**proceeding** 36:20
**process** 4:25
**profanity** 40:2
**provide** 35:8
**Public** 1:19 45:5
**pulling** 12:5 27:5
**Purdy** 2:6
**purpose** 31:14
**purposes** 30:22
40:7
**put** 17:14 26:17
**putting** 27:2,4

**Q**

**question** 5:22,24
6:2 17:12 24:19
30:6,22 36:1 40:7
**questions** 5:7 8:8
12:15 30:18 36:19
39:9 40:6 41:20
43:21

**R**

**R** 4:1
**R-U-I-Z** 4:14
**radio** 26:15,18 39:2
39:3,4,5,8
**rainy** 21:3
**reaction** 12:7
**read** 3:9 43:21,24
44:6,7,8,10 47:4
47:21 48:8
**reading** 48:20
**READS** 47:4
**realize** 33:4
**realized** 24:4
**really** 8:9,12
**reason** 6:3
**reasonable** 48:11
**recall** 7:20 19:18
22:21 24:2 25:1
25:11 26:18,20
27:4,16 28:25
29:6 32:7,14
38:12
**receipt** 48:10
**receive** 32:19
**received** 4:21 31:22
32:22 41:25 48:13
**recognize** 18:13,14

18:17,20 19:10
24:22 30:14 42:6
42:14
**record** 4:11,15 5:19
**recording** 41:9
**Redirect** 3:6 41:23
**referring** 6:14
**regard** 6:11 48:11
**regarding** 32:11,12
**rehashing** 38:3
**related** 32:2,16
33:6 46:13
**relates** 8:13
**relative** 46:16
**remember** 6:5 8:11
8:14,17,18 10:6,8
10:19 11:13 12:3
12:12,18 14:19,21
20:11,14,15 21:9
21:10 22:6,9,23
22:24,24 23:11,24
24:6,9,11,24,25
24:25 25:4,5
26:22,23 27:1,6
27:17 28:6,6,8,10
28:10,21,24 30:11
30:13 31:5 33:22
33:24 34:5,14,15
35:10,12 36:13,21
37:2,5,12 38:9,10
39:20,22,24,25
42:4 43:4
**remembered** 9:18
20:8 23:2
**remind** 5:17,17
**rephrase** 5:24
**reported** 46:9
**reporter** 1:19 5:5
5:13 43:25 44:5
46:6
**Reporter's** 3:8 46:4
**Reporters** 1:16
48:17
**Representative** 1:5
**represents** 4:16
**research** 39:18,21
**reside** 6:17
**responses** 5:14
**restricted** 30:4,5

**returned** 11:16
**review** 48:8,9,10
**ride** 38:18,22
**riding** 38:22
**right** 9:13,14 10:5
12:24 13:13,14,23
14:1,10 16:1,2,3,9
17:1 18:9 21:18
24:18,20 25:17,19
27:21 28:9 29:20
30:15 40:16,21
43:21,24
**rings** 31:20
**Roberts** 2:2 3:6
17:8 30:19,21
41:19 43:11
**routine** 8:6
**Rule** 48:23,23
**Rules** 48:11

**S**

**S** 4:1
**safe** 39:16
**sassy** 5:19
**saw** 6:10 11:5,7,15
12:5 17:6 18:10
20:5,14 22:19,20
23:12,25 25:11
34:21 35:6,16
36:16 38:16 39:15
**saying** 38:2
**says** 5:6
**scene** 19:11
**school** 6:14 7:10,13
7:21 8:25 9:13,15
10:3,4,8,14 13:1,1
13:3,7,14,20,22
14:8,12 15:6,7,11
15:25 17:2 18:7
24:23 33:16 39:7
40:1,13,16
**seated** 17:15
**second** 9:25 15:4
34:15 37:6
**see** 6:11 9:23 11:25
16:23,24 17:17,18
17:21 19:21,23
20:1,20,23,25
21:20 22:3,6,11

23:3,11,15,18,21
25:9,20 26:24
27:12 29:17 40:15
41:16 43:24
**seeing** 10:8 14:21
20:11,14,15 21:9
22:21 23:24 24:3
24:6 26:11 27:1
28:10,25
**seen** 21:6 22:16
25:3
**separate** 15:13
16:20
**separated** 15:12
**seven** 36:15
**shake** 5:9
**shared** 33:14
**Sheet** 3:8 47:3
**Sheriff** 1:8,8 4:17
35:16 47:1 48:4
**Sheriff's** 10:10
18:15 33:14,19
**shooting** 12:6 30:24
**shorter** 19:16
**Shorthand** 46:6
**shots** 30:11
**shoulder** 17:24
18:1
**shoulders** 5:9
**show** 40:7
**shrug** 5:8
**side** 11:19,24 13:2
13:13 15:8 16:6
16:19 18:7 23:12
24:19 28:5
**sign** 3:9 13:15,17
13:18,19,22,23
14:11,19 15:21,24
16:2 40:23 48:8,9
**Signature** 48:22
**signing** 48:20
**Sincerely** 48:15
**sits** 11:14,19
**sitting** 16:21,25
26:1 38:5
**situation** 12:9
**skinned** 18:24
**smile** 5:17
**soon** 11:17 34:5

35:9
**sorry** 8:10 12:1
15:2 42:19
**sort** 8:5
**sounds** 8:5 15:20
18:13 41:3
**SOUTHERN** 1:1
**speak** 33:21 42:7
42:13
**speaking** 28:21
**specific** 7:23 8:10
8:18,21,25 9:4
35:11
**specifically** 6:11
8:12,14
**spell** 4:10
**spoke** 36:7 41:6
42:2,21
**spoken** 22:14 42:10
42:11
**spot** 9:16,19 12:21
40:24
**SS** 45:1 46:1
**St** 1:9 4:17 6:18,20
18:15 35:15 37:7
45:2 46:2 48:3
**standing** 11:24
20:8
**state** 1:20 4:9 45:1
45:6 46:1
**stated** 47:21
**statement** 29:3
34:3,6,9,22 35:8
36:3 41:3,5,8
**statements** 35:19
**STATES** 1:1
**Statute** 48:11
**stay** 9:9
**stayed** 34:15
**stenographically**
46:9
**stop** 13:15,17,18,19
13:21,23 14:11,19
15:21,24 16:2
**straight** 17:16
**street** 6:13 9:14,24
10:7,21 12:14
13:6,25 14:1
16:10 17:20 24:15

24:16,18 37:6
**student** 43:16
**subject** 13:10 14:6
17:18 29:24 30:4
**subpoena** 4:21
31:22 32:22 42:1
42:2,22
**subpoenas** 32:20
**suggested** 48:10
**suit** 36:24
**Suite** 2:7
**Summer** 2:6 4:16
41:2
**Summer@purdy...**
2:8
**sunglasses** 29:17
**sunny** 21:3,5
**Sunrise** 2:7
**Supervisor** 7:5
**sure** 5:20 9:21 11:3
18:23 25:14 39:16
42:11
**Suzanne** 1:19 45:5
45:11 46:6,22
48:16
**SW** 6:19 48:2
**swear** 34:10
**Sweet** 6:13 7:9
43:16
**sworn** 4:6 45:8

---

**T**

**T.C** 2:2
**take** 4:24 31:10
**taken** 1:18 46:15
**talk** 32:6 39:9,11
**talked** 34:24 36:4
39:12
**talking** 11:4 23:22
42:5
**taller** 19:16
**tell** 8:13,19 9:20
12:7,19 14:18
19:19 21:23 27:11
29:2 34:10 35:6
36:6,8 38:21 39:2
40:14 41:9,14
42:22,25 44:4
45:8

**telling** 28:24
**tend** 8:17
**Terrica** 43:9,11,13
46:11
**test** 6:9
**testified** 4:6
**testify** 36:5,8,12
**testimony** 36:17
37:14
**Thank** 6:21 44:11
**thing** 20:14 26:16
**think** 19:20 20:9
23:8 24:1,4 25:7
25:13,14 26:2
27:8 32:12
**third** 7:16 31:17
41:4
**thought** 10:10 11:8
11:10,12 16:3
21:15 32:1
**threatened** 37:18
37:20
**time** 1:15 4:19 5:2
7:20,23,25 8:25
9:22 11:23 12:5
24:4 28:12 30:2
31:6,19 39:6 41:4
44:12
**today** 4:19,23
29:17 31:23 35:23
36:2 42:5,23 43:3
44:1
**today's** 42:1
**told** 26:11 35:2
43:3
**top** 29:17
**Toyota** 28:20
**transcript** 48:7,9
48:10,12,14,20
**transcription** 46:10
**transferred** 33:20
35:3
**truck** 24:10,10,11
**true** 46:9 47:22
**truth** 34:10 45:8
**try** 6:9
**trying** 5:18,19
17:13 24:7
**turn** 17:17,19,21,25

26:17 39:8
**turned** 17:4 39:23
**two** 7:15 18:10,20
31:18 33:3 34:15
41:16
**type** 10:9 33:8
**typed** 43:23
**typically** 8:3,13,15

---

**U**

**U** 15:5,8
**U-turn** 12:9 20:13
20:17,18 24:6
25:24 37:15 39:19
**Uh-huh** 30:25
**Um-hmm** 4:20
34:20
**understand** 4:25
5:4,22 15:10 25:8
**understanding**
12:4,25
**understood** 39:16
**uniform** 18:12
36:22
**UNITED** 1:1
**use** 29:25 30:1
**usually** 7:24 8:19
11:17

---

**V**

**v** 47:1 48:4
**VAUGHN** 1:5
**vehicle** 13:9 16:13
16:21 17:15 24:1
24:12,15 25:9,11
25:21 26:10,19
27:12 28:19
**vehicles** 27:13
28:13
**verbal** 5:7
**verbally** 5:20
**vicinity** 23:22
**video** 17:13
**view** 11:21
**Viola** 1:4 47:1 48:4
48:4
**vision** 30:3
**voice** 42:6
**vs** 1:7

**W**

waiting 39:24
waive 44:6,7 48:9
  48:20
Waiver 48:19
walk 9:16,19 11:20
walking 10:12
want 4:24 5:9 8:20
  9:20 17:14 20:5
  22:20 33:18 34:7
  40:5 42:10 44:5,8
wanted 12:8 39:15
wants 6:6
wasn't 32:15 33:6
  35:1,14
way 9:3,15 15:14
  15:14,16,16,17
  17:1,18,24 18:1
  25:21
we're 4:23 6:9
  23:22 38:3
we've 5:4
weapon 27:10
weapons 27:10
wear 29:12,14,18
wearing 18:11
  29:20,23
weather 21:2
week 8:2,4
welcome 41:1
went 9:5 10:12
  12:13,13 14:16
  25:21 33:21 36:5
weren't 38:20
west 13:2,7,13,18
  14:4,23 16:4,5
  28:16
white 19:15
windows 26:11
  38:6,19,20,23
witness 3:4 4:5 6:6
  17:7,9 26:3 35:16
  44:2,9
witnessed 9:20
  32:17,18 33:10,12
witnessing 33:8
  38:5
words 5:8 17:14
work 7:2 9:2 32:2

32:11,19,24
worked 19:3
working 19:2,7,8

**X**

**Y**

Yeah 44:9
years 5:2 7:7,15
  31:18
yell 41:13
yelled 12:2,4 20:10
younger 39:8

**Z**

Zip 6:21

**0**

**1**

1 46:7
1.310(e) 48:23
1:54 1:15
100 25:14
1216 2:7
13th 12:14
14 6:12 7:8 8:11 9:1
  33:10 48:1
1422 6:19 48:2
14th 45:9 46:20
1501 40:15
15th 24:16 25:16
16 45:12

**2**

2:37 1:15 44:13
20 1:14
2014 6:12 7:8 8:11
  9:1 29:9,14 31:17
2016 1:14 45:9
  46:20 48:1,4
2019 45:12
2455 2:7

**3**

3:15 7:9,22,23 9:4
  31:21
3:15-3:25 7:24
3:20 7:23
3:25 7:23 9:4
30 3:6 48:10

30(e)/Florida 48:23
32210 2:4
33304 2:7
34950 1:17
34953 6:23 48:3

**4**

4 3:5 48:4
41 3:6
4230 2:4
44 46:8
45 3:7
45-degree 17:5
46 3:8
462-3200 32:5
47 3:8
48 3:9

**5**

5' 18:24

**6**

**7**

736 1:17

**8**

800)635-9193 48:8

**9**

9 18:24
911 34:1 40:1
954 32:5