# COMPOSITE EXHIBIT 1

## ST. LUCIE COUNTY SHERIFF'S OFFICE

| | **Amends:** G.O. 1.03 (06/01/13) | **Effective:** December 1, 2013 | **General Order: 1.03** |
|---|---|---|---|
| | | **Title: Use of Force** | |
| | | **Accreditation Standards:** CFA: Chapter 4, 5.05, 14.11, 18.17, 34.14 FCAC: | **Attachments:** FCN: 034 |

**CONTENTS:** This order consists of the following numbered sections:

    I.     RESPONSE TO RESISTANCE
    II.    DEADLY FORCE
    III.   NON-DEADLY FORCE
    IV.   KNIVES
    V.    MEDICAL AID AFTER USE OF FORCE
    VI.   REPORTING AND INVESTIGATING USE OF FORCE INCIDENTS
    VII.  USE OF FORCE INVESTIGATION TEAM
   VIII.  RELIEF FROM DUTY
    IX.   RETURN TO FULL DUTY
    X.    MANDATORY PSYCHOLOGICAL SUPPORT
    XI.   MANDATORY INSTRUCTION AND TRAINING IN USE OF FORCE
    XII.  ADMINISTRATIVE REVIEW
   XIII. GLOSSARY

**PURPOSE:** The purpose of this General Order is to establish guidelines and procedures for the use of deadly and non-deadly force by deputies authorized to carry weapons in their official capacity.

**SCOPE:** This order applies to all deputies authorized to carry weapons and use force.

**DISCUSSION:** The value of human life is immeasurable in our society. In order to be consistent with that purpose, the use of force must be limited to situations involving resistance to arrest, defense against physical assault, or force necessary to perform official duties. When an action results in, or is alleged to have resulted in, injury or death of another person; it will be thoroughly investigated. In no way does the procedure reduce a deputy's latitude in self defense.

**POLICY:** All deputies will act in good faith when using force and conform to the provisions of Florida Statutes and this general order. Deputies may use only the amount of force reasonably necessary to affect lawful objectives. Only agency issued or approved weapons (lethal and less-lethal) are authorized for on or off duty use. Review and approval of all types of weapons (lethal and less-lethal) prior to any deputy carrying is performed only by the Sheriff. Nothing in this procedure will restrict a deputy from utilizing any readily available object as a substitute weapon during an emergency. This applies to both deadly and non-deadly force.

**PROCEDURE:**

## I.   RESPONSE TO RESISTANCE:

    **A.** Force decisions may escalate and de-escalate rapidly in relation to the perceived threat. A deputy's goal is to achieve subject compliance. Compliance is the verbal and/or physical yielding to a deputy's authority without apparent threat of resistance or violence.

G.O. 1.03

**B.** Deputies are permitted to escalate their use of force response as the subject escalates his or her level of resistance. The deputy's choices are determined by the totality of circumstances. Once the deputy achieves control or compliance, the use of force must de-escalate.

**C.** Deputies need not desist from making lawful arrests or maintaining control of a suspect or inmate if resistance is met. Deputies will use the control needed based on the totality of circumstances.

**D.** Deputies will use only the force necessary to accomplish lawful objectives.

## II. DEADLY FORCE:

**A.** Sheriff's deputies are authorized to use only such force as necessary, including deadly force, when there is reasonable belief that such force is necessary to:

1. Prevent imminent death or great bodily harm to the deputy or another individual.

2. Apprehend the perpetrator of a felony which involves the use or threatened use of deadly force and/or the individual who is sought poses an immediate threat to the life and/or safety of the deputy or another individual(s), and/or there is a substantial risk that the person whose arrest is sought will cause death or great bodily harm to another if the apprehension is delayed.

3. This procedure governing the use of deadly force will apply with equal effect to juveniles.

4. When injury to another results from the use of lethal/non-lethal weapons or deadly/non-deadly force, the deputy will ensure that appropriate medical aid is rendered to such person(s) or animals(s).

**B.** Sheriff's deputies will not shoot from or at a moving vehicle except under the following circumstances:

1. When an occupant of the vehicle is utilizing deadly force against a deputy or other person.

2. When necessary to prevent death or serious bodily harm to the deputy or another person.

3. When necessary to apprehend a felon who has just committed a felony resulting in death or great bodily harm.

**C.** Sheriff's deputies are authorized to use deadly force against an animal under the following circumstances:

1. For self-defense of the deputy or the protection of another.

2. When the animal is so badly injured that humanity requires its relief from further suffering.

3. When the animal is seriously wounded or injured and all attempts for assistance from Animal Control have been made.

**D. Restrictions:** Deputies <u>will not</u>:

1. Fire warning shots.

2. Use deadly force against an unarmed and non-dangerous fleeing felon.

3. Use deadly force to affect the arrest or prevent the escape of any person charged with, or convicted of, a misdemeanor, traffic offense, or violation of county or city ordinance.

4. Discharge a firearm or otherwise use deadly force when the circumstances do not provide a high probability of striking the intended target, or when there is a substantial risk to the safety of an innocent bystander.

## III. NON-DEADLY FORCE:

Deputies will use only the force and weapons necessary to affect lawful objectives and achieve control when executing their legal authority. Non-deadly force may be used when control cannot be achieved through verbal commands and there is: (a) physical or nonphysical resistance to an arrest; (b) a threat to life or to the safety of the deputy or another person, but deadly force would be inappropriate; or (c) a reasonable belief that alternatives have been exhausted, would be ineffective, or not feasible. The type and degree of force or weapons used will be based on the facts of each situation encountered.

**A. Physical Control** is achieving compliance or custody through the use of empty-hand or leverage-enhanced techniques, such as pain compliance, transporters, restraint devices, takedowns, and striking techniques.

**B. Oleoresin Capsicum (O.C.) Spray/Foam:** O.C. spray/foam is an approved restraint device and constitutes a use of force by Sheriff's Office guidelines on non-deadly force.

1. **Authorized Possession:** Deputies must complete the appropriate approved training program prior to carrying O.C. Only agency issued O.C. spray/foam may be carried on duty.

2. **Discharging O.C.:**

   a. Deputies will use O.C. in the performance of official duties only under the following conditions:

      1) To restrain or immobilize a person, who is about to be taken into custody that physically resists or demonstrates the intent and capability to physically resist;

      2) To defend the deputy, or another person, from the imminent use of physical force against persons or property;

      3) To prevent self-inflicted injury; or

      4) To stop an immediate threat from an animal.

   b. If feasible, a verbal warning will be issued to all persons before O.C. is deployed.

   c. Bursts of one to two seconds or less, and the fewest number of bursts necessary, will be used to effect temporary immobilization of the individual being sprayed. Spraying will be discontinued once compliance is achieved.

C. **Electronic Immobilization Devices:** Electronic Immobilization Devices (E.I.D.s) are considered non-lethal weapons and their use constitutes use of force by Sheriff's Office guidelines on non-deadly force. E.I.D's are designed to instill non-lethal, short-term, incapacitation, thereby reducing the chances of utilizing escalating force possibly resulting in significant injury. E.I.D.'s are only authorized for use while on duty. Only agency issued E.I.D's are approved for use and include the R-E-A-C-T BAND-IT, ICE Shield, and the handheld Ultron II.

1. **R-E-A-C-T BAND-IT:**

   a. Only Court Security and Detention deputies who have successfully completed training in the use of the R-E-A-C-T BAND-IT are authorized to use them.

   b. Deputies may not attempt to alter, tamper with, or repair the unit. If an E.I.D. malfunctions in any way, or appears to need repair, the deputy will remove it from service immediately and make a written and verbal report to his/her supervisor. The E.I.D. will not be carried or used until properly repaired and certified for use by the manufacturer or an authorized representative.

   c. E.I.D.'s are utilized by Court Security deputies for the following:

      1) To protect oneself or another from assault;

      2) As an additional security measure for high risk inmates in courtroom hearings or trials;

      3) To deter a violent disturbance; or

      4) To overcome resistance in a custody situation.

   d. Procedures for use of E.I.D.'s by Detention deputies are outlined in the Detention Standard Operating Procedure #902.03.

2. **ICE Shield and the handheld Ultron II:** These types of E.I.D.'s are only authorized for use by Detention deputies in accordance with the guidelines outlined in the Detention Standard Operating Procedure #902.02.

D. **Intermediate Weapons:** Intermediate weapons provide a method for controlling a subject when deadly force is not justified and empty hand control techniques are not feasible to effect control. When an intermediate weapon is used for control, it should be with the intent to temporarily disable a subject and never with the intent of creating an injury.

1. **Impact Weapons:** Approved impact weapons include the agency issued expandable baton and flashlight. The baton and flashlight may be used to gain control of a subject offering active, aggressive, or aggravated resistance based on the totality of circumstances.

   a. All strikes with an impact weapon will be targeted to major muscle areas and muscle structures such as the forearms, thighs, or calves. Strikes to these areas reduce the risk of permanent injury to a subject.

b. A subject's head, neck, throat, spine, clavicle, and joints or bones such as elbows, wrists, and knees, should <u>not</u> be targets for an impact weapon strike unless the deputy is justified in the use of deadly force. Strikes to these areas can produce great bodily harm, permanent injury, or death.

c. Uniformed deputies will carry the expandable baton in a matching holder attached to the issued belt. When carried by plainclothes deputies, the expandable baton should be concealed.

d. Deputies will not brandish or use an impact weapon as an intimidation device unless attempting to prevent the further escalation of resistance by a subject.

e. The agency issued expandable baton will not be changed, altered, or modified.

2. **Less-lethal munitions:**  Less-lethal munitions will be used with the intent to temporarily incapacitate and not to cause serious injury. They provide a method for controlling subjects when intermediate weapons are ineffective or not practical.

a. Authorization:  Only deputies who have received training in munition launcher or shotgun deployment are authorized to use less-lethal munitions.

b. Qualification:  Deputies who are authorized to use less-lethal munitions must qualify and show proficiency at least annually.

c. Use:  Less-lethal munitions may be used to gain control of a subject demonstrating active, aggressive, or aggravated resistance based on the totality of circumstances.

d. Delivery Systems:

1) Less-lethal munitions (i.e., bean bags, pepper/paint balls or rubber pellets) will be delivered with an approved munition launcher or designated shotgun.

2) A stinger distraction device will be hand thrown.

e. Deputies using less-lethal munitions will give other deputies a verbal warning stating that SIMs are being used prior to deployment, when feasible.

## IV.  KNIVES:

**A.** Uniform and non-uniform deputies are authorized to carry knives as a tool.

**B.** Deputies are prohibited from carrying any type of knife, other than a lock back, auto opening, or ordinary pocket knife unless authorized by the Sheriff or designee.

**C.** For safety purposes, knives must be securely stored. (e.g. in a pocket or knife case, clipped on the uniform pocket or gun belt, etc.)

**V.    MEDICAL AID AFTER USE OF FORCE:**  In all cases of use of force, the deputy will obtain or administer first aid as soon as possible.

**A.**  Medical treatment will be summoned immediately when a subject is injured or complains of an injury following the use of force.

**B.**  When transportation to a medical facility is required, Fire Rescue or SLSO may do so as circumstances dictate. However, if the subject is under arrest a deputy will accompany Fire Rescue personnel.

**C.**  Individuals who have been sprayed with O.C. will be provided with the following relief measures after the subject has complied with the deputy:

1.  Remove the subject from the exposure area and place him or her in the fresh air.

2.  Reassure the subject that the effects of O.C. are temporary and that the discomfort will diminish.

3.  Allow the subject to face the wind.  If possible, flush the subject's face with water or apply a wet paper towel to expedite recovery.

4.  Do not leave a subject unattended until he or she has completely recovered from the effects of the O.C.

5.  Obtain medical attention *immediately* if there is evidence of respiratory distress or if the subject experiences breathing difficulty, nausea, or unconsciousness.

6.  Obtain medical attention if the normal effects of O.C., i.e., eye/skin irritation, unsteadiness, disorientation, etc., have not disappeared within forty-five minutes.

7.  A deputy will not remove contact lenses from the eyes of a person who has been exposed to O.C. If necessary, Fire/Rescue personnel may be requested to remove the person's lenses. Once removed, the contact lenses will be placed in an envelope and transported with the person to the County Jail. The person will be informed that because his or her exposure to O.C., the lenses are no longer usable and placing them in the eyes will result in a return of the symptoms of the O.C.

**VI.    REPORTING AND INVESTIGATING USE OF FORCE INCIDENTS:**

**A.**  An Offense/Incident report and a Use of Force report with an administrative review are required any time a member:

1.  Discharges a firearm, for other than training or recreational purposes;

2.  Applies force through the use of lethal or less-lethal weapons;

3.  Applies weaponless physical force which results in, or is alleged to have resulted in, injury or death to the suspect or deputy; or

4.  Takes an action that results in, or is alleged to have resulted in, serious bodily injury or death of another person, unless it is a traffic accident in which procedures outlined in G.O. 31.03 will be followed.

**B.**  Multiple uses of force by one deputy will be documented on a single Use of Force report when the force occurred during the same incident.

**C.**  Use of Force reports will be reviewed by the affected division commander and department director, unless the incident involves serious bodily harm, death, or the use of deadly force which will fall directly under the Director of Law Enforcement regardless of agency component involved. The Director of Law Enforcement will coordinate the investigation and conduct the preliminary administrative review. He/she will keep the affected department director apprised of the investigation.

**D.**  **Non-deadly Force:**  When a deputy applies force through the use of a less-lethal weapon, applies weaponless physical force which results in an injury, or sprays a suspect/crowd with O.C. to gain compliance, the following apply:

1.  **Deputy:**

    a.  Obtain medical attention for injured persons;

    b.  Ensure that any subject(s) who was subdued is adequately secured and searched as soon as it safe to do so;

    c.  Immediately inform the on duty supervisor of the circumstances surrounding the incident;

    d.  Photograph any visible injuries to the suspect at the time medical attention is administered; and

    e.  Document details in the offense/incident report.

2.  **Immediate Supervisor:**

    a.  Review all reports and complete a Use of Force report;

    b.  Notify appropriate investigative units if further investigation is warranted; and

    c.  Forward the Use of Force report to the division commander.

3.  **Division Commander:**

    a.  Review the reports to confirm conformance to agency policies; and

    b.  Forward the Use of Force report to the department director.

4.  **Department Director:**  Review the report and forward the Use of Force report to the Internal Affairs Unit.

E. **Deadly Force:**  After the use of deadly force or when any deputy's actions results in, or is alleged to have resulted in, serious bodily injury or death of another person, the following will apply:

1. **Deputy:**

    a.  Obtain medical attention for injured persons;

    b.  Ensure that any subject(s) who was subdued by deadly force is adequately secured and searched as soon as it is safe to do so;

    c.  Notify 911 Communications of the incident and location, and request the appropriate supervisor to respond;

    d.  Secure the incident scene and summon backup personnel;

    e.  Provide all necessary information to the responding supervisor for public safety and securing the scene. The information will be provided in accordance with the Police Officer Bill of Rights.

    f.  Remain at the incident scene until the arrival of the appropriate supervisor. The supervisor has the discretion to instruct the deputy to relocate to an alternate location.

2. **Supervisor Responsibilities:**  The on-duty supervisor will:

    a.  Report to the scene and assume control until/unless relieved by the Use of Force Investigation Team supervisor or other appropriate authority.

    b.  Notify the watch commander of the incident. All other notification will be made in accordance with G.O. 20.08.

    c.  When applicable, secure the firearm without unloading it, and turn it over to Technical Services Unit personnel for processing and evidence submission. As appropriate, the securing of the firearm may be delayed until a replacement can be afforded to the deputy.

    d.  Assign a deputy to complete an initial report.

    e.  Review reports to ensure that the incident is properly documented.

    f.  Conduct a preliminary investigation and report their findings to the Use of Force Investigation Team supervisor.

    g.  Protect the evidence until the arrival of the Use of Force Investigation Team.

    h.  Rope off the immediate area and remove all unauthorized persons, including deputies not required at the scene. The scene will not be altered or disturbed.

G.O. 1.03

  i. Assign a deputy at the scene to keep the Crime Scene Control Log (FCN 034). The Crime Scene Control Log will contain the following information:

    1) The names of members who arrived at the scene and the time they arrived;

    2) The names of any persons who enter the scene, the time they enter the scene, their authority and reason for entering the scene, and the time they left the scene.

  j. Ensure that all witnesses, including deputies, remain at the scene and are placed in separate locations to assure witness credibility.

  k. Speak with the deputy involved in order to ascertain an understanding of what occurred to ensure public safety and scene security.

  l. Advise the deputy involved and all witnesses not to discuss the details of the incident with any personnel, regardless of the rank, until they have been interviewed by the Use of Force Investigation Team. This does not preclude questions of the officer's or witnesses' condition and needs by a supervisor.

  m. Remain at the scene, taking charge of perimeter security/traffic flow direction, until no longer needed.

  n. When the incident involves a St. Lucie County Sheriff's deputy and occurs outside the jurisdiction of the Sheriff's Office, the shift watch commander or designated supervisor will respond to the scene, ensure that the same notifications as if the incident occurred within the jurisdiction of the Sheriff's Office are made and stand-by at the scene, monitoring the situation until a member of the Use of Force Investigation Team arrives. The shift watch commander will brief the Use of Force Investigation Team member(s) of what has occurred to that point and then turn the investigation over to them.

3. The Criminal Investigations Division commander will act as the Investigation Coordinator and oversee all aspects of the investigation. The Criminal Investigations Division commander, or designee, will notify the Use of Force Investigation Team, Internal Affairs, and the Technical Services Unit.

4. Upon arrival, the Use of Force Investigation Team will assume command of the scene and responsibility for the criminal investigation.

5. The Internal Affairs Unit supervisor, or designee, will respond to the scene and begin an administrative investigation to ensure that the deputy's actions and the follow up investigation is completed and in compliance with agency procedures.

6. The affected division commander will notify the appropriate department director.

7. The department director will notify the Sheriff, Chief Deputy, and P.I.O.

*December 1, 2013*

**VII. USE OF FORCE INVESTIGATION TEAM:**

A. The Use of Force Investigation Team will be comprised of the following:

    1. The Team Supervisor: Detective sergeant, or above, and is assigned to the Criminal Investigations Division for the purposes of this investigation.

    2. One (1) or more detectives selected from the Criminal Investigations Division.

B. The Use of Force Investigation Team will investigate use of force incidents involving agency members which result in serious bodily injury, death, or the use of deadly force including, but not limited, the following:

    1. A deputy sheriff of the St. Lucie County Sheriff's Office shoots at and/or causes serious bodily injury to a person, or is alleged to have shot at and/or caused serious bodily injury to a person, or is shot and injured and the incident occurred within St. Lucie County.

    2. An officer or agent from another law enforcement agency shoots at and/or or causes serious bodily injury to a person, or is alleged to have shot at and/or caused serious bodily injury to a person, or is shot and injured and the incident occurs within the primary jurisdiction of the Sheriff's Office. The Use of Force Investigation Team will keep the other law enforcement agency apprized of the progress of the investigation.

    3. When a St. Lucie County Sheriff's deputy suffers a self-inflicted firearm injury, accidentally or otherwise.

    4. When a St. Lucie County Sheriff's deputy discharges their firearm in an official capacity for any reason other than for recreation, training, or purposes of dispatching an animal as described in section II, C.

    5. In the event any of the above shooting incidents involving a St. Lucie County Sheriff deputy occur outside the jurisdiction of the Sheriff's Office, selected members of the Use of Force Investigation Team may respond to the scene to monitor the investigation or assist the investigating agency, if requested.

C. The Use of Force Investigation Team responsibilities include the following:

    1. The protection and collection of statements, reports, and evidence, including the deputy's weapon.

    2. Oversee processing and photographing of the scene.

    3. Record all witnesses' interviews and statements.

    4. Conduct an on scene walk-through with the deputy(s) involved, if circumstances dictate. The walk through will be for the purpose of furthering the on-scene investigation and recovery of evidence. It is not an interview and will not be audio/video recorded.

    5. Notify the State Attorney as soon as practical to allow him/her to respond to the scene.

    6. Notify the Medical Examiner in the event the incident is a fatality. The Medical Examiner must be notified in all law enforcement apprehension or custodial death cases.

    7. Conduct all necessary investigative steps to determine the question of criminal responsibility.

**D.** The supervisor of the Use of Force Investigation Team, or in his absence, the lead investigator, will keep the Director of Law Enforcement advised of all aspects of the investigation as it progresses, via chain of command. The Director of Law Enforcement will notify the Chief Deputy and the Sheriff.

**E.** The Use of Force report, final reports, and statements pertaining to the incident will be prepared by the Use of Force Investigation Team supervisor detailing the findings and conclusion of the investigation and submitted to the Criminal Investigations Division commander as soon as reasonably possible.

**F.** The final report will be submitted to the Director of Law Enforcement for final review prior to submission to the Sheriff via chain of command.

## VIII. RELIEF FROM DUTY:

**A.** Whenever any member(s) actions result in death or serious bodily injury, the member will be removed from duty immediately.

**B.** Once a review has been made of the initial facts by the Director of Law Enforcement, he or she will report the findings to the Sheriff or designee.

**C.** The Sheriff or designee will determine if the member will be assigned to administrative duties or placed on paid administrative leave. If the member is placed on leave:

    **1.** Such leave is not disciplinary and does not imply that the member acted improperly.

    **2.** The member will remain available for agency interviews and is subject to recall.

    **3.** The member's department director is responsible for notifying the member of his or her status.

## IX. RETURN TO FULL DUTY:

**A.** Whenever any member(s) actions result in death or great bodily harm, the member will not return to full duty until a documented preliminary administrative review is conducted.

**B.** A preliminary administrative review will be conducted by the Director of Law Enforcement which will consist of a review of facts and circumstances surrounding the incident and indicate whether policy, training, equipment, or disciplinary issues should be addressed.

**C.** Once the preliminary administrative review has been conducted and examined by the Sheriff or designee, the Sheriff or designee will determine if and when the member(s) will return to full duty.

## X. MANDATORY PSYCHOLOGICAL SUPPORT:
Any member(s) directly involved in an incident resulting in death or serious bodily injury will undergo a mandatory critical incident stress debriefing (CISD) within three days of the incident and/or thereafter as deemed necessary.

**A.** The purpose of the session is to assist the member in dealing with the incident.

**B.** The CISD will be with a psychologist selected by the Sheriff.

**C.** The appointment will not be related to any investigation of the incident and nothing discussed in the CISD will be reported to the agency.

## XI.  MANDATORY INSTRUCTION AND TRAINING IN USE OF FORCE:

**A.** All deputies will be issued a copy of the use of force general order and attend training in the use of force before being authorized to carry any weapon (lethal or less-lethal), or being placed in a position where they may use deadly force.

**B.** Prior to carrying any weapon, deputies must demonstrate proficiency in its use as determined by a qualified instructor or by achieving minimum scores on the training course.

**C.** During all weapons training classes, directives pertaining to use of force and/or weapons will be reviewed.

**D.** All deputies will be instructed in new or revised directives pertaining to use of force and/or weapons and after incident programs through roll-call training, in-service training classes, or weapons training classes.

**E.** Use of force training will be conducted annually. Less-lethal weapons training will be conducted biennially, at a minimum.

## XII. ADMINISTRATIVE REVIEW:
The Internal Affairs Unit is responsible for conducting an annual administrative review and analysis of all Use of Force reports to determine training and/or policy modifications needs. The findings are submitted to the Chief Deputy in the Internal Affairs Annual Report.

## XIII.  GLOSSARY:

ACTIVE RESISTANCE – A subject's use of physically evasive movements directed toward the deputy such as preparing to or attempting to flee, bracing, tensing, pushing, or pulling, to prevent the deputy from establishing control over the subject.

AGGRAVATED RESISTANCE – A subject's hostile, attacking movements with or without a weapon that create a reasonable perception by the deputy that the subject intends to cause and has the capability of causing death or great bodily harm to the deputy or others.

AGGRESSIVE RESISTANCE - A subject's pre-attack posture and/or attacking movements toward a deputy that may cause injury but are not likely to cause death or great bodily harm to the deputy or others.

DEADLY FORCE - Force which may cause death or great bodily harm.

DESIGNATED SHOTGUN - A specific shotgun designated by the agency armorer for use with less lethal munitions. The shotgun is identified by an orange stock and forearm.

GREAT BODILY HARM - A bodily injury that creates a substantial risk of death, causes serious permanent disfigurement, or results in long-term loss or impairment of the functioning of any bodily member or organ. The phrases "great bodily harm" and "serious bodily injury" are considered synonymous for purposes of this order.

LESS-LETHAL MUNITIONS - Projectiles (stinger pellets, pepper/paint balls, bean bags, and rubber pellets) that require a designated shotgun, launcher, or hand-thrown delivery system. The projectiles are designed to stun, temporarily incapacitate, or cause temporary discomfort to a person without penetrating the person's body. These devices are not fundamentally designed to cause death or great bodily harm and therefore may fall under non-deadly force under the response options of this policy.

**G.O. 1.03**

<u>LESS-LETHAL WEAPONS</u> - Approved less-lethal weapons are the following:

1. Oleoresin Capsicum (O.C.) spray/foam
2. Electronic Immobilization Devices (E.I.D.s)
3. Expandable baton
4. Flashlight
5. Less-lethal munitions

<u>MUNITION LAUNCHER</u> - A device which is used to propel munitions.

<u>NON-DEADLY FORCE</u> - Force that is not likely or intended to cause death or serious bodily injury.

<u>REASONABLE BELIEF</u> - The facts or circumstances a deputy knows, or should know, which are such as to cause an ordinary and prudent person to act or think in a similar way under similar circumstances.

<u>SERIOUS BODILY INJURY</u> - See definition of "Great Bodily Harm" above.

<u>USE OF FORCE</u> - The use of force in a defensive manner by a deputy to overcome a person's physical resistance to a deputy's performance of a legal duty, to protect a deputy or another person from physical resistance or acts of aggression that are likely to cause bodily harm, or is used to apprehend a fleeing criminal suspect.

**INDEXING:**

BATON
DEADLY FORCE
DEADLY USE OF FORCE
ELECTRONIC IMMOBILIZATION DEVICES
EXPANDABLE BATON
FIREARMS
INVESTIGATING USE OF FORCE
KNIVES
LESS-LETHAL MUNITIONS
MEDICAL AID
NON-DEADLY FORCE
OLEORESIN CAPSICUM SPRAY (O.C.)
PEPPER SPRAY
RELIEF FROM DUTY
RESPONSE TO RESISTANCE
REPORTING USE OF FORCE
TRAINING, USE OF FORCE
USE OF FORCE
USE OF FORCE INVESTIATION TEAM
USE OF FORCE TRAINING

DRAFTED BY: ag/srs/lkt October 25, 2013

**Sheriff Ken J. Mascara**

*December 1, 2013*

### ST. LUCIE COUNTY SHERIFF'S OFFICE

| | **Amends:** G.O. 1.04 (10/15/12) | **Effective:** May 1, 2013 | **General Order:** 1.04 |
|---|---|---|---|
| | | **Title: Firearms and Ammunition** | |
| | | **Accreditation Standards:** CFA: 4.03, 4.05, 14.05 FCAC: | **Attachments:** A FCN: |

**CONTENTS:** This order consists of the following numbered sections:

| | |
|---|---|
| I. | GENERAL |
| II. | DUTY FIREARMS |
| III. | OFF DUTY/BACK UP FIREARMS |
| IV. | SPECIALTY FIREARMS |
| V. | ALTERING FIREARMS/ATTACHMENTS |
| VI. | AMMUNITION |
| VII. | SAFETY AND SECURITY OF FIREARMS |
| VIII. | FIREARMS ABOARD COMMERCIAL AIRCRAFT |
| IX. | LOST/STOLEN FIREARM |
| X. | SURRENDERING YOUR FIREARM |
| XI. | QUALIFICATION, TRAINING AND FIREARMS PROFICIENCY |
| XII. | REMEDIAL TRAINING |
| XIII. | FIREARMS RANGE SAFETY |
| XIV. | GLOSSARY |

**PURPOSE:** The purpose of this General Order is to identify the approved firearms and ammunition for sworn members and establish guidelines for the use of these weapons.

**SCOPE:** This order applies to all members authorized to carry firearms.

**DISCUSSION:** As long as members of the public are victims of violent crimes and law enforcement officers are confronted with deadly force in the performance of their duty, it will remain necessary for deputy sheriffs to be properly armed.

**POLICY:** Sheriff's Office sworn members must successfully complete the Florida Basic Recruit Training program, or its equivalent, prior to assignment, in any capacity, in which the member is allowed to carry a firearm or is placed into a position to make an arrest, except as part of a formal field training program.

**PROCEDURE:**

## I.   GENERAL:

**A.** All deputies must show proficiency and qualify prior to carrying any firearm in an official or off duty capacity. All firearms will be inspected by the Armorer or Firearms Training staff prior to being issued or authorized to carry in an official or off duty capacity.

**B.** Civilian members are prohibited from carrying weapons or firearms, either openly or concealed, while in the performance of their official duties.

**C.** Members who are issued a department owned firearm will not take them out of the state of Florida unless they are working in an official capacity.

*May 1, 2013*

**D.**  This policy is not intended to infringe upon a member's constitutional or statutory rights to bear arms for lawful self defense. This policy is also not intended to interfere with a member's right as a citizen to carry concealed weapons or firearms lawfully while off duty, out of uniform, and when not acting under the color of authority of the St. Lucie County Sheriff's Office.

**E.**  The Sheriff accepts no responsibility for the personal actions of any civilian member or detention deputy as a result of carrying an unauthorized concealed weapon or firearm while off duty, out of uniform, and when not acting under the color of authority of the St. Lucie County Sheriff's Office. Furthermore, the Sheriff will not accept responsibility for the personal actions of any member as a result of carrying a concealed weapon or firearm after the member is separated or retired from the agency, notwithstanding the provision of Florida law, to the contrary.

**F.**  All Regular and Reserve I certified and appointed law enforcement deputies are authorized to carry approved firearms while on and off duty.

**G.**  Reserve II deputies are authorized to carry approved firearms with which they have qualified while on duty. A Reserve II deputy who wishes to carry firearms off duty must comply with Florida law applicable to private citizens.

## II. DUTY FIREARMS:

**A.**  Designated law enforcement deputies will be issued an agency issued Glock 21 as their primary duty firearm.

**B.**  Designated detention deputies are authorized to carry Glock 22 and Glock 27 firearms.

**C.**  A Glock 30 may be issued by the agency to members authorized by the Sheriff, or designee, as a primary duty firearm.

**D.**  All designated law enforcement deputies may purchase and carry a Glock 30 with an agency approved holster to use in an off duty capacity or in a plain clothes assignment.

**E.**  Designated SIU deputies will be issued a Smith & Wesson Model 442 Airweight .38 caliber revolver. The use of this firearm as a primary duty firearm is restricted to only those instances where the deputy is actively engaged in undercover duties. The Smith & Wesson Model 442 Airweight .38 caliber revolver may also be used as a back-up or off duty firearm.

**F.**  Duty firearms will only be carried in either an agency issued or agency approved holster. Issued and approved holsters will not be altered in any way.

**G.**  Non-uniformed deputies should keep their firearms concealed whenever possible. If the deputy's firearm is in plain view, his/her badge will also be worn in plain view.

**H.**  On duty uniform members will carry a minimum of two service reloads on their person. On duty non-uniform members will carry at least one service reload on their person. Civil deputies and office assigned members are to carry at least one service reload.

**I.**  Executive staff members, uniform or non-uniform, may carry an extra reload at the discretion of the Sheriff.

G.O. 1.04

## III.   OFF DUTY/BACK UP FIREARMS:

**A.**   Sworn law enforcement deputies, when off duty, are required to carry concealed, or have in their possession, an agency-authorized firearm, unless the deputy expects to consume or has consumed intoxicating beverages.

**B.**   Certified detention deputies, when off duty, are authorized to carry concealed, or have in their possession, an agency-authorized firearm <u>for personal protection only</u>, unless the deputy expects to consume or has consumed intoxicating beverages. Detention deputies will only do so in accordance with Florida law and are strictly prohibited from engaging in law enforcement action on behalf of the Sheriff's Office. Additional restrictions for certified detention deputies are as follows:

    **1.**   May carry or have in their possession an agency authorized firearm while traveling to and from the jail; however, prior to entering the jail facility, they must secure their firearm in their vehicle or in the Jail firearms lockers.

    **2.**   Authorized to carry when traveling outside the jurisdictional boundaries of St. Lucie County, but only within the State of Florida. Certified detention deputies are NOT authorized to carry a firearm outside the State of Florida.

**C.**   Any firearm approved for on duty use may be carried when off duty by uniform and non-uniform deputies authorized to carry firearms

**D.**   Off duty deputies, not in uniform, will assure that their firearm is concealed from public view.

**E.**   Off duty deputies authorized to carry firearms will carry on or about their person their agency issued badge and Sheriff's Office identification card in order to properly identify themselves as a law enforcement or detention deputy, when carrying, or having at their immediate disposal, an agency authorized firearm.

**F.**   Off duty deputies driving an agency vehicle will have their agency issued badge, Sheriff's Office identification, an authorized duty firearm, and authorized holster in their possession.

**G.**   Back up firearms will be submitted for inspection and approval by the Armorer/Firearms Training staff prior to use. The inspection by the Armorer/Firearms Training staff is to ensure the reliability and safety of the weapon.

**H.**   Back up firearms will be concealed from plain view.

## IV.   SPECIALTY FIREARMS:

**A.**   Only those shotguns, submachine guns, rifles (agency owned or personal), automatic rifles, and gas firearms approved by the Director of Law Enforcement will be utilized for Sheriff's Office use.

**B.**   Only those deputies authorized by the Director of Law Enforcement will be assigned specialized firearms. These deputies must demonstrate proficiency prior to carrying and on an annual basis thereafter.

**C.**   Nothing in this general order will preclude the Sheriff, or designee, from authorizing the use of special firearms in an emergency situation.

G.O. 1.04

## V.   ALTERING FIREARMS/ATTACHMENTS:

**A.** All firearms authorized to be carried on or off duty will not be altered in any way outside of the manufacturer's specifications.

**B.** The use of trigger shoe and/or trigger accessories on firearms is prohibited.

**C.** Installation or utilization of lasers is prohibited, except by authorized S.W.A.T. Team or C.E.R.T. members.

**D.** The Streamlight TLR-1 is the only pistol mounted light authorized for use. Holsters for pistols with mounted lights will be of the same make and model as holsters issued by the agency.

**E.** The use of optics is approved for any agency or personally owned AR 15 type rifles that is carried for duty use utilizing the following criteria.

    **1.** The only approved manufactures are:

        a. Aim Point
        b. Leupold
        c. Eo Tech
        d. Trijicon

    **2.** All optics must be non-magnified (1X power).

    **3.** All optics must allow for co-witnessing of iron sights.

## VI.   AMMUNITION:

**A.** All Sheriff's Office deputies will carry only ammunition issued or approved by the Director of Law Enforcement in all authorized on and off duty firearms and extra ammunition pouches.

**B.** Ammunition will be distributed by the Armorer/Firearms Training staff.

**C.** Ammunition will not be altered in any way.

**D.** Ammunition for off duty and back up firearms, which is not supplied by the Sheriff's Office, must be new factory ammunition approved by the Firearms Training staff and purchased by the individual deputy.

## VII.  SAFETY AND SECURITY OF FIREARMS:  Deputies are responsible for the safety and security of all firearms under their control. Deputies will keep firearms in good working order. Deputies will not use or handle firearms in a careless or imprudent manner. Firearms will be inspected annually by the Armorer or the Firearms Training staff.

**A.** All firearms will be carried in a safe and secure manner.

    **1.** Revolvers will be carried loaded and never in a "cocked" position.

    **2.** Semiautomatic pistols will be carried loaded **to maximum capacity** with a round in the chamber.

*May 1, 2013*

3. Shotguns and rifles will be carried in a "cruiser ready" condition with the safety on, magazine loaded, and the chamber empty.

4. Shotguns, rifles, and any other specialty firearms will be kept in the trunk, locked gun rack, or secured area.

5. Firearms authorized by the Sheriff for use by specialized units will be carried in a manner consistent with agency training procedures and requirements.

B. **Unsafe or inoperable firearms:**

1. Any firearm found to be unsafe or inoperable will be given to the Armorer or the Firearms Training staff for repair.

2. Any firearm that cannot be repaired by the Armorer or the Firearms Training staff will be removed from use. A replacement firearm will be issued.

3. If the inoperable firearm is owned by the deputy, he/she will be responsible for the cost of the repair made outside this agency.

4. The Armorer will maintain a log of all firearms submitted for repair.

C. Whenever an agency firearm is submitted to the Armorer, Firearms Training staff, or other authorized member for any purpose, excluding evidentiary purposes, the following procedure will apply:

1. Safely unload the firearm and put the firearm in a safe configuration.

2. If between 8:00 a.m. and 5:00 p.m., bring the firearm to the secretary of the Director of Law Enforcement. The secretary will make a notation regarding the status of the firearm and place it in the Armorer's workshop.

3. If between 5:00 p.m. and 8:00 a.m., contact an authorized member with access to the Armory to coordinate securing the firearm in the Armory. Send an email to the secretary for the Director of Law Enforcement indicating that the firearm was submitted to the Armory.

4. If from a Detention deputy, contact the on-duty Detention lieutenant and arrange delivery to the Detention Armory. Do not take the firearm in any part of the jail facility; it must be delivered outside the facility. Send an email to the Director of Law Enforcement and Director of Detention indicating that the firearm was submitted to the Detention Armory.

D. Deputies will be responsible for securing firearms in a safe place and taking reasonable precautions against theft or availability to unauthorized persons. Deputies will not lend an issued firearm to any person.

E. In accordance with Florida law, it is unlawful for any adult to store or leave a firearm in the reach or easy access of a minor. This includes sworn members.

VIII. **FIREARMS ABOARD COMMERCIAL AIRCRAFT:** A deputy will not carry a firearm aboard a commercial aircraft in flight unless authorized by Federal Aviation Administration regulations and the Director of Law Enforcement.

*May 1, 2013*

**IX. LOST/STOLEN FIREARM:**

**A.** The loss or theft of a member's firearm(s) will be reported in writing, through the chain of command, to the appropriate department director. The member will also make a police report to the law enforcement agency having jurisdiction where the loss or theft occurred. The member will ensure that an entry is made into the NCIC/FCIC system. A copy of all relevant reports will be forwarded to the Criminal Investigations Division by the member's supervisor.

**B.** If the firearm(s) is recovered, the member will ensure that proper supplementary reports are filed and cancellation made in the NCIC/FCIC system. The weapon will be inspected by the Sheriff's Office Armorer prior to being authorized for use.

**C.** Loss or theft of a firearm as a result of negligence on the part of the deputy will be grounds for disciplinary action.

**D.** The Sheriff's Office is not responsible for any personally owned weapon/firearm stolen from a Sheriff's Office vehicle.

**X. SURRENDERING YOUR FIREARM:** A deputy may be confronted by an armed person who has an advantage; however, the danger is not reduced by the deputy surrendering their firearm upon demand. Surrendering their firearm might mean giving away the only chance for survival. Therefore, a deputy should use every tactical tool to avoid surrendering their firearm.

**XI. QUALIFICATION, TRAINING AND FIREARMS PROFICIENCY:** Pursuant to Rules and Regulations 8.1.1, deputies are required to maintain competence and to demonstrate proficiency with all firearms carried in an official or off duty capacity.

**A.** Deputies will qualify annually with all firearms (off duty, back up, shotgun, rifle, specialty firearms, etc.) carried in an official or off duty capacity. Deputies will qualify twice annually with primary duty firearms.

**B.** Deputies will carry only those firearms for which current proficiency has been demonstrated. Carrying sport firearms for hunting or other lawful sports, pursuant to Florida law, is exempt from this procedure.

**C.** Firearms qualifications standards and procedures and records for service firearms will be established and supervised by the Firearms Training staff.

**D.** Prior to carrying an approved semiautomatic pistol, a deputy must successfully complete the Sheriff's Office auto pistol course. The following exceptions may apply:

**1.** Deputies who trained with the semi-automatic pistol during the basic academy are exempt from this requirement.

**2.** The Firearms Training staff may waive this requirement if the deputy has received equivalent training from another agency and can demonstrate competence and proficiency with the semi-automatic pistol.

**E.** Attendance in agency Firearms Training/Qualification is mandatory. The Training Unit will report absences to the deputy's division commander.

*May 1, 2013*

G.O. 1.04

F.  Firearms instructors will have the duty and responsibility to disqualify deputies for substandard firearms proficiency on the basis of unsafe handling or insufficient firearm orientation regardless of proficiency score.

G.  St. Lucie County Sheriff's Office retired law enforcement officers (as defined by Subsection (c) of 18 United States Code 926C) may participate in agency qualifications for certification as required by the "Law Enforcement Officers Safety Act of 2004" (also known as HR 218), following the same standards set forth for active deputies.

    1.  Qualification must be accomplished using their own firearm(s) and ammunition which will be inspected by the Firearms Training Staff.

    2.  Firearms instructors may prohibit a retired law enforcement officer from attempting qualification based on any observed safety concerns.

    3.  If qualification is not met on the first attempt, the agency will not provide remedial training beyond a second attempt at qualification.

    4.  Upon completion of successful qualification, the certifying firearms instructor will issue the retired law enforcement officer a Firearms Proficiency Verification Card that includes the retired law enforcement officer's name, date of qualification, statement that the card expires one year from date of qualification, and the printed name and signature of the certifying firearms instructor.

## XII. REMEDIAL TRAINING:

A.  A deputy who fails to maintain Florida Department of Law Enforcement required proficiency standards and competence with any primary duty firearm will be temporarily assigned to duties which do not require firearms or assigned vehicles and will be scheduled for remedial training. If the deputy drove their assigned agency vehicle to the range, the Lead Firearm Instructor at the range will make arrangements to transport the deputy home and to have the deputy's vehicle brought to the Sheriff's Office.

    1.  While assigned to temporary duty, additional on duty counseling and training will be provided. Re-testing will be conducted as determined practical by the assigned lead firearms instructor. Each deputy will be permitted up to, but not exceeding, twenty-four (24) clock hours of initial remedial firearms training during the initial training.

    2.  Deputies attending remedial training will be required to qualify twice back-to-back or three out of six attempts during any one remedial training session.

    3.  Once the deputy shows proficiency, he or she will be allowed to return to full duty status.

    4.  If at the conclusion of the initial remedial training a deputy does not show proficiency and competence, he or she will be deemed to have failed to maintain necessary job skills and will be subject to progressive discipline. Thereafter, the deputy will be permitted additional remedial training opportunities up to, but not exceeding, eight (8) clock hours for each attempt in concurrence with being administered progressive discipline up to and including termination.

B.  Deputies will not be assigned to duties requiring firearms unless firearms proficiency requirements are met and demonstrated.

*May 1, 2013*

G.O. 1.04

C. A deputy who fails to maintain competence with any shotgun, rifle, specialty weapon, or back up firearm used in an official capacity, as demonstrated by the inability to meet firearms qualification requirements will not be authorized to utilize such weapon in an official capacity until proficiency is demonstrated through successful qualification.

## XIII. FIREARMS RANGE SAFETY:

A. Firearms Training instructors will control all training exercises and will have absolute authority at the range. Strict discipline will be maintained at all times. Carelessness and/or horseplay will not be tolerated.

B. No member may enter or leave the firing line without permission from an instructor.

C. At all times, members will wear eye and ear protection on the firing line.

D. Members will not speak with other shooters on the firing line. If instructions are unclear, an instructor will provide assistance.

E. If a malfunction occurs, clear the problem as trained. If this does not correct the problem the firearm will remain pointed down range and an instructor will provide assistance.

F. Members should never anticipate a command from an instructor.

G. Firearms are to remain holstered or benched with the cylinder/action open unless on the firing line and under the direct supervision of an instructor. Members should never permit the muzzle of a firearm to point at another person.

H. Firearms will be loaded and unloaded on the firing line only. All firearms will be treated as if they are loaded.

I. Members should never give/accept a firearm from anyone unless the cylinder/action is open for inspection.

J. Members should not dry fire any firearm unless under the direct supervision of an instructor.

## XIV. GLOSSARY:

ARMORER - A Sheriff's Office member/volunteer who possesses certification or training in the care, maintenance, and repair of the agency approved firearms.

CERTIFIED DETENTION DEPUTY - A person appointed by the Sheriff who has met the training requirements prescribed for corrections certification by the Florida Criminal Justice Standards and Training Commission and is designated by the agency as a detention deputy.

CERTIFIED FIREARMS INSTRUCTOR - One who possesses a current and valid certification from the Florida Criminal Justice Standards and Training Commission in the subject area of firearms.

DUTY FIREARMS - Primary service firearms for Sheriff's law enforcement deputies and detention deputies approved by the Sheriff or designee.

*May 1, 2013*

**G.O. 1.04**

<u>FIREARMS TRAINING STAFF</u> - This staff is responsible for the training, evaluation, and proficiency of all deputies authorized to carry a firearm.

<u>LAW ENFORCEMENT DEPUTY</u> - A person appointed by the Sheriff who has met the training requirements prescribed for law enforcement certification by the Florida Criminal Justice Standards and Training Commission and is designated by the agency as a law enforcement deputy.

<u>OFF DUTY/BACK UP FIREARMS</u> - Those firearms which are approved by the Director of Law Enforcement, or designee, for off duty use by uniform and non-uniform deputies authorized to carry firearms.

<u>RESERVE DEPUTY I</u> - A person appointed by the Sheriff as a volunteer law enforcement deputy, who has met the training requirements prescribed for law enforcement certification by the Florida Criminal Justice Standards and Training Commission, and to whom law enforcement powers of the Sheriff are delegated pursuant to Florida law, with such limitations of authority as established by the Sheriff.

<u>RESERVE DEPUTY II</u> - A person appointed by the Sheriff as a volunteer, who has met the training requirements prescribed for Auxiliary law enforcement certification, by the Florida Criminal Justice Standards and Training Commission. A Reserve Deputy II derives his/her law enforcement authority and powers only when functioning within the reasonable confines of the span of control of regular or Reserve I deputies.

<u>SERVICE FIREARMS</u> - Firearms which are carried or used in conjunction with duties and authority of Sheriff's deputies.

**INDEXING:**

AMMUNITION
FIREARM, SURRENDERING YOUR
FIREARMS
FIREARMS ABOARD COMMERCIAL AIRCRAFT
FIREARMS PROFICIENCY
FIREARMS RANGE SAFETY
FIREARMS, ALTERING
FIREARMS, BACKUP
FIREARMS, CARE OF
FIREARMS, LOST/STOLEN
FIREARMS, OFF DUTY
FIREARMS, SPECIALTY
QUALIFICATIONS, FIREARM
SHOTGUNS

---

DRAFTED BY:  cfs/lkt March 18, 2013

**Sheriff Ken J. Mascara**

*May 1, 2013*