# EXHIBIT "C"

# MEDICAL EXAMINER'S REPORT

## MEDICAL EXAMINER'S INVESTIGATION REPORT

**ME Case #:** 14-19-0036

| | | | | | | |
|---|---|---|---|---|---|---|
| Hill, Gregory | | Age: 30 | RACE: Black | | Sex: Male | ☐ Consultation |

**Date of Death/Found:** 1/14/2014   **County:** St. Lucie County   **Autopsy:** Yes   **Why Consult:**

**Medical Examiner:** O'Neil   **Investigator:** Waldron   ☐ Death In Custody

**Manner:** Homicide   **Place of Death:** Home   ☐ Drowning

**Cause:** Multiple Gunshot Wounds   **Contributing Conditions:**

**Location of Incident:**

**Terminal Event:** On 01-14-14 at approximately 3:23 PM two SLSO Deputies responded to the address of 1501 Avenue 'Q', Ft. Pierce due to a call concerning loud music. Upon arrival the deputies could not get a response at the front door of the residence but realized the roll-up garage door located to their right was opening. As one Deputy responded to opening garage door the occupant inside the garage was holding a pistol in his right hand and the Deputy interpreteted the circumstances as a lethal situation and fired four round at the occupant as the door was closing. During the afternoon and into the evening there was no response from the occupant of the home and at approximately ----------------------PM entrance was made by the Swat Entrance Team who discovered the occuppant dead on the garage floor just inside the door.
Investigated by SLSO, Det. Ed. Lebeau.

**Past Medical History:** Unknown

**Social History:** NOK - Mother

**Medications:** Unknown

☐ Drug Overdose   ☐ Multiple Drug Overdose   **Drug Comments:** DS-NEG

| | | | | | |
|---|---|---|---|---|---|
| Ethanol: | P-.328 | Estazolam: | | GHB | |
| Amphetamine: | | Flurazepam: | | Halogenated Inhalants: | |
| Methamphetamine: | | Lorazepam: | | Zolpidem: | |
| Hallucinogenic Phenethylamines Piperazine: | | Midazolam: | | Nitrous Oxide: | |
| Cathinones: | | Nordiazepam: | | Ketamine: | |
| Hallucinogenic Tryptamines: | | Oxazepam: | | Fentanyl: | |
| Other Sympathomimetic Amines: | | Temazepam: | | Helium: | |
| Alprazolam: | | Triazolam: | | Hydrocarbon Inhalants: | |
| Diazepam: | | Cannabinoids: | | Heroin: | |
| Flunitrazepam (Rohypnol): | | Synthetic Cannabinoids: | | Hydrocodone: | |
| Clonazepam: | | Carisoprodol/Meprobamate: | | Hydromorphone: | |
| Chlordiazepoxide: | | Cocaine | | Meperidine: | |
| Methadone: | | Tramadol: | | PCP Analog: | |
| Morphine: | | Oxymorphone: | | Codeine: | |
| Means of IDOxycodone: | | Buprenorphine: | | | |

**Means of ID:**
- ☑ Law Enforcement
- ☐ Circumstantial
- ☐ PhotoVisualID
- ☐ Fingerprints
- ☐ Radiographic
- ☐ DNA
- ☐ Dental
- ☐ JewelryID

**OtherID:**

## MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....HILL, Gregory..........January 16, 2014...........9:30 a.m............Case No. 14-19-036

### CAUSE OF DEATH:

MULTIPLE GUNSHOT WOUNDS

### MANNER OF DEATH:

HOMICIDE

Linda Rush O'Neil, M.D.
Associate Medical Examiner

Date: February 11, 2014

LRO/ps

## MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....HILL, Gregory..........January 16, 2014...........9:30 a.m............Case No. 14-19-036

### EXTERNAL EXAMINATION:

The body is that of a well-developed, adequately-nourished, black male weighing 212 pounds, measuring approximately 6 feet 1 inch, and appearing to be the stated age of 30 years.

The body is dressed in the following: black T-shirt, blue jean shorts, blue plaid boxers, brown shoes with "Polo" on the sides, and black socks. There is blood staining on the clothing with areas of blood soaking on the shirt. The tag of the shirt reads "Lina U.S.A. 3XL." The shirt exhibits two defects on the right lower front. These defects are 0.6 cm. The boxer shorts show "Fruit of the Loom" in the waistband. There are two defects in the waistband region of the front of the boxer shorts. The more superior defect is 0.5 x 0.4 cm and the more inferior defect is 0.8 x 1.0 cm. The back of the boxer shorts exhibits a 0.6 x 0.4 cm defect just to the left of the midline. The shorts exhibit "NBN Gear" in the tag on the shorts. There is a horizontal tear along the waist of the right front of the shorts.

No jewelry is present.

The body is cold to the touch. Rigor mortis is mild and equal in all joints. Purple, fixed livor mortis is evident over the posterior parts of the body, except in areas exposed to pressure, where it is absent.

The head exhibits evidence of injury as described below. The head hair is long, dark brown and in multiple dreadlock fashion. The eyes are brown, with pale conjunctivae. The cornea and lenses are transparent. No petechial hemorrhages or congestion are noted in either conjunctivae or sclerae. The pupils are regular, round, central and measure approximately 0.4 cm in diameter. The external ears and external auditory canals are unremarkable. The skeleton of the nose is intact. No foreign material is present within the nostrils. The upper and lower gums contain natural teeth in a fair state of dental repair. The lips, oral mucosa and tongue reveal no evidence of injury. A beard and mustache are present.

The neck is symmetrical and unremarkable.

The shoulders are symmetrical and unremarkable.

The chest is symmetrical and unremarkable.

The abdomen is symmetrical and exhibits evidence of injury as described below. The abdomen is otherwise unremarkable.

The back is symmetrical and exhibits evidence of injury as described below. The back is otherwise unremarkable.

1

MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....HILL, Gregory..........January 16, 2014...........9:30 a.m...........Case No. 14-19-036

The external genitalia and anus are unremarkable. The penis is circumcised. The testes are present within the scrotum.

The extremities are symmetrical and exhibit evidence of injury as described below. The fingernails are regular and unremarkable. The toenails are short and regular. No edema is present in the ankles or lower legs. Passive motion of the neck and extremities fails to elicit any bony crepitus or abnormal motion.

### EVIDENCE OF RECENT INJURY:

### A. GUNSHOT WOUND OF HEAD:

### ENTRANCE:

There is a 1.0 x 0.8 cm entrance gunshot wound defect on the right head, 3/4 inches below the top of the head and 2-3/4 inches to the right of the anterior midline. There is a 0.6 cm abrasion from the 11 to 12 o'clock margin of the wound and a 0.2 cm circumferential abrasion on the remainder of the margins. No soot, stippling, or muzzle imprint is associated with the wound.

### PROJECTILE TRACK:

The projectile perforates the right skull with a 1.3 x 2.0 cm defect associated with internal beveling. The projectile perforates the brain through the right frontoparietal cerebrum, basal ganglia, and left temporal cerebrum. There is extensive laceration and hemorrhage of the brain through the projectile track. The projectile perforates the left skull with a 3 x 1.8 cm defect associated with external beveling. There is hemorrhage of the right and left scalp and temporalis muscles in the regions of the defects.

### PROJECTILE SITE:

A deformed, copper jacketed lead projectile is recovered from the subcutaneous tissue of the left scalp, 3-3/4 inches below the top of the head and 8 inches to the left of the anterior midline.

### PROJECTILE DIRECTION:

The overall direction of the projectile is from right to left, front to back, and downward.

### ASSOCIATED INJURIES:

There is extensive subarachnoid hemorrhage of the cerebrum and cerebellum. Linear fractures extend from the gunshot defect margins through the skull involving the right parietal, temporal and frontal bones and orbital plate and the left temporal and parietal bones.

2

MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....HILL, Gregory..........January 16, 2014...........9:30 a.m............Case No. 14-19-036

### B. GUNSHOT WOUND OF ABDOMEN:

**ENTRANCE:**

There is a 1.0 x 0.9 cm entrance gunshot wound defect on the right abdomen, 28 ¾ inches below the top of the head, 44-1/4 inches above the bottom of the left heel and 1-1/2 inches to the right of the anterior midline. A 0.6 cm abrasion is present from the 9 to 12 to 1 o'clock margin of the wound. A 0.2 cm abrasion is present to the 2 to 3 to 8 o'clock margin of the wound. No soot, stippling, or muzzle imprint is associated with the wound.

**PROJECTILE TRACK:**

The projectile perforates the anterior abdominal wall and multiple loops of small bowel and mesentery through the track. The projectile lacerates the left iliac artery and vein. There is approximately 500 ccs of liquid and clotted blood within the peritoneal cavity. There is retroperitoneal hemorrhage of the left lower abdomen. The projectile perforates the posterior abdominal wall, the medial margin of the left ilium and the left buttock. There is hemorrhage throughout the projectile track.

**EXIT:**

There is a 1.2 x 0.2 cm exit defect on the left buttock, 32 ¾ inches below the top of the head, 40-1/4 inches above the bottom of the left heel and 2-3/4 inches to the left of the posterior midline. The wound margins fit together when reapproximated.

**PROJECTILE DIRECTION:**

The overall direction of the projectile is from right to left, front to back, and downward.

### C. GUNSHOT WOUND OF RIGHT LOWER ABDOMEN:

**ENTRANCE:**

There is a gunshot wound defect on the right lower abdomen, 32 ¾ inches below the bottom of the head, 40-1/4 inches above the bottom of the left heel and 1-1/2 inches to the right of the anterior midline. A 0.2 cm abrasion is present from the 7 to 9 to 12 o'clock margin and a 0.1 cm abrasion is present from the 12 to 3 to 7 o'clock margin of the wound. No soot, stippling, or muzzle imprint is associated with the wound.

3

MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....HILL, Gregory..........January 16, 2014...........9:30 a.m............Case No. 14-19-036

### PROJECTILE TRACK:
The projectile perforates the inferior right abdominal wall and the bladder. The projectile perforates the posterior pelvic cavity. There is hemorrhage throughout the projectile track.

### PROJECTILE SITE:

A deformed, cooper jacketed lead projectile is recovered from the soft tissue of the posterior pelvic wall 34 ½ inches below the top of the head, 38-1/2 inches above the bottom of the left heel, just to the left of the posterior midline.

### PROJECTILE DIRECTION:

The overall direction of the projectile is from right to left, front to back, and downward.

### OTHER INJURIES:

There is a 0.9 cm healing partial skin avulsion on the dorsal left hand between the base of the thumb and index finger. The base of the wound is dried and pale red with a thin white rimmed margin. There is a 2.8 x 0.2 cm brown crusted healing wound on the right lower leg.

### OTHER IDENTIFYING FEATURES:

There is a faint tattoo of "MOE" on the ventral right forearm. There is a 0.4 cm scar on the ventral right forearm. There is an area of irregular brown skin pigmentation on the left arm near the antecubital fossa. There is a 2.6 cm linear scar just inferior to the right knee. There is a 2.0 x 0.5 cm scar on the right lower leg. There are multiple pale tan scars on the left knee measuring from 0.1 to 0.9 cm. There is a 2.5 x 0.5 cm scar on the medial left lower leg. There is a 0.5 cm brown scar on the left back. There are multiple pale tan scars on the dorsal right hand, 0.1 to 0.3 cm.

### INTERNAL EXAMINATION:

### BODY CAVITIES:
The muscles of the chest are of normal color and consistency. The muscles of the abdominal wall exhibit evidence of injury as described above. The ribs, sternum and spine exhibit no evidence of injury. The left and right pleural cavities are smooth and contain no abnormal collections of fluid. The peritoneal cavity exhibits evidence of injury as described above and is otherwise unremarkable. The organs of the pleural and peritoneal cavities are in their usual positions in situ.

4

MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....HILL, Gregory..........January 16, 2014...........9:30 a.m............Case No. 14-19-036

### NECK:
The soft tissues of the neck, thyroid and cricoid cartilages, larynx and hyoid bone show no hemorrhage or evidence of traumatic injury. The laryngeal mucosa is pink and smooth. The epiglottis and vocal cords are unremarkable.

### CARDIOVASCULAR SYSTEM:
The heart weighs 300 grams. The pericardial sac contains approximately 2 cc of straw colored fluid. The epicardial surface is smooth and unremarkable. The external configuration of the heart is unremarkable. The endocardium is smooth and transparent. The valve leaflets are thin, pliable and unremarkable. The valves exhibit the following circumferences: tricuspid valve 10.5 cm, pulmonic valve 6.0 cm, mitral valve 10.5 cm, and aortic valve 6.5 cm. The trabeculae carneae and papillary muscles are unremarkable. The chordae tendineae are usual. The right and left ventricular chambers are unremarkable. The right ventricle is 0.4 cm in maximal thickness, the left ventricle is 1.6 cm in maximal thickness, and the septum is 1.7 cm in maximal thickness. The coronary arteries exhibit their usual distribution with a right dominant circulation. The coronary ostia are normal in patency. Multiple cross sections of the coronary arteries reveal no pathologic changes. The myocardium is red-brown and homogeneous.

The aorta is unremarkable.

The vena cavae are unremarkable.

### RESPIRATORY SYSTEM:
The right lung weighs 430 grams and the left lung weighs 400 grams. The lungs are dark red and mottled with a moderate amount of anthracotic pigment. The trachea and bronchi are patent and unremarkable. The lung parenchyma is dark red and exhibits mild congestion and edema. Sectioning of the lung parenchyma does not reveal any focal, mass lesions.

The pulmonary arteries and pulmonary veins are unremarkable. The hilar and mediastinal lymph nodes are unremarkable.

### HEPATOBILIARY SYSTEM:
The liver weighs 1080 grams. The capsule is transparent. The external surface is smooth and unremarkable. The parenchyma is red-brown and of the usual consistency. Sectioning reveals the usual parenchymal architecture with no focal or diffuse lesions.

The gallbladder has thin walls, contains approximately 20 cc of green bile and has a smooth mucosa. No stones are present.

### HEMOLYMPHATIC SYSTEM:
The spleen weighs 70 grams. The capsule is smooth and the parenchyma is dark purple and homogenous, with distinct white pulp.

5

**MEDICAL EXAMINER DEPARTMENT - DISTRICT 19**
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....HILL, Gregory..........January 16, 2014...........9:30 a.m............Case No. 14-19-036

### GASTROINTESTINAL SYSTEM:
The esophagus is empty and unremarkable. The stomach contains approximately 100 cc of tan fluid with recognizable white rice. The gastric mucosa is unremarkable. The small intestine exhibits evidence of injury as described above and is otherwise unremarkable. The large bowel is unremarkable. The mesentery exhibits a few hemorrhages secondary to evidence of injury as described above and is otherwise unremarkable.

The appendix is present and unremarkable.

### UROGENITAL SYSTEM:
The right kidney weighs 140 grams and the left kidney weighs 140 grams. The capsules strip easily, revealing smooth red-brown surfaces. The corticomedullary architecture is well-defined. The calyceal and collecting systems are unremarkable. The renal arteries and renal veins are unremarkable.

The ureters are patent and unremarkable. The bladder exhibits evidence of injury as described above. The bladder contains no urine. The bladder otherwise exhibits the usual mucosa and muscularis and is unremarkable. The prostate is tan, firm, lobular and unremarkable.

### ENDOCRINE SYSTEM:
The adrenal glands, pancreas and thyroid gland are unremarkable.

### MUSCULOSKELETAL SYSTEM:
The musculoskeletal system exhibits evidence of injury as described above and is otherwise unremarkable. The muscles are well-developed and of the usual color and consistency. The ribs, sternum and spine exhibit the usual bone density and marrow.

### CENTRAL NERVOUS SYSTEM:
The scalp is reflected and the calvarium is removed, revealing evidence of injury as described above. The dura mater and leptomeninges exhibit defects secondary to gunshot wound as described above and are otherwise unremarkable.

The brain weighs 1310 grams and exhibits evidence of injury as described above. The sulci and gyri occupy their usual positions. The blood vessels at the base of the brain do not reveal any aneurysms or other abnormalities. The cerebral and cerebellar hemispheres are symmetrical and the surfaces do not display any scar tissue. Sectioning of the cerebrum, cerebellum, pons, midbrain, and medulla exhibit the usual internal patterns with no focal or diffuse lesions other than evidence of injury as above.

The skull exhibits evidence of injury as described above and is otherwise unremarkable.

**MEDICAL EXAMINER DEPARTMENT - DISTRICT 19**
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....HILL, Gregory..........January 16, 2014...........9:30 a.m............Case No. 14-19-036

**FINAL ANATOMIC DIAGNOSES:**

I. Multiple gunshot wounds.
    A. Gunshot wound of head, penetrating.
        1. Entrance: Right scalp.
        2. Perforation of cerebrum.
        3. Extensive subarachnoid hemorrhage.
        4. Skull fractures.
        5. Projectile site: Projectile recovered from left subcutaneous scalp.
    B. Gunshot wound of abdomen, perforating.
        1. Entrance: Right abdomen.
        2. Perforation of small bowel and mesentery.
        3. Laceration of left iliac artery and vein.
        4. Exit: Left buttock.
    C. Gunshot wound of right lower abdomen, penetrating.
        1. Entrance: Right lower abdomen.
        2. Perforation of bladder and pelvic cavity.
        3. Projectile site: Projectile recovered from soft tissue of left posterior pelvic wall.

Linda Rush O'Neil, M.D.
Associate Medical Examiner

LRO/ps

7

**MEDICAL EXAMINER DEPARTMENT - DISTRICT 19**
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....HILL, Gregory...........January 16, 2014...........9:30 a.m............Case No. 14-19-036

## MICROSCOPIC EXAMINATION:

**HEART:** No significant histopathologic change.

**LUNG:** Focal atelectasis. Red blood cells present in occasional alveolar spaces.

**LIVER:** No significant histopathologic change.

**KIDNEY:** No significant histopathologic change.

**BRAIN:** Acute parenchymal hemorrhage.

**SKIN, LEFT HAND:** Focal area of disrupted epidermis. No extravasation of red blood cells identified.

Linda Rush O'Neil, M.D.
Associate Medical Examiner

2/11/14

Number of Slides: 4

LRO/ps

8