# EXHIBIT "M"

# INDIAN RIVER CRIME LABORATORY REPORTS



# INDIAN RIVER CRIME LABORATORY
### at INDIAN RIVER STATE COLLEGE
### 4602 KIRBY LOOP ROAD
### FT. PIERCE, FL 34981

## Laboratory Report
May 20, 2014

Submitted by:

_D. C. Nippes_
Daniel C. Nippes
Laboratory Director

| | |
|---|---|
| The Honorable Sheriff Ken Mascara<br>St. Lucie County Sheriff's Office<br>4700 W. Midway Rd.<br>Ft. Pierce, FL 34981 | Lab Case #: 2014-0117-0099<br>Report #: 0001<br>Agency Case #: 1400572<br><br>DECEASED: Hill, Gregory, Jr. |

Case Officer: Richard T. Young

*The Results and Remarks are the conclusions, opinions, and/or interpretations of the analyst whose signature appears on the report.*

### EVIDENCE SUBMITTED

On 1/17/2014, Blood Alcohol Analyst Robert Parsons, Jr. received the following evidence from the St. Lucie County Sheriff's Office via DAWN RADKE:

Exhibit # 157084: One sealed manila envelope containing swabbing from Kel-Tec pistol grips and trigger

Exhibit # 157085: One sealed manila envelope containing blood standard from Gregory Hill

### PURPOSE

Forensic Biology Examinations

### RESULTS

Microscopic examinations were negative for the identification of nucleated epithelial cells on the swabbings from the firearm..

DNA isolated from the residues on the firearm swabs, along with the blood standard from Gregory Hill was amplified by polymerase chain reaction (PCR) and characterized at the following loci: D3S1358/3, vWA/12, FGA/4, D8S1179/8, D21S11/21, D18S51/18, D5S818/5, D13S317/13, D7S820/7, D16S539/16, THO1/11, TPOX/2, CSF1PO/5, and a sex marker, amelogenin.

### REMARKS

A low level partial DNA profile, consisting of a mixture from at least three individuals, was developed from the swabs from the firearm grips and trigger. Gregory Hill could not be excluded as a contributor to this mixture.

Insufficient DNA quality and/or quantity can affect the ability to generate a DNA typing result and is not an absolute determination that an individual did not come into contact with an item of evidence.

All remaining stain cuttings, prepared microslides and DNA extracts are being retained by the Indian River Crime Laboratory.

The evidence was returned to St. Lucie County Sheriff's Office on 2/28/2014 10:53:41AM.

**ORIGINAL**

JUN 0 3 2014

May 20, 2014                                  Laboratory Report, 2014-0117-0099 - Continued

**CC:** State Attorney's Office

**ORIGINAL**

JUN 0 3 2014



# INDIAN RIVER CRIME LABORATORY
### at INDIAN RIVER STATE COLLEGE
### 4602 KIRBY LOOP ROAD
### FT. PIERCE, FL 34981

## Laboratory Report
May 20, 2014

*Submitted by:*

*D. C. Nippes*

Daniel C. Nippes
Laboratory Director

| | |
|---|---|
| The Honorable Sheriff Ken Mascara<br>St. Lucie County Sheriff's Office<br>4700 W. Midway Rd.<br>Ft. Pierce, FL 34981 | Lab Case #: 2014-0117-0099<br>Report #: 0001<br>Agency Case #: 1400572<br><br>DECEASED: Hill, Gregory, Jr. |

Case Officer: Richard T. Young  ED (drea)

*The Results and Remarks are the conclusions, opinions, and/or interpretations of the analyst whose signature appears on the report.*

### EVIDENCE SUBMITTED

On 1/17/2014, Blood Alcohol Analyst Robert Parsons, Jr. received the following evidence from the St. Lucie County Sheriff's Office via DAWN RADKE:

Exhibit # 157084:   One sealed manila envelope containing swabbing from Kel-Tec pistol grips and trigger

Exhibit # 157085:   One sealed manila envelope containing blood standard from Gregory Hill

**ORIGINAL**

**AUG 1 3 2014**

### PURPOSE

Forensic Biology Examinations

### RESULTS

Microscopic examinations were negative for the identification of nucleated epithelial cells on the swabbings from the firearm.

DNA isolated from the residues on the firearm swabs, along with the blood standard from Gregory Hill was amplified by polymerase chain reaction (PCR) and characterized at the following loci: D3S1358/3, vWA/12, FGA/4, D8S1179/8, D21S11/21, D18S51/18, D5S818/5, D13S317/13, D7S820/7, D16S539/16, THO1/11, TPOX/2, CSF1PO/5, and a sex marker, amelogenin.

### REMARKS

A low level partial DNA profile, consisting of a mixture from at least three individuals, was developed from the swabs from the firearm grips and trigger. Gregory Hill could not be excluded as a contributor to this mixture.

Insufficient DNA quality and/or quantity can affect the ability to generate a DNA typing result and is not an absolute determination that an individual did not come into contact with an item of evidence.

All remaining stain cuttings, prepared microslides and DNA extracts are being retained by the Indian River Crime Laboratory.

The evidence was returned to St. Lucie County Sheriff's Office on 2/28/2014 10:53:41AM.

**CC:** State Attorney's Office

ORIGINAL

AUG 1 3 2014