**Michele Adkison**

| | |
|---|---|
| From: | Debbie Malone <dmalone@floridajustice.com> |
| Sent: | Tuesday, May 15, 2018 11:47 AM |
| To: | 'Michele ' |
| Subject: | FW: Estate of Hill v. SLSO, Newman |
| Importance: | High |

Debra R. Malone, CP, FCP, FRP
Litigation Paralegal - Certified
Law Office of John M. Phillips, LLC
4230 Ortega Boulevard
Jacksonville, FL 32210
(904) 444-4444 / Fax: (904) 508-0683
dmalone@floridajustice.com

**From:** Summer Barranco [mailto:summer@purdylaw.com]
**Sent:** Tuesday, May 15, 2018 11:40 AM
**To:** 'John M. Phillips'; natashia@floridajustice.com
**Cc:** dmalone@floridajustice.com; 'Kirby Johnson'; Gregory Jolly; Bruce Jolly
**Subject:** Estate of Hill v. SLSO, Newman
**Importance:** High

Counsel, The defendants are filing a motion to allow unloaded firearm in the courtroom as an exhibit during trial. The firearm is the Kel-Tec recovered from Hill's back pocket after the subject event. Please advise if you have any opposition to this motion. Thank you.

Summer M. Barranco, Esquire
Law Offices of Purdy, Jolly, Giuffreda & Barranco, P.A.
2455 E. Sunrise Blvd., Suite 1216
Fort Lauderdale, FL  33304
T.954.462.3200   F.954.462.3861
summer@purdylaw.com



PLAINTIFF'S
EXHIBIT
"A"

1