UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 2:16-CV-14072-ROSENBERG/MAYNARD

VIOLA BRYANT, as Personal Representative
of the Estate of GREGORY VAUGHN HILL, JR.,

    Plaintiff,

v.

SHERIFF KEN MASCARA, in his Official
Capacity as Sheriff of St. Lucie County and
CHRISTOPHER NEWMAN,

    Defendants.
_____/

## ORDER GRANTING IN PART AND DEFERRING RULING IN PART ON DEFENDANTS SHERIFF AND NEWMAN'S MOTION TO ALLOW UNLOADED FIREARM IN COURTROOM AS AN EXHIBIT DURING TRIAL

**THIS CAUSE** is before the Court on Defendants Sheriff and Newman's Motion to Allow Unloaded Firearm in Courtroom as an Exhibit During Trial [192]. Plaintiff responded. DE 198. The Court ordered a reply. DE 201.

In the Motion, Defendants seek a Court order allowing an unloaded firearm in the courtroom for use as an exhibit during the trial. Specifically, the firearm is a Kel-Tec firearm (type: pistol; model PF6; serial number RR683) which is being held in evidence at the Saint Lucie County Sheriff's office in regard to the subject incident (SLSO No. 14-00572). In the Motion, Defendants state that "If permitted by the Court, the firearm will be brought into the courthouse/courtroom in the custody of a St. Lucie County Sheriff's office employee and its entry will be coordinated with the U.S. Marshal's office to ensure that it is unloaded and safely stored." DE 192 at 2. The Court hereby grants in part Defendants' Motion in that Defendants may bring the firearm into the courthouse; Defendants must coordinate with the U.S. Marshal's

office in order to bring the firearm into the courthouse. The Court, however, defers ruling on whether the firearm may be used as an exhibit at trial.

**ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 192] is hereby **GRANTED IN PART** in that Defendants may bring the Kel-Tec firearm (type: pistol; model PF6; serial number RR683) into the courthouse subject to coordination with the U.S. Marshal's office; and

2. The Court defers ruling on whether the firearm may be admitted as evidence during the trial.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida this 16th day of May, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF