UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VIOLA BRYANT, as Personal
Representative of the Estate of
GREGORY VAUGHN HILL, JR.,

    Plaintiff,

vs.

SHERIFF KEN MASCARA in his official
Capacity as Sheriff of St. Lucie County,
and CHRISTOPHER NEWMAN,
an individual,

    Defendants.
_____/

Case No. 2:16cv14072-ROSENBERG/LYNCH

## FINAL JUDGMENT

THIS CAUSE came before the Court pursuant to the jury's verdict rendered on May 24, 2018, during trial of this matter. A Verdict was reached in favor of the Defendants on all of the Plaintiff's claims. Therefore, it is

**ORDERED AND ADJUDGED** that Plaintiff, VIOLA BRYANT, as Personal Representative of the Estate of GREGORY VAUGHN HILL, JR., take nothing by this action and that Defendants, SHERIFF KEN MASCARA in his official Capacity as Sheriff of St. Lucie County, and CHRISTOPHER NEWMAN, an individual, shall go hence without day.

This Court specifically reserves jurisdiction for the taxation of costs upon proper application therefor. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 30th day of May, 2018.

_____
ROBIN L. ROSENBERG
United States District Judge

Copies furnished to:
Counsel of record