UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 16-14072-CIV-CANNON/Reinhart

VIOLA BRYANT, as Personal
Representative of the Estate of
Gregory Vaughn Hill, Jr.,

    Plaintiff,
v.

SHERIFF KEN MASCARA and
CHRISTOPHER NEWMAN,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Defendants Motion for Costs (the "Motion") [ECF No. 480], filed on June 20, 2022. Defendants seek costs in the amount of $14,983.72 [ECF No. 480]. Pursuant to the Order of Referral [ECF No. 482], the Motion was referred to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation. On October 12, 2022, Judge Reinhart issued a Report recommending that the Motion be granted in part and denied in part [ECF No. 487]. Specifically, the Report recommends that Defendants be awarded costs in the amount of $9,036.31 [ECF No. 487 p. 7]. The Report also instructed the parties to file any objections to its recommendations on or before October 26, 2022 [ECF No. 487 p. 7]. Neither party objected to the Report, and the time to do so has expired.

Upon review, the Court finds the Report to be well-reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [ECF No. 487] is **ACCEPTED**.

2.     Defendants are awarded costs in the amount of **$9,036.31** as specified in the Report.

CASE NO. 16-14072-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of October 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record